IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and<br>The Illinois State Rifle Association | )<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 13-cv-9073 |
| v. | )<br>)<br>)<br>) | Removed from the Circuit Court<br>for the Nineteenth Judicial Circuit,<br>Lake County, Illinois, |
| THE CITY OF HIGHLAND PARK, | )<br>) | No. 13 CH 3414 |
| Defendant. | )<br>) | |

## NOTICE OF REMOVAL

Defendant City of Highland Park hereby removes this action from the Circuit Court for the Nineteeth Judicial Circuit, Lake County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of its Notice of Removal, Highland Park states as follows:

1. Plaintiff commenced this action in the Circuit Court for the Nineteeth Judicial Circuit, Lake County, Illinois by filing a Complaint, styled as set forth above, No. 13 CH 3414. Service was effected on Highland Park on December 12, 2013.

2. Highland Park files this Notice of Removal pursuant to 28 U.S.C. §§1331, 1441 and 1446. This Notice of Removal is being filed within thirty (30) days of Highland Park's receipt of a copy of the initial pleading setting forth the claims for relief upon which such proceeding is based.

3. Plaintiff's Complaint alleges two counts, for declaratory judgment and injunctive relief, respectively. The basis for both claims is that Highland Park City Code §136.001, *et. seq.*, violates the Second Amendment to the United States Constitution.

4. Based on the allegations of the Complaint, the Plaintiff's Complaint presents claims that arise exclusively under the United States Constitution and present only federal questions of law. This Court therefore has original jurisdiction over this action pursuant to 28 U.S.C. §1331. Based on the foregoing, this action may be removed to this Court pursuant to 28 U.S.C. §1441.

5. Attached hereto as Exhibit A are copies of all the pleadings filed with the Circuit Court of the Nineteeth Judicial Circuit, Lake County, Illinois in this action and served on Highland Park.

6. Attached hereto as Exhibit B is the Notice of Filing Notice of Removal being filed with the Clerk of the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois.

WHEREFORE, Defendant City of Highland Park hereby removes this action to the United States District Court for the Northern District of Illinois, Eastern Division and requests this Court assume jurisdiction over the action and proceed to final determination thereof.

    Respectfully submitted,

    CITY OF HIGHLAND PARK
    Defendant

    By: s/ Christopher J. Murdoch___
        One of Its Attorneys

Christopher J. Murdoch
Steven M. Elrod
Hart Passman
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, IL  60603
Phone:  (312) 263-3600
Chris.murdoch@hklaw.com
Steven.elrod@hklaw.com
Hart.Passman@hklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true copy of the foregoing **NOTICE OF REMOVAL** was served this 19th day of December, 2013, via messenger delivery and electronic mail, upon the following:

>James B. Vogts
>Swanson, Martin & Bell, LLP
>330 North Wabash, Suite 3000
>Chicago, IL 60611
>
>**Attorneys for Plaintiff**

>s/ Christopher J. Murdoch
>Attorney for Defendant
>HOLLAND & KNIGHT LLP
>131 S. Dearborn St., 30th Floor
>Chicago, IL 60603
>Phone: (312) 263-3600
>Fax: (312) 578-6666
>Chris.murdoch@hklaw.com

#9963046_v1