# Exhibit B

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| ARIE S. FRIEDMAN and <br> The Illinois State Rifle Association, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HIGHLAND PARK <br><br><br><br><br> Defendants. | ) <br> ) <br> ) No. 13 Ch 3414 <br> ) <br> ) **NOTICE OF FILING NOTICE OF** <br> ) **REMOVAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

To:     Clerk of the Circuit Court
        18 N. County Street
        Waukegan, IL 60085

        James B. Vogts
        Swanson, Martin & Bell
        330 North Wabash, Suite 3300
        Chicago, IL 60611
        **Counsel for Plaintiff**

PLEASE TAKE NOTICE THAT on December 19, 2013, Defendant City of Highland Park filed a timely Notice of Removal of this action from the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinoisto the United States District Court for the Northern District of Illinois, EasternDivision. A copy of Defendant's Notice of Removal is hereby served upon you.

Pursuant to 28 U.S.C. § 1446(d), the Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois, shall proceed no further in this matter unless and until this action is remanded to this Court.

Respectfully submitted,

*[signature]*
Christopher J. Murdoch
Holland & Knight LLP
131 S. Dearborn, Suite 3000
Chicago IL 60603
(312) 263-3600
Chris.murdoch@hklaw.com

Counsel for Defendant
CITY OF HIGHLAND PARK