# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 13-cv-9073

Arie S. Friedman, M.D. and the Illinois State Rifle Association
vs.
City of Highland Park

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Arie S. Friedman, M.D. and the Illinois State Rifle Association

| |
|---|
| NAME (Type or print) <br> James B. Vogts |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James B. Vogts |
| FIRM <br> Swanson, Martin & Bell, LLP |
| STREET ADDRESS <br> 330 N. Wabash, Suite 3300 |
| CITY/STATE/ZIP <br> Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6188442 | TELEPHONE NUMBER <br> 312-321-9100/jvogts@smbtrials.com |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |