# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 13-cv-9073

Arie S. Friedman, M.D. and the Illinois State Rifle Association
vs.
City of Highland Park

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Arie S. Friedman, M.D. and the Illinois State Rifle Association

| |
|---|
| NAME (Type or print)<br>Andrew A. Lothson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Andrew A. Lothson |
| FIRM<br>Swanson, Martin & Bell, LLP |
| STREET ADDRESS<br>330 N. Wabash, Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6297061 | 312-321-9100/alothson@smbtrials.com |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