IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association,  Plaintiffs, v. CITY OF HIGHLAND PARK,  Defendant. | ) ) ) ) ) ) No: 13-cv-9073 ) ) ) ) ) ) |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, Arie S. Friedman, M.D. and the Illinois State Rifle Association ("ISRA"), move pursuant to Federal Rule of Civil Procedure 65(a) for a preliminary injunction against Defendant City of Highland Park enjoining Defendant and its agents from enforcing Highland Park City Code §136.001 *et seq*. on the ground that it violates Plaintiffs' rights under the Second Amendment to the United States Constitution to keep and bear arms. In support of their Motion, Plaintiffs submit their Memorandum of Law in Support of Motion for Preliminary Injunction and supporting Affidavits. Plaintiffs ask the Court to exercise its discretion and not require them to provide bond as a condition to granting their motion. Defendant will not incur damages while a preliminary injunction is in effect.

Respectfully submitted,

/s/ James B. Vogts
James B. Vogts
Brett M. Henne
Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517

jvogts@smbtrials.com
bhenne@smbtrials.com
alothson@smbtrials.com


Victor D. Quilici
P.O. Box 428
River Grove, Illinois 60171
(847) 298-2566
victorq@ameritech.net

**Attorneys for Plaintiffs**


<u>**CERTIFICATE OF SERVICE**</u>

I, James B. Vogts, hereby certify that on the 24th day of December, 2013, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher James Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

2. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

3. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

*/s/ James B. Vogts*

James V. Vogts