# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | | |
| the Illinois State Rifle Association | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | No: | 13-cv-9073 |
| v. | ) | | |
| | ) | | |
| CITY OF HIGHLAND PARK, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**AFFIDAVIT OF JAMES CURCURUTO**

If sworn as a witness, I could competently testify to the following:

1.      I am the Director, Industry Research and Analysis, at the National Shooting Sports Foundation (NSSF). The NSSF is the trade association for the firearms industry. Its mission is to promote, protect and preserve hunting and the shooting sports. The NSSF has a membership of more than 9,000 manufacturers, distributors, firearm retailers, shooting ranges, sportsmen's organizations and publishers.

2.      In my position as Director, Industry Research and Analysis, I am responsible for most of the research activities at NSSF, and I direct the activities of an internal research coordinator and outside companies retained to conduct research and gather market and consumer information useful to NSSF members.

3.      Many NSSF members manufacture, distribute and/or sell firearms, and as is usual and customary for trade associations, the NSSF collects and disseminates industry-specific, non-sensitive data reflecting consumer preferences, market trends and other information for use in their

1

business decisions. Among the firearm products sold by NSSF members are modern sporting rifles, a category of firearms comprised primarily of semiautomatic rifles built on the AR- and AK-platforms.[1]  A "semiautomatic," or self-loading, rifle is a firearm which fires, extracts, ejects and reloads a cartridge once for each pull and release of the trigger.[2]  These rifles have the capacity to accept a detachable magazine.  Additionally, they come in a range of calibers, including 22 rimfire, 223 Remington, and larger calibers used for hunting big game (e.g., white-tailed deer).  Research conducted by the NSSF and under my direction demonstrates that modern sporting rifles are very popular and are commonly owned by millions of persons in the United States for a variety of lawful purposes, including, but not limited to, recreational and competitive target shooting, home defense, collecting and hunting.

      4.      Between 1990 and 2012, United States manufacturers produced approximately 4,796,400 AR-type rifles for sale in the United States commercial marketplace. Approximately thirty-seven different manufacturers produced these rifles, including Smith & Wesson, Colt, Remington, Sig Sauer and Sturm, Ruger.  During those same years, approximately 3,415,000 AR-type and AK-type rifles were imported into the United States for sale in the commercial marketplace.  In 2012 alone, nearly 1 million of these rifles were manufactured and imported for sale.  By way of comparison, in 2012, the number of modern sporting rifles manufactured in or imported to the U.S. was more than double the number of the most commonly sold vehicle in the United States, the Ford F-150.  See www.edmunds.com/car-reviews/top-10-top-10-bestsellin-

---

[1] The AR in "AR-platform" rifle stands for ArmaLite, the company that in the 1950s developed this style of rifle, which eventually became both the military's M16 rifle and the civilian semi-automatic sporting rifle known as the AR-15, or modern sporting rifle. "AR" does NOT stand for "assault rifle" or "automatic rifle." http://www.nssfblog.com/%E2%80%98ar%E2%80%99-stands-for-armalite/.

[2] "Semiautomatic" rifles should not be confused with "automatic" rifles, which fire when the trigger is pulled and continue to fire until the trigger is released or ammunition is exhausted. Sporting Arms and Ammunition ("SAAMI") Glossary of Industry Terms, http://www.saami.org/Glossary/display.cfm?letter=S

vehicles-for-2012. (434,585 sold). Modern sporting rifles have been available to civilians since at least the late 1950s.[3] Thus, many more AR- and AK-platform rifles were either manufactured in the U.S. or imported to the U.S. for sale in the commercial marketplace prior to 1990. A true and correct copy of the NSSF Report - 1990 - 2012 Data for US Firearm Production is attached as Exhibit B. More than 4.8 million people in the United States own AR-type or AK-type rifles.

