# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | | |
| the Illinois State Rifle Association | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | No: | 13-cv-9073 |
| v. | ) | | |
| | ) | | |
| CITY OF HIGHLAND PARK, | ) | | |
| | ) | | |
| Defendant. | ) | | |

### AFFIDAVIT OF DR. GARY ROBERTS

If sworn as a witness, I could competently testify to the following:

1.      I offer this Affidavit based on my expertise in wound and terminal ballistics.

2.      I studied wound and terminal ballistics at the Army Wound Ballistics Research Laboratory at the Letterman Army Institute of Research while on active military duty. I thereafter became one of the first members of the International Wound Ballistics Association. Since that time, I have performed military, law enforcement and privately funded wound ballistic testing and analysis. As a U.S. Navy Reserve Officer from 1986 to 2008, I served on the Joint Service Wound Ballistic IPT and served as a consultant to the Joint FBI-USMC munitions testing program. Over the years, I have been a technical advisor to the Association of Firearms and Toolmark Examiners and to a variety of Federal, State and municipal law enforcement agencies. I also served as a Reserve Police Officer in the San Francisco Bay area and I currently serve in a law enforcement training role. I am currently on staff at Stanford University Medical Center, a large teaching hospital and Level I Trauma Center, where I perform hospital dentistry

1

and surgery. A full description of my qualifications is set forth on my *Curriculum Vitae*, a true and correct copy of which is attached to this Affidavit as Exhibit A.

3.     Terminal ballistics is the study of projectile behavior from the time the first target, intermediate barrier, or other object is hit, until the projectile stops moving. Wound ballistics is the branch of terminal ballistics that addresses the interaction between penetrating projectiles and tissue; essentially the pathophysiology of gunshot wounds. Terminal ballistics and wound ballistics are of interest to military and law enforcement personnel as well as private citizens, who depend on firearms to protect them and their families.

4.     All projectiles discharged by firearms have the capacity to kill. None are more "lethal" than others.  When law enforcement agencies select munitions for potential lethal force use, the primary requirement is to choose ammunition that can reliably and rapidly incapacitate and stop hostile persons who pose an immediate life threatening danger to public safety and prevent them from continuing their actions.  In addition, munitions are carefully selected to minimize danger to innocent bystanders.  The correct choice of ammunition by a civilian for use in a potential self-defense encounter should be based on the same objectives: reliable incapacitation while minimizing danger to innocent bystanders.

5.     In my opinion and as stated by the FBI and virtually all others with expertise in wound and terminal ballistics, well designed .223/5.56 mm ammunition offers ideal penetration characteristics with less risk of over penetration than with the typical handgun bullets and shotgun projectiles that are commonly recommended for self-defense by individuals lacking competence in wound ballistics.  In general, .223/5.56 mm bullets demonstrate less penetration after passing through building structural materials, including material commonly used in

household walls, than other common ammunition, including common handgun bullets, traditional hunting rifle ammunition and shotgun projectiles (buckshot and slugs).

6.    The .223/5.56 mm round is most commonly used in rifles built on an AR-15 platform. The AR-15 rifle is extremely common in America. It is a highly versatile design that can be adapted for a variety of uses, including self-defense, hunting, target shooting and other sporting purposes. In my opinion, the AR-15 chambered for .223/5.56 ammunition is the most ergonomic, safe and effective firearm for law enforcement general purpose use and for civilian self-defense.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 20, 2013.

_____

Dr. Gary Roberts

3



EXHIBIT

A

# CURRICULUM VITAE

## Gary K. Roberts, D.D.S.

March 2013

*BIOGRAPHIC INFORMATION*

### CONTACT INFORMATION

| | |
|---|---|
| Address: | 750 Welch Road, Suite 118 Palo Alto, CA 94304 |
| Telephone: | (650) 328-6684 |
| FAX | (650) 328-6685 |
| E-Mail | GKRDDS@hotmail.com |

### EDUCATION

| | |
|---|---|
| 1989 | United States Navy Hospital Oakland, General Practice Residency |
| 1988 | University of the Pacific, School of Dentistry, D.D.S. |
| 1984 | University of the Pacific, College of the Pacific, B.A. |

### LICENSURE

| | |
|---|---|
| 1993 | California Conscious Sedation Permit (*CS257*) |
| 1990 | DEA Controlled Substance Registration Certificate (*BR2268705*) |
| 1989 | California State Dental License (*37762*) |
| 1988 | National Dental Board |

### EMPLOYMENT

| | |
|---|---|
| 1989-Present | Private Practice: Palo Alto, CA (*General and Hospital Dentistry*) |
| 1986-2008 | United States Navy Reserve (*2205 General Dentistry/1705S Oral Surgery*) |

