# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association | ) ) ) | |
| Plaintiffs, | ) ) ) | No:  13-cv-9073 |
| v. | ) ) | |
| CITY OF HIGHLAND PARK, | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF JAMES W. SUPICA, JR.

If sworn as a witness, I could competently testify to the following:

1. I offer this Affidavit based on my expertise on the historical development and function of semi-automatic firearms and more specifically semi-automatic rifles.

2. I am employed as the Director of NRA Museums. The museums I direct and manage are the National Firearms Museum in Fairfax, Virginia and the NRA Sporting Arms Museum in Springfield, Missouri. The museums attract 40,000 to 45,000 visitors per month and conserve a collection of around 7,000 guns. My responsibilities include management of the museum and its collections. I have authored or co-authored numerous books relating firearms history including, *Illustrated History of Firearms; Standard Catalogue of Smith & Wesson; Handguns; Shotguns; Guns*; and *Treasures of the NRA National Firearms Museum;*. I served as a contributing editor to *American Rifleman* magazine from 1996 to 2009 and the *Standard Catalog of Firearms* from 1999 to 2010. A full description of my qualifications is set forth on my *Curriculum Vitae*, a true and correct copy of which is attached to this Affidavit as Exhibit A.

1

3. I have reviewed City of Highland Park City Code section 136.001 *et seq.* In my opinion, the firearms that Highland Park has chosen to ban by model, type and design feature are not dangerous and unusual firearms. Many of the firearms banned under the ordinance are among the most safe and commonly owned firearms in the United States, and are widely used for a variety of purposes including target shooting, hunting and personal defense.

4. Semi-automatic firearms have been manufactured and commonly used for lawful civilian purposes for well over a century. Their development and continued refinement over the years reflects technological advancement in firearms design and function, with the primary goals of improving reliability, accuracy, ergonomics, ammunition capacity, ease of reloading and safety. Almost all of the firearms banned under the Highland Park ordinance simply represent the technological evolution of the basic purpose of a firearm – to more reliably and more safely deliver effective rounds on target and to repeat delivery if necessary.

5. As the name indicates, semi-automatic firearms are not fully automatic firearms, which are commonly referred to as "machine guns." Semi-automatic firearms use some of the energy of the fired cartridge to move a fresh cartridge into firing position. Thus, the semi-automatic nature of these firearms is actually in reference to their self-loading capability and has nothing to do with the manner in which they are fired. Semi-automatic firearms will fire only one round when the trigger is pulled, as is the case with bolt-action, lever action, pump or slide action, single-shot firearms and revolvers.

6. The origin of semi-automatic firearms dates back to the late 19th century, when Ferdinand Ritter von Mannlicher and John Moses Browing developed experimental self-loading rifles in the 1880s, and some types of semi-auto firearms gained commercial acceptance before the turn of the century. In 1903 and 1905, Winchester Repeating Arms Company introduced the

first semi-automatic rifles designed specifically for the civilian market. In 1906, Remington *Arms* introduced the "Remington Auto-loading Repeating Rifle" for civilian sporting purposes. The rifle was renamed the Model 8 in 1911 and was widely popular and commonly owned by civilians and law enforcement agencies, who valued its semi-automatic action and relatively powerful rifle cartridges. Other manufacturers also introduced semi-automatic rifles for civilian use in the early 20th century.

7. Firearm development goals have largely been the same for civilian, military and law enforcement firearms from the earliest period of firearms design and construction until today – to safely, accurately and reliably discharge rounds. Civilian firearms design and military firearms design have largely followed the same track. Improvements made in military firearms have been rapidly adopted for civilian firearms and vice versa. For example, the wood-stocked bolt-action rifle, used by hunters for generations, gained popularity following World War I, where it was the battlefield rifle. It represented a step forward in handling, reliability and accuracy. Soon after the U.S. military began using the semi-automatic rifle in World War II, a wide range of semi-automatic rifles gained increased popularity among civilians. Modern sporting rifles, most notably rifles built on the AR-platform, were developed in the early 1960's based on the M-16 rifle used by U.S. forces in Viet Nam. Modern sporting rifles, like many of those banned under the Highland Park ordinance, are simply modern state-of-the-art firearms, just as their precursors once were generations ago.

