# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | |
| the Illinois State Rifle Association | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No:    13-cv-9073 |
| v. | ) | |
| | ) | |
| CITY OF HIGHLAND PARK, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF GARY KLECK**

If sworn as a witness, I could competently testify to the following:

1.      I am a Professor of Criminology and Criminal Justice at Florida State University. I received my doctorate in Sociology from the University of Illinois in 1979, where I received the University of Illinois Foundation Fellowship in Sociology. I am currently the David J. Bordua Professor of Criminology at Florida State University, where I have been on the faculty since 1978. My research has focused on the impact of firearms and gun control on violence, and I have been called "the dominant social scientist in the field of guns and crime"

I have published the most comprehensive reviews of evidence concerning guns and violence in the scholarly literature, which informs and serves as part of the basis of my opinions. I am the author of *Point Blank: Guns and Violence in America*, which won the 1993 Michael J. Hindelang Award of the American Society of Criminology, awarded to the book of the previous several years which "made the most outstanding contribution to criminology." More recently, I

authored *Targeting Guns* (1997) and, with Don B. Kates, Jr., *The Great American Gun Debate* (1997) and *Armed* (2001).

I have also published scholarly research in all of the leading professional journals in my field. Specifically, my articles have been published in the *American Sociological Review, American Journal of Sociology, Social Forces, Social Problems, Criminology, Journal of Criminal Law and Criminology, Law & Society Review, Journal of Research in Crime and Delinquency, Journal of Quantitative Criminology, Law & Contemporary Problems, Law and Human Behavior, Law & Policy Quarterly, Violence and Victims, Journal of the American Medical Association,* and other scholarly journals.

I have testified before Congress and state legislatures on gun control issues, and worked as a consultant to the National Research Council, National Academy of Sciences Panel on the Understanding and Prevention of Violence, as a member of the U.S. Sentencing Commission's Drugs-Violence Task Force, and, most recently, as a member of the Institute of Medicine and National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-Related Violence. I am a referee for over a dozen professional journals, and serve as a grants consultant to the National Science Foundation.

Finally, I teach doctoral students how to do research and evaluate the quality of research evidence, and have taught graduate courses on research design and causal inference, statistical techniques, and survey research methodology. A complete list of my scholarly publications and a full description of my qualifications are set forth on my *Curriculum Vitae*, a true and correct copy of which is attached to this Affidavit as Exhibit A.

2.      I have reviewed Highland Park City Code section 136.001 et seq. and have been asked to provide my opinion on whether Highland Park's ban on ownership and possession of

"assault weapons" and magazines with the capacity to accept more than ten rounds of ammunition is likely to have an impact on the frequency and lethality of firearms violence. In my opinion, Highland Park's ban will have no impact on criminal firearms violence and is a symbolic political gesture at best. More problematically, the ban may very well leave potential crime victims less able to protect themselves, their property and their families.

3.     According to publicly available FBI Uniform Crime Reports, Highland Park has a very low incidence of violent crime. Statistics for 2010 indicate that Highland Park experienced just 17 incidents of violent crime (defined as murder and non-negligent manslaughter, forcible rape, robbery and aggravated assault). None of these incidents were murders. In fact, publicly available data indicates that no murder has been committed in Highland Park since 2003. The same data reveals that residents of Highland Park are substantially more likely to be victims of property crimes, including residential burglaries, larceny and vehicle theft. According to a United States Department of Justice, Bureau of Justice Statistics report, *Victimization During Household Burglary*, dated September 2010, a household member is present during the commission of approximately 1 million burglaries in the United States each year and became victims of violent crimes in 266,560 of those burglaries.

4.     The firearms Highland Park has chosen to ban are all semi-automatic firearms, which in most instances are mechanically identical, though cosmetically different, than countless non-banned firearms. All semi-automatic firearms, including those that Highland Park has not banned, are capable of firing a single shot as fast as the shooter can make successive trigger pulls. I do not why Highland Park chose to prohibit law-abiding citizens from owning the firearms it defined as "assault weapons" but advocates elsewhere of strict control over these types of firearms typically propose a number of rationales for their claim that these firearms are

3

especially dangerous or useful for criminal purposes: (a) alleged greater lethality, shot for shot, of the guns or ammunition they use; (b) the supposed ease with which the firearms can be converted to fully automatic fire; (c) the high rate of fire of the firearms in their semi-automatic mode; and (d) their ability to accept large capacity detachable magazines, and therefore fire many times without reloading. None of these rationales are supported by empirical evidence.

5.      The firearms banned by Highland Park are not more lethal, shot for shot, than firearms that are not banned. This is true because the cartridges most commonly used in "assault rifles" have smaller, pointed bullets which do not flatten out and expand when they hit human flesh. They therefore tend to produce smaller wounds, which are correspondingly less lethal.

6.      The argument that some of the banned firearms are easily converted to fully automatic fire is not true. No semi-automatic firearm available for sale in the United States since 1989 is readily converted to fully automatic fire. Technical experts with the Bureau of Alcohol, Tobacco, Firearms and Explosives disassemble, test and examine samples of all semi-automatic firearms marketed in the United States to make a formal determination on whether they can be readily converted. Any model found to be readily converted to fully automatic fire is declared illegal and cannot be sold.

7.      The total volume of fire which some of the banned firearms are capable without reloading is not an attribute of the firearm but the ammunition magazine. Many of the banned firearms are capable of accepting many different magazine sizes, containing three rounds or thirty or more. However, it is unlikely that large capacity magazines (LCMs) (defined by Highland Park as capable of accepting more than ten rounds) are relevant to the outcome of violent incidents because very few incidents involve large numbers of shots fired. Firearm

assaults usually involve no shots fired or only a few shots fired, typically fewer than the six rounds ordinary revolvers hold.

