# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No: 13-cv-9073 ) ) |
| CITY OF HIGHLAND PARK, | ) ) |
| Defendant. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the Illinois State Rifle Association, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 5% of its stock.

Respectfully submitted,

/s/ James B. Vogts
James B. Vogts
Brett M. Henne
Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
bhenne@smbtrials.com
alothson@smbtrials.com

Victor D. Quilici
P.O. Box 428
River Grove, Illinois 60171
(847) 298-2566
victorq@ameritech.net

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 24th day of December, 2013, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher James Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

2. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

3. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

*/s/ James B. Vogts*
James V. Vogts