# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association, ) ) ) Plaintiffs, ) ) v. ) ) CITY OF HIGHLAND PARK, ) ) Defendant. ) | No: 13-cv-9073 |

## NOTICE OF MOTION

To: Christopher James Murdoch
Hart M. Passman
Steven M. Elrod
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com
Email: hart.passman@hklaw.com
Email: steven.elrod@hklaw.com

PLEASE TAKE NOTICE that on **January 8, 2014 at 9:30 a.m.,** Plaintiffs will before the Honorable Judge John W. Darrah in Courtroom 1203 of the Everett McKinley Dirksen Federal Building, Chicago, Illinois, and present Plaintiffs' Motion for Preliminary Injunction which has been electronically filed and served.

**DATED: January 2, 2014**

Respectfully submitted,

/s/ James B. Vogts
James B. Vogts
Brett M. Henne
Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
bhenne@smbtrials.com
alothson@smbtrials.com

Victor D. Quilici
P.O. Box 428
River Grove, Illinois 60171
(847) 298-2566
victorq@ameritech.net

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 2nd day of January, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher James Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

2. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634

       Email: hart.passman@hklaw.com

3.     Steven M. Elrod
       Holland & Knight, LLP
       131 South Dearborn Street
       30th Floor
       Chicago, IL 60603
       (312) 263-3600
       Email: steven.elrod@hklaw.com

                                        */s/ James B. Vogts*
                                          James B. Vogts