# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 13-CV-9073
ARIE S. FRIEDMAN, M.D. and THE ILLINOIS
STATE RIFLE ASSOCIATION, Plaintiffs
vs.
CITY OF HIGHLAND PARK, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ARIE S. FRIEDMAN, M.D. and THE ILLINOIS STATE RIFLE ASSOCIATION

| | |
|---|---|
| NAME (Type or print) <br> Brett M. Henne | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Brett M. Henne | |
| FIRM <br> SWANSON MARTIN & BELL, LLP | |
| STREET ADDRESS <br> 330 North Wabash Suite 3300 | |
| CITY/STATE/ZIP <br> Chicago, IL  60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6276545 | TELEPHONE NUMBER <br> 847-949-0025 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |