**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | No. 13-CV-9073 |
| vs. | ) ) | Judge John W. Darrah |
| CITY OF HIGHLAND PARK, | ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:  Mr. Christopher James Murdoch (chris.murdoch@hklaw.com), Mr. Hart M. Passman (hart.passman@hklaw.com), Mr. Steven M. Elrod (steven.elrod@hklaw.com)
HOLLAND & KNIGHT, LLP, 131 S. Dearborn St., 30th Floor, Chicago, IL 60603

PLEASE TAKE NOTICE THAT on **January 6, 2014**, we filed with the U.S. District Court Clerk, Northern District of Illinois, Eastern Division, **Attorney Appearance Form**.


James B. Vogts (jvogts@smbtrials.com)
Brett M. Henne (bhenne @smbtrials.com)
Andrew A. Lothson (alothson@smbtrials.com)
SWANSON MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL  60611
Tel:  312-321-9100
Fax:  312-321-0990

Victor D. Quilci (victorq@ameritech.net)
P.O. Box 428
River Grove, IL  60171
Tel:  847-298-2566

**CERTIFICATE OF SERVICE**

Brett M. Henne, on oath, states that he caused a copy of the foregoing **Notice of Filing** and **Attorney Appearance Form,** to be served upon all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9 on **January 6, 2014.**

*/s/  Brett M. Henne*