## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and The Illinois State Rifle Association, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 13-cv-09073 |
| THE CITY OF HIGHLAND PARK, | ) ) ) | |
| DEFENDANT. | ) | |

### ANSWER TO THE VERIFIED COMPLAINT FOR
### DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

The City of Highland Park, for its Answer to the Plaintiffs' Complaint, states as follows:

### THE PARTIES

1.    Dr. Arie S. Friedman ("Dr. Friedman") is an adult resident of Highland Park, Illinois. He is a law-abiding citizen, who is lawfully entitled to own and possess firearms under all applicable Federal and State laws and regulations. Plaintiff owns and possesses firearms in Highland Park for lawful purposes, including the defense of his home and family. Neither Plaintiff nor his firearms pose a threat to the community.

**ANSWER:**    Highland Park admits that Dr. Friedman is an adult resident of

Highland Park, Illinois. To the extent Dr. Friedman owns any of the weapons

and/or firearms at issue in this action, a fact of which Highland Park lacks

sufficient knowledge to either admit or deny, Highland Park specifically denies that

those weapons and/or firearms pose no threat to the community. Highland Park

lacks sufficient knowledge to form a belief as to the truth or falsity of the remaining

factual allegations in paragraph, and therefore denies them. Certain allegations in

paragraph 1 set forth legal conclusions to which an answer is neither appropriate or required.

2. The Illinois State Rifle Association ("ISRA") is a non-profit educational foundation incorporated under the laws of Illinois, with its principal place of business in Chatsworth, Illinois. ISRA has more than 30,000 members residing throughout the State of Illinois, including Highland Park. The purposes of the ISRA include the protection of the rights of citizens to keep and bear arms for the lawful defense of their families, persons and property, and to promote public safety and law and order.

**ANSWER:** Highland Park lacks sufficient knowledge to form a belief as to the truth or falsity of the allegations in paragraph 2 and therefore denies them.

3. Highland Park is a municipal corporation located in Lake County, Illinois. Defendant is governed by a Mayor and an elected six-member City Council, which, among other things, is empowered to enact Ordinances under its home rule authority.

**ANSWER:** Highland Park admits the allegations of paragraph 3.

## STANDING

4. Dr. Friedman owns and possesses firearms in Highland Park that are banned under the Highland Park City Code § 136.001 *et seq.* ("Ordinance"). Plaintiff must take certain actions by December 14, 2014 to be in compliance with the Ordinance, including removing the firearms from Highland Park, rendering them inoperable or surrendering them to the Chief of Police. The actions required of Plaintiff under the Ordinance constitute continuing harm to his constitutional right to keep and bear arms under the Second Amendment to the United States Constitution.

**ANSWER:** Highland Park lacks sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in the first two sentences of paragraph 4, but admits that if, prior to June 24, 2013, Dr. Friedman owned or possessed any of the weapons or firearms identified and described by the Highland Park City Code §136.001 *et. seq.*, he is obligated to take certain actions to be in compliance. The

remaining allegations of paragraph 4 set forth conclusions of law to which an answer is neither appropriate nor required. Highland Park denies any remaining allegations of fact in paragraph 4.

> 5. ISRA brings this action on behalf of its members residing in Highland Park, who own firearms and ammunition magazines prohibited by the Ordinance, desire to acquire prohibited for lawful purposes and would otherwise have standing to bring this action in their own right. The claims made in this action and the interests this action advances are germane to ISRA's organizational purpose. The relief requested in this action does not require participation of individual ISRA members.

**ANSWER:** Highland Park admits that the ISRA purports to bring this action on behalf of its members residing in Highland Park, but lacks sufficient knowledge to form a belief as to whether any ISRA members reside in Highland Park. Further, assuming any ISRA members actually reside in Highland Park, Highland Park lacks sufficient knowledge to form a belief as to whether those residents own, possess or desire to acquire any of the weapons and/or firearms identified and described in the Ordinance. Therefore, Highland Park denies all factual allegations in paragraph 5. The remaining allegations of paragraph 5 set forth conclusions of law to which an answer is neither appropriate nor required.

