## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Arie S Friedman | ) | Case No: 13 C 9073 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| City of Highland Park | ) | |

## **ORDER**

In court hearing held. Plaintiff's motion for a preliminary injunction [9] is entered and briefed as follows: response by 2/7/14, reply by 2/21/14. Preliminary injunction set for 3/4/14, stated on the record, is re-set to 3/5/14 at 1:30 p.m. Discovery is authorized. Defendant's answer filed on 1/7/14 will be deemed as timely filed.

(T:) 00:10

Date: 1/8/14                                                                                                /s/ Judge John W. Darrah