IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARIE S. FRIEDMAN, M.D. and )
The Illinois State Rifle Association )
)
Plaintiffs, )
) Case No. 13 cv 9073
) Honorable Judge Darrah
v. )
)
CITY OF HIGHLAND PARK )
)
Defendant. )

## MOTION OF BRADY CENTER TO PREVENT GUN VIOLENCE
## FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF DEFENDANT

The Brady Center to Prevent Gun Violence, by and through its undersigned counsel, respectfully moves this Court for leave to file an amicus brief in support of Defendant's response to Plaintiffs' motion for a preliminary injunction. A copy of the proposed brief is attached as Exhibit A.

1. *Amicus* certifies that this brief was not written in whole of or in part by the counsel for any party, and that no person or entity other than *Amicus*, its members, and counsel made a monetary contribution to the preparation and submission of this brief. Amicus has sought consent to the filing from all parties. It has received consent from Defendant and was denied consent by Plaintiffs.

2. The Brady Center to Prevent Gun Violence is the nation's largest non-partisan, non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy. The Brady Center works to pass, enforce, and protect sensible laws and public policy that address gun violence at the federal and state levels. Through its Legal Action Project, the Brady Center represents victims of gun violence in cases against irresponsible gun sellers and

owners.

3. The Brady Center has also filed numerous *amicus curiae* briefs in cases involving both state and federal gun laws, including cases in this Circuit. *See e.g., United States v. Hayes*, 555 U.S. 415, 427 (2009) (citing Brady Center brief), *District of Columbia v. Heller*, 554 U.S. 570 (2008); *New York State Rifle and Pistol Association, Inc. v. Cuomo*, 2013 WL 6909955 (W.D.N.Y. Dec. 31, 2013) (citing Brady Center brief); and *United States v. Skoien*, 614 F.3d 638 (7th Cir. 2010).

4. District courts have broad discretionary power to grant third parties leave to file briefs as *amici curiae*, particularly where "the would-be amicus has a direct interest in another case that may be materially affected by a decision in this case; or in which the amicus has a unique perspective or specific information that can assist the court beyond what the parties can provide." *Chamberlain Group, Inc. v. Interlogix, Inc.*, 2004 WL 1197258, at *1 (N.D.Ill. May 28, 2004) (internal quotations omitted).

5. Here, *Amicus* brings a broad and deep perspective to the issues raised by this case and has a compelling interest in the federal courts' interpretation and application of Second Amendment issues. The Brady Center has filed (and been granted leave to file) *amicus curiae* briefs on Second Amendment issues in district courts throughout the country, including in Illinois, New York, California, Maryland, and numerous other states. *See e.g. Moore v. Madigan*, 842 F.Supp.2d 1092 (C.D.Ill. 2012), *Kachalsky v. Cacace*, 817 F.Supp.2d 235 (S.D.N.Y. 2011), *Peruta v. County of San Diego*, 758 F.Supp.2d 1106 (S.D.Cal. 2010), *Woollard v. Sheridan*, 863 F.Supp.2d 462 (D.Md. 2012).

6. The accompanying brief will assist this Court by providing additional analysis of the current standard for application of the Second Amendment and the standard of review for

restrictions on the possession of firearms, particularly in the context of assault weapon laws similar to Highland Park Ordinance No. 68-13.

7. The brief also provides additional critical information regarding the history, characteristics and function of assault weapons and large capacity magazines and how they have played a devastating role in numerous mass shooting nationwide.

8. These issues are not expected to be addressed in similar detail and scope by the Defendant, certainly not from the perspective of gun violence prevention experts. Accordingly, a separate brief is necessary.

9. *Amicus* thus respectfully requests that the Court enter an order substantially in the format of the Proposed Order attached herewith as Exhibit B, permitting the filing of *Amicus'* brief to assist the Court with the issues in this case.

WHEREFORE, for the foregoing reasons, *amicus curiae* Brady Center to Prevent Gun Violence respectfully requests that the Court grant leave to file the attached *amicus* brief, and for such other relief as this Court deems just.

Dated: February 7, 2014
                                            Respectfully submitted,
Brady Center to Prevent Gun Violence

By: /s/ Alexander D. Marks
     One of its Attorneys

Alexander D. Marks
*Counsel of Record*
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 21st Floor
Chicago, IL 60611
Telephone: (312) 840-7022
Facsimile: (312) 840-7900
E-mail: amarks@burkelaw.com

Jonathan E. Lowy
Elizabeth Burke
Alla Lefkowitz

Brady Center to Prevent Gun Violence
Legal Action Project
840 First Street, NE Suite 400
Washington, DC 20002
Telephone: (202) 370-8104
Facsimile: (202) 370-8102
E-Mail: jlowy@bradymail.org

Attorneys for *Amicus Curiae* Brady
Center to Prevent Gun Violence

# CERTIFICATE OF SERVICE

The undersigned certifies that on February 7, 2014, he caused the foregoing Motion for Leave to File Brief As Amicus Curiae in Support of Defendant to electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

/s/ Alexander D. Marks

1598114.1