IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and <br> The Illinois State Rifle Association <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HIGHLAND PARK <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CASE NO: 13-CV-9073 <br> ) <br> ) Hon. John W. Darrah <br> ) <br> ) <br> ) |

## ORDER

This matter coming to be heard on the Motion of the Brady Center to Prevent Gun Violence to file a brief as *amicus curiae*, due notice being given and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1) The Motion of the Brady Center to Prevent Gun Violence to file brief as *amicus curiae* is granted.

Date: February ___, 2014

ENTERED:

_____
Hon. John W. Darrah