IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and <br> The Illinois State Rifle Association <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HIGHLAND PARK <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 13 cv 9073 <br> ) Honorable Judge Darrah <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF MOTION**

To:   See Certificate of Service

PLEASE TAKE NOTICE that on the 20th day of February, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John Darrah in Room 1203, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Motion for Leave to File Brief As Amicus Curiae in Support of Defendant, a copy of which has been filed electronically and is herewith served upon you.

Dated: February 7, 2014

Respectfully submitted,
Brady Center to Prevent Gun Violence

By:___/s/ Alexander D. Marks___
One of its Attorneys

Alexander D. Marks
*Counsel of Record*
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 21st Floor
Chicago, IL 60611
Telephone: (312) 840-7022
Facsimile: (312) 840-7900
E-mail: amarks@burkelaw.com

Jonathan E. Lowy
Elizabeth Burke
Alla Lefkowitz
Brady Center to Prevent Gun Violence
Legal Action Project

840 First Street, NE Suite 400
Washington, DC 20002
Telephone: (202) 370-8104
Facsimile: (202) 370-8102
E-Mail: jlowy@bradymail.org

Attorneys for *Amicus Curiae* Brady
Center to Prevent Gun Violence
1591694.1

CERTIFICATE OF SERVICE

    The undersigned attorney states that on February 7, 2014, he caused a copy of the foregoing Notice of Motion to be filed electronically with the Clerk of the Northern District of Illinois by filing through the CM/ECF system, and to be served upon all counsel of record.

                                                      /s Alexander D. Marks