# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and The Illinois State Rifle Association, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 13-cv-09073 ) |
| THE CITY OF HIGHLAND PARK, | ) ) ) |
| Defendant. | ) |

## DECLARATION OF GRETCHEN CUSICK

Pursuant to 28 U.S.C. § 1746, I, Gretchen Cusick, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

2. I was retained by the City of Highland Park to provide my opinions in this matter. The views I state herein are drawn from my professional experience.

3. I am currently the Director of Research for the University of Chicago Crime Lab and Urban Education Lab. From 2006 to 2012, I was a Researcher and Senior Researcher for Chapin Hall, a research and policy center that develops and tests the efficacy of policies, programs, and practices across a wide range of service systems and organizations. Before working at Chapin Hall, I was a Statistical Research Consultant at the Pennsylvania State University from 2003 to 2004, a Research Assistant at the Department of Sociology/Crime, Law, and Justice at the Pennsylvania State University from 2000 to 2004, and a Research Assistant in the Department of Sociology at Cleveland State University from 1999 to 2000.

1

4. From 2005 to 2007, I taught Data Spring Analysis for Policy and Management, a graduate-level statistics course at the University of Chicago. While at the Pennsylvania State University, I taught Sociological Research Methods in Summer 2002, and was a teaching assistant for the following courses: Multilevel Regression Models (Spring 2003), The Juvenile Justice System (Fall 2002), and Criminal Justice Research Methods (Winter 2001). While at Cleveland State University, I taught Juvenile Delinquency in Summer 2000 and was a Lab Instructor/Teaching Assistant for Quantitative Research Methods in Fall 1998 and 1999.

5. I received my PhD in Sociology from the Pennsylvania State University in 2004 and received the Department of Sociology Certificate in Statistics/Quantitative Methodology. I also received my M.A. in Sociology from Cleveland State University and a B.A. in Sociology from Miami University. I have received numerous funding research grants, fellowships, awards, and written numerous peer reviewed articles, chapters in books, reports, briefs, and discussion papers, all of which are discussed in more detail in the attached curriculum vitae.

6. In preparing to present my opinions here, I reviewed the following materials:

   a. <u>Plaintiffs' Complaint</u>; Case Number 13-cv-9073
   b. <u>Plaintiffs' Motion and Memorandum of Law in Support of Motion for Preliminary Injunction</u>; Case Number 13-cv-9073
   c. <u>Highland Park City Code of 1968</u>, as amended, Chapter 136: Assault Weapons
   d. Affidavit of David Lombardo, attached as Exhibit 3 to <u>Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction</u>; Case Number 13-cv-9073

. 2

    e. Discovery deposition of David Lombardo, taken on October 10, 2013 in the *Matthew J. Wilson v. County of Cook* matter (Case No. 07 CH 4848, Cook County, Illinois)

    f. Affidavit of James Curcuruto, attached as Exhibit 4 to <u>Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction</u>, Case Number 13-cv-9073, including all of the attached reports and statistical data.

    g. Discovery deposition of James Curcuruto, taken on November 7, 2013 in the *Matthew J. Wilson v. County of Cook* matter (Case No. 07 CH 4848, Cook County, Illinois)

    h. Affidavit of Gary Kleck, attached to <u>Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction</u>, Case Number 13-cv-9073, including his 1993 survey related to defensive gun use.

    i. Daniel Webster, ScD, MPH & Jens Ludwig, PhD, MYTHS ABOUT DEFENSIVE GUN USE AND PERMISSIVE GUN CARRY LAWS (Berkeley Media Studies group, 2000)

    j. David Hemenway, PhD & Vriniotis, COMPARING THE INCIDENCE OF SELF-DEFENSE GUN USE AND CRIMINAL GUN USE (Harvard Injury Control Research Center, Spring 2009, Issue 3)

    k. Philip J. Cook, et al, THE GUN DEBATE'S NEW MYTHICAL NUMBER: *HOW* MANY DEFENSIVE USES PER YEAR (Journal of Policy Analysis and Management, Col. 16, No. 3, 463-469, 1997)

    l. Philip J. Cook & Jens Ludwig, DEFENSIVE GUN USES: NEW EVIDENCE FROM A NATIONAL SURVEY (Journal of Quantitative Criminology, Vol. 14, No. 2, 1998)

    m. David Hemenway & Deborah Azrael, THE RELATIVE FREQUENCY OF OFFENSIVE AND DEFENSIVE GUN USES: RESULTS FROM A NATIONAL SURVEY (Violence and Victims, Vol. 15, No. 3, 2000)

    n. Any other documents referred to herein.

