UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 13-cv-9073 |
| CITY of HIGHLAND PARK, | ) | |
| | ) | Judge John W. Darrah |
| Defendant. | ) | |

## **ORDER**

The Brady Center to Prevent Gun Violence's Motion for Leave to File Brief as Amicus Curiae in Support of Defendant [20] is granted.

Date:  2/12/2014                              /s/ John W. Darrah