**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association ) ) ) | |
| Plaintiffs, ) | |
| ) | No: 13-cv-9073 |
| v. ) | |
| ) | Ho. John W. Darrah |
| ) | |
| CITY OF HIGHLAND PARK, ) | |
| ) | |
| Defendant. ) | |

**TABLE OF CONTENTS**

**PLAINTIFFS' EXHIBITS IN FURTHER SUPPORT
OF MOTION FOR PRELMINARY INJUNCTION**

**Exhibit 8** – Supplemental Affidavit of David A. Lombardo.

**Exhibit 9** – Department of Treasury Study on the Sporting Suitability of Modified Semi-Automatic Rifles, Exhibit 5.

**Exhibit 10** – Chicago Police Department Murder Analyses 2006 to 2011.

**Exhibit 11** – Supplemental Affidavit of Dr. Gary Roberts.

**Exhibit 12** – Supplemental Affidavit of Gary Kleck.

**Exhibit 13** – Mayors Against Illegal Guns, Mass Shooting Report Data.

**Exhibit 14** – U.S. Department of Justice, Bureau of Justice Statistics, Victimization During Household Burglary, September 2010.

Respectfully submitted,

/s/ James B. Vogts
James B. Vogts
Brett M. Henne
Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
bhenne@smbtrials.com
alothson@smbtrials.com

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I, James B. Vogts, hereby certify that on the 20th day of February, 2014, I caused to be served a copy of the foregoing document on all counsel of record list below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher James Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

2. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

3. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

4. Alexander D. Marks
   Burke, Warren, MacKay & Serritella, P.C.
   330 N. Wabash Ave., 22nd Floor
   Chicago, Illinois 60611
   (312) 840-7022
   E-mail: amarks@burkelaw.com

*/s/ James B. Vogts*
James V. Vogts