# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARIE S. FRIEDMAN, M.D. and )
the Illinois State Rifle Association )
)
)
Plaintiffs, )
) No: 13-cv-9073
v. )
)
CITY OF HIGHLAND PARK, )
)
Defendant. )

## SUPPLEMENTAL AFFIDAVIT OF DAVID A. LOMBARDO

If sworn as a witness, I could competently testify to the following:

1. I offer this Supplemental Affidavit based on my expertise and experience in firearms training, safety and use and the personal observations I have made while working in the firearms community over the past 25 years.

2. I have reviewed the Declarations of Mark D. Jones, James E. Yurgealitis and Gretchen Cusick. It is my understanding that they were each retained by the City of Highland Park to offer their views on subjects relating to the constitutionality of the City's ordinance prohibiting law abiding citizens from possessing firearms the City defined as "assault weapons" and "large capacity magazines" capable of holding more than ten rounds of ammunition.

3. My opinion that many of the firearms banned under the ordinance are commonly owned by residents of Illinois and elsewhere is based in part on my extensive interaction with the community of firearms owners, which was described in my previously submitted Affidavit. Since 2006, certified instructors employed by Safer USA and I have taught firearm use and

1

safety to more than 5,000 persons. I am also President of the Aurora Sportsmen's Club, which currently has approximately 1,500 members. I have regularly observed members on the range and the firearms they use, and modern sporting rifles have been the most commonly used rifles on the range over the past five to ten years. I also regularly attend firearms industry trade shows and have observed that the civilian marketplace for modern sporting rifles is without question the fastest growing firearms market. I have also seen industry research indicating that more than one out of every five (20.3%) firearms, of all types, sold today is a modern sporting rifle, and that from 2008 to 2012 nearly 3.0 million modern sporting rifles built on the AR-platform alone were produced in the United States.

4. Thus, my opinion that many of the firearms banned under the ordinance are commonly owned by law-abiding citizens is based on my personal perception rather than any scientific or technical expertise. For that reason, Gretchen Cusick's criticism of my opinion because it lacks "scientific integrity" is misguided.

5. Ms. Cusick is also critical of the survey I am conducting of students in my firearms classes as "flawed." The survey currently reveals that 57.7 % of those students kept a semi-automatic rifle with a detachable magazine available in their homes for personal protection. As of February 10, 2014, 671 students completed the survey. Most of the students who completed the survey were in enrolled in our Home Protection and Concealed Carry Seminar and NRA Basic Pistol class.

6. Ms. Cusick's scholarly criticisms of the survey seem to be directed at a survey I did not ask my students to complete rather than the survey they did complete. The purpose of my survey was limited: I sought to determine what types of firearms are kept available for personal defense by persons taking my classes. If a person surveyed did not keep a firearm

2

available for personal defense, he or she had the option to answer "none of the above." In fact, of those surveyed, 24.7% provided that answer. Thus, the survey did not, as Ms. Cusick suggests, "vastly exaggerate the proportion of people who own firearms for personal protection" by disregarding those who do not keep a firearm available to protect their homes and family.

7. Ms. Cusick's statement that I gave the survey to my "acquaintances" is simply supposition on her part but nevertheless not true. And her criticism that the students surveyed would be "reluctant to admit in the survey that they owned an assault weapon for nefarious purposes" makes no sense because they were not asked to admit or deny whether they owned firearms for criminal purposes. Regardless, I seriously doubt that persons who make the effort to learn the basics of lawful firearms use in an NRA Basic Pistol class or a Home Protection and Concealed Carry Seminar own firearms "to commit mass murder at a school, or as protection for illegal drug sales", as Ms. Cusick seems to hypothesize.

8. Mark D. Jones incorrectly states in paragraph 36 of his Declaration that the "essential characteristic" of the "assault weapons" defined by the ordinance is "magazine capacity." His statement is misleading and incorrect. The Highland Park ordinance prohibits ownership of certain types and models of firearms by law-abiding residents of Highland Park without regard to their ammunition capacity.

9. With respect to the semi-automatic rifles banned in Highland Park, specifically AR-type rifles, the essential characteristic they share is that they have gas operated semi-automatic actions. Rifles falling into this category of firearms are sold with magazines having a variety of capacities and many are sold without "large capacity magazines." For example, models of the Smith & Wesson M & P 15 (an AR-type rifle) are sold with 5 and 10 round magazines. (*See* Exhibit A, Smith & Wesson 2014 Product Catalog, p. 16). The Remington

3

Model R-15 Predator and Varmint (AR-type rifles) are sold with 5 round magazines. (*See* Exhibit B, Remington 2104 Shot Show Featured Products, pp. 17 & 44). The Bushmaster Hunter, Predator and Varminter rifles (AR-type rifles) are each sold with 5 round magazines. (*See* Bushmaster Firearms Product Catalog 2104, p. 28 - 31). Other examples of AR-type rifles sold with magazines with capacities of 10 rounds or less can be referenced. But the point is that the "essential character" of the semi-automatic rifles banned in Highland Park is decidedly not their "large capacity magazines." Mr. Jones consistently conflates banned rifles with banned "large capacity magazines" and misleadingly suggests that all banned rifles have 30 round magazines.

