# EXHIBIT 11
# (part 1 of 5)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association | ) ) ) | | |
| Plaintiffs, | ) ) ) | No: | 13-cv-9073 |
| v. | ) ) | | |
| CITY OF HIGHLAND PARK, | ) ) | | |
| Defendant. | ) | | |

### SUPPLEMENTAL AFFIDAVIT OF DR. GARY ROBERTS

If sworn as a witness, I could competently testify to the following:

1. I have reviewed the Declarations of Mark D. Jones and James E. Yurgealitis. It is my understanding that they have been retained by the City of Highland Park to provide opinions on the suitability of AR15 type rifles chambered for .223/5.56 mm ammunition as a personal defense firearm.

2. It is not apparent from their Declarations or resumes that either Mr. Jones or Mr. Yurgealitis has studied wound or terminal ballistics or has any particular expertise on which to express an expert opinion on the relative suitability of various firearms and ammunition for personal defense in the home. In fact, the opinions they have expressed demonstrate profound ignorance of the science that is the basis of an informed and reliable opinion on the subject.

3. For example, Mr. Jones boldly pronounces in paragraph 46 of his Declaration that "[t]o tout the semi-automatic assault weapon as the best or even second best tool for home defense is specious and disingenuous." The primary basis for his statement is that "the velocity

1

of widely available standard military surplus ammunition for AR15 rifles is more than 3000 feet per second ... and contains a steel penetrator that greatly increases the possibility of innocents being injured or killed by missed shots or ricochets."

4. The degree to which ammunition will penetrate walls and other structures is a function of bullet construction and momentum, not just velocity. Bullets used in typical service caliber handguns (9 mm, .357, .40, .45) while of slower velocity are typically much heavier than the .223/5.56 mm ammunition used in AR15's. When this heavier handgun ammunition strikes and goes through walls it retains a much greater ability to deeply penetrate an individual on the far side of the wall than the higher velocity but lighter weight .223/5.56 mm rifle ammunition -- thus it is the handgun ammunition that creates greater risks to innocent bystanders in the event a shot first strikes a wall or other object.

5. Attached as Exhibit A is an BATF presentation, "Data Analysis of .223 Ammunition," which was presented to members of the law enforcement community to "[a]llow informed decisions of ammunition choice" and "[d]ispel myths about ammunition." BATF gathered data from various sources, including the FBI's "Weapons Selection Test", the San Diego County Sheriff's Department "Structural Penetration Testing" and the DEA's "Construction Material Test." The results of each of these demonstrated, as have all similar, properly performed tests, that service caliber handgun ammunition will penetrate walls and other structures to a greater degree than the .223/5.56 mm ammunition most typically used in AR15 type rifles. As a result, the BATF unequivocally states that the weapon of choice for defensive shooting is a .223/5.56 mm AR15 type rifle.

6. The performance attributes of AR15 type rifles and .223/5.56 mm ammunition are the reason that the U.S. Department of Homeland Security issued contract specifications for

2

purchase of 7,000 personal defense weapons (PDW) built on the AR15 platform and chambered in 5.56 mm. See Exhibit B –HSCEMS-12-R-00011 – Description/Specification/Statement of Work. Those same attributes are the reason that virtually all law enforcement agencies, including the Chicago Police Department have acquired AR15 type rifles chambered for .223/5.56 mm ammunition "to enhance officer safety in high threat situations" and adopted policies that they are to be used when an officer "reasonably believes that he or she is confronting or may soon confront a threat that may require use of deadly force." See Exhibit C – Chicago Police Department, Police Carbine Operator Program. The performance attributes of .223/5.56 mm ammunition, specifically the relative safety it provides to innocent bystanders, is likely the reason the City of Highland Park has budgeted funds to replace pistol caliber carbines with rifle caliber carbines in 2014. See Exhibit D – Proposed Annual Budget, Calendar Fiscal Year 2014.

7. Mr. Jones states in paragraph 44 of his Declaration that semi-automatic rifles built on the AR15 platform are "designed to be used in an offensive role." This statement is non-sense. Any firearm can be used offensively, but within the United States it is typically a felony to do so, regardless of whether the user is a police officer or a private citizen. There are very few instances where it is lawful or authorized for law enforcement officers to employ deadly force against a suspect unless first threatened with grievous or life threatening injuries. However, when a firearm is used as a prudent response to an imminent deadly threat, such use is clearly a defensive role for a firearm. It is not logical or just for the government to deny private citizens the ability to defend themselves with the same firearms law enforcement has determined are the most effective and safest tools to stop a violent aggressor.

8. Mr. Yurgealitis states in paragraph 40 of his Declaration that "[i]f the individual had a preference for shoulder weapons" in a home defense situation, he would recommend a

3

pump action 12 gauge shotgun (Remington 870, Mossberg 500 etc) loaded with 00 Buckshot." He believes an advantage of this type of firearm and shot is "low probability of over penetration (as compared to rifle caliber and velocity projectiles)." Mr. Yurgealitis, like Mr. Jones, either has not studied or does not understand terminal ballistics. Like service caliber handgun bullets, twelve gauge 00 Buckshot will penetrate interior walls and put innocent bystanders at risk to the same extent as service caliber handgun ammunition. Both can penetrate up to twice as far as many .223/5.56 mm bullets. Attached as Exhibit E is diagram I prepared based on testing I performed at the California Highway Patrol Academy depicting "Typical Wound Profiles After Penetrating Interior Wall Intermediate Barrier." As can be plainly seen, 9 mm and .45 Auto JHP defensive handgun ammunition and 00 Buckshot present a considerably greater threat to innocent bystanders after going through a wall than does common .223/5.56 mm ammunition, including military 5.56 mm M855 ammunition with a steel penetrator, despite the inaccurate comments made by Mr. Jones and Mr. Yurgealitis on this subject.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16th, 2014

*[signature]*

_____

Dr. Gary Roberts

4



# Data Analysis of .223 Caliber Ammunition



**EXHIBIT A**

# Penetration Capabilities of Law Enforcement Ammunition

This presentation consists of data accumulated from the FBI's "Weapons Selection" test, San Diego County Sheriff's Department's "Structural Penetration Testing" and the Drug Enforcement Administration's "Construction Material Test" and is use with their permission

# Purpose of ATF's Presentation



- Simplify data currently circulating in the Law Enforcement Community
- Dispel myths about ammunition
- Allow informed decisions of ammunition choice
- Facts of Ballistic superiority

# Basic Terminology

- Ballistics
- Terminal Ballistics
- Effective Penetration