# EXHIBIT 11
# (part 3 of 5)

# How far will a projectile travel before it falls 60 inches to the earth?



- This calculation is based on the assumption that an average person would fire a weapon from a height of 60 inches, Center mass to a target at the same height.

  – 870 Shotgun – 12ga. Slug   200 yards
  – MP5 – 9mm   200 yards
  – M-4 – .223cal.   500 yards



# Penetration Tests



- FBI penetration test
- San Diego penetration test
- DEA penetration test

# FBI Penetration Test



→ Consisted of firing through a variety of different material barriers into ballistic gelatin

→ Barrier Materials
  - Steel car door
  - Automobile glass
  - Plywood
  - Drywall
  - etc.

# Combined Penetration Averages Through Medium Into Gelatin

| Caliber | Penetration |
|---|---|
| 9 mm | 15.45" |
| .40 S&W | 18.6" |
| .223 62gr. Bonded | 14.89" |
| .223 55gr. SP | 8.35" |

Reference lines: 12" and 18"

Additional data points: 7.5", 12", 11.75", 17.25", 1.75", 12.5"

*Bureau of Alcohol, Tobacco and Firearms*



# San Diego Wall Penetration Test



- Consisted of firing rounds through 4 walls approximately 5 yards apart. The walls were constructed of various materials to include:
  - 1/2" Wood Siding
  - Stucco material
  - Insulation
  - 1/2" Gypsum
  - Cinder block