# EXHIBIT 11
# (part 4 of 5)



# DEA Wall Penetration
## Test #1



- Consisted of firing rounds through 3 walls approximately 2 yards apart.
- Wall #1 was constructed of:
  - 1 sheet of 1/16" plastic siding
  - 2 sheets of 7/16" plywood
  - 1 sheet of 9/16" hard insulation
  - 2" of soft insulation
  - 1 sheet of 1/2" drywall
- Walls # 2 and #3 were constructed of:
  - 2 sheets of 7/16" plywood
  - 2 sheets of 1/2" drywall
  - 2" of soft insulation



# DEA Wall Penetration
## Test #2



- Consisted of firing rounds through 9 walls approximately 4 yards apart.
- Walls #1 – #8 were constructed of:
  - 2 sheets of 1/2" drywall, this simulates the construction of an interior wall of a residence
- Wall #9 was constructed of:
  - 1 sheet of 1/2" drywall
  - 1 sheet of 7/16" plywood
  - 3" soft insulation
  - 9/16" hard insulation
  - 1/16" plastic siding, this simulates the construction of an exterior wall of a residence










# Results of Data for ATF's Mission

- Weapon of choice
  - Colt M4