# EXHIBIT 13

| Listed in FBI SHR | City | State | Date | Year | Handgun | Assault Weapon | Other | Unknown | HCM | AW or HCM | Killed | Injured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Washington | DC | 9/16/2013 | 2013 | 1 | | 1 | | N | | 12 | 5 |
| | Crab Orchard | TN | 9/11/2013 | 2013 | 1 | | | | U | | 4 | 0 |
| | Oklahoma City | OK | 8/14/2013 | 2013 | 1 | | | | U | | 4 | 0 |
| | Dallas | TX | 8/7/2013 | 2013 | 1 | | | | U | | 4 | 4 |
| | Clarksburg | WV | 7/26/2013 | 2013 | 1 | | | | U | | 4 | 0 |
| | Hialeah | FL | 6/26/2013 | 2013 | 1 | | | | U | | 6 | 0 |
| | Santa Monica | CA | 6/7/2013 | 2013 | 1 | 1 | 3 | | Y | Y | 5 | 4 |
| | Fernley | NV | 5/13/2013 | 2013 | 1 | | | | U | | 5 | 0 |
| | Waynesville | IN | 5/11/2013 | 2013 | | | 1 | | U | | 4 | 0 |
| | Ottawa | KS | 4/28/2013 | 2013 | | | | 1 | U | | 4 | 0 |
| | Manchester | IL | 4/24/2013 | 2013 | | | 3 | | U | | 5 | 1 |
| | Federal Way | WA | 4/21/2013 | 2013 | 1 | | 1 | | U | | 4 | 0 |
| | Akron | OH | 4/18/2013 | 2013 | | | | 1 | U | | 4 | 0 |
| | Herkimer | NY | 4/13/2013 | 2013 | | | 1 | | N | | 4 | 2 |
| | Albuquerque | NM | 1/19/2013 | 2013 | | 1 | 3 | | U | Y | 5 | 0 |
| | Tulsa | OK | 1/7/2013 | 2013 | 1 | | | | U | | 4 | 0 |
| | Newtown | CT | ######## | 2012 | 2 | 1 | 1 | | Y | Y | 27 | 2 |
| | Tule River Reservation | CA | 12/8/2012 | 2012 | 1 | | | | U | | 4 | 2 |
| | Detroit | MI | 12/4/2012 | 2012 | | | | 1 | U | | 4 | 0 |
| | Northridge | CA | 12/2/2012 | 2012 | | | | | U | | 4 | 0 |
| | New Town | ND | ######## | 2012 | | | 1 | | N | | 4 | 1 |
| | Minneapolis | MN | 9/27/2012 | 2012 | 1 | | | | U | | 6 | 2 |
| | Oak Creek | WI | 8/5/2012 | 2012 | 1 | | | | Y | Y | 6 | 3 |
| | Aurora | CO | 7/20/2012 | 2012 | 2 | 1 | 1 | | Y | Y | 12 | 58 |
| | Newton Falls | OH | 7/6/2012 | 2012 | | | | 1 | U | | 4 | 0 |
| | Tempe | AZ | 6/2/2012 | 2012 | 2 | | | | U | | 4 | 0 |
| | Seattle | WA | 5/20/2012 | 2012 | 1 | | | | U | | 5 | 0 |
| | Leivasy | WV | 5/19/2012 | 2012 | | | | 1 | U | | 4 | 0 |
| N | Port St. John | FL | 5/15/2012 | 2012 | | | | | N | | 4 | 0 |

| Mark | City | State | Date | Year | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Gilbert | AZ | 5/2/2012 | 2012 | 2 |  |  |  | U |  | 4 | 0 |
|  | Oakland | CA | 4/2/2012 | 2012 | 1 |  |  |  | N |  | 7 | 0 |
|  | Norcross | GA | 2/20/2012 | 2012 | 1 | 1 |  |  | U |  | 4 | 0 |
|  | Villa Park | IL | 1/17/2012 | 2012 | 1 |  |  |  | U |  | 4 | 0 |
| Y | Grapevine | TX | ######## | 2011 | 2 |  |  |  | U |  | 6 | 0 |
|  | Emington | IL | ######## | 2011 | 1 |  |  |  | U |  | 4 | 0 |
|  | Gargatha | VA | ######## | 2011 |  |  | 1 |  | U |  | 4 | 0 |
| Y | Bay City | TX | ######## | 2011 | 1 |  |  |  | U |  | 4 | 1 |
| Y | Greensboro | NC | ######## | 2011 | 1 |  |  |  | U |  | 5 | 1 |
|  | Liberty | SC | ######## | 2011 | 1 |  |  |  | U |  | 4 | 0 |
| Y | Seal Beach | CA | ######## | 2011 | 3 |  |  |  | U |  | 8 | 1 |
| Y | Laurel | IN | ######## | 2011 | 1 |  |  |  | U |  | 5 | 0 |
| Y | Monongalia County | WV | 9/26/2011 | 2011 | 1 |  | 2 |  | U |  | 5 | 1 |
| Y | Carson City | NV | 9/6/2011 | 2011 | 1 | 2 |  |  | U | Y | 4 | 0 |
| N | Marion County | FL | 9/6/2011 | 2011 | 1 |  |  |  | U |  | 4 | 0 |
| Y | Wheatland | WY | 8/5/2011 | 2011 | 2 |  |  |  | U |  | 4 | 1 |
|  | Wagener | SC | 7/30/2011 | 2011 |  |  | 1 |  | N |  | 4 | 0 |
| Y | Grand Prairie | TX | 7/3/2011 | 2011 | 1 |  |  |  | U |  | 5 | 0 |
| Y | Medford | NY | 6/23/2011 | 2011 | 1 |  |  |  | U |  | 4 | 0 |
|  | Yuma | AZ | 6/9/2011 | 2011 | 1 |  |  |  | U |  | 5 | 0 |
| Y | Ammon | ID | 6/2/2011 | 2011 | 1 |  |  |  | U |  | 4 | 0 |
| Y | Oak Harbor | OH | 5/11/2011 | 2011 |  | 2 |  |  | U |  | 4 | 0 |
| Y | Willowbrook | CA | 4/16/2011 | 2011 |  |  |  | 1 | U |  | 4 | 0 |
|  | Minot | ND | 2/11/2011 | 2011 | 1 |  |  |  | U |  | 4 | 0 |
| Y | Tucson | AZ | 1/28/2011 | 2011 | 1 |  |  |  | Y | Y | 6 | 14 |
| Y | Boston | MA | 1/8/2011 | 2011 | 1 | 1 |  |  | U | Y | 4 | 1 |
| N | Riviera Beach | FL | 9/28/2010 | 2010 | 1 |  |  |  | U |  | 5 | 1 |
| Y | Jackson | KY | 9/27/2010 | 2010 |  |  | 1 |  | N |  | 5 | 0 |
| Y | Chicago | IL | 9/10/2010 | 2010 | 1 |  | 1 |  | U |  | 4 | 0 |
| Y | Lake Havasu | AZ | 9/2/2010 | 2010 |  |  |  | 1 | U |  | 5 | 0 |
| Y | Buffalo | NY | 8/29/2010 | 2010 |  |  |  | 1 | U |  | 4 | 4 |
| Y | Lanham | MD | 8/14/2010 | 2010 |  |  |  | 1 | U |  | 4 | 0 |

