# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and <br> the Illinois State Rifle Association <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HIGHLAND PARK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    No: 13-cv-9073 <br> ) <br> )    Ho. John W. Darrah <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING

Plaintiffs Arie S. Friedman and the Illinois State Rifle Association hereby file a complete Exhibit 12 (Supplemental Affidavit of Gary Kleck) to their previously filed Memorandum in Reply to City of Highland Park's Response to Motion for Preliminary Injunction (Doc. # 26).

    Respectfully submitted,

    /s/ James B. Vogts
    James B. Vogts
    Brett M. Henne
    Andrew A. Lothson
    Swanson, Martin & Bell, LLP
    330 N. Wabash, Suite 3300
    Chicago, Illinois 60611
    (312) 222-8517
    jvogts@smbtrials.com
    bhenne@smbtrials.com
    alothson@smbtrials.com

    **Attorneys for Plaintiffs**

# CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 21st day of February, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher James Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

2. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

3. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

4. Alexander D. Marks
   Burke, Warren, MacKay & Serritella, P.C.
   330 N. Wabash Ave., 22nd Floor
   Chicago, Illinois 60611
   (312) 840-7022
   E-mail: amarks@burkelaw.com

                                                /s/ *James B. Vogts*
                                                   James B. Vogts