5.    In 2013, the NSSF published its Modern Sporting Rifle (MSR) Comprehensive Consumer Report 2013. The findings in the report were based on on-line responses from 21,942 owners of modern sporting rifles. Included among the findings were that the typical owner of a modern sporting rifle is male, over 35 years old, married with a household income above $75,000 and has some college education. Approximately 35 percent of all owners of modern sporting rifles are current or former members of the military or law enforcement.[4] The survey found that three out of every four recently purchased modern sporting rifles are chambered for 223 Remington ammunition. Standard capacity magazines capable of holding more than ten rounds of ammunition are the most popular magazines used in modern sporting rifles. Owners of modern sporting rifles consider accuracy and reliability to be the most important attributes of a modern sporting rifle. Other reasons cited by survey respondents for their purchase of modern sporting rifles include ergonomics, low recoil, ease with which they can be shot and their light weight. Recreational target shooting was ranked as the number one reason why owners purchased a modern sporting rifle, followed closely by home defense. Other reasons for owning

---

[3] http://world.guns.ru/civil/usa/ar-15-e.html. The original AR-15 Sporter rifles were manufactured for the civilian market by Colt's Firearms since 1963. See advertisement Attached as Exhibit A..

[4] By contrast, the NSSF Modern Sporting Rifle (MSR) Comprehensive Consumer Report 2010 found that 44% of all owners of modern sporting rifles were current or former members of the military or law enforcement. Consistent with general sales trend data, it is reasonable to infer that this difference is attributable to an increase in the popularity and ownership of modern sporting rifles in the general civilian population.

a modern sporting rifle include, but are not limited to, varmint hunting, big game hunting, competitive target shooting and collecting. The average price paid for a modern sporting rifle by survey respondents was $1,058.00. Applicable true and correct excerpts from the Modern Sporting Rifle Comprehensive Consumer Report 2103 are attached as Exhibit C.

 6. In 2013, the NSSF published its Firearms Retailer Survey Report. The report set forth finding based on an on-line survey of 752 firearm retailers located in all 50 states. Among the findings were that 92.5% of those responding to the survey currently sell new modern sporting rifles compared to 89.2% who sell new traditionally-styled rifles. Of the modern sporting rifles sold, those chambered for 223 Remington ammunition were by far the most commonly purchased. Respondents reported that 20.3% of the firearms they sold in 2012 were a modern sporting rifle. In contrast, 14% of the firearms sold were traditionally styled rifles. Applicable true and correct excerpts from the Firearms Retailer Survey Report, 2013 Edition, are attached as Exhibit D.

 7. In 2013, the NSSF published its Sports Shooting Participation in the United States in 2012 report. The report, based upon 8,335 telephone interviews, indicates that participation in any target shooting or sport shooting increased 18.6 percent from 34.4 million participants in 2009 to 40.8 million participants in 2012, an increase of 6.4 million participants. The report also indicates that participation in target shooting with a modern sporting rifle increased 35.0 percent from approximately 8.9 million participants in 2009 to nearly 12.0 million participants in 2012. Applicable true and correct excerpts from the Sports Shooting Participation in the United States report, are attached as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.   Executed on December 20, 2013.

_____
James Curcuruto

**EXHIBIT**

A



# superb hunting partner... Colt's new AR-15 Sporter

With Colt's new AR-15 Sporter you're ready for a new hunting adventure.

The AR-15 Sporter weighs only six pounds. Its .223 cal., 55-grain bullet has a muzzle velocity of 3,100 fps. Every AR-15 Sporter is factory targeted at 100 yards.

If you're a hunter, camper or collector, you'll want the AR-15 Sporter. At any Registered Colt Dealer. $189.50