### HOSPITAL and CLINIC APPOINTMENTS

| | |
|---|---|
| 1997-Present | Stanford University Hospital, Palo Alto, CA |
| 1997-Present | Lucille Salter Packard Children's Hospital, Palo Alto, CA |
| 1992-2001 | Sequoia Hospital, Redwood City, CA |
| 1990-1997 | Naval Dental Center, San Francisco, CA |
| 1989-1996 | Naval Hospital Oakland, CA |
| 1989-1990 | Naval Hospital Roosevelt Roads, Puerto Rico |
| 1989-1990 | Naval Dental Clinic, Long Beach, CA |

### HONORS and AWARDS

| | |
|---|---|
| 1992 | Federal Employee of the Year for Scientific Research |
| 1992 | American Society for Public Administration, San Francisco Bay Area Chapter: William J. Sheppard Award for exemplary public service |
| 1980 | Eagle Scout Award |

### PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 1993-Present | Dental Board of California (*Anesthesia Evaluator*) |
| 1992-Present | Mid-Peninsula Dental Society (*Peer Review Committee--2005 to present; Ethics Committee—2012 to present*) |
| 1992-Present | American Dental Society of Anesthesiology/California Dental Society of Anesthesiology |
| 1989-2001 | Association of Firearms and Toolmark Examiners (*Technical Advisor*) |
| 1989-1999 | International Wound Ballistics Association |
| 1988-2008 | Association of Military Surgeons of the United States |
| 1988-2005 | Academy of Osseointegration |
| 1988-Present | California Dental Association (*Council on Peer Review—2012 to present*) |
| 1988-Present | American Dental Association |

## *SCHOLARLY AND TEACHING ACTIVITIES*

<u>OPEN SOURCE PUBLICATIONS</u>
1. Lau G, Kulkarni V, Roberts GK, Brock-Utne, J: *"Where Are My Teeth? A Case of Unnoticed Ingestion of a Dislodged Fixed Partial Denture"*. **Anesthesia & Analgesia**. 109(3):836-838, 2009.
2. Roberts GK: "Time for a Change -- U.S. Military Small Arms Ammunition Failures and Solutions". NDIA. May 2008; http://www.dtic.mil/ndia/2008Intl/Roberts.pdfRoberts
3. Roberts G, Lazzarini D, Pomerleau P. *"Wounding Effects of Choke™ 12 Gauge 00 Buckshot Loads Intended for Law Enforcement Duty Using 10% Ordnance Gelatin"*. AFTE Journal. 34(3):287-288, Summer 2002.
4. Roberts GK & Lazzarini D: *"Preliminary Evaluation of .357 Sig Jacketed Hollow Point Bullets Intended for Law Enforcement Duty Using 10% Ordnance Gelatin as a Tissue Simulant."* **Wound Ballistic Review**. 4(4):32-33, Fall 2000.
5. Roberts GK: *"Terminal Performance of .38 Special and .380 ACP Hollow Point Bullets Intended as a Tissue for Law Enforcement Back-up and Off Duty Self-Defense Using 10% Ordnance Gelatin as a Tissue Simulant"*. **Wound Ballistic Review**. 4(3):35-38, Spring 2000.
6. Roberts GK: *"Law Enforcement General Purpose Shoulder Fired Weapons--The Wounding Effects of 5.56mm/.223 Carbines Compared With 12 ga. Shotguns and Pistol Caliber Weapons using 10% Ordnance Gelatin as a Tissue Simulant"*. **Wound Ballistics Review**. 3(4):16-27, 1998.
7. Roberts GK: *"Terminal Performance of 9mm 147 gr Jacketed Hollow Point Bullets fired from the HK MP-5, using 10% Ordnance Gelatin as a Tissue Simulant"*. AFTE Journal. 30(2):330-333, Spring 1998.
8. Roberts GK: *"Preliminary Evaluation of the Terminal Performance of the 5.7 x 28 mm 23 Grain FMJ Bullet Fired by the New FN P-90 Using 10% Ordnance Gelatin as a Tissue Simulant"*. **AFTE Journal**. 30(2):326-329, Spring 1998.
9. Roberts GK: *"Comparison of the Terminal Performance of 9mm Parabellum, .40 S&W, and .45 ACP Jacketed Hollow Point Bullets Intended for Law Enforcement and Military Special Operations Applications, Using 10% Ordnance Gelatin as a Tissue Simulant"*. **Wound Ballistics Review**. 1(4):32-37, 1994.
10. Roberts GK and Bullian ME: *"Protective Ability of the Standard U.S. Military Personal Armor System for Ground Troops (PASGT) Fragmentation Vest Against Common Small Arms Projectiles"*. **Military Medicine**. 158:560-563, August 1993.
11. Roberts GK and Bullian ME: *"Comparison of the Wound Ballistic Potential of 9mm vs. 5.56mm (.223) Cartridges for Law Enforcement Entry Applications"*. **AFTE Journal**. 25(2):142-148, April, 1993.
12. Roberts GK: *"Preliminary Report on the Performance of the New Winchester .45 ACP 230 Grain Jacketed Hollow Point Bullets in 10% Ordnance Gelatin"*. **Wound Ballistics Review**. 1(2):21-23, Winter 1992.
13. Roberts GK and Wolberg EJ: *"Book Review—Handgun Stopping Power: The Definitive Study by Marshall EP and Sanow EJ*. Boulder, Paladin Press, 1992". **AFTE Journal**. 24(3):383-387, October 1992.
14. Corzine AJ and Roberts GK: *"Correlation of Ordnance Gelatin Penetration Results Between 20% Gelatin at 10°C and 10% Gelatin at 4°C"*. **AFTE Journal**. 25(1):2-5, January 1993.
15. Fackler ML and Roberts GK: *"Failure to Expand: Federal 7.62x39mm Soft Point Bullets"*. **Wound Ballistics Review**. 1(2):18-20, Winter 1992.