8. Any suggestion that the firearms banned under the Highland Park ordinance are all "military grade weapons" is incorrect. Military forces around the world since the end of World War II have primarily used selective-fire rifles as standard service rifles. A selective-fire rifle has the ability to fire both fully automatic, meaning it continues to fire with a single pull of

the trigger as long as the trigger is held back, or fires a burst of multiple rounds with each pull of the trigger, as well as semi-automatic, meaning a separate pull of the rigger is required for each shot.

9. Historically, speaking there is no such thing as a "semi-automatic assault weapon." Application of the "assault weapon" label to civilian semi-automatic firearms has, in my opinion, served as a political device for those seeking to prohibit firearms ownership. Public confusion over the actual function of semi-automatic firearms has been fostered for political purposes and has resulted in nonsensical prohibitions on firearms ownership based on a firearm's appearance rather than its basic function.

10. For example, the firearm features prohibited under the Highland Park ordinance do not have an effect on the basic action of a semi-automatic firearm – to discharge one round with each pull of the trigger. The pistol grip configuration of a typical AR-style rifle is the by-product of designs that raised the butt-stock of selective-fire rifles in order to reduce "muzzle flip" during recoil. If the pistol grip remained integral with the raised butt-stock, the hand holding the grip would be in unnatural position. The solution was to place the pistol grip below and separate from the butt-stock. And contrary to a politicized myth, pistol grips make it more difficult, not less difficult, to fire a rifle "from the hip." Folding and telescoping stocks have been in use for over a century as a means to make firearms easier to transport and store. Most adjustable stocks on AR-style rifles shorten the stock by just a few inches and do not in any sense make the rifle "concealable." Although adjustable stocks can be used to adapt the firearm to a shooter's stature, enhancing accuracy and safety, and allowing persons of smaller stature, including many women to use and control the firearm, they do not affect a semi-automatic firearm's basic function of delivering one round with each trigger pull. Thumbhole stocks are

widely used by Olympic and other slow precision shooting competitors. They can be found on bolt action target rifles over one hundred years old and generally enhance accuracy, but do not have an effect on the basic function of semi-automatic firearm. Barrel shrouds also do not affect a firearm's basic function. Moreover, nearly all rifles have some sort of fore end that "shrouds" or encases the barrel, fully or partially. Although a purpose of a fore end or shroud is to allow the shooter to have a secure grasp of his firearm, on an AR-style rifle it also protects the aluminum gas tube, which carries powder gasses back to work the rifle's action. Muzzle brakes and compensators simply serve to redirect recoil, causing it to press back into the shooter's shoulder or hand rather than raising the barrel. This feature enhances practical accuracy for repeat shots, reduces danger to unintended targets and can be especially helpful to small-statured persons. Muzzle brakes and compensators do not affect the basic function of semi-automatic firearms.

11. The ordinance's characterization of a magazine capable of accepting more than ten rounds as a "large capacity magazine" is, in my opinion, wholly arbitrary, disregards firearms history and the practical implications of having too little ammunition in a self-defense encounter. A firearm capable of accepting more than ten rounds is not new or unusual. Lewis and Clark took a 20-shot .46 caliber repeating air rifle with them on their journey across the continent. A 12-shot superposed load flintlock was designed around the same time. Pepperbox percussion and pin-fire pistols with capacities of 18 to 21 shots were available in the mid-19th Century. Lever action rifles that could fire 15 shots were used in the Civil War, and widely popular in the late 19th and early 20th Centuries, and a 34-shot rifle enjoyed success in the 1870's. The Browning P35 semi-automatic pistol with a detachable 13-round magazine was introduced in 1935 and continues to be popular today.