8.      Even in mass shootings, where large numbers of rounds are fired, it is extraordinarily rare that the presence of a large capacity magazine had any impact on the number of victims injured or killed. I have reviewed media accounts in the 57 mass shootings that have occurred in the United States between 1994 and 2013 (defined as more than six persons injured or killed) and found that in all but one, or possibly two, of the shootings did the presence of an LCM have an impact on the number of casualties. The use of an LCM is not necessary for the shooter to fire many rounds because (a) the shooter possessed multiple firearms; (b) the shooter possessed multiple magazines; or (c) the shooter reloaded without interference from others.

9.      Empirical research has revealed that criminals do not prefer to use "assault weapons." Criminals overwhelmingly prefer and use more concealable handguns in commission of crimes. Research has also revealed that drug dealers and juvenile gang members virtually never use "assault weapons." A survey of a representative national sample of state prison inmates provided information on the guns that criminals owned in the month before the arrest that lead to their imprisonment, as well as the guns they actually *used* in their crimes. Of those who owned a handgun of any kind in the preceding month, 71% were armed with a handgun when they committed the crime that got them sent to prison. However, of those who possessed a "military-type" gun, only 16.7% were armed with such a gun when they committed their crimes (computed from U.S. Bureau of Justice Statistics 1993). Thus, compared to their availability, AWs were *under*represented among the guns these felons actually used to commit crimes. These results were confirmed specifically with respect to "assault rifles" by surveys of inmates in Virginia prisons in 1992-93, which revealed that although 20% of the offenders had previously possessed "assault rifles," none had carried or fired one in their latest crime . Thus, criminals not only did not "prefer" military-style guns, they were strongly disinclined to carry them during

5

commission of their crimes, even when they owned one. In sum, under any meaningful interpretation of "preference," criminals do not prefer assault weapons.

10. Banning a category of firearms that are rarely used in crime for the ostensible purpose of protecting the public from criminal firearms violence in not only illogical, it may actually put the public at greater risk. In 1993, I conducted a survey addressing defensive gun use. A large nationally representative sample covering all adults age 18 and over were asked, among other questions, whether the respondent or a family member had used a firearm, even if it was not fired, for the protection of property at home, at work or elsewhere during the past five years. Based on this question and follow-up questions, I determined that there were about 2.2 to 2.5 million defensive gun uses by civilians in the United States in 1992. This number dwarfs the number of violent crimes that occurred that year in which the offender possessed a firearm. According to the National Crime Victimization Survey, 847,652 such violent crimes occurred in 1992, the peak year for gun crime.

11. Prohibitionist measures, like the Highland Park ban, are aimed at disarming criminals and non-criminals alike. These measures therefore discourage and presumably decrease the frequency of defensive use of "assault weapons" and LCMs among non-criminal crime victims because even minimally effective gun bans disarm some law-abiding citizens. In my opinion, reducing the availability of firearms among law-abiding citizens also reduces defensive gun uses that would otherwise save lives, prevent injuries, thwart rape attempts, drive off burglars and help victims retain their property.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2013.

_Gary Kleck_
Gary Kleck

6

CURRICULUM VITAE
GARY KLECK
(Updated April 15, 2013)



EXHIBIT
A

## PERSONAL
Address:                College of Criminology and Criminal Justice
                        306 Hecht House
                        The Florida State University
                        Tallahassee, Florida 32306-1127
Telephone Numbers:      Office:        (850) 644-7651
                        Office FAX:  (850) 644-9614
e-mail Address:         gkleck@fsu.edu

## CURRENT POSITION
David J. Bordua Professor of Criminology, Florida State University

## COURTESY APPOINTMENT
Professor, College of Law, Florida State University

## PROFESSIONAL MEMBERSHIPS
American Society of Criminology
Academy of Criminal Justice Sciences

## EDUCATION
A.B.      1973 - University of Illinois, with High Honors and with
               Distinction in Sociology
A.M.      1975 - University of Illinois at Urbana, in Sociology
Ph.D.     1979 - University of Illinois at Urbana, in Sociology

## ACADEMIC HONORS
National Merit Scholar, 1969

Freshman James Scholar, University of Illinois, 1969

Graduated from University of Illinois with High Honors and with Distinction in
       Sociology, 1973

University of Illinois Foundation Fellowship in Sociology, 1975-76

1993 Winner of the Michael J. Hindelang Award of the American Society of
       Criminology, for the book that made "the most outstanding contribution
       to criminology" (for Point Blank: Guns and Violence in America).

## TEACHING POSITIONS

Fall, 1991 to present. Professor, College of Criminology and Criminal Justice,
       Florida State University

34

Fall, 1984 to Spring, 1991. Associate Professor, School of Criminology, Florida
State University.

Fall, 1979 to Spring, 1984,. Assistant Professor, School of Criminology, Florida
State University.

Fall, 1978 to Spring, 1979. Instructor, School of Criminology, Florida State
University.

COURSES TAUGHT

Criminology, Applied Statistics, Regression, Introduction to Research Methods,
Law Enforcement, Research Methods in Criminology, Guns and Violence,
Violence Theory Seminar, Crime Control, Assessing Evidence, Survey
Research, Research Design and Causal Inference.

DISSERTATION

Homicide, Capital Punishment, and Gun Ownership: An Aggregate Analysis of
U.S. Homicide Trends from 1947 to 1976. Department of Sociology,
University of Illinois, Urbana. 1979.

PUBLICATIONS (sole author unless otherwise noted)

BOOKS

1991, 2005 Point Blank: Guns and Violence in America. Hawthorne, N.Y.:
Aldine de Gruyter. Winner of the 1993 Michael J. Hindelang award of
the American Society of Criminology. Republished in 2005 in paperback
by Transaction Publishers. Reviewed in Contemporary Sociology,
American Journal of Sociology, Social Forces, Journal of Criminal Law
and Criminology, The Criminologist, The Public Interest, Criminal Law
Forum, Social Science Review, Criminal Justice Abstracts, Crime,
Criminal Justice and Law Enforcement, Newsletter of Public Policy
Currents, Commonweal, Choice, and others.

1997 Targeting Guns: Firearms and their Control. Hawthorne, N.Y.: Aldine de
Gruyter.

1997 The Great American Gun Debate: Essays on Firearms and Violence (with
Don B. Kates, Jr.). San Francisco: Pacific Research Institute for Public
Policy.