### THE ORDINANCE

> 6. On June 24, 2013, the Highland Park City Council passed an ordinance titled, "Assault Weapons", which in part provided:

> No person shall manufacture, sell, offer or display for sale, give, lend, transfer ownership of, acquire or possess any Assault Weapon or Large Capacity Magazine, unless expressly exempted in Section 136.0006 of this Chapter.

> City Code § 136.010.

3

**ANSWER:** Highland Park admits that its City Council passed an Ordinance entitled "Assault Weapons" on June 24, 2013. Answering further, Highland Park states that the Ordinance entitled "Assault Weapons" was twice amended, on September 23, 2013, and October 14, 2013. (The current version is referred to herein as "The Ordinance.") Highland Park further admits that a portion of the Ordinance is repeated verbatim in paragraph 6, but refers to the entire Ordinance for its full meaning and effect.

7. An "Assault Weapon" is defined under the Ordinance to include certain specific models of semiautomatic rifles, shotguns and pistols and duplicates thereof; and semiautomatic firearms having certain features, including a pistol grip without an attached stock; a protruding grip; a folding, telescoping or thumbhole stock; a barrel shroud; a muzzle brake; and a muzzle compensator. City Code §136.001(C).

**ANSWER:** Paragraph 7 sets forth conclusions of law to which an answer is neither appropriate nor required. Highland Park refers to the entire Ordinance for its full meaning and effect.

8. A "Large Capacity Magazine" is defined under the Ordinance as an ammunition feeding device with the capacity to accept more than ten rounds. City Code §136.001(G).

**ANSWER:** Paragraph 8 sets forth conclusions of law to which an answer is neither appropriate nor required. Highland Park refers to the entire Ordinance for its full meaning and effect.

9. Effective December 14, 2103, any person in possession of an "Assault Weapon or Large Capacity Magazine" is required by the Ordinance to (a) "remove" it from "the limits of the City;" (b) "modify" it to make them "permanently inoperable;" ( c) "surrender" it to the Chief of Police of his designee for "disposal;" or (d) "take the steps necessary" to cause

4

it to fall within one of the exemptions set forth in Section 136.006. City Code §136.020.

**ANSWER:**   Paragraph 9 sets forth conclusions of law to which an answer is

neither appropriate nor required.  Highland Park refers to the entire Ordinance for

its full meaning and effect.

10.     Failure to take any of the above actions by December 14, 2013 shall constitute a "misdemeanor, punishable by not more than six months in prison or a fine of not less than $500 and not more than $1,000, or both." City Code §136.999.

**ANSWER:**   Paragraph 10 sets forth conclusions of law to which an answer is

neither appropriate nor required.  Highland Park refers to the entire Ordinance for

its full meaning and effect.

## COMMON OWNERSHIP OF FIREARMS
## AND MAGAZINES BANNED UNDER THE ORDINANCE.

11.     Some of the most commonly owned firearms in the United States are among the firearms banned under the "Assault Weapons" Ordinance. Between 1990 and 2012 approximately 4.8 million semiautomatic rifles built on the AR-style platform have been produced in the United States for commercial sale to law-abiding citizens.  Additionally, approximately 3.4 million AR-style and AK-style firearms have been imported into the United States for commercial sale and civilian use. AR-style firearms are manufactured by 37 federally-licensed firearms manufacturers in the United States, including Smith & Wesson, Colt's, Remington, Sig Sauer and Sturm, Ruger.  AR-style semiautomatic rifles are sold by nearly every federally-licensed retail seller in the United States, and more than one out of every five firearms sold today is an AR-style semiautomatic rifle.  Referred to by many as modern sporting rifles, AR-style rifles are sold today in greater numbers than traditionally-styled rifles.  Modern sporting rifles are owned by more than 4.8 million persons in the United States.

**ANSWER:**   Highland Park lacks specific knowledge sufficient to form a belief as to

the truth or falsity of the factual allegations set forth in Paragraph 11, and

therefore denies them. Answering further, Highland Park states that all of the weapons and/or arms identified or described in the Ordinance, are dangerous and unusual weapons. Answering still further, Highland Park states that the Ordinance did not broadly prohibit the ownership of all, or even most, arms. Answering still further, Highland Park states that it is justified in regulating the trafficking, sale, ownership, and/or possession of dangerous and unusual weapons in order to promote public safety, protect its police force and seek to prevent armed mayhem.