7. Plaintiffs offer the affidavits of expert witnesses David Lombardo, James Curcuruto, and Gary Kleck in support of their Motion for Preliminary Injunction. These witnesses address various topics related to the constitutionality of assault weapons; namely, that assault weapons are commonly owned for self-defense, that they are commonly owned in the United States for lawful purposes, and that guns in general were used defensively in the United States about 2.2 to 2.5 million times in 1992. These conclusions, however, rely on methods of survey and analysis that are deeply flawed and undoubtedly produced erroneous results.

I. David Lombardo

8. In his affidavit, Mr. Lombardo indicates that Chapter 136 of the Highland Park City Code bans certain firearms that are commonly owned by the residents of Illinois for a lawful purpose, including home defense, hunting, and target shooting. Specifically, Mr. Lombardo identifies rifles that are built on an AR-platform, which he claims are an "excellent and commonly made choice." The basis for these claims is a 2013 survey, titled "Survey of Firearms Owned for Personal Protection," which was prepared by Mr. Lombardo and administered to his acquaintances, people he trained in the use of firearms, and people he met at various gun-related events. The survey asked the individual to identify, among other things, what firearms they own and the purpose for which they own the firearm. Mr. Lombardo did not know where the people who took the survey lived, but believed that most lived in and around Cook County because he administered the survey in and around Cook County. Of the people he surveyed, 58.8% of them own a semi-automatic rifle with a detachable magazine for self defense.

9. This survey is deeply flawed is several respects. As an initial matter, the survey's title, "Survey of Firearms Owned for Personal Protection," explicitly states the ultimate conclusion of the survey; that people own rifles for self-defense. Potential respondents who own firearms for purposes other than self-defense may, upon viewing the title of the survey, decline to complete it since it purports to not apply to them. The survey would naturally create a self-selected group of respondents who own firearms for self-defense and, as a result, vastly exaggerate

4

the proportion of people who own rifles for personal protection. In addition, even if individuals who own firearms for purposes other than self-defense chose to complete the survey, the title may have biased their responses. By using "personal protection" in the title, the survey aids or leads the respondent in their subsequent answers to focus on self-defense. For example, if a survey is entitled "Survey of Healthy Eating Habits", respondents tend to answer questions in a way that overstates the healthiness of eating habits because healthy eating is now top of mind.

10. Further, Mr. Lombardo administered this survey to his acquaintances, people he trained in the use of firearms, and people he met at various gun-related events. Since Mr. Lombardo was personally acquainted with many, if not all, of the respondents, the respondents would likely be reluctant to admit in the survey that they owned an assault weapon for nefarious purposes. Indeed, it is highly doubtful that a respondent would confess to owning an assault rifle because he or she planned to commit mass murder at a school, or as protection for illegal drug sales. Such gun owners would likely not take the survey or, if they did, would not respond honestly for fear of legal repercussions.

11. According to Mr. Lombardo's deposition testimony, his opinion that the weapons banned by the Highland Park Ordinance are commonly owned is informed, in part, by his personal experience talking to gun owners in the Cook County area. Such personal experiences are not a proper basis for Mr. Lombardo to make sweeping statements about the ownership of assault weapons at large and more

5

likely reflect little more than Mr. Lombardo's personal beliefs. Mr. Lombardo states one basis for his opinion that the AR-platform rifles are the most popular and commonly owned firearms today is that "most shooters that I'm aware of own one." This statement illustrates the lack of scientific integrity of his survey methodology. The conclusions he draws from his survey are based only on people he is "aware" of, thus calling into question whether AR-platform rifles are owned by shooters he isn't aware of. With the type of "convenience sampling" he used, Mr. Lombardo simply cannot scientifically make generalizations about assault weapons ownership.

II. James Curcuruto

12. The conclusions reached in the NSSF's MSR Comprehensive Consumer Report 2013, 2013 Firearms Retailer Survey Report, and Sports Shooting Participation in the United States in 2012 Report are based on a flawed research methodology and are therefore unreliable.