10. Mark D. Jones discusses "bump-firing" in paragraph 16 of his Declaration and states that when an AR-type rifle is "bump-fired" it fires at virtually the same rate as a fully automatic machine gun. In "bump-firing" the trigger is pulled for each shot just as in regular semi-automatic firing but the successive force applied to the trigger is generated by the inertia of the firearm rather than the shooter. "Bump-firing" can be done with virtually any semi-automatic firearm. While it is true that "bump-firing" is a way to rapidly discharge a semiautomatic firearm, it is a form of trick firing for show that no person, criminal or otherwise, would ever use to reliably and accurately hit a target.

9. James E. Yurgealitis wrongly states in paragraph 37 of his Declaration that the .223 round, for which the majority of AR-type rifles are chambered, "is too small a caliber to be legal for hunting" in Illinois. Illinois Department of Natural Resources hunting regulations provide, however, that "any type of legal rifle including large capacity semi-automatic rifles" can be used to hunt coyotes. (http://www.dnr.illinois.gov/hunting/documents/hunttrapdigest.pdf). Thus, AR-type rifles with or without large capacity magazines are suitable for hunting in Illinois,

and are used in a variety of other larger calibers by Illinois residents to hunt both large and small game outside of Illinois.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2014.

_____
David A. Lombardo



# M&P®10

### A **NEW**
**MODEL: M&P10**
**OPTIC READY**
Product: 811308
18" Lightweight Barrel
.308 Win / 7.62x51
20 Rounds
Black Finish

- Ambidextrous Magazine Catch, Bolt Catch and Reversible, Ambidextrous Safety Selector
- Patented S&W Enhanced Flash Hider
- Gas Block with Integral Picatinny-Style Rail
- QD Sling Swivel Attachment Point (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin

### B
**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811312
18" Barrel
.308 Win / 7.62x51
5 Rounds
Camo Finish
*Compliant For Sale in MA, MD, NJ

- Ambidextrous Magazine Catch, Bolt Catch and Reversible, Ambidextrous Safety Selector
- Gas Block with Integral Picatinny-Style Rail
- Magpul® MOE Rifle Stock
- QD Sling Swivel Attachment Point (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin

### C
**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811311
18" Lightweight Barrel
.308 Win / 7.62x51
10 Rounds
Black Finish
*Compliant For Sale in MD

- Ambidextrous Magazine Catch, Bolt Catch and Reversible, Ambidextrous Safety Selector
- Patented S&W Enhanced Flash Hider
- Gas Block with Integral Picatinny-Style Rail
- QD Sling Swivel Attachment Point (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin

### D
**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811310
18" Barrel
.308 Win / 7.62x51
10 Rounds
Black Finish
*Compliant For Sale in MA, MD, NJ

- Fixed Stock
- Ambidextrous Magazine Catch, Bolt Catch and Reversible, Ambidextrous Safety Selector
- Gas Block with Integral Picatinny-Style Rail
- QD Sling Swivel Attachment Point (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin

### E
**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811309
18" Lightweight Barrel
.308 Win / 7.62x51
10 Rounds
Black Finish
* Compliant For Sale in CA

- Fixed Magazine
- Bullet-Button®
- Ambidextrous Magazine Catch, Bolt Catch and Reversible, Ambidextrous Safety Selector
- Patented, S&W Enhanced Flash Hider
- Gas Block with Integral Picatinny-Style Rail
- QD Sling Swivel Attachment Point (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin




S&W Enhanced Flash Hider - Patent #8,418,803, S&W Ambidextrous Bolt Catch - Patent #8,261,652

| | Model # Prod/SKU | Caliber | Action | Capacity | Overall Length | Stock | Sight Radius Barrel Length | Barrel Twist | Weight (No Mag) | Trigger Pull | Upper & Lower Material | Barrel Material | Chrome-Lined Components | Front Sight/ Rear Sight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | M&P10 811308 | .308 Win 7.62x51 mm | Gas Operated Semi Auto | 20 Rds | 40.9" Extd 37.6" Clpsd | 6 Position CAR | 18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | — — |
| B | M&P10 811312 | .308 Win 7.62x51 mm | Gas Operated Semi Auto | 5 Rds | 37.5" Fixed | Magpul® MOE Fixed | 18" | 1 in 10" | 8.11 lbs. | 6.15 lbs | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | — — |
| C | M&P10 811311 | .308 Win 7.62x51 mm | Gas Operated Semi Auto | 10 Rds | 40.9" Extd 37.6" Clpsd | 6 Position CAR | 18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | — — |
| D | M&P10 811310 | .308 Win 7.62x51 mm | Gas Operated Semi Auto | 10 Rds | 36.9" Fixed | Fixed | 18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | — — |
| E | M&P10 811309 | .308 Win 7.62x51 mm | Gas Operated Semi Auto | 10 Rds | 40.9" Extd 37.6" Clpsd | 6 Position CAR | 18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | — — |

*Compliance subject to change. Please check with your local dealer.

Case: 1:13-cv-09073 Document #: 26-2 Filed: 02/20/14 Page 9 of 16 PageID #:656

R

# 2014 SHOT SHOW
## FEATURED PRODUCTS

EXHIBIT B

| MODEL R-15™ | CENTERFIRE |





## NOT YOUR GRANDAD'S HUNTING RIFLE.

The hair-splitting accuracy, blazing-fast followups and a hunt-specific features for securing your place at the top of the food chain. The **Model R-15™ VTR Predator Magpul® MOE (Collapsible Stock)** upgrades our apex predator platform with advanced Magpul technology. Like the Magpul Grip for max comfort and control, the "V"-shaped polymer Magpul trigger guard for use with gloves, and the 51 tooth AAC® Blackout Flash hider to reduce recoil. The **Model R-15 VTR Predator Rifle** has a 22" barrel, fixed stock and weighs a stabilizing 7 ¾ lbs. The **Model R-15 VTR Stainless Steel** uses our triangular fluted barrel in a 24" configuration that optimizes repeat-shot accuracy with less weight than traditional varmint-style designs. And the lightweight, hard-hitting **Model R-15** is an ever-reliable choice for piling up predators, packing the big-game dropping power of 450 Bushmaster chambering and decked in Mossy Oak® New Break-Up camo.

### MODEL R-15 VTR PREDATOR MAGPUL® MOE COLLAPSIBLE STOCK

Available in: 223 Remington (Order No. 60018 / 16" barrel) (Order No. 60019 / 12" barrel)

### MODEL R-15 VTR PREDATOR MAGPUL® MOE FEATURES

- AAC® 51 TOOTH BRAKEOUT MACHINED FROM HIGH STRENGTH AEROSPACE 17-4 STAINLESS STEEL ALLOY AND COATED IN A HARD, DURABLE, CORROSION-RESISTANT SCARMOR FINISH
- MAGPUL GRIP FEATURES REINFORCED POLYMER BODY CONSTRUCTION WITH COMFORTABLE, WRAP-AROUND RUBBER OVERMOLDING
- MAGPUL TRIGGER GUARD – ENHANCED POLYMER DROP IN REPLACEMENT, WITH SHALLOW "V" SHAPE
- DECKED IN FULL MOSSY OAK® BRUSH™ CAMO
- COMPETITION TWO STAGE TRIGGER



**MODEL R-15 VTR PREDATOR FIXED STOCK**
Available in: 223 Remington (Order No. 60001)

**MODEL R-15 VTR SS VARMINT**
Available in: 223 Remington (Order No. 60007)

**MODEL R-15**
(Scope and mount not included)
Available in: 450 Bushmaster (Order No. 60102)

MORE MODELS AVAILABLE. See page 44 for model specifications.

# RIFLE SPECIFICATIONS

### MODEL SEVEN™ SYNTHETIC BOLT-ACTION

| ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85910 | 223 Remington | 5 | 20" | 12" | 39 ¼" | 13 ⅜" | 1 ¼" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85911 | 243 Win | 4 | 20" | 9 ⅛" | 39 ¼" | 13 ⅜" | 1 ¼" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85912 | 260 Remington | 4 | 20" | 8" | 39 ¼" | 13 ⅜" | 1 ¼" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85913 | 7mm-08 Remington | 4 | 20" | 9 ¼" | 39 ¼" | 13 ⅜" | 1 ¼" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85914 | 308 Win | 4 | 20" | 10" | 39 ¼" | 13 ⅜" | 1 ¼" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85915 (Compact) | 243 Win | 4 | 18 ½" | 9 ⅛" | 36 ¼" | 12 ⅜" | 1 ¼" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ⅛ | $731 |
| 85916 (Compact) | 7mm-08 Remington | 4 | 18 ½" | 9 ¼" | 36 ¼" | 12 ⅜" | 1 ¼" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ⅛ | $731 |