| | City | State | Date | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | Manchester | CT | 8/3/2010 | 2010 | 2 | | | U | | 8 | 2 |
| N | Hialeah | FL | 6/6/2010 | 2010 | 1 | | | U | | 4 | 3 |
| | Chicago | IL | 4/14/2010 | 2010 | | 1 | | N | | 5 | 1 |
| Y | Los Angeles | CA | 4/3/2010 | 2010 | 1 | | | U | | 4 | 2 |
| Y | Washington | DC | 3/30/2010 | 2010 | 2 | 1 | | U | Y | 4 | 5 |
| Y | New Orleans | LA | 3/26/2010 | 2010 | 1 | | | U | | 4 | 0 |
| Y | Appomatox | VA | 1/19/2010 | 2010 | | 1 | | U | | 8 | 0 |
| Y | Bellville | TX | 1/16/2010 | 2010 | 1 | 1 | | U | | 5 | 0 |
| | Madison | WI | 12/3/2009 | 2009 | 2 | | | U | | 4 | 0 |
| Y | Lakewood | WA | ######## | 2009 | 1 | | | U | | 4 | 0 |
| Y | Osage | KS | ######## | 2009 | | 1 | | U | Y | 4 | 0 |
| N | Jupiter | FL | ######## | 2009 | 2 | | | U | | 4 | 2 |
| Y | Pearcy | AR | ######## | 2009 | 2 | | | U | | 5 | 0 |
| | Oklahoma City | OK | 11/9/2009 | 2009 | 1 | | | U | | 4 | 0 |
| N | Fort Hood | TX | 11/5/2009 | 2009 | 2 | 1 | | U | | 13 | 30 |
| Y | Mount Airy | NC | 11/1/2009 | 2009 | | | | U | Y | 4 | 0 |
| Y | Lawrenceville | GA | 8/27/2009 | 2009 | | | 1 | U | | 4 | 1 |
| Y | Kansas City | KS | 6/22/2009 | 2009 | | | 1 | U | | 4 | 0 |
| Y | Middletown | MD | 4/19/2009 | 2009 | 1 | | | U | | 4 | 0 |
| | Green Hill | AL | 4/7/2009 | 2009 | 1 | | | U | | 4 | 0 |
| Y | Graham | WA | 4/4/2009 | 2009 | | 1 | | U | | 5 | 0 |
| Y | Binghamton | NY | 4/3/2009 | 2009 | 2 | | | Y | Y | 14 | 4 |
| Y | Carthage | NC | 3/29/2009 | 2009 | 1 | 1 | | U | | 8 | 3 |
| Y | Santa Clara | CA | 3/29/2009 | 2009 | 2 | | | U | | 5 | 2 |
| Y | East Oakland | CA | 3/21/2009 | 2009 | 1 | 1 | | Y | Y | 4 | 1 |
| Y | Raytown | MO | 3/16/2009 | 2009 | | | 1 | U | | 4 | 0 |
| N | Miami | FL | 3/15/2009 | 2009 | 1 | | | U | | 4 | 0 |
| Y | Catawba | NC | 3/12/2009 | 2009 | | | | U | | 4 | 0 |
| | Geneva County | AL | 3/10/2009 | 2009 | 2 | 1 | 1 | U | Y | 10 | 0 |
| Y | Cleveland | OH | 3/5/2009 | 2009 | 1 | | | U | | 5 | 0 |
| | Brockport | NY | 2/14/2009 | 2009 | 1 | | | U | | 4 | 1 |
| Y | Wilmington | CA | 1/27/2009 | 2009 | | | 1 | U | | 6 | 0 |