Colt's Firearms                     Hartford, Connecticut



**Colt Industries Inc**
**Colt Firearms Division**

| NSSF® Report. 1990 -2012 Data for US firearm production - export + imports of MSR/AR, AK, MP5... platforms | | |
|---|---|---|
| YEAR | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK, MP5 platform | Annual Total |
| 1990 | 52,000 | 24,000 | 76,000 |
| 1991 | 57,300 | 62,000 | 119,300 |
| 1992 | 37,900 | 68,000 | 105,900 |
| 1993 | 68,200 | 236,000 | 304,200 |
| 1994 | 116,400 | 172,000 | 288,400 |
| 1995 | 63,500 | 76,000 | 139,500 |
| 1996 | 36,500 | 41,000 | 77,500 |
| 1997 | 54,300 | 80,000 | 134,300 |
| 1998 | 78,700 | 74,000 | 152,700 |
| 1999 | 121,900 | 123,000 | 244,900 |
| 2000 | 95,700 | 135,000 | 230,700 |
| 2001 | 68,700 | 122,000 | 190,700 |
| 2002 | 111,700 | 149,000 | 260,700 |
| 2003 | 133,000 | 273,000 | 406,000 |
| 2004 | 107,300 | 215,000 | 322,300 |
| 2005 | 152,400 | 166,000 | 318,400 |
| 2006 | 209,400 | 203,000 | 412,400 |
| 2007 | 285,000 | 228,000 | 513,000 |
| 2008 | 472,000 | 183,000 | 655,000 |
| 2009 | 696,600 | 321,000 | 1,017,600 |
| 2010 | 435,900 | 135,000 | 570,900 |
| 2011 | 594,000 | 80,000 | 674,000 |
| 2012 | 748,000 | 249,000 | 997,000 |
| **Totals** | **4,796,400** | **3,415,000** | **8,211,400** |

NSSF Sources: ATF AFMER, USITC, Industry contacts

**US Manufacturers:**

- Aero Precision
- Anvil Arms
- Armalite
- Bravo Company Mfg Inc
- Bushmaster
- Colt's
- CMMG
- Daniel Defense
- Double Star
- Del-ton
- DPMS
- DS Arms Inc.
- Eagle Arms
- Essential Arms
- FN Manufacturing LLC
- I.O. Inc
- Kel-Tec CNC Industries
- Lewis Machine & Tool Co
- LRB of Long Island Inc
- LWRC
- Maverick
- O F Mossberg & Sons
- Noveske
- Olympic Arms
- Patriot Ordn.
- PTR.Industries
- PWA
- Remington
- Rock River
- Sabre Defense
- Sig Sauer Inc / SIGARMS
- Smith & Wesson
- Springfield (Armory) Inc
- Stag Arms
- Sturm, Ruger & Co., Inc.
- TNW Firearms inc.
- Yankee Hill



EXHIBIT

B

EXHIBIT

C

# NSSF® REPORT

## MODERN SPORTING RIFLE (MSR)
## COMPREHENSIVE CONSUMER REPORT 2013

Ownership, Usage and Attitudes
Toward AR- and AK-Platform
Modern Sporting Rifles







Conducted for National Shooting Sports Foundation
by Sports Marketing Surveys

SPORTS MARKETING SURVEYS USA.

NSSF.ORG

# 1   METHODOLOGY

The MSR Consumer Study employed an online survey methodology. With no database available of known MSR owners, NSSF promoted participation in this study via online banner ads on various websites, blogs and e-newsletters geared toward firearms ownership and hunting such as:

- AR-15.com e-newsletter
- Bushmaster Website and Facebook page
- DPMS Website and Facebook page
- Field & Stream blog
- Gun Digest website
- Guns and Ammo website
- NSSF Facebook page & Twitter post
- NSSF/GunBroker *Pull the Trigger* e-newsletter
- Remington Facebook page
- Smith & Wesson Facebook page & Twitter post
- 3-Gun Nation website and Facebook page
- Tapco website and Facebook page
- Winchester ammunition e-newsletter

A contest to win one of three $500 Cabela's gift cards was included as an incentive to complete the survey in full.  The term "Modern Sporting Rifle" was clearly defined as AR- or AK-platform rifles such as an AR-15, AR-10, AK-47 or other semi-automatic rifles with detachable magazines.  Photographs of both AR- and AK-platform MSR's were shown on the survey landing page.  To further pair down response to those that would correctly complete the survey, the survey's initial question asked "Do you own at least one Modern Sporting Rifle? (If you do not own a MSR but would still like to be entered in the contest, select "No".)  These safeguards narrowed the usable responses from 26,719 to 21,942.