<u>RESTRICTED ACCESS PUBLICATIONS AND SEMINARS</u>
List available to authorized entities on request.

<u>RECENT LECTURES AND SEMINARS PRESENTED</u>
2/26/13   "Introduction to Oral Pathology" -- Stanford University Medical Center (1 hour)
1/15/13   "Dental Concerns in the Geriatric Patient" -- Stanford University Medical Center (1 hour)
1/14/13   "Introduction to Wound Ballistics; Pathophysiology of Penetrating Trauma" -- Stanford University Medical Center (1 hour)

2

| 10/11/12 | "Oral Pathology Review" – Vaden Health Center, Stanford University (1 hour) |
| 9/5/12 | "Introduction to Dentistry"-- Stanford University Medical Center (1 hour) |
| 8/20/12 | "TMJ Disorders, Mandibular Dislocations, Maxillofacial Fractures"-- Stanford University Medical Center (1 hour) |
| 4/13/12 | "LE Wound Ballistics"—Morgan Hill and Gilroy Police Departments (3 hours) |
| 3/16/12 | "Oral Health Concerns Following Oropharyngeal Cancer Therapy" -- Stanford University OHNS (1 hour) |
| 3/1/12 | "Introduction to Oral Pathology" -- Stanford University Medical Center (1 hour) |
| 1/18/12 | "Dental Concerns in the Geriatric Patient" -- Stanford University Medical Center (1 hour) |

## RECENT CONTINUING EDUCATION COURSES ATTENDED

| 3/14/13 | "Always Being Prepared for the Unexpected; Cognitive and Procedural Errors in Office-Based Anesthesia" — Robert Campbell, Joel Weaver, & CDSA (7 hours) |
| 2/21/13 | "Anesthesia Evaluator" – CA State Dental Board (2 hours) |
| 10/19/12 | "Mastering Adhesive & Restorative Dentistry" – Jeff Brucia/ADA (2.5 hours) |
| 10/19/12 | "Root Canals Gone Wild" – David Beach/ADA (2.5 hours) |
| 10/18/12 | "Adhesive Material Update" – Jeff Brucia/ADA (2.5 hours) |
| 10/18/12 | "Pulp Therapy for Young Permanent Teeth" – Joe Camp/ADA (2.5 hours) |
| 6/29/12 | "Basic Bone Grafting for the Dentist" – Mike Chen (7 hours) |
| 6/8/12 | "Dental Trauma" – Paul Suber & Stanford University Medical Center (1 hour) |
| 5/7/12 | "Anesthesia Evaluator" – CA State Dental Board (2 hours) |
| 4/20/12 | "Global Diagnosis" -- William Robbins & MPDS (7 hours) |
| 4/4/12 | "OSHA Blood Borne Pathogen Training" – Carolyn Mortensen (2 hours) |
| 3/23/12 | "Recent Advances in Implant Treatment" – Dennis Tarnow & MPDS (7 hours) |
| 3/9/12 | "Metabolic Concerns and Oral Health" – Nasser Said-Al-Naieff & Stanford University Medical Center (1 hour) |
| 3/8/12 | "Patient Evaluation for Office Based Sedation & GA: Patient Safety for All Ages" – Steven Ganzburg & CDSA (7 hours) |
| 3/2/12 | "Peer Review Calibration" – CDA (7 hours) |