12. Sufficient ammunition capacity in any type of firearm allows the shooter to focus on successive accurate shots rather than on reloading his firearm. This can be critically important in a self-defense encounter, and also contributes to safety, in that firearms are more likely to be handled unsafely during reloading. The availability of sufficient rounds may be especially important to a person who owns a firearm for self-defense but does not practice regularly and does not practice reloading.

13. In summary, the Highland Park "Assault Weapons" ordinance, in my opinion, bans a category of commonly owned firearms, which are not dangerous and unusual from either a historical or functional perspective.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2013.

_____
James W. Supica, Jr.

EXHIBIT A

# James W. Supica, Jr. (Jim)
**Curriculum Vitae**

## EMPLOYMENT

**NATIONAL RIFLE ASSOCIATION OF AMERICA (NRA)**
**Director of NRA Museums**, 2013 to present.
**Formerly Director of National Firearms Museum and Gun Collector Programs**, 2008- 2013.

Direction and management of the NRA National Firearms Museum in Fairfax VA, which is recognized as one of the leading firearms museums in the world. The Museum attracts around 50,000 visitors annually and conserves a collection of approximately 7,000 guns.

Direction, installation and thematic design of the NRA National Sporting Arms Museum, in Springfield MO, opened August 2013, with a projected annual visitation of around 400,000.

Direction and management of the NRA Museum's media outreach which includes regular and special guest participation in various educational television programs, magazine articles, and book publication. Electronic media outreach includes the NRAmuseum.com website which tallies over 2.6 million page views per year and ranks #1 on Google for both "Gun Museum" and "Firearms Museum", NFMcurator YouTube channel with over six million views of over 340 videos, and the Museum's Facebook page with an annual total of daily reaches of over 6 million.

**Old Town Station, Ltd.**
**Owner and President, national level antique and collectable firearms retailer,** 1992 to 2008

As a federally licensed firearms dealer, sold antique and collectable firearms via mail order catalog, website and live auctions. Wrote and published 54 issues of <u>Old Town Station Dispatch</u>, which combined photo illustrated listings of old firearms for sale with historical gun information and tips for collectors. Developed and managed ArmchairGunShow.com website, which combined firearms information with listing of collectable firearms for sale. When the website was sold in 2008, Google rankings were: #1 for Gun Collector, Old Firearms, Antique Pistol; #2 for Gun Values, Old Guns, Historic Firearms; #3 for Collectable Guns, Collectable Firearms; #4 for Antique Firearms; #14 for Gun Info; #17 for Gun Safety; and #26 for Guns.

**Kull & Supica Firearms Auction**
**Principal and auctioneer for national level firearms specialty auction house**, 2001 to 2008.

Conducted national level cataloged firearms auctions. Produced the catalogs including firearms research and description, worked as co-auctioneer, and developed and managed the Armsbid.com website, which Google regularly ranked #1 on the internet for "Live gun auction" and "Live firearms auction".

**United Construction Co., Inc.**
**Vice President and Counsel for heavy and highway construction company,** 1980 to 1992.

**Headquarters, Inc.**
**Director of Crisis Center,** 1975 to 1977.

Managed United Way service agency providing 24/7 telephone hotline, walk-in, and outreach crisis intervention and suicide prevention services, along with drug abuse programs.