2001 (with Don B. Kates) Armed: New Perspectives on Gun Control. N.Y.:
Prometheus Books. Selected to Choice: Current Reviews for Academic
Libraries' 39th annual "Outstanding Academic Title List," awarded for
"excellence in scholarship and presentation, the significance of their

35

contribution to their field, and their value as an important treatment of their topic." Awarded to less than one percent of books.

## RESEARCH MONOGRAPH

1979  Bordua, David J., Alan J. Lizotte, and Gary Kleck. <u>Patterns of Firearms Ownership, Use and Regulation in Illinois</u>. A Report to the Illinois Law Enforcement Commission, Springfield, Illinois.

## ARTICLES IN PEER-REVIEWED JOURNALS

1979  "Capital punishment, gun ownership, and homicide." <u>American Journal of Sociology</u> 84(4):882-910.

1981  "Racial discrimination in criminal sentencing: A critical evaluation of the evidence with additional evidence on the death penalty." <u>American Sociological Review</u> 46(6):783-804.

1982  "On the use of self-report data to determine the class distribution of criminal behavior." <u>American Sociological Review</u> 47(3):427-33.

1983  (with David Bordua) "The factual foundation for certain key assumptions of gun control." <u>Law and Policy Quarterly</u> 5(3):271-298.

1985  "Life support for ailing hypotheses: modes of summarizing the evidence on racial discrimination in criminal sentencing." <u>Law and Human Behavior</u> 9(3):271-285.

1985  "Policy lessons from recent gun control research." <u>Law and Contemporary Problems</u> 49(1):35-62.

1986  "Evidence that 'Saturday Night Specials' not very important for crime." <u>Sociology and Social Research</u> 70(4):303-307.

1987  "Americans' foreign wars and the legitimation of domestic violence." <u>Sociological Inquiry</u> 57(3):237-250.

1988  "Crime control through the private use of armed force." <u>Social Problems</u> 35(1):1-21.

1988  "Miscounting suicides." <u>Suicide and Life-Threatening Behavior</u> 18(3):219-236.

1990  (with Susan Sayles) "Rape and resistance." <u>Social Problems</u> 37(2):149-162.

1991  (with Karen McElrath) "The effects of weaponry on human violence." Social Forces 69(3):669-92.

1993  (with Miriam DeLone) "Victim resistance and offender weapon effects in robbery." Journal of Quantitative Criminology 9(1):55-82.

1993  (with E. Britt Patterson) "The impact of gun control and gun ownership levels on violence rates." Journal of Quantitative Criminology 9(3):249-287.

1993  "Bad data and the 'Evil Empire': interpreting poll data on gun control." Violence and Victims 8(4):367-376.

1995  "Guns and violence: an interpretive review of the field." Social Pathology 1(1):12-47.

1995  "Using speculation to meet evidence." Journal of Quantitative Criminology 11(4):411-424.

1995  (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."      Journal of Criminal Law & Criminology 86(1):150-187.

1996  "Crime, culture conflict and sources of support for gun control: a multi-level application of the General Social Surveys." American Behavioral Scientist 39(4):387-404.

1996  (with Chester Britt III and David J. Bordua) "A reassessment of the D.C. gun law: some cautionary notes on the use of interrupted time series designs for policy impact assessment." Law & Society Review 30(2):361-380.

1996  (with Chester Britt III and David J. Bordua) "Avoidance and misunderstanding." Law & Society Review 30(2):393-397.

1996  (with Tomislav Kovandzic and Marc Gertz) "Defensive gun use: vengeful vigilante imagery vs. reality: results from the National Self-Defense Survey." Journal of Criminal Justice 26(3):251-258.

1997  (with Marc Gertz) "The illegitimacy of one-sided speculation: getting the defensive gun use estimate down." Journal of Criminal Law and Criminology 87(4):1446-1461.

1998  (with Marc Gertz) "Carrying guns for protection: results from the National Self-Defense Survey." Journal of Research in Crime and Delinquency 35(2):193-224.

1998   "What are the risks and benefits of keeping a gun in the home?" <u>Journal of the American Medical Association</u> 280(5):473-475.

1998   (with Charles Crawford and Ted Chiricos) "Race, racial threat, and sentencing of habitual offenders." <u>Criminology</u> 36(3):481-511.

1999   (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." <u>Social Problems</u> 46(2):275-293.

1999   "BATF gun trace data and the role of organized gun trafficking in supplying guns to criminals."   <u>St. Louis University Public Law Review</u> 18(1):23-45.

2001    "Can owning a gun really triple the owner's chances of being murdered?" <u>Homicide Studies</u> 5:64-77.

2001   (with Theodore Chiricos) "Unemployment and property crime: a target-specific assessment of opportunity and motivation as mediating factors." <u>Criminology</u> 40(3):649-680.

2004   "Measures of gun ownership levels for macro-level crime and violence research." <u>Journal of Research in Crime and Delinquency</u> 41(1):3-36.

2004   (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crimes." <u>Criminology</u> 42(4):861-909.

2005   (with Brion Sever, Spencer Li, and Marc Gertz) "The missing link in general deterrence research." <u>Criminology</u> 43(3):623-660.

2006   (with Jongyeon Tark and Jon J. Bellows) "What methods are most frequently used in research in criminology and criminal justice?" <u>Journal of Criminal Justice</u> 34(2):147-152.

2007   "Are police officers more likely to kill African-American suspects?" <u>Psychological Reports</u> 100(1):31-34.

2007   (with Shun-Yung Wang and Jongyeon Tark) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2000-2005." <u>Journal of Criminal Justice Education</u> 18(3):385-405.

2008   (with Jongyeon Tark, Laura Bedard, and Dominique Roe-Sepowitz) "Crime victimization and divorce." <u>International Review of Victimology</u> 15(1):1-17.

2009   "The worst possible case for gun control: mass shootings in schools." <u>American Behavioral Scientist</u> 52(10):1447-1464.

38

2009  (with Shun-Yung Wang) "The myth of big-time gun trafficking and the overinterpretation of gun tracing data." UCLA Law Review 56(5):1233-1294.