12. The common ownership and popularity of modern sporting rifles is based on their ready adaptability for different lawful uses, including home defense, hunting and target shooting. They are also lighter in weight, shorter in length and have less recoil than most traditionally-styled wooden stock rifles, making them easier to handle and shoot. AR-style semiautomatic rifles are also very accurate and reliable, and typically have greater ammunition capacity than more traditionally-styled rifles. Most are sold with ammunition capacities of greater than ten rounds.

**ANSWER:** Highland Park lacks specific knowledge sufficient to form a belief as to the truth or falsity of the factual allegations set forth in Paragraph 12, and therefore denies them. Answering further, Highland Park states that all of the weapons and/or arms identified and described in the Ordinance, are dangerous and unusual weapons. Answering still further, Highland Park states that the Ordinance did not broadly prohibit the ownership of all, or even most, arms. Answering still further, Highland Park states that it is justified in regulating the trafficking, sale, ownership, and/or possession of dangerous and unusual weapons in

order to promote public safety, protect its police force and seek to prevent armed

mayhem.

13.    Most AR-style rifles and many of the other firearms banned by
Defendant by model designation or type have features prohibited by
the Ordinance. None of the prohibited features make the firearm a
dangerous and unusual weapon. A "pistol grip without a stock
attached" is the by-product of the raised butt-stock design of AR-style
rifles, which serves to reduce muzzle flip during recoil, allowing the
shooter to have better control of the firearm and achieve better
accuracy. A "protruding grip that can be held by the non-trigger hand"
also serves to enhance control of the firearm and improve accuracy. A
"folding stock" simply makes a gun more compact for storage or
transport. A "telescoping stock" permits the firearm to be adjusted to
fit persons of different stature. A "thumbhole stock", which is present
on many target competition firearms, merely allows for a more
comfortable grip and better control of the firearm. A "barrel shroud" is
present in most firearms to protect the non-trigger hand from heat
build-up in the firearm's barrel. A "muzzle break" redirects muzzle gas
to reduce recoil. A "muzzle compensator" also redirects muzzle gas but
does so to keep the muzzle down and provide better control of the
firearm for successive shots. Each of these features contributes to the
accuracy and safety of the firearm for use in situations where safety
and accuracy are paramount concerns, including a home defense
situation.

**ANSWER:** The allegations of paragraph 13 set forth conclusions of law to which

an answer is neither appropriate nor required. To the extent anything is paragraph

13 is construed to be an allegation of fact, Highland Park states that it lacks specific

knowledge sufficient to form a belief as to the truth or falsity of the factual

allegations, and therefore denies them. Answering further, Highland Park states

that all of the weapons and/or arms identified and described in the Ordinance, are

dangerous and unusual weapons. Answering still further, Highland Park states

that the Ordinance did not broadly prohibit the ownership of all, or even most,

arms. Answering still further, Highland Park states that it is justified in regulating

7

the trafficking, sale, ownership, and/or possession of dangerous and unusual weapons in order to promote public safety, protect its police force and seek to prevent armed mayhem.

14. Most AR-style rifles are chambered for .223 ammunition, a relatively inexpensive cartridge that is particularly well-suited for home defense purposes because it has sufficient stopping power in the event a home intruder is encountered but loses velocity relatively quickly after passing through a target and other objects, thus decreasing the chance that an errant shot will strike an unintended target. Although most pistol rounds have less muzzle velocity than a .223 round, they have greater mass, maintain velocity after passing through walls and other objects and pose substantially greater risk to unintended targets in the home. There is a consensus among those with expertise in home defense and ballistics that an AR-15 rifle chambered for .223 ammunition is an optimal firearm to rely on in a home defense encounter.