13. A first issue is that there is no evidence in the report that the sampling methodology used results in the sample being representative of the true population of MSR owners, limiting the use of inferential statistics. The survey methodology used likely resulted in the most engaged MSR owners responding. It could be that there are other groups of MSR owners, who would respond very differently to the survey questions, had they seen the survey and/or chosen to respond. As designed, this survey would not allow the authors to make any claims about the generalizability of the sample responses to a larger population of MSR owners.

14. A second methodological flaw involves the interpretations about characteristics of MSR owners. For example, the report states that multiple MSR owners are relatively more likely to be a range member, to be a frequent or avid user, and to have a military background. In other words, the report suggests that having a military background is (statistically) related to being a multiple MSR owner. Yet there are no tests provided to show relationship is anything more than chance. The survey design does not allow the authors to make such comparisons about the characteristics of multiple MSR owners.

15. A third major flaw involves the comparisons made between the 2010 and 2013 surveys. Based on the very limited information provided in the report, there are no methodological grounds for using the 2010 and 2013 surveys to make claims about changes in behavior. The surveys are likely not from comparable populations and the response rates between the two surveys are drastically different. For both reasons, one cannot make direct comparisons between the two.

16. For the first reason noted above, regarding the sampling technique and (lack of) generalizability of the surveys, there is no methodological basis for inferring that anything "changed" in the true population based on a comparison between the 2010 and 2013 survey, as Mr. Curcuruto does. For example, in response to questioning, Mr. Curcuruto states that because the average number of MSRs owned by persons who own them went up from approximately 2.6 to 3.1 from the 2010 to 2013 survey, this means that people who already own MSRs are buying more. There is no statistical basis for this interpretation. Even given proper

7

methodology, the difference between 2.6 and 3.1 may not be statistically significant (in other words, that difference may not be big enough to be anything more than sampling error or chance; the number of MSRs owned could actually be the same or even lower in 20113 than 2010). Mr. Curcuruto's ability to interpret the NSSF report is highly questionable given his lack of training and knowledge on statistical inference, as shown in his discussion of the relationship between gun ownership and UCR violent crime trends.

### III. Gary Kleck, PhD

17. In his affidavit, Dr. Kleck discusses a 1993 telephone survey that he conducted addressing defensive gun use in the United States. Based on the responses to the survey, Dr. Kleck concluded that there were between 2.2 and 2.5 million gun uses by civilians in the United States in 1992. For a variety of reasons, however, Dr. Kleck's estimates of the number of defensive uses of guns in the United States are highly exaggerated.

18. Of the approximately 5,000 Americans who responded to Dr. Kleck's survey, 56 reported that they had used a gun in self-defense in the past year. Dr. Kleck then multiplied the proportion of respondents who reported defensive gun use (56 / 5,000 = .0112, or 1.12%) by the number of adults in the United States (around 200 million) and the number of defensive gun uses equals 2.5 million per year.

19. As an initial matter, however, there is no accepted understanding of what constitutes a "defensive gun use," and whether one considers oneself to be a perpetrator or defender may depend on one's perspective. For example, criminals

8

often believe that their use of a gun during a crime was in self-defense. Even if the criminal believed that his use of a gun was not in self-defense, he would likely not admit that on a survey for fear of criminal prosecution. Also, this information came from only one side of a hostile interaction; if Dr. Kleck was to survey the other side of that interaction, he would likely receive a different version of events.

20. Setting aside these issues, Dr. Kleck's seemingly logical methodology suffers from numerous flaws. The primary problem is that, even if Dr. Kleck's estimates were accurate, defensive gun use is a rare occurrence (only 1% of respondents reported a defensive gun use in the previous year). When such an event is so rare, inaccurate reporting by even a small number of respondents could lead to population projections that exaggerate the true number of incidents by orders of magnitude. As Daniel Webster and Jens Ludwig observe, if one-half of one percent of the survey respondents incorrectly reported that they had used a gun to defend themselves against criminal attack last year, the estimated number of gun uses would be twice as high as the true number. Such errors would likely result for a number of reasons, including the respondents misjudging the level of danger that they faced when they drew their gun.