### MODEL 770™ BOLT-ACTION

| ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85630 | 243 Win | 4 | 22" | 9 ⅛" | 41 ⅜" | 13 ¾" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85637 (Compact) | 243 Win | 4 | 20" | 9 ⅛" | 39 ¾" | 12 ¾" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ¼ | $383 |
| 85632 | 270 Win | 4 | 22" | 10" | 42 ½" | 13 ¾" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85631 | 7mm-08 Remington | 4 | 22" | 9 ¼" | 41 ⅝" | 13 ¾" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85635 | 7mm Remington Mag | 3 | 24" | 9 ¼" | 44 ½" | 13 ¾" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ⅝ | $383 |
| 85633 | 30-06 SPRG | 4 | 22" | 10" | 42 ½" | 13 ¾" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85636 | 300 Win Mag | 3 | 24" | 10" | 44 ½" | 13 ¾" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ⅔ | $383 |
| 85634 | 308 Win | 4 | 22" | 10" | 41 ⅝" | 13 ¾" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |

1 Average weight includes scope

### MODEL 770™ STAINLESS BOLT-ACTION

| ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85655 | 270 Win | 4 | 22" | 10" | 42 ½" | 13 ¾" | 1 ⅛" | 1 ⅜" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |
| 85657 | 7mm Remington Mag | 3 | 24" | 9 ¼" | 44 ½" | 13 ¾" | 1 ⅛" | 1 ⅜" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |
| 85656 | 30-06 SPRG | 4 | 22" | 10" | 42 ½" | 13 ¾" | 1 ⅛" | 1 ⅜" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |
| 85658 | 300 Win Mag | 3 | 24" | 10" | 44 ½" | 13 ¾" | 1 ⅛" | 1 ⅜" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |

1 Average weight includes scope

### MODEL 7600™ PUMP-ACTION

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7600™ | 24653 | 243 Win | 4 | 22" | 9 ⅛" | 42 ⅝" | 13 ½" | 1 ⁵⁄₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24655 | 270 Win | 4 | 22" | 10" | 42 ⅝" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24667 | 270 Win | 4 | 22" | 10" | 42 ⅝" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | High Gloss | 7 ½ | $918 |
| 7600™ Carbine | 24661 | 30-06 SPRG | 4 | 18 ½" | 10" | 39 ⅛" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ¼ | $918 |
| 7600™ | 24657 | 30-06 SPRG | 4 | 22" | 10" | 42 ⅝" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24671 | 30-06 SPRG | 4 | 22" | 10" | 42 ⅝" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | High Gloss | 7 ½ | $918 |
| 7600™ | 24659 | 308 Win | 4 | 22" | 10" | 42 ⅝" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ Synthetic | 25143 | 243 Win | 4 | 22" | 9 ⅛" | 42 ⅝" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic | 25145 | 270 Win | 4 | 22" | 10" | 42 ⅝" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic | 25149 | 30-06 SPRG | 4 | 22" | 10" | 42 ⅝" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic | 25151 | 308 Win | 4 | 22" | 10" | 42 ⅝" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic Carbine | 25153 | 30-06 SPRG | 4 | 18 ½" | 10" | 39 ⅛" | 13 ½" | 1 ³⁄₁₆" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ¼ | $771 |

Equipped with iron sights.

### MODEL R-15 VTR PREDATOR WITH MAGPUL® MOE STOCK & FORE-END MODULAR REPEATING

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R-15 VTR Predator Carbine Magpul® Collapsible Stock | 60018 | 223 Remington | 5 | 16 ½" | 9" | 40 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Mossy Oak® Brush™ | 7 ¾ | $1,327 |
| R-15 VTR Predator Carbine Magpul® Collapsible Stock | 60019 | 223 Remington | 5 | 18" | 9" | 36 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Mossy Oak® Brush™ | 6 ¾ | $1,327 |
| R-15 VTR Predator Carbine Magpul® Fixed Stock | 60010 | 223 Remington | 5 | 18" | 9" | 36 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Mossy Oak® Brush™ | 6 ¾ | $1,327 |
| R-15 VTR Predator Carbine Magpul® Fixed Stock | 60011 | 223 Remington | 5 | 22" | 9" | 36 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Mossy Oak® Brush™ | 6 ¾ | $1,327 |