This gives a very high confidence level. The Confidence Interval for the full "MSR Owner" sample ranges from +/- 0.29 percentage points to +/- 0.68 percentage points at the 95% confidence level. So, for example, if the survey shows 50% of MSR owners shoot at ranges, we can be confident 95 times out of 100 that the real value lies within +/- 0.68 percentage points so between 49.32% and 50.68%. Or to put it another way: Less than 5 times out of 100 would we expect to find a difference of more than 0.68 percentage points due to sampling.

Survey was live April and May 2013.

## 2 EXECUTIVE SUMMARY

In the spring of 2013, The National Shooting Sports Foundation (NSSF) contracted with Sports Marketing Surveys (SMS) of Jupiter, Florida to conduct a large consumer study to learn more about the growing category of MSR Modern Sporting Rifle (MSR) ownership. This survey was formatted to follow the 2010 MSR Consumer Report from NSSF and SMS first collaboration in 2010. In the 2013 survey, MSRs were specified as either an AR platform, AK platform or other semi-automatic rifle with a detachable magazine. Prior to the start of the survey, the NSSF gathered together a panel of industry leaders and experts from the manufacturing, retailing and law enforcement/military backgrounds to ensure that right questions were asked to provide the most amount of information possible.

The survey was conducted using an Internet based methodology. Links were posted on many of the popular consumer oriented web sites in the industry in order to solicit responses. An incentive was used in order to facilitate this process. At the end of the fielding period, well over 26,000 total responses were received of which over 21,942 came from MSR owners. This response was a significant increase from the 2010 study of 11,400 respondents. This large sample meant that we were able to perform a number of very specific survey cross tabs to look at some differences among MSR owners.

MSRs owners are predominantly male (99%). Over 75% of male MSR owners are married, of those married, more than half indicated their wife went target shooting with them and 14% own her own MSR. Even though only 1% of respondents were female, there appeared to be a large interest in MSRs and MSR related recreational shooting activities within the female population.

Most owners are older, with 61% over the age of 45 and most don't have children living in the home (58%). The more MSR's owned, the more likely they are to lock up their weapons.

35% reported having either military or law enforcement background. This is down from the 44% reported in 2010. Although the veteran status has increased slightly, the 2013 survey seemed to tap more into the civilian MSR population.

Although Range membership is down from 51% in 2010 to 48% in 2013, members have increased the usage of their MSRs compared to 2010. Range members tend to be older and have an income greater than $75,000. In regards to weapon and accessory purchase, the Range and Non-Range member have relatively the same habits with the exception of price. Over 60% are recent MSR buyers and plan on purchasing accessories in the next 12 months.

The rate of ownership has increased dramatically since 2010. Those who only own one MSR, 49% purchased their first in 2012 and 2013. Overall, 2012 was the highest (17%) for new ownership since prior to 1994. 91% of all MSR owners own at least one AR Platform weapon. Just over a quarter of owners report having 4 or more MSR's, with 14% being only AR Platforms. Most own only one AK Platform (67%). Those who one multiple MSR's (2 or more) tend to be more active with almost half of them hunting, 92% target shooting and 19% shoot in competitions with an MSR.

MSR ownership is not limited to one category of guns. Many MSR owners own at least one other non-MSR weapon. Handguns are the most popular at 90%, followed by the traditional rifle and shotgun (82%). Muzzleloaders (28%) and Paintball guns (15%) are less favorable. Those under the age of 35 are more likely to own a paintball gun and less likely to own a muzzleloader. Only 1% of MSR owners, whether a single or multiple owner, own only MSRs.

Over a third of MSR owners first gain interest in MSRs through a friend and a quarter through the military.  Most MSR owners target shoot with at least one other person (84%) which mimics the 2010 report. MSRs are mostly used for rifle target shooting (89%), either at a public range (52%) or private range (51%). Almost half of all MSR owners target shoot on family land, which could indicate target shooting as a family activity. 94% of MSR owners used at least one MSR in the past 12 months. Most (40%) used their MSR on average once a month. Frequency of use increases with number of MSR owned.