1

## EDUCATION

University of Kansas School of Law, Juris Doctorate, 1980
University of Kanas, B.A. Psychology, 1977

## PUBLICATIONS

### Books

- Treasures of the NRA National Firearms Museum by Jim Supica, Doug Wicklund and Philip Schreier, 2013, Chartwell Books, Inc.
- Illustrated History of Firearms by Jim Supica, Doug Wicklund and Philip Schreier, 2011, Chartwell Books, Inc.
- Standard Catalog of Smith & Wesson by Jim Supica and Richard Nahas; 1997, 2001, and 2006. Gun Digest Books.
- Handguns by Jim Supica, 2010, Thunder Bay Press
- Rifles by Jim Supica and Doug Wicklund, 2010, Thunder Bay Press
- Shotguns by Jim Supica and Philip Schreier, 2010, Thunder Bay Press
- Guns introduction by Jim Supica, 2005, TAJ Books, Ltd.
- Guns of the Old West, publication scheduled for 2014

### Columns

- "I Have This Old Gun", American Rifleman – monthly column, in rotation with other writers, 2005 to 2008
- "Ask the Gun Guy", Shotgun News – monthly column, 2000 to 2008

### Contributing Editor

- American Rifleman, 1996 to 2009
- Standard Catalog of Firearms, 9th through 20th Editions, 1999 through 2010.

### Articles and Chapters

- "Cuban New Model Number Threes", Smith & Wesson Journal, 1991
- "Three Lives of a Schofield", CADA Gun Journal, 1992
- "Quincy 1992", Smith & Wesson Journal, 1992
- "Antique or Not Antique", CADA Gun Journal, Dec. 1993
- "SWCA 1993 Annual Meeting", Smith & Wesson Journal, 1993
- "Condition Condition Condition Baloney!", CADA Gun Journal, Jan. 1994
- "The Brady Crunch", CADA Gun Journal, Jan, 1994
- "Insights with Jim Supica", CADA Gun Journal, March 1994
- "In my Experience – Affordable Collectables", American Rifleman, Feb. 1994
- "Baby Hammerless Revolvers", Man at Arms, Jan/Feb. 1994
- "Living with Brady", Blue Book of Gun Values, 15th Ed. 1994

- "A Brady Retrospective", CADA Gun Journal, Nov. 2005
- "Pieces of History – A Proposed Rating System for Historically Attributed Firearms", Blue Book of Gun Values, 16th & 17th Ed's., 1995 & 1996
- "Collecting S&W", with Richard Nahas, American Rifleman, 1996
- "Guns on the Auction Block", Blue Book of Gun Values, 18th Ed., 1997
- "Firearms Engraving", Insights, March 1998
- "Fake!" Blue Book of Gun Values, 19th Ed., 1998
- "The Last Twenty Years in Gun Collecting", Blue Book of Gun Values, 20th Ed., 1999
- "Is a Collectors License for You?", 2002 through 2005 Standard Catalog of Firearms
- "The State of Collecting", 2004 Standard Catalog of Firearms
- "Collecting S&W Model 3 Revolvers", 2005 Standard Catalog of Firearms
- "Gun Auction Buying Tips", 2006 Standard Catalog of Firearms
- "How to Ship Guns and Ammo", 2006 Standard Catalog of Firearms
- "100 Years of the M1911", American Rifleman, Nov. 2011
- "National Firearms Museum", Blue Book of Gun Values, 32nd Ed., 2012
- "Your NRA National Firearms Museum", The Texas Gun Collector, Fall 2012
- Foreward, Smith & Wesson American Model by Charles Pate, 2006
- Preface, History of Smith & Wesson Firearms by Dean Boors, 2002

**Acknowledged Contributor**
- Blue Book of Gun Values by S.P. Fjestad, 13th through 34th Editions, 1992 through 2013
- Flayderman's Guide to Antique American Firearms and their Values by Norm Flayderman, 6th, 7th, 8th, & 9th Editions; 1994 through 2007.
- Complete Guide to United States Military Combat Shotguns by Bruce N. Canfield, 2007
- S&W Sixguns of the Old West by David Chicoine, 2004
- Old Guns and Whispering Ghosts by Jesse Wolf Hardin, 2006
- 331 Tips and Tricks – a How-to Guide for the Gun Collector by Stuart C. Mowbray, 2006.