2009  (with Tomislav Kovandzic) "City-level characteristics and individual handgun ownership: effects of collective security and homicide." Journal of Contemporary Criminal Justice 25(1):45-66.

2009  (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Journal of Criminal Justice 37(5):496-504.

2011  (with James C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Journal of Criminal Justice Education 22(1):43-66.

2011  (with Tomislav Kovandzic, Mark Saber, and Will Hauser). "The effect of perceived risk and victimization on plans to purchase a gun for self-protection." Journal of Criminal Justice 39(4):312-319.

2013  (with Will Hauser) "Guns and fear: a one-way street?" Crime and Delinquency 59:271-291.

2013  "Gun control after Heller and McDonald: what cannot be done and what ought to be done." Fordham Urban Law Journal 39(5):1383-1420.

2013  (with James C. Barnes) "Deterrence and macro-level perceptions of punishment risks: is there a "collective wisdom?" Crime and Delinquency 59(2): (forthcoming, c. September 2013).

2013  (with Tomislav Kovandzic and Mark Schaffer) "Estimating the causal effect of gun prevalence on homicide rates: A local average treatment effect approach." Journal of Quantitative Criminology 28(4): (forthcoming c. September 2013).

2014  (with Jongyeon Tark) "Resisting rape: the effects of victim self-protection on rape completion and injury." Violence Against Women 23(3): (forthcoming March 2014).

2014  (with James C. Barnes) "Do more police generate more crime deterrence?" Crime and Delinquency 59(4): (forthcoming c. January 2014).


OTHER PUBLISHED ARTICLES

1992  "Assault weapons aren't the problem." New York Times September 1, 1992, p. A15. Invited Op-Ed page article.

1993    "The incidence of violence among young people." <u>The Public Perspective</u>
        4:3-6. Invited article.

1994    "Guns and self-protection." <u>Journal of the Medical Association of Georgia</u>
        83:42. Invited editorial.

1996    "Using speculation to meet evidence: reply to Alba and Messner." <u>Journal
        on Firearms and Public Policy</u> 9:13-49.

1998    "Has the gun deterrence hypothesis been discredited?" <u>Journal on
        Firearms and Public Policy</u> 10:65-75.

1999    "There are no lessons to be learned from Littleton." <u>Criminal Justice
        Ethics</u> 18(1):2, 61-63. Invited commentary.

1999    "Risks and benefits of gun ownership - reply." <u>Journal of the American
        Medical Association</u> 282(2):136-136.

1999    "The misfire that wounded Colt's." <u>New York Times</u> October 23, 1999.
        Invited  Op-Ed page article.

1999    "Degrading scientific standards to get the defensive gun use estimate
        down." <u>Journal on Firearms and Public Policy</u> 11:77-137.

2000    "Guns aren't ready to be smart." <u>New York Times</u> March 11, 2000.
        Invited Op-Ed page article.

2000    (with Chester Britt III and David J. Bordua) "The emperor has no clothes:
        Using interrupted time series designs to evaluate social policy impact."
        <u>Journal on Firearms and Public Policy</u> 12:197-247.

2001    "School lesson: armed self-defense works." <u>Wall Street Journal</u> March 27,
        2001. Invited opinion article.

2001    "Impossible policy evaluations and impossible conclusions: a comment on
        Koper and Roth." <u>Journal of Quantitative Criminology</u> 17(1):75-80.

2001    "Absolutist politics in a moderate package: prohibitionist intentions of
        the gun control movement." <u>Journal on Firearms and Public Policy</u> 13:1-
        43.

2002    "Research agenda on guns, violence, and gun control." <u>Journal on
        Firearms and Public Policy</u> 14:51-72.

2006    "Off target." <u>New York Sun</u> January 5, 2006. Invited opinion article.

2009    "How not to study the effect of gun levels on violence rates." <u>Journal on
        Firearms and Public Policy</u> 21:65-93.

40

2011  "Mass killings aren't the real gun problem --- how to tailor gun-control measures to common crimes, not aberrant catastrophes." <u>Wall Street Journal</u>  January 15, 2011. Invited opinion article.

2011  "The myth of big-time gun trafficking." <u>Wall Street Journal</u> May 21, 2011. Invited opinion article.


BOOK CHAPTERS

1984  (with David Bordua) "The assumptions of gun control." Pp. 23-48 in Don B. Kates, Jr. (ed.) <u>Firearms and Violence: Issues of Regulation</u>. Cambridge, Mass.: Ballinger. (Also appeared in <u>Federal Regulation of Firearms</u>, report prepared by the Congressional Research Service, Library of Congress, for the Committee on the Judiciary, United States Senate, 1982).

1984  "The relationship between gun ownership levels and rates of violence in the U.S." Pp. 99-135 in Kates, above.

1984  "Handgun-only gun control: a policy disaster in the making." Pp. 167-199 in Kates, above.

1996  "Racial discrimination in criminal sentencing." Pp. 339-344 in <u>Crime and Society</u>, Volume III – Readings: Criminal Justice, edited by George Bridges, Robert D. Crutchfield, and Joseph G. Weis. Thousand Oaks, Calif.: Pine Forge Press.

1996  "Gun buy-back programs: nothing succeeds like failure." Pp. 29-53 in <u>Under Fire: Gun Buy-Backs, Exchanges and Amnesty Programs</u>, edited by Martha R. Plotkin. Washington, D.C.: Police Executive Research Forum.

2000  "Firearms and crime." Pp. 230-234 in the <u>Encyclopedia of Criminology and Deviant Behavior</u>, edited by Clifton D. Bryant. Philadelphia: Taylor & Francis, Inc.

2001  (with Leroy Gould and Marc Gertz) "Crime as social interaction." Pp. 101-114 in <u>What is Crime?: Controversy over the Nature of Crime and What to Do About It</u>, edited by Stuart Henry and Mark M. Lanier. Lanham, Md.: Rowman and Littlefield.