**ANSWER:** Highland Park lacks specific knowledge sufficient to form a belief as to the truth or falsity of the factual allegations set forth in Paragraph 14, and therefore denies them. Answering further, Highland Park states that all of the weapons and/or arms identified and described in the Ordinance, are dangerous and unusual weapons. Answering still further, Highland Park states that the Ordinance did not broadly prohibit the ownership of all, or even most, arms. Answering still further, Highland Park states that it is justified in regulating the trafficking, sale, ownership, and/or possession of dangerous and unusual weapons in order to promote public safety, protect its police force and seek to prevent armed mayhem.

15. A survey of more than 20,000 owners of AR-style and AK-style firearms across the country revealed that recreational target shooting was the number one ranked reason for owning a modern sporting rifle, followed closely by home defense. A survey of firearm owners in

Northern Illinois revealed that more than 50% of those surveyed owned a semiautomatic rifle with a detachable magazine for the purpose of personal protection.

**ANSWER:** Highland Park lacks specific knowledge sufficient to form a belief as to the truth or falsity of the factual allegations set forth in Paragraph 15, and therefore denies them. Answering further, Highland Park states that all of the weapons and/or arms identified and described in the Ordinance, are dangerous and unusual weapons. Answering still further, Highland Park states that the Ordinance did not broadly prohibit the ownership of all, or even most, arms. Answering still further, Highland Park states that it is justified in regulating the trafficking, sale, ownership, and/or possession of dangerous and unusual weapons in order to promote public safety, protect its police force and seek to prevent armed mayhem.

16. Encounters with criminal intruders in the home are not uncommon. The United States Department of Justice, Bureau of Justice Statistics reported that approximately 1 million residential burglaries occur each year while a household member is present. Household members became victims of violent crimes in 266,560 of those home invasions. Studies on the frequency of defensive gun uses in the United States have determined that there are up to 2.5 million instances each year in which civilians use firearms defend themselves or their property.

**ANSWER:** Highland Park lacks specific knowledge sufficient to form a belief as to the truth or falsity of the factual allegations set forth in Paragraph 16, and therefore denies them. Answering further, Highland Park states that all of the weapons and/or arms identified and described in the Ordinance, are dangerous and unusual weapons. Answering still further, Highland Park states that the Ordinance did not broadly prohibit the ownership of all, or even most, arms.

9

Answering still further, Highland Park states that it is justified in regulating the

trafficking, sale, ownership, and/or possession of dangerous and unusual weapons in

order to promote public safety, protect its police force and seek to prevent armed

mayhem.

### OWNERSHIP AND POSSESSION OF
### PROHIBITED FIREARMS AND MAGAZINES

17.    Dr. Friedman owns and keeps in Highland Park certain semiautomatic firearms and ammunition magazines that are subject to the prohibition set forth in the Ordinance, including a Smith & Wesson M & P 15 rifle, a Springfield M1A rifle and multiple magazines capable of holding more than ten rounds of ammunition. Dr. Friedman's Smith & Wesson M & P 15 rifle is an AR-style rifle, and has a pistol grip without a stock attached, a barrel shroud and a collapsible, telescoping stock. Dr. Friedman's Springfield M1A rifle has a barrel shroud and a muzzle brake.

**ANSWER:**  Highland Park lacks sufficient knowledge to form a belief of the truth

or falsity of the allegations in paragraph 17, and therefore denies them.

18.    Dr. Friedman keeps and maintains the firearms and ammunition magazines described above for lawful purposes, including recreational target shooting and defense of his home and family. Plaintiff is trained on their use and stores them safely. He keeps the Smith & Wesson M & P 15 rifle available for defense of his home and family should the need arise.

**ANSWER:**  Highland Park lacks sufficient knowledge to form a belief of the truth

or falsity of the allegations in paragraph 18, and therefore denies them.

### COUNT I-DECLARATORY JUDGMENT

19.    The allegations set forth in paragraphs 1 through 18 are re-alleged as though fully set forth herein.

**ANSWER:**  Highland Park realleges its responses to paragraphs 1-18 above, for its

answer to this paragraph 19.

20. Ownership of firearms that are commonly possessed by law-abiding citizens for lawful purposes, including self-defense in the home against a criminal intruder, is a fundamental right under the Second Amendment to the United States Constitution.

**ANSWER:** Paragraph 20 sets forth a conclusion of law to which an answer is neither appropriate nor required. To the extent anything set forth in paragraph 24 is construed to contain an allegation of fact, Highland Park denies it.