21. Further, the phenomenon of "telescoping" and social desirability bias could also lead to an overstated incidence of reported defensive gun uses. Telescoping is the tendency of respondents to report events as happening more recently than they in fact happened. This tendency is natural and can be minimized by reducing the time period in which respondents are asked to recall whether an event occurred. In

9

this case, the respondents were asked to recall whether an event occurred in the past year, which is a relatively long period of time and would likely result in telescoping. If, on the other hand, the survey asked respondents to estimate the number of defensive uses of a firearm in the past month, the telescoping effect would be minimized.

22. The "social desirability bias" is a tendency by respondents to over-report activities that they think would be admirable or heroic, such a successfully thwarting an attack with a gun. As Daniel Webster and Jens Ludwig point out, there is no way to definitively determine the degree to which social desirability bias may have influenced Dr. Kleck's estimates, but it is likely that nearly half of those who reported using a gun to save their life, or the life of another, probably though of their actions as heroic, and therefore susceptible to the social desirability bias.

23. Lastly, given the extremely low incidence of defensive gun use, one must also consider the small percentage of respondents whose mental illness caused them to report a defensive gun use that did not actually happen. Such incidents are rare, but when the overall incidence of defensive gun use is also extremely rare, such inaccurate reporting can have a profound effect on Dr. Kleck's subsequent estimates.

24. Taken as a whole, these issues likely mean that Dr. Kleck's estimates of defensive gun use are several orders of magnitude greater than the true number of incidents. While it is impossible to determine from Dr. Kleck's data what that true

number is, one may confidently conclude that Dr. Kleck's estimates are highly exaggerated.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2014.

*Gretchen Cusick*
Gretchen Cusick, PhD, M.A.

# Gretchen Cusick

gcusick@uchicago.edu | 312-479-5961 | 2237 W. Lyndale Street Chicago, IL 60647

**RESEARCH EXPERTISE**

My research focuses on the developmental and educational needs of vulnerable youth during the transition to adulthood. This includes examining how public systems can support youth from disadvantaged, urban communities in developing social cognitive competencies and accumulating human capital as well as understanding what young people need in order to engage, enroll, and persist in educational pursuits and develop career readiness skills. With a particular focus on justice-involved or other at-risk youth, my work examines how educational engagement can be maximized through a combination of 1) non-traditional instructional practices and educational environments that encourage and support academic success with 2) a set of supports at the individual, family, community, and systems levels that facilitate educational engagement while also addressing other social cognitive needs. I bring a developmental framework and rigorous research methods to my work as well as a focus on informing juvenile justice practice and educational policy.

**EDUCATION**

| | |
|---|---|
| 2004 | Ph.D. Sociology, The Pennsylvania State University, University Park, PA. <br> Dissertation: "Are Violent Siblings Just Violent Youth?: A Comparison of General and Targeted Violence." <br> *Dept. of Sociology Certificate in Statistics/Quantitative Methodology* <br> *High Honors Comprehensive Exams and Doctoral Defense* |
| 1998 | M.A. Sociology, Cleveland State University, Cleveland, OH. <br> Thesis: "The Effectiveness of Treatment for Substance Abusing Women with Children." |
| 1994 | B.A. Sociology (minor Criminology), Miami University, Oxford, OH. <br> *Magna Cum Laude, College of Arts and Sciences Distinguished Student Achievement Award* |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2012 – present | Director of Research <br> The University of Chicago Crime Lab and Urban Education Lab <br> Urban Education Institute, University of Chicago, Chicago IL |
| 2004 – 2012 | Senior Researcher (2006-), Researcher (2004-2006) <br> Chapin Hall, Chicago, IL |
| 2004 – present | Research Associate (Assistant Professor, 2007-; Instructor, 2004-2007) <br> The University of Chicago, Chicago, IL |
| 2003 – 2004 | Statistical Research Consultant, EXSELS Project, <br> The Pennsylvania State University, State College, PA |

| | |
|---|---|
| 2000 – 2004 | Research Assistant, Department of Sociology/Crime, Law, and Justice, The Pennsylvania State University, State College, PA |
| 1999 – 2000 | Research Assistant, Department of Sociology Cleveland State University, Cleveland, OH |