### MODEL R-15 MODULAR REPEATING

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R-15 VTR Predator | 60001 | 223 Remington | 5 | 22" | 9" | 40 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Advantage® MAX-1 HD™ | 7 ¾ | $1,327 |
| R-15 VTR SS Varmint | 60007 | 223 Remington | 5 | 24" | 9" | 42 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | 416 Stainless | Matte | Synthetic | Advantage® MAX-1 HD™ | 7 ¾ | $1,529 |
| R-15 - FS (Fixed Stock) | 60102 | 450 Bushmaster | 4 | 18" | 10" | 36 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Mossy Oak® Break-Up™ | 7 ¾ | $1,631 |

### MODEL R-25 MODULAR REPEATING

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R-25 | 60030 | 243 Win | 4 | 20" | 10" | 38 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Mossy Oak® Treestand™ | 7 ¾ | $1,697 |
| R-25 | 60031 | 7mm-08 Remington | 4 | 20" | 9 ¼" | 38 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Mossy Oak® Treestand™ | 7 ¾ | $1,697 |
| R-25 | 60032 | 308 Win | 4 | 20" | 10" | 38 ¼" | 13 ⅜" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Mossy Oak® Treestand™ | 7 ¾ | $1,697 |

Case: 1:13-cv-09073 Document #: 26-2 Filed: 02/20/14 Page 12 of 16 PageID #:659



# PRODUCT CATALOG 2014
## HERITAGE. LOYALTY. RELIABILITY.



EXHIBIT C

HUNTING
THROUGH THICK AND THIN, OUR HUNTING SERIES PRODUCES GOOD STORIES.

FOR OVER 35 YEARS, WE'VE BEEN HELPING HUNTERS COME OUT OF THE WOODS WITH SOMETHING OTHER THAN A GOOD STORY.

IT'S RIGHT IN YOUR HANDS.

Case: 1:13-cv-09073 Document #: 26-2 Filed: 02/20/14 Page 14 of 16 PageID #:661

2014 **HUNTING** | 29 | **BUSHMASTER.COM**

# HERITAGE. LOYALTY. RELIABILITY.

## XM-10 308 HUNTER
**BLACK: 90831 SC**

- 20" fluted 4150 chrome-moly-vanadium barrel has crowned muzzle
- Mid-length gas system for smoother recoil
- Free-floating, vented aluminum fore-end
- Hogue® rubberized pistol grip
- Two 3/4" mini-risers for mounting optics
- Ships with one 5-round magazine
- One year Bushmaster warranty

## PREDATOR
**COMPLIANT: 90629 SC  BROWN SC**
**ATACS COMPLIANT: 90822 SC**

- Fluted 20" extra-heavy Bushmaster predator barrel (1" dia out to gas block) with 11° competition muzzle crown 1 in 8" twist (non-chrome-lined) for the heavier bullets, free-floated with a vented aluminum fore-end and bipod stud
- Two 1 1/4" mini-risers for optics mounting
- Hogue® rubberized pistol grip (black)
- Ships with a chamber flag and 5-round magazine

## VARMINTER
**COMPLIANT: 90641 SC**
**STAINLESS COMPLIANT: 90636 SC**
**ATACS COMPLIANT: 90824 SC**

- Fluted 24" extra-heavy Bushmaster Varmint barrel (1" dia out to gas block) with 1° competition muzzle crown 1 in 9" twist (non-chrome-lined) free-floated with a vented aluminum fore-end and bipod stud
- Two 1 1/4" mini-risers for optics mounting
- Hogue® rubberized pistol grip (black)
- Ships with a chamber flag and 5-round magazine
- A-TACS® model is coated in A-TACS® digital camouflage for superior concealment

## .308 ORC (308/7.62 NATO)
**BLACK: 90702**

- 16" heavy profile with mid-length gas system
- A2 birdcage flash hider
- Receiver length Picatinny optics rail with two 1 1/4" optics risers
- Milled gas block
- Six-position telescoping stock (when collapsed, conveniently reduces overall length by 4")





# HUNTING
**THROUGH THICK AND THIN, OUR HUNTING SERIES PRODUCES GOOD RESULTS. AND STORIES.**

### 450 BUSHMASTER
**BLACK:** 90431 (shown)
**CARBINE:** 90425

The 450 cartridge allows AR-15 owners the flexibility to upgrade their familiar lightweight package to real big bore stopping power.
- 20" barrel rifle or 16" barrel carbine with 1 in 24" twist
- Upper and lower receivers machined from a Mil-Spec aluminum forging
- Free-floating, vented aluminum fore-end
- Ships with a chamber flag and 5-round magazine



A 5-ROUND MAG AND EXTRA STOPPING POWER – BECAUSE HOGS ARE FAST, SMART AND MEAN.