Most MSRs were bought from an independent retail store.  The average cost of a MSR was $1,058, $25 less than the average spent in 2010. .223/5.56mm was the prefer caliber for the AR Platform, where the AK platform was usual 7.62mm x 39mm caliber. Almost two thirds of MSR owners have at least a few accessories, added within 12 months of purchase, on their most recent MSR with an average of $400 dollars spent.

| | 2010 | 2013 |
|---|---|---|
| Average # MSRs Owned | | |
| Average $ Spent on MSRs | $1,083 | $1,058 |
| Average $ Spent on MSRs Accessories | | |

*NOTE: 2013 NSSF Survey identified AR and AK platforms separately. 2010 NSSF Survey included AK but was tailored more toward the AR platform owner.

# 4 SAMPLE PROFILE

## 4.1 Overall profile of MSR owners

- N= 21,942



### 5.7 Price paid

- N= 21,942



## What was the initial price of your most recent MSR (new out of the box cost)?

- 55% of MSR owners paid under $1,000 for their most recent MSR.
- The more MSR's owned, the more likely the owner would pay more for another gun.

## 5.9    Reasons for purchase

How important were each of the following reasons for buying your most recent MSR?

- On a scale of 1=Not at all important to 10=Very important

| Top 5 Reason for buying their most recent MSR | Total | Military/L.E. | Non-Military/L.E. |
|---|---|---|---|
| Reliable | 9.01 | 9.10 | 8.96 |
| Accuracy | 8.77 | 8.88 | 8.72 |
| Reputation of Manufacturer | 8.27 | 8.32 | 8.24 |
| Fits Body Type/Good Ergonomics | 8.23 | 8.32 | 8.18 |
| Easy to Shoot | 8.11 | 8.13 | 8.09 |



# 6   MSR AND ACCESSORY SPECIFICATION

## 6.1   MSR Caliber

- N= 21,942

### What caliber is your most recent MSR?



- Over half of recent MSR purchases were chambered in .223 / 5.56mm.





## What type of scope do you have on your most recent MSR purchase?



- 1 - 4x power scope
- 2 - 7x power scope
- 3 - 9x power scope
- 4 - 14x power scope
- 6 - 20x + power scope
- Don't know
- Other

### 6.7    Magazine capacity

Which magazine capacity do you use the most in your most recent MSR?

- 2013 N= 21,942



- 56% of all MSR owners use 30+ round capacity magazines in their most recent MSR purchase.
- The next most popular magazine capacity is 20 round.

## 8   MSR USAGE

### 8.1   Reasons for owning a MSR

- 2013 N= 21,942



**Please rank the following reasons for owning a MSR.
(1=Not Important to 10=Very Important)**

Multiple (4+) MSR owners gave higher importance ratings for:

- Recreational Target Shooting
- Home Defense
- Collecting
- Varmint Hunting



© 2013 NSSF

FIFTH ANNUAL

EXHIBIT

D

# NSSF®
# FIREARMS RETAILER SURVEY REPORT

## 2013 EDITION · TREND DATA 2008-2012

NATIONAL SHOOTING SPORTS FOUNDATION





SOUTHWICK ASSOCIATES



Prepared by: Southwick Associates, P.O. Box 6435, Fernandina Beach, FL 32035
Phone: (904) 277-9765, Fax: (904) 261-1145

WWW.NSSF.ORG



## OVERVIEW

This report is the result of an in-depth analysis of the U.S. firearms retail industry sponsored by the National Shooting Sports Foundation. The information for the report was collected through an online survey of retailers that was conducted in April, 2013. The survey respondents included 752 retail establishments located in all 50 states. They range in size from single proprietors to large outdoor specialty retailers.

Figure 1. Locations of retailers who responded to the survey.