**Recorded media**
- Featured lecturer, American Gunsmithing Institute Certified Firearms Appraiser Course, CD & DVD, 2012.

# TELEVISION
**Co-Host**, "Guns and Gold", Sportsman Channel, 2012 & 2013 seasons. Series has been picked up by Outdoor Channel for 2014, to be renamed.

**Regular guest expert:**
- "Gun Stories", Outdoors Channel, 2011, 2012 & 2013
- "American Rifleman Television", "I have this old gun" segment, Outdoors Channel, 2006 to present
- "NRA News", "Curator's Corner" segment, Sportsman Channel, 2013. Same segment on Cam & Co. webcast and Sirius radio, 2008 to present
- "Cowboys", Outdoors Channel, 2009

**Single episode appearances:**
- "After Newtown – Guns in America", PBS, 2013
- "Triggers", The Military Channel, 2013
- "101 Weapons that Changed the World", the History Channel, 2013
- Network affiliate broadcast programs in Washington DC, Kansas City, Tulsa, Tucson, Springfield MO and others.

## OTHER FIREARMS RELATED ACTIVITIES

**Training**
- NRA Certified Instructor – "Pistol" and "Personal Protection in the Home", 2004-present.
- Kansas Concealed Carry Instructor, 2007-2010.
- Defensive shooting training: Chapman Academy (Ray Chapman), Lethal Force Institute (Masad Ayoob), Jim Cirillo.
- Reserve Police Officer, Shawnee KS, early 1980's.

**Gun show participation** – Attended half a dozen to a dozen or more gun shows every year for the past 25 years, usually as an exhibitor, and prior to 2008 as a commercial dealer. Educational exhibits have won numerous awards. First person to be awarded both of the highest educational awards offered by NRA, the Gun Collectors Committee Trophy (1996), and the Andrew E. Mowbray Educational Trophy (1997). Other first place awards at national level shows include:
- S&W Collectors Association Calhoun Norton Award
- Missouri Valley Arms Collectors Association Best of Show (1992)
- Texas Gun Collectors Association First Place (1993)
- Indian Territory Gun Collectors Association First Place.

**Guest speaker** – Guest speaker on firearms and gun collecting topics for numerous events and groups since the early 1990's, including:
- NRA National Gun Collector Leadership Seminars
- NRA National Gun Show & Conference
- Smith & Wesson Collectors Association Annual Meeting
- Dallas Arms Collectors Association Meeting
- Texas Gun Collectors Association Annual Banquets
- Ohio Gun Collectors Association Annual Banquets
- Missouri Valley Arms Collectors Association Meetings

## MEMBERSHIPS

National Rifle Association of America – Board of Directors, 2001-2008.
- Vice Chairman Gun Collector Committee, 2007-2008
- Chairman, Publications Policy Committee, 2008
- Benefactor Member.

4

S&W Collectors Association – President 2003-2005. Board of Directors. Life Member.
Missouri Valley Gun Collector Association – President 1993 & 1995. First Honorary Life Member.
Colt Collectors Association – Board of Directors, 2001-2003
American Society of Arms Collectors – Member
Kansas State Rifle Association – Life Member
Single Action Shooting Society – Life Member
National Congress of Old West Shooters – Life Member

**Other gun collecting memberships, current or past** – Smith and Wesson Historical Foundation, Buffalo Bill Historic Center, Ohio Gun Collectors Assoc., Colorado Gun Collectors Association, Winchester Collectors Association, Remington Society, Texas Gun Collectors Association, Indian Territory Gun Collectors Association, Remington Society, Parker Gun Collectors Association.

**Professional and other memberships, current or past** – American Alliance of Museums, Collector Arms Dealers Association, American Auctioneer Association, Kansas Auctioneer Association, Kansas Bar Association, American Bar Association, Kansas Chamber of Commerce and Industry (Board of Directors), Mensa, International Society for Philosophical Inquiry.