2003  "Constricted rationality and the limits of general deterrence." Chapter 13 in <u>Punishment and Social Control: Enlarged Second Edition</u>, edited by Thomas G. Blomberg. New York: Aldine de Gruyter.

2003  "The great American gun debate: what research has to say." Pp. 470-487

41

in <u>The Criminal Justice System: Politics and Policies</u>, 9th edition, edited by George F. Cole, Marc Gertz, and Amy Bunger. Belmont, CA: Wadsworth-Thomson.

2008 "Gun control." Article in <u>The Encyclopedia of Social Problems</u>, edited by Vincent N. Parrillo. Thousand Oaks, CA: Sage.

2009 "Guns and crime." Invited chapter. Pp. 85-92 in <u>21st Century Criminology: A Reference Handbook</u>, edited by J. Mitchell Miller. Thousand Oaks, CA: Sage.

2012 Kovandzic, Tomislav, Mark E. Schaffer, and Gary Kleck. "Gun prevalence, homicide rates and causality: A GMM approach to endogeneity bias." Chapter 6, pp. 76-92 in <u>The Sage Handbook of Criminological Research Methods</u>, edited by David Gadd, Susanne Karstedt, and Steven F. Messner. Thousand Oaks, CA: Sage.

2012 (with Kelly Roberts) "What survey modes are most effective in eliciting self-reports of criminal or delinquent behavior?" Chapter in <u>Handbook of Survey Methodology</u>, edited by Lior Gideon. NY: Springer.

2013 "Deterrence: actual vs. perceived risk of punishment. Article in <u>Encyclopedia of Criminology and Criminal Justice</u>. Berlin: Springer Verlag.

2013 "An overview of gun control policy in the United States." Pp. 562-579 in <u>The Criminal Justice System</u>, 10th edition, Edited by George F. Cole and Marc G. Gertz. Wadsworth.


BOOK REVIEWS

1978 Review of <u>Murder in Space City: A Cultural Analysis of Houston Homicide Patterns,</u> by Henry Lundsgaarde. <u>Contemporary Sociology</u> 7:291-293.

1984 Review of <u>Under the Gun</u>, by James Wright et al. <u>Contemporary Sociology</u> 13:294-296.

1984 Review of <u>Social Control</u>, ed. by Jack Gibbs. <u>Social Forces</u> 63: 579-581.

1987 Review of <u>Armed and Considered Dangerous</u>, by James Wright and Peter Rossi, <u>Social Forces</u> 66:1139-1140.

1987 Review of <u>Sociological Justice</u>, by Donald Black, <u>Contemporary Sociology</u> 19:261-3.

1988 Review of <u>The Citizen's Guide to Gun Control</u>, by Franklin Zimring and Gordon Hawkins, <u>Contemporary Sociology</u> 17:363-364.

1991 Review of <u>Equal Justice and the Death Penalty</u>, by David C. Baldus, George G. Woodworth, and Charles A. Pulaski, Jr. <u>Contemporary Sociology</u> 20:598-9.

1999 Review of <u>Crime is Not the Problem</u>, by Franklin E. Zimring and Gordon Hawkins. <u>American Journal of Sociology</u> 104(5):1543-1544.

2001  Review of <u>Gun Violence: the Real Costs</u>, by Philip  J. Cook and Jens Ludwig. <u>Criminal Law Bulletin</u> 37(5):544-547.

2010  Review of <u>Homicide and Gun Control: The Brady Handgun Violence Prevention Act and Homicide Rates</u>, by J. D. Monroe. <u>Criminal Justice Review</u> 35(1):118-120.


LETTERS PUBLISHED IN SCHOLARLY JOURNALS

1987  "Accidental firearm fatalities." <u>American Journal of Public Health</u> 77:513.

1991 "Suicide in the home in relation to gun ownership." <u>The New England Journal of Medicine</u> 327:1878.

1991 "Gun ownership and crime." <u>Canadian Medical Association Journal</u> 149:1773-1774.

1999 "Risks and benefits of gun ownership." <u>Journal of the American Medical Association</u> 282:136.

1999 (with Thomas Marvell) "Impact of the Brady Act on homicide and suicide rates." <u>Journal of the American Medical Association</u> 284:2718-2719.

2001  "Violence, drugs, guns (and Switzerland)." <u>Scientific American</u> 284(2):12.

2002  "Doubts about undercounts of gun accident deaths." <u>Injury Prevention Online</u> (September 19, 2002). Published online at http://ip.bmjjournals.com/cgi/eletters /8/3/252.

2005  "Firearms, violence, and self-protection." <u>Science</u> 309:1674. September 9, 2005.


UNPUBLISHED REPORT

1987   Violence, Fear, and Guns at Florida State University: A Report to the
       President's Committee on Student Safety and Welfare. Reports results of
       campus crime victimization survey and review of campus police statistics
       on gun violence (32 pages).

## RESEARCH FUNDING

1991   "The Impact of Drug Enforcement on Urban Drug Use Levels and Crime
       Rates." $9,500 awarded by the U.S. Sentencing Commission.

1996   "Testing a Fundamental Assumption of Deterrence-Based Crime Control
       Policy." $80,590 awarded by the Charles E. Culpeper Foundation to
       study the link between actual and perceived punishment levels.

## PRESENTED PAPERS

1976   "Firearms, homicide, and the death penalty: a simultaneous equations
       analysis." Presented at the annual meetings of the Illinois Sociological
       Association, Chicago.

1979   "The assumptions of gun control." Presented at the Annual Meetings of
       the American Sociological Association, New York City.

1980   "Handgun-only gun control: A policy disaster in the making." Presented
       at the Annual Meetings of the American Society of Criminology,
       Washington, D.C.

1980   "Life support for ailing hypotheses: Modes of summarizing the evidence
       on racial discrimination." Presented at the Annual Meetings of the
       American Society of Criminology, Toronto.

1984   "Policy lessons from recent gun control research." Presented at the Duke
       University Law School Conference on Gun Control.

1985   "Policy lessons from recent gun control research." Presented at the
       Annual Meetings of the American Society of Criminology, San Diego.