21. Defendant has infringed the fundamental Second Amendment right of Plaintiff Friedman and Plaintiff ISRA members to keep and bear arms by prohibiting his ownership and of possession of firearms in his home that are commonly possessed by law-abiding citizens for lawful purposes, including self-defense in the home.

**ANSWER:** Paragraph 21 sets forth a conclusion of law to which an answer is neither appropriate nor required. To the extent anything set forth in paragraph 24 is construed to contain an allegation of fact, Highland Park denies it.

22. Defendant does not have a compelling governmental interest in depriving Plaintiff of his Second Amendment right to own and possess firearms that are commonly possessed by law-abiding citizens for lawful purposes, including self-defense in the home.

**ANSWER:** Paragraph 22 sets forth a conclusion of law to which an answer is neither appropriate nor required. To the extent anything set forth in paragraph 24 is construed to contain an allegation of fact, Highland Park denies it.

### FIRST AFFIRMATIVE DEFENSE

For its affirmative defense, Highland Park states that the Complaint fails to state a cause of action upon which relief may be granted.

11

## SECOND AFFIRMATIVE DEFENSE

For its second affirmative defense, Highland Park alleges that plaintiff ISRA may lack standing.

WHEREFORE, Defendant City of Highland Park respectfully requests that judgment be entered in its favor on this, Count I, denying Plaintiffs request for a declaration that City of Highland Park City Code §136.001 *et seq*. be declared unconstitutional, and granting any further relief this Court deems just and proper.

## COUNT II -INJUNCTIVE RELIEF

23. The allegations set forth in paragraphs 1 through 22 are re-alleged as though fully set forth herein.

**ANSWER:** Highland Park realleges its responses to paragraphs 1-22 above, for its answer to this paragraph 23.

24. Plaintiffs have a clear and ascertainable right to own and possess firearms in their homes that are commonly possessed by law-abiding citizens for lawful purposes, including self-defense in the home.

**ANSWER:** Paragraph 24 sets forth a conclusion of law to which an answer is neither appropriate nor required. To the extent anything set forth in paragraph 24 is construed to contain an allegation of fact, Highland Park denies it.

25. Plaintiffs will suffer irreparable harm if Defendant is not enjoined from enforcing City Code §136.001 *et seq*. and they are prohibited from owning and possessing firearms in their home that are commonly possessed by law-abiding citizens for lawful purposes, including self-defense in the home.

**ANSWER:** Paragraph 25 sets forth a conclusion of law to which an answer is neither appropriate nor required. To the extent anything set forth in paragraph 25 is construed to contain an allegation of fact, Highland Park denies it.

26.     Plaintiffs have no adequate remedy at law for Defendant's infringement of their fundamental right under the Second Amendment to the United States Constitution.

**ANSWER:**  Paragraph 26 sets forth a conclusion of law to which an answer is neither appropriate nor required.  To the extent anything set forth in paragraph 26 is construed to contain an allegation of fact, Highland Park denies it.

**FIRST AFFIRMATIVE DEFENSE**

For its affirmative defense, Highland Park states that the Complaint fails to state a cause of action upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

For its second affirmative defense, Highland Park alleges that plaintiff ISRA may lack standing.

WHEREFORE, Defendant City of Highland Park respectfully requests that judgment be entered in its favor on this, Count II, denying Plaintiffs request for an Order permanently enjoining the City of Highland Park from enforcing its City Code §136.001 *et seq.*, and granting any further relief this Court deems just and proper.

Respectfully submitted,

CITY OF HIGHLAND PARK

By: s/ Christopher J. Murdoch___
         One of Its Attorneys

Christopher J. Murdoch
Steven M. Elrod
Hart Passman
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, IL  60603

Phone:  (312) 263-3600
chris.murdoch@hklaw.com
steven.elrod@hklaw.com
hart.passman@hklaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on **January 7, 2014**, the foregoing **Answer to the Verified Complaint for Declaratory Judgment and Injunctive Relief** was electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon counsel of record.

<u>s/ Christopher J. Murdoch</u>

#26965442_v1