**UNIVERSITY TEACHING**

| | |
|---|---|
| Fall 2005 - 2007 | Instructor, Social Service Administration, University of Chicago "Data Spring Analysis for Policy and Management" (graduate level statistics course) |
| Spring 2003 | Teaching Assistant, Department of Sociology, The Pennsylvania State University, "Multilevel Regression Models" (doctoral seminar) |
| Summer 2002 | Instructor, Department of Sociology, The Pennsylvania State University, "Sociological Research Methods" |
| Fall 2002 | Teaching Assistant, Department of Sociology, The Pennsylvania State University, "The Juvenile Justice System" |
| Winter 2001 | Teaching Assistant, Department of Sociology, The Pennsylvania State University, "Criminal Justice Research Methods" |
| Summer 2000 | Instructor, Department of Sociology, Cleveland State University, "Juvenile Delinquency" |
| Fall 1998 and 1999 | Lab Instructor/Teaching Assistant, Department of Sociology, Cleveland Spring State University, "Quantitative Research Methods |

**FUNDED RESEARCH GRANTS**

| | |
|---|---|
| April 2011 – Dec. 2012 | Principal Investigator "Evaluation of the F.I.T. Program for Dually Diagnosed Incarcerated Youth" Crime Lab at the University of Chicago and Chapin Hall. $53,000 |
| October 2010 – June 2011 | Principal Investigator "Student Needs at the City Colleges of Chicago" Chapin Hall Research Grant. |
| October 2010 – Dec. 2011 | Principal Investigator "An Assessment of Child Protection Data Measurement" Jane Addams Juvenile Court Foundation. $50,000 |
| January 2008 – Aug. 2012 | Principal Investigator "Safe Schools/Healthy Students Evaluation" Chicago Public Schools. $826,420 |
| Sept. 2008 – Sept. 2011 | Principal Investigator "Accessing Counseling for Elementary Students Evaluation" Chicago Public Schools. $126,000 |
| October 2009 – April 2010 | Principal Investigator "Evaluation Planning for Regenerations |

2 , Gretchen Cusick

|  |  |
|---|---|
|  | Dually Involved Program" Lutheran Children and Family Services of Illinois. $25,000 |
| March 2009 – February 2010 | Principal Investigator "Trends and Data Sharing in Juvenile Court: Jane Addams Juvenile Court Foundation Project" Jane Addams Juvenile Court Foundation. $75,000 |
| March 2008 – October 2008 | Principal Investigator "Giving Voice to the Unspeakable: Responding to Abuse in Chicago's Jewish Community" SHALVA. $56,226 |
| October 2006 – October 2007 | Principal Investigator "From Corrections to Community: The Juvenile Reentry Experience as Characterized by Multiple Systems Involvement" Illinois Criminal Justice Information Authority. $37,071 |
| July 2005 – July 2008 | Co-Investigator "Crime during the Transition to Adulthood: How Youth Fare as they Leave Out-of-Home Care" National Institute of Justice. $259,787 |

## FELLOWSHIPS AND AWARDS

| | |
|---|---|
| 2002 – 2004 | National Consortium on Violence Research Pre-Doctoral Fellow |
| 2001 | ICPSR Summer Training Program in Quantitative Methods Fellowship |
| 2000 | The Pennsylvania State University Dept. of Sociology Scholar Award |

## PROFESSIONAL SERVICE AND AFFILIATIONS

| | |
|---|---|
| 2012 – present | Affiliate Scholar, Chapin Hall |
| 2011- present | Member, Cook County Juvenile Probation Research Consortium |
| 2011 – present | Board Member, Institutional Review Board (IRB), Illinois Criminal Justice Information Authority |
| 2007 – 2012 | Board Member, Institutional Review Board (IRB), University of Chicago |
| 2007 – present | Ad hoc reviewer, *Social Service Review, Criminology, American Journal of Orthopsychiatry, Children and Youth Services Review, American Journal of Sociology* |
| 2006 – 2007 | Member, Chapin Hall Center for Children Technology Committee |
| 2003 – 2004 | Graduate Student Representative, Crime, Law, and Justice Graduate Admissions Committee, Department of Sociology/Crime, The Pennsylvania State University |
| 2002 – 2004 | Co-Chair, Department of Sociology/Crime Law and Justice Colloquia Series, The Pennsylvania State University |