**Which type(s) of NEW rifles do you currently sell (check all that apply)?**



| Item | 2008 Percent | 2009 Percent | 2010 Percent | 2011 Percent | 2012 Percent | # of 2012 Responses |
|------|------|------|------|------|------|------|
| AR-style / modern sporting rifles | 88.1% | 87.8% | 85.6% | 91.4% | 92.5% | 596 |
| Traditional rifles | 90.3% | 93.7% | 88.5% | 89.2% | 89.2% | 589 |

Total 2012 responses to this question: N=644

5

**Please check the top three calibers sold for NEW modern sporting rifles (AR platforms).**



| Item | 2009 Percent | 2010 Percent | 2011 Percent | 2012 Percent | # of 2012 Responses |
|------|------|------|------|------|------|
| 223 cal | 92.7% | 94.9% | 96.8% | 96.8% | 451 |
| 308 cal | 60.4% | 69.0% | 66.5% | 66.5% | 310 |
| 22 cal | 43.8% | 39.7% | 43.1% | 43.1% | 201 |
| 7.62x39 Soviet | 18.5% | 16.8% | 17.2% | 17.2% | 80 |
| 30-06 Springfield | 10.0% | 9.8% | 9.2% | 9.2% | 43 |
| 243 cal | 3.8% | 7.4% | 6.4% | 6.4% | 30 |
| 300 Win Mag | n/a | 1.7% | 3.9% | 3.9% | 18 |
| 270 Remington | n/a | 3.0% | 3.4% | 3.4% | 16 |
| 17 cal | 3.8% | 3.4% | 2.8% | 2.8% | 13 |
| 204 Ruger | 6.9% | 7.4% | 2.6% | 2.6% | 12 |
| 22-250 cal | 3.8% | 2.7% | 2.1% | 2.1% | 10 |
| 30-30 cal | 0.8% | 1.3% | 2.1% | 2.1% | 10 |
| 7mm Remington Mag | 1.5% | 1.7% | 1.7% | 1.7% | 8 |
| 300 WSM | n/a | n/a | 1.3% | 1.3% | 6 |
| 270 Winchester | n/a | n/a | n/a | 1.3% | 6 |
| 7 mm-08 | n/a | 1.3% | 1.3% | 1.3% | 6 |
| 270 WSM | 0.8% | 1.3% | 0.6% | 0.6% | 3 |
| 44 Rem | n/a | n/a | 0.6% | 0.6% | 3 |
| 300 Rem. Magnum | n/a | 1.3% | 0.4% | 0.4% | 3 |
| 300 Savage | n/a | n/a | n/a | 0.4% | 2 |
| 30 Carbine | n/a | n/a | n/a | 0.2% | 2 |
| 300 Weatherby Magnum | n/a | n/a | n/a | 0.2% | 1 |
| 375 H&H Magnum | n/a | n/a | n/a | 0.2% | 1 |
| 7 mm Mauser | n/a | n/a | n/a | 0.2% | 1 |
| Other | 10.4% | 7.1% | 12.0% | 12.0% | 56 |

Total 2012 responses to this question: N=596

**Out of every 100 firearms you sold, approximately how many were new vs. used?**



| | 2011 Avg. Response | 2012 Avg. Response | # of 2012 Responses |
|---|---|---|---|
| New | 77.7 | 78.2 | 591 |
| Used | 22.3 | 21.0 | 591 |

**Out of every 100 firearms you sold, approximately how many were:**



- ■ Semi-auto pistol
- ■ AR/ modern sporting rifle
- ■ Traditional rifle
- ■ Shotgun
- ■ Revolver
- ■ Muzzleloader
- ■ Other

| | 2011 Avg. Response | 2012 Avg. Response | # of 2012 Responses |
|---|---|---|---|
| Semi-auto pistol | 40.0 | 39.0 | 585 |
| AR/ modern sporting rifle | 18.9 | 20.3 | 585 |
| Traditional rifle | 15.0 | 14.0 | 585 |
| Shotgun | 12.4 | 13.0 | 585 |
| Revolver | 11.4 | 11.4 | 585 |
| Muzzleloader | 1.3 | 1.5 | 585 |
| Other | 0.9 | 0.8 | 585 |

11

EXHIBIT

tabbies

*E*

# NSSF® REPORT
# SPORT SHOOTING PARTICIPATION IN
# THE UNITED STATES IN 2012



NATIONAL SHOOTING
SPORTS FOUNDATION

Responsive Management



Conducted for the National Shooting Sports Foundation
by Responsive Management



# WWW.NSSF.ORG



# INTRODUCTION AND METHODOLOGY

This study was conducted for the National Shooting Sports Foundation (NSSF) to determine the national participation rates in target shooting and sport shooting. The study entailed a telephone survey of 8,335 U.S. residents ages 18 years old and older. Specific aspects of the research methodology are discussed below.