1986   "Miscounting suicides." Presented at the Annual Meetings of the
       American Sociological Association, Chicago.

1987   (with Theodore G. Chiricos, Michael Hays, and Laura Myers)
       "Unemployment and crime: a comparison of motivation and opportunity
       effects." Annual meetings of the American Society of Criminology,
       Montreal.

1988   "Suicide, guns and gun control." Presented at the Annual Meetings of the

44

Popular Culture Association, New Orleans.

1988  (with Susan Sayles) "Rape and resistance."    Presented at the Annual Meetings of the American Society of Criminology, Chicago, Ill.

1989  (with Karen McElrath) "The impact of weaponry on human violence." Presented at the Annual Meetings of the American Sociological Association, San Francisco.

1989  (with Britt Patterson) "The impact of gun control and gun ownership levels on city violence rates." Presented at the Annual Meetings of the American Society of Criminology, Reno.

1990  "Guns and violence: a summary of the field." Presented at the Annual Meetings of the American Political Science Association, Washington, D.C.

1991  "Interrupted time series designs: time for a re-evaluation." Presented at the Annual Meetings of the American Society of Criminology, New Orleans.

1993  (with Chester Britt III and David J. Bordua) "The emperor has no clothes: Using interrupted time series designs to evaluate social policy impact." Presented at the Annual Meetings of the American Society of Criminology, Phoenix.

1992  "Crime, culture conflict and support for gun laws: a multi-level application of the General Social Surveys." Presented at the Annual Meetings of the American Society of Criminology, Phoenix.

1994  (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."    Presented at the Annual Meetings of the American Society of Criminology, Miami.

1995  (with Tom Jordan) "The impact of drug enforcement and penalty levels on urban drug use levels and crime rates." Presented at the Annual Meetings of the American Society of Criminology, Boston.

1996  (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." Presented at the Annual Meetings of the American Society of Criminology, Chicago.

1997  "Evaluating the Brady Act and increasing the utility of BATF tracing data." Presented at the annual meetings of the Homicide Research Working Group, Shepherdstown, West Virginia.

1997  "Crime, collective security, and gun ownership: a multi-level application of the General Social Surveys." Presented at the Annual Meetings of the American Society of Criminology, San Diego.

45

1998   (with Brion Sever and Marc Gertz) "Testing a fundamental assumption of deterrence-based crime control policy." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1998   "Measuring macro-level gun ownership levels." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1999   "Can owning a gun really triple the owner's chances of being murdered?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2000   "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement." Presented at the Annual Meetings of the American Society of Criminology, San Francisco.

2001   (with Tomislav V. Kovandzic) "The impact of gun laws and gun levels on crime rates." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001   "Measures of gun ownership levels for macro-level violence research." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001   "The effects of gun ownership levels and gun control laws on urban crime rates." Presented at the Annual Meetings of the American Society of Criminology, Chicago.

2003   (with Tomislav V. Kovandzic) "The effect of gun levels on violence rates depends on who has them." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2003   (with KyuBeom Choi) "Filling in the gap in the causal link of deterrence." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2004   (with Tomislav Kovandzic) "Do violent crime rates and police strength levels in the community influence whether individuals own guns?" Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004   (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crime." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004   (with Jongyeon Tark) "The impact of self-protection on rape completion and injury." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

46

2004  (with Kyubeom Choi) "The perceptual gap phenomenon and deterrence as psychological coercion." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2005  (with Jongyeon Tark) "Who resists crime?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2005  (with Jongyeon Tark and Laura Bedard) "Crime and marriage." Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2006  (with Shun-Yang Kevin Wang)"Organized gun trafficking, 'crime guns,' and crime rates." Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2006  "Are police officers more likely to kill black suspects?" Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2007  (with Shun-Yang Kevin Wang) "The myth of big-time gun trafficking. "Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2007  (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2008  (with J.C. Barnes) "Deterrence and macro-level perceptions of punishment risks: Is there a "collective wisdom?" Presented at the Annual Meetings of the American Society of Criminology, St. Louis.

2009  "The myth of big-time gun trafficking." Presented at UCLA Law Review Symposium, "The Second Amendment and the Right to Bear Arms After DC v. Heller." January 23, 2009, Los Angeles.

2009  (with Shun-Yung Wang) "Employment and crime and delinquency of working youth: A longitudinal study of youth employment." Presented at the Annual Meetings of the American Society of Criminology, November 6, 2009, Philadelphia, PA.

2009  (with J. C. Barnes) "Do more police generate more deterrence?" Presented at the Annual Meetings of the American Society of Criminology, November 4, 2009, Philadelphia, PA.

2010  (with J. C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Presented at the annual Meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010   (with Will Hauser) "Fear of crime and gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010   "Errors in survey estimates of defensive gun use frequency: results from national Internet survey experiments." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2010   (with Mark Faber and Tomislav Kovandzic) "Perceived risk, criminal victimization, and prospective gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2011   (with Shun-young Wang) "The impact of job quality and career commitment on delinquency: conditional or universal?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011    (with Moonki Hong) "The short-term deterrent effect of executions on homicides in the United States, 1984-1998." Presented at the annual Meetings of the American Society of Criminology, November 16, 2011.

2011   (with Kelly Roberts) "Which survey modes are most effective in getting people to admit illegal behaviors?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011   (with Will Hauser) "Pick on someone your own size: do health, fitness, and size influence victim selection?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2011   (with Tomislav Kovandzic) "Is the macro-level crime/punishment association spurious?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2012   (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study." Presented at the annual Meetings of the American Society of Criminology, November 15, 2012.

CHAIR

1983   Chair, session on Race and Crime. Annual meetings of the American Society of Criminology, Denver.

1989   Co-chair (with Merry Morash), roundtable session on problems in analyzing the National Crime Surveys. Annual meetings of the American Society of Criminology, Reno.

1993   Chair, session on Interrupted Time Series Designs. Annual meetings of

the American Society of Criminology, New Orleans.

1993    Chair, session on Guns, Gun Control, and Violence. Annual meetings of the American Society of Criminology, Phoenix.