3 , Gretchen Cusick

| | |
|---|---|
| 2001 – 2003 | Member, Department of Sociology Minority Opportunities through School Transformation (MOST) Committee, The Pennsylvania State University |
| 2001 – 2002 | Student Member Editorial Board, *Law and Human Behavior* |
| 2000 – 2001 | Graduate Student Delegate, Graduate Student Association, The Pennsylvania State University |
| 1999 – 2000 | Alpha Kappa Delta International Sociology Honor Society |
| 1996 – 1998 | Golden Key National Honor Society |
| 1996 - 1997 | Phi Sigma Phi Honor Fraternity |

**PROFESSIONAL MEMBERSHIPS**

American Society of Criminology
The Society for Social Work Research

**PUBLICATIONS**
**Peer Reviewed:**

Cares, Alison and Cusick, Gretchen R. (2012). Risks and opportunities of faith and culture: The case of abused Jewish women. *Journal of Family Violence.* 27(5). 427–435.

Smithgall, Cheryl, Cusick, Gretchen R. and Griffin, Gene. (2012). Responding to students affected by trauma: Collaboration across public systems. *Keeping Kids in School and Out of Court: A Collection of Reports to Inform the National Leadership Summit on School Justice Partnership.* New YorkNew York State Permanent Judicial Commission on Justice for Children

Cusick, Gretchen R., Havlicek, J.R., and Courtney, Mark, E. (2012). Risk for arrest: The role of social bonds in protecting foster youth making the transition to adulthood. *American Journal of Orthopsychiatry* 82(1):19-31.

Haynes, Stacy, Ruback, R.Barry, and Cusick, Gretchen Ruth. (2010). Courtroom workgroups and sentencing: The effects of similarity, proximity, and stability. *Crime & Delinquency* 56(1): 126-161.

Keller, Thomas E., Cusick, Gretchen Ruth, and Courtney, Mark E. (2007). Approaching the Transition to Adulthood: Distinctive Profiles of Adolescents Aging Out of the Child Welfare System. *Social Service Review* 81(3): 453-484.

Ruback, R. Barry, Ruth, Gretchen R., and Shaffer, Jennifer. (2005). Assessing the impact of statutory change: A statewide, multilevel analysis of restitution orders in Pennsylvania. *Crime and Delinquency 51(3)*, 318-342.

**Chapters and Books:**

Osgood, D. Wayne, Foster, E. Michael, Flanagan, Constance, and Ruth, Gretchen R. (Eds.)

4 , Gretchen Cusick

(2005). *On Your Own Without a Net: The Transition to Adulthood for Vulnerable Populations.* Chicago: University of Chicago Press.

Osgood, D. Wayne, Ruth, Gretchen R., Jacobs, Janis E., Eccles, Jacquelyne S., and Barber, Bonnie L. (2005). "Six Paths Through the Transition to Adulthood: Their Predictors and Consequences" In *On the Frontier of Adulthood: Theory, Research, and Public Policy.* Frank F. Furstenberg, Jr., Rebeun G. Rumbaut, and Richard A. Settersten, Jr. (Eds.) Chicago: University of Chicago Press.

**Published Reports, Briefs, and Discussion Papers:**

Walker, Lisa, Smithgall,Cheryl, & Cusick, Gretchen Ruth. (2012). Making *community* an authentic part of school and community partnerships. Chicago: Chapin Hall at the University of Chicago

Cusick, Gretchen Ruth, Courtney, Mark.E., Havlicek, Judy., & Hess, Nathan. (2011).*Crime during the Transition to Adulthood: How Youth Fare as They Leave Out-of-Home Care.* Chicago: Chapin Hall at the University of Chicago.

Cusick, Gretchen Ruth, Goerge, Robert, and Claussen Bell, Katie. (2009). From Corrections to Community: The Juvenile Reentry Experience as Characterized by Multiple Systems Involvement. Chicago: Chapin Hall at the University of Chicago.

Goerge, Robert M., Cusick, Gretchen Ruth, and Guiltinan, Shannon. (2009). How Active Are Teens during Their Out-of-School Time? The View from Chicago. Chapin Hall Issue Brief.

Goerge, Robert, Cusick, Gretchen Ruth, Wasserman, Miriam, and Gladden, Robert Matthew (2007).After School Programs and Academic Impact: A Study of Chicago's After School Matters. Chicago, IL: Chapin Hall at the University of Chicago, Issue Brief No. 112.