For the survey, telephones were selected as the preferred sampling medium because of the almost universal ownership of telephones among U.S. residents (both landlines and cell phones were called in their proper proportions relative to all telephones owned in the general population). Additionally, telephone surveys, relative to mail or Internet surveys, allow for more scientific sampling and data collection, provide higher quality data, obtain higher response rates, are more timely, and are more cost-effective. Telephone surveys also have fewer negative effects on the environment than do mail surveys because of reduced use of paper and reduced energy consumption for delivering and returning the questionnaires.

A central polling site at the Responsive Management office allowed for rigorous quality control over the interviews and data collection. Responsive Management maintains its own in-house telephone interviewing facilities. These facilities are staffed by interviewers with experience conducting computer-assisted telephone interviews on the subjects of natural resources and outdoor recreation.

The telephone survey questionnaire was developed cooperatively by Responsive Management and the NSSF. Responsive Management conducted a pre-test of the questionnaire to ensure proper wording, flow, and logic in the survey.

Because the main objective of the survey was to determine regional and national participation rates in the shooting sports, a strategy was devised in the survey questioning to avoid bias that would arise from the tendency for those who do *not* shoot to refuse to participate in a survey about shooting. Therefore, the survey starts by asking about some general activities, mixing shooting and hunting participation in with participation in other non-shooting activities. In this way, the respondent would not know that the survey was about shooting. Some of the activities were those that large majorities were expected to have done (e.g., watching television with a friend, eating a meal in a sit-down restaurant) and some were those that hardly anybody at all was expected to have done (e.g., play lacrosse, play racquetball) as a way to calibrate the results. Starting with an activity (the first in the survey was "watching TV with a friend") that almost all would have done helps ensure that non-shooters continue with the survey. Shooting participation was gleaned from that first question in which shooting and hunting were mixed with those other non-shooting activities.

To ensure the integrity of the telephone survey data, Responsive Management has interviewers who have been trained according to the standards established by the Council of American Survey Research Organizations. Methods of instruction included lecture and role-playing. The Survey Center Managers and other professional staff conducted project briefings with the interviewers prior to the administration of this survey. Interviewers were instructed on type of study, study goals and objectives, handling of survey questions, interview length, termination points and qualifiers for participation, interviewer instructions within the survey instrument, reading of the survey instrument, skip patterns, and probing and clarifying techniques necessary for specific

questions on the survey instrument. The Survey Center Managers and statisticians monitored the data collection, including monitoring of the actual telephone interviews without the interviewers' knowledge, to evaluate the performance of each interviewer and ensure the integrity of the data. After the surveys were obtained by the interviewers, the Survey Center Managers and/or statisticians checked each completed survey to ensure clarity and completeness.

The sampling methodology entailed random digit dialing, which ensures that all telephone numbers have an equal chance of being called, and the sample included both landlines and cell phones. The sample was obtained from Survey Sampling International and DatabaseUSA, companies specializing in providing scientific telephone samples. Calling times were Monday through Friday from 9:00 a.m. to 9:00 p.m., Saturday from noon to 5:00 p.m., and Sunday from 5:00 p.m. to 9:00 p.m., local time. A five-callback design was used to maintain the representativeness of the sample, to avoid bias toward people easy to reach by telephone, and to provide an equal opportunity for all to participate. When a respondent could not be reached on the first call, subsequent calls were placed on different days of the week and at different times of the day. The survey was conducted in January and February 2013. Responsive Management obtained a total of 8,335 completed interviews.