1994    Chair, session on International Drug Enforcement. Annual meetings of the American Society of Criminology, Boston.

1999    Chair, Author-Meets-Critics session, More Guns, Less Crime. Annual meetings of the American Society of Criminology, Toronto.

2000    Chair, session on Defensive Weapon and Gun Use.  Annual Meetings of the American Society of Criminology, San Francisco.

2002    Chair, session on the Causes of Gun Crime. Annual meetings of the American Society of Criminology, Chicago.

2004    Chair, session on Protecting the Victim. Annual meetings of the American Society of Criminology, Nashville.

DISCUSSANT
1981    Session on Gun Control Legislation, Annual Meetings of the American Society of Criminology, Washington, D.C.

1984    Session on Criminal Sentencing, Annual Meetings of the American Society of Criminology, Cincinnati.

1986    Session on Sentencing, Annual Meetings of the American Society of Criminology, Atlanta.

1988    Session on Gun Ownership and Self-protection, Annual Meetings of the Popular Culture Association, Montreal.

1991    Session on Gun Control, Annual Meetings of the American Statistical Association, Atlanta, Ga.

1995    Session on International Drug Enforcement, Annual Meetings of the American Society of Criminology, Boston.

2000    Session on Defensive Weapon and Gun Use, Annual Meetings of the American Society of Criminology, San Francisco.

2004    Author-Meets-Critic session on Guns, Violence, and Identity Among African-American and Latino Youth, by Deanna Wilkinson. Annual meetings of the American Society of Criminology, Nashville.

2007   Session on Deterrence and Perceptions, University of Maryland 2007
       Crime & Population Dynamics Summer Workshop, Aspen Wye River
       Center, Queenstown. MD, June 4, 2007.

2009   Session on Guns and Crime, at the DeVoe Moore Center Symposium On
       The Economics of Crime, March 26-28, 2009.

2012   Panel discussion of news media coverage of high profile crimes. Held at
       the Florida Supreme Court On September 24-25, 2012, sponsored by the
       Florida Bar Association as part of their 2012 Reporters' Workshop.

PROFESSIONAL SERVICE
Editorial consultant -
       American Sociological Review
       American Journal of Sociology
       Social Forces
       Social Problems
       Law and Society Review
       Journal of Research in Crime and Delinquency
       Social Science Research
       Criminology
       Journal of Quantitative Criminology
       Justice Quarterly
       Journal of Criminal Justice
       Violence and Victims
       Violence Against Women
       Journal of the American Medical Association
       New England Journal of Medicine
       American Journal of Public Health
       Journal of Homicide Studies
Grants consultant, National Science Foundation, Sociology Program.
Member, Gene LeCarte Student Paper Committee, American Society of
       Criminology, 1990.

Area Chair, Methods Area, American Society of Criminology, annual meetings
       in Miami, November, 1994.

Division Chair, Guns Division, American Society of Criminology, annual
       meetings in Washington, D.C., November, 1998.

Dissertation evaluator, University of Capetown, Union of South Africa, 1998.

Division Chair, Guns Division, American Society of Criminology, annual
       meetings in Washington, D.C., November, 1999.

Member of Academy of Criminal Justice Sciences selection committee for Editor
       of Justice Quarterly, 2007.

50

UNIVERSITY SERVICE

Member, Master's Comprehensive Examination Committee, School of
     Criminology, 1979-1982.

Faculty Advisor, Lambda Alpha Epsilon (FSU chapter of American Criminal
     Justice Association), 1980-1988.

Faculty Senate Member, 1984-1992.

Carried out campus crime survey for President's Committee on Student Safety
     and Welfare, 1986.

Member, Strategic Planning and Budgeting Review Committee for Institute for
     Science and Public Affairs, and Departments of Physics and Economics,
     1986.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods,
     School of Criminology, Summer, 1986.

Member, Committee on Ph.D. Comprehensive Examination in Research
     Methods, School of Criminology, Summer, 1986 to present.

Chair, Committee on Graduate Assistantships, School of Criminology, Spring,
     1987.

Chair, Ad Hoc Committee on Computers, School of Criminology, Fall, 1987.

Member, Recruitment Committee, School of Criminology, Spring, 1988; Spring,
     1989; and 1989-90 academic year.

Member, Faculty Senate Committee on Computer-Related Curriculum, Spring,
     1988 to Fall, 1989.

Chair, Ad Hoc Committee on Merit Salary Distribution, School of Criminology,
     Spring, 1988.

Chair, Ad Hoc Committee on Enrollment Strains, Spring, 1989.

Member, Graduate Handbook Committee, School of Criminology, Spring, 1990.

Member, Internal Advisement Committee, School of Criminology Spring, 1990.

University Commencement Marshall, 1990 to 1993.

Member, School of Criminology and Criminal Justice Teaching Incentive
     Program award committee.

Chair, Faculty Recruitment Committee, School of Criminology and Criminal Justice, 1994-1995.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 1994-1995.

Member, University Computer and Information Resources Committee, 1995-1998.

Member, University Fellowship Committee, 1995 to present.

Member, University Library Committee, 1996 to 1999.

Chair, Electronic Access Subcommittee, University Library Committee, 1998 to 1999.

Member, Ad Hoc Committee on Merit Salary Increase Allocation, School of Criminology and Criminal Justice, 1998-1999.

Member, Academic Committee, School of Criminology and Criminal Justice, 2000-present.

Member, Recruiting Committee, School of Criminology and Criminal Justice, 2000-2001.

Member, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2000-present.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 2000-2002.

Chair, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2001-2002.

Faculty Adviser, School of Criminology and Criminal Justice Graduate Student Association, 2001-present.

Member, ad hoc committee on survey research, School of Criminology and Criminal Justice, 2002.

Coordinator of Parts 2 and 4 of the School of Criminology and Criminal Justice Unit Review, 2002.

Chair, Academic Committee, School of Criminology and Criminal Justice, 2002-2003.

Director, Honors Programs, School of Criminology and Criminal Justice, 2002-present.

Member, University Promotion and Tenure Committee, Fall, 2003 to present.