Cusick, Gretchen Ruth and Courtney, Mark E. (2007). Offending During Late Adolescent: How Do Youth Aging Out of Care Compare with Their Peers? Chicago, IL: Chapin Hall Center for Children at the University of Chicago, Issue Brief No. 111.

Osgood, D.W., Foster, E.M., Flanagan, C. and Ruth, G. (2005). Programs and Policy Goals for Helping Vulnerable Youth as They Move into Adulthood. Network on Transitions to Adulthood Policy Brief, Issue 18. MacArthur Foundation Research Network on Transitions to Adulthood and Public Policy.

Courtney, Mark E., Dworsky, Amy, Bost, Noel, Ruth, Gretchen, Keller, Tom, and Havlicek, Judy. (2005) Midwest Evaluation of the Adult Functioning of Former Foster Youth. Chicago, IL: Chapin Hall Center for Children at the University of Chicago CS-116.

Butts, Jeffrey, Mayer, Susan, and Ruth, Gretchen. (2005). Focusing Juvenile Justice on PositiveYouth Development. Chicago, IL: Chapin Hall Center for Children at the University of Chicago, Issue Brief No. 105.

**Professional Papers and Presentations:**

Smithgall, Cheryl and Cusick, Gretchen R. "Responding to students affected by trauma: Collaboration across public systems" Invited plenary presented at the National Leadership Summit on School-Justice Partnerships: Keeping Kids in School and Out of Court. New York, NY. March 2012.

5 , Gretchen Cusick

Cusick, Gretchen. & Lansing, Jiffy. 2011 "Educational and Employment Outcomes for Youth Transitioning from Juvenile Justice: Implications for Student Supports." Presentation at the Juvenile Justice Research Seminar: Educating Justice System Involved Youth, February 2011.

Cusick, Gretchen R., Havlicek, Judy, and Courtney, Mark. "Foster Youth Making the Transition to Adulthood: Preparedness, Services & Supports, and Arrest" Presented at The American Society of Criminology Annual Meeting; San Francisco, CA. November 2010.

Cusick, Gretchen R. "Multiple Adversities Reflected through Involvement Across Service Systems: Implications for Children and Families, Research, and Policy and Practice." Invited Keynote Paper presented at Queens University seminar: Exploring the Connections between the Experience of Multiple Adversities in Childhood and Poor Outcomes in Later Adult Life: Linking Research to Policy and Practice. Belfast, Northern Ireland. September 2010.

Cares, Alison C., Cusick, Gretchen R., and Michels, Lisa. "A Portrait of Domestic Violence Victims in and Urban Community" Presented at The American Society of Criminology Annual Meeting; Philadelphia, PA. November 2009.

Cusick, Gretchen Ruth, Havlicek, Judy, and Courtney, Mark. "Social Connections and the Risk for Arrest Among Foster Youth." Presented at Society for Social Work Research Annual Meeting; Washington D.C. January 2008.

Cusick, Gretchen Ruth and Osgood, D. Wayne. "Addressing the Challenges for Vulnerable Youth in the Transition to Adulthood." Invited presentation at Council on Contemporary Families 10th Anniversary Conference; Chicago, IL. May 2007.

Cusick, Gretchen Ruth and Havlicek, Judy. "Crime and Child Welfare Support: Does Remaining in Care Result in Less Chance for Arrest?" Presented at Society for Social Work Research Annual Meeting; San Francisco, CA. January 2007.

Cusick, Gretchen Ruth and Courtney, Mark E. "At Risk When Aging Out: An Event History Analysis of Arrest after Exiting Child Welfare." Presented at The American Society of Criminology Annual Meeting; Los Angeles, CA. November 2006.

Cusick, Gretchen Ruth and Courtney, Mark E. "Arrests among Youth Aging out of the Child Welfare System: Are There Benefits to Staying in Care?" Presented at The American Society of Criminology Annual Meeting; Toronto, ON. November 2005

Ruth, Gretchen. "Assessing the Impact of Statutory Change: A Statewide Multilevel Analysis of Restitution Orders in Pennsylvania." Invited presentation Workshop on Crime and Punishment, University of Chicago Law School, Chicago, IL. February 2005.

Ruth, Gretchen. "The Development of Violence: Linking Sibling and Peer Aggression." Presented at The American Society of Criminology Annual Meeting; Denver, CO. November 2003.