The software used for data collection was Questionnaire Programming Language (QPL). The survey data were entered into the computer as each interview was being conducted, eliminating manual data entry after the completion of the survey and the concomitant data entry errors that may occur with manual data entry. The survey instrument was programmed so that QPL branched, coded, and substituted phrases in the survey based on previous responses to ensure the integrity and consistency of the data collection. The analysis of data was performed using Statistical Package for the Social Sciences as well as proprietary software developed by Responsive Management. The results were weighted slightly by age and gender to be exactly proportional to the total population of each region and of the United States as a whole. Note that each state was sampled proportionately to preserve proper distribution within each region and in the U.S. as a whole, and each respondent was then assigned a region based on the state; the analysis was conducted on a regional basis and on the U.S. as a whole, but not at the state level. The number of completed interviews from each state is shown in the tabulation below:

| State of Residence | Completed Interviews | State of Residence | Completed Interviews | State of Residence | Completed Interviews |
|---|---|---|---|---|---|
| Alabama | 127 | Louisiana | 118 | Ohio | 301 |
| Alaska | 18 | Maine | 43 | Oklahoma | 101 |
| Arizona | 162 | Maryland | 159 | Oregon | 110 |
| Arkansas | 75 | Massachusetts | 175 | Pennsylvania | 346 |
| California | 972 | Michigan | 265 | Rhode Island | 28 |
| Colorado | 139 | Minnesota | 139 | South Carolina | 121 |
| Connecticut | 95 | Mississippi | 76 | South Dakota | 21 |
| Delaware | 22 | Missouri | 165 | Tennessee | 171 |
| Florida | 514 | Montana | 28 | Texas | 625 |
| Georgia | 249 | Nebraska | 55 | Utah | 66 |
| Hawaii | 42 | Nevada | 70 | Vermont | 17 |
| Idaho | 42 | New Hampshire | 38 | Virginia | 226 |
| Illinois | 393 | New Jersey | 237 | Washington | 244 |
| Indiana | 166 | New Mexico | 54 | West Virginia | 49 |
| Iowa | 93 | New York | 521 | Wisconsin | 151 |
| Kansas | 79 | North Carolina | 253 | Wyoming | 14 |
| Kentucky | 118 | North Dakota | 20 | Washington D.C. | 22 |
|  |  |  |  | TOTAL | 8,335 |

As mentioned, the states were also grouped into regions to aid in comparison and analysis.  The four main U.S. Census Bureau regions were used.  The following map from the U.S. Census Bureau website shows each region:



The sampling error on the entire sample is 1.07 percentage points at the 95% confidence interval.

## TRENDS IN PARTICIPATION IN TARGET AND SPORT SHOOTING

The current survey is similar to a survey conducted regarding Americans' target shooting activities in 2009, to which the current survey's results are compared. The current survey found a 17.4% participation rate in any type of target or sport shooting, which is a slight increase over the 15.1% rate among Americans in 2009. Additionally, as shown in the trends graph below, the participation rate in each shooting activity increased, with the exception of shooting sporting clays (its participation rate stayed essentially the same). The tabulation compares estimated numbers of participants; the estimated number of target/sport shooters in 2012 increased 18.61% over the 2009 number.



**Comparison of Participation Rates in Shooting Activities 2009 to 2012.**

| Activity | Estimated Total Participants (ages 18 years and older) in 2009 | Estimated Total Participants (ages 18 years and older) in 2012 | Percent Increase Over 2009 Number |
|---|---|---|---|
| **National** | | | |
| Any target shooting or sport shooting | 34,382,566 | 40,779,651 | 18.61% |
| Target shooting with a handgun | 22,169,700 | 28,209,283 | 27.24% |
| Target shooting with a rifle | 24,045,795 | 26,822,425 | 11.55% |
| Skeet shooting | 6,979,680 | 12,090,346 | 73.22% |
| Target shooting with a modern sporting rifle | 8,868,085 | 11,976,702 | 35.05% |
| Trap shooting | 7,582,479 | 10,116,684 | 33.42% |
| Sporting clays | 8,399,989 | 8,789,340 | 4.64% |