Member of University Graduate Policy Committee, Fall 2003 to present.

Chair, Promotion and Tenure Committee, College of Criminology and Criminal
        Justice, 2005-2006.

Director of Graduate Studies, School (later College) of Criminology and
        Criminal Justice, April 2004 to May 2011.


PUBLIC SERVICE
Television, radio, newspaper, magazine, and Internet interviews concerning
        gun control, racial bias in sentencing, crime statistics, and the death
        penalty. Interviews and other kinds of news media contacts include
        Newsweek, Time, U.S. News and World Report, New York Times,
        Washington Post, Chicago Tribune, Los Angeles Times, USA Today,
        Boston Globe, Wall Street Journal, Kansas City Star, Philadelphia
        Inquirer, Philadelphia News, Atlanta Constitution, Atlanta Journal,
        Arizona Republican, San Antonio Express-News, Dallas Morning News,
        Miami Herald, Tampa Tribune, Jacksonville Times-Union, Womens' Day,
                Harper's Bazaar, Playboy, CBS-TV (60 Minutes; Street Stories)
        ABC-TV (World News Tonight; Nightline), NBC-TV (Nightly News),
        Cable News Network, Canadian Broadcasting Company, National Public
        Radio,  Huffington Post, PolitiFact.com, and many others.

Resource person, Subcommittee on Crime and Justice, (Florida House)
        Speaker's Advisory Committee on the Future, February 6-7, 1986,
        Florida State Capitol.

Testimony before the U.S. Congress, House Select Committee on Children,
        Youth and Families, June 15, 1989.

Discussant, National Research Council/National Academy of Sciences
        Symposium on the Understanding and Control of Violent Behavior, April
        1-4, 1990, Destin, Florida.

Colloquium on manipulation of statistics relevant to public policy, Statistics
        Department, Florida State University, October, 1992.

Speech to faculty, students, and alumni at Silver Anniversary of Northeastern
        University College of Criminal Justice, May 15, 1993.

Speech to faculty and students at Department of Sociology, University of New
        Mexico, October, 1993.

Speech on the impact of gun control laws, annual meetings of the Justice Research and Statistics Association, October, 1993, Albuquerque, New Mexico.

Testimony before the Hawaii House Judiciary Committee, Honolulu, Hawaii, March 12, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, March 18, 1994.

Delivered the annual Nettler Lecture at the University of Alberta, Edmonton, Canada, March 21, 1994.

Member, Drugs-Violence Task Force, U.S. Sentencing Commission, 1994-1996.

Testimony before the Pennsylvania Senate Select Committee to Investigate the Use of Automatic and Semiautomatic Firearms, Pittsburgh, Pennsylvania, August 16, 1994.

Delivered lectures in the annual Provost's Lecture Series, Bloomsburg University, Bloomsburg, Pa., September 19, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, June 29, 1995.

Speech to personnel in research branches of crime-related State of Florida agencies, Research and Statistics Conference, sponsored by the Office of the State Courts Administrator, October 19, 1995.

Speech to the Third Annual Legislative Workshop, sponsored by the James Madison Institute and the Foundation for Florida's Future, February 5, 1998.

Speech at the Florida Department of Law Enforcement on the state's criminal justice research agenda, December, 1998.

Briefing on news media coverage of guns and violence issues, to the Criminal Justice Journalists organization, at the American Society of Criminology annual meetings in Washington, D.C., November 12, 1998.

Briefing on gun control strategies to the Rand Corporation conference on "Effective Strategies for Reducing Gun Violence," Santa Monica, Calif., January 21, 2000.

Speech on deterrence to the faculty of the Florida State University School of Law, February 10, 2000.

Invited address on links between guns and violence to the National Research Council Committee on Improving Research Information and Data on Firearms, November 15-16, 2001, Irvine, California.

Invited address on research on guns and self-defense to the National Research Council Committee on Improving Research Information and Data on Firearms, January 15-16, 2001, Washington, D.C.

Invited address on gun control, Northern Illinois University, April 19, 2002.

Invited address to the faculty of the School of Public Health, University of Alabama, Birmingham, 2004.

Invited address to the faculty of the School of Public Health, University of Pennsylvania, March 5, 2004.

Member of Justice Quarterly Editor Selection Committee, Academy of Criminal Justice Sciences, Spring 2007

Testified before the Gubernatorial Task Force for University Campus Safety, Tallahassee, Florida, May 3, 2007.

Gave public address, "Guns & Violence: Good Guys vs. Bad Guys," Western Carolina University, Cullowhee, North Carolina, March 5, 2012.

Invited panelist, Fordham Law School Symposium, "Gun Control and the Second Amendment," New York City, March 9, 2012.

Invited panelist, community forum on "Students, Safety & the Second Amendment," sponsored by the Tallahassee Democrat.

Invited address at University of West Florida, Department of Justice Studies, titled "Guns, Self-Defense, and the Public Interest," April 12, 2013.

Member of the Institute of Medicine/National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-Related Violence, 2013.

OTHER ITEMS
Listed in:
Marquis Who's Who, 2009
Marquis Who's Who in the South and Southwest, 25th edition
Who's Who of Emerging Leaders in America, 1st edition
Contemporary Authors
Directory of American Scholars, 10th edition, 2002
Writer's Directory, 20th edition, 2004.

Participant in First National Workshop on the National Crime Survey, College Park, Maryland, July, 1987, co-sponsored by the Bureau of Justice Statistics and the American Statistical Association.

Participant in Second National Workshop on the National Crime Survey, Washington, D.C., July, 1988.

Participant, Seton Hall Law School Conference on Gun Control, March 3, 1989.

Debater in Intelligence Squared program, on the proposition "Guns Reduce Crime." Rockefeller University, New York City, October 28, 2008. Podcast distributed through National Public Radio. Further details are available at http://www.intelligencesquaredus.org/Event.aspx?Event=36.

Subject of cover story, "America Armed," in <u>Florida State University Research in Review</u>, Winter/Spring 2009.

Grants reviewer, Social Sciences and Humanities Research Council of Canada, 2010.