# EXHIBIT 12

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | | |
| the Illinois State Rifle Association | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | No: | 13-cv-9073 |
| v. | ) | | |
| | ) | | |
| CITY OF HIGHLAND PARK, | ) | | |
| | ) | | |
| Defendant. | ) | | |

### SUPPLEMENTAL AFFIDAVIT OF GARY KLECK

If sworn as a witness, I could competently testify to the following:

1.      I have reviewed the Declaration of Mark D. Jones submitted by the City of Highland Park. I thought I was familiar with all of the experts on the topics of guns, violence, and gun control, and therefore was surprised see him named as an expert in this area. I have never heard of him. After reading his *curriculum vitae*, I found that he has never published a word on these topics. He is not an expert on any of them, and his experience as a police officer, a security agent and as explosives specialist at the Bureau of Alcohol, Tobacco, Firearms and Explosives has little or no bearing on the relevant issues in this case.

2.      Jones states in paragraph 11 of his Declaration that "[t]he City of Highland Park enacted the Ordinance to address the potential threat of mass shootings involving a semi-automatic assault weapon." He thereafter offers the view, without any analysis, that "[s]uch events are demonstrably more catastrophic when the assailant uses a semi-automatic assault

weapon than when other firearms are used." Jones relies exclusively on a September 2013 report prepared by Mayors Against Illegal Guns (MAIG), *Analysis of Recent Mass Shooting.*

3.     The MAIG report ignores the central methodological difficulty of assessing the impact of assault weapons and large capacity magazines on the outcomes of shootings. The central difficulty in determining whether associations found in the report reflect an actual causal effect of assault weapons/large capacity magazine use on the number of persons killed and injured, or whether they are spurious, *non*causal associations, and merely reflect the common impact of the shooter's lethality of intentions on both (1) the outcomes of shootings, and (2) the weapons and magazines that shooters choose to use in their crimes.

4.     I know of no one who questions that shooters who want to shoot more people are, on average, more likely to actually do so.  That is, the stronger the person's intention to hurt many victims, the more victims they will hurt. Yet given the extensive planning that goes into the more serious mass shootings, one would expect that these same intentions to shoot more people would also cause the shooter to prepare to do so by selecting weaponry and magazines they believed (correctly or not) were better suited to the task. I know of no one who has studied these issues who denies that criminals planning to hurt many people are more likely to choose weapons and magazines that they believe will be suited to doing so.

5.     These propositions imply, in short, that the lethality of a shooter's intentions has a positive causal effect on (a) use of assault weapons and large capacity magazines, and (b) the number of victims hurt in shootings.  This means that lethality of intent will create a spurious positive association between (a) use of assault weapons or large capacity magazines and (b) the number of victims killed or injured.  Unless an analyst statistically controls for lethality of intent, he will fail to detect the spurious character of the association between (a) and (b), and will

erroneously conclude, as MAIG apparently did, that the association instead reflected an actual causal effect of (a) on (b). The MAIG analysis never controlled for lethality of the shooter's intent, and thus did nothing to rule out the possibility that the association between (a) and (b) is entirely spurious.

6.     The MAIG report compares a tiny sample of 14 assault weapon or large capacity magazine incidents (in which at least four people were killed) with 79 non-assault weapon or large capacity magazine incidents occurring between January 2009 and September 2013. (Jones erroneously sates that the 14 incidents involved semi-automatic or fully automatic assault weapons. Actually, just 11 of the incidents involved assault weapons. Handguns with magazine capacities larger than 10 rounds were used in three of the incidents.) Careful analysts are aware that when very small samples are used, results may be extremely sensitive to the inclusion or exclusion of just a few cases. A prudent step to take in response to this probability is to re-estimate results with a few outliers deleted, to see if results are substantially affected by this modest change in the composition of the sample. MAIG did not do this.

7.     I tested how sensitive the MAIG conclusions about assault weapon/large capacity magazine use and death toll in mass shootings are to the exclusion of just three incidents from the sample. The MAIG conclusion was that there were on average of 7.8 deaths per assault weapon/large capacity magazine incident, compared to just 4.8 deaths in non-assault weapon/large capacity magazine incidents – a ratio of 1.63. When the Newtown, CT shooting by Adam Lanza (27 deaths), the Binghamton, NY shooting by Jiverly Wong (14 deaths) and the Aurora, Colorado shooting by James Holmes (12 deaths) are excluded, the average number of deaths per assault weapon/large capacity magazine incident drops to 5.1, virtually the same as the non- assault weapon/large capacity magazine average of 4.8 deaths per incident. The ratio

drops from 1.63 to 1.1 when these three incidents are excluded.

8.     The MAIG conclusion that the death toll in assault weapon involved shootings is substantially larger than the death toll in non-assault weapon incidents relies almost entirely on the inclusion of these three cases. Had MAIG chosen to do an analysis of incidents occurring between May 2009 and June 2012, they would not even have been included. The point is not that it was wrong to include them, but rather that they could have easily been absent from the sample examined by MAIG, and had they been absent, support for MAIG's case for a substantial difference in death tolls would have collapsed. Thus, MAIG's claim is highly sensitive to slight changes in sample composition and should not be considered robust enough to draw conclusions about the effect of assault weapon use in mass shootings.

9.     Mass shootings are fortunately quite rare in absolute terms. For the most recent ten-year period for which we have complete data, 2003-2012, there were 31 incidents with more than six persons shot. (see Appendix). Further, mass shootings account for only a tiny share of all homicides in the U.S. For the 2003-2012 period, mass shootings resulted in the murder of 233 persons (see Appendix), while FBI data indicate there were a total of 159,927 murders and non-negligent manslaughters committed in the U.S. over the same time period. Thus, mass shootings were responsible for just $1/7^{th}$ of 1% of the nation's criminal homicides, whether committed with a gun or not. Even as a share of gun homicides, mass shootings account for well under 1% of the killings.

10.     Even in the extremely rare mass shootings in which large numbers of victims were shot, the shooters virtually never needed large capacity magazines to injure or kill as many victim as they did, because they either (a) possessed multiple guns, (b) possessed multiple magazines, or (c) had ample time and opportunity to reload, using smaller magazines.

Therefore, even the hypothetical potential for reducing harm or improving public safety by limiting magazine capacity to no more than 10 rounds can be fairly described as being limited to no more than a very small subset of already very rare events.

11.     I did a study of every mass shooting (more than six victims wounded or killed) that occurred in the U.S. over a ten year period (1984-1993 inclusive) and found that offenders possessed multiple guns in thirteen of the fifteen incidents (about 87%), and in one of the two remaining cases (the Colin Ferguson case in New York in 1993) the offender reloaded at least once. Thus, the killers in mass shootings did not need large capacity magazines to quickly fire large numbers of rounds or wound large numbers of victims – they either just switched loaded guns or reloaded their guns without interference from bystanders. (Kleck, Gary. 1997. *Targeting Guns: Firearms and their Control*. NY: Aldine de Gruyter, pp. 124-126, 144).

12.     I have updated the analysis of mass shootings beyond this published analysis covering 1984-1993. All shooting incidents involving more than six victims shot (fatally or non-fatally, not including the offenders) for the period 1994 through July 2103 were examined based on news media accounts, and occasionally official reports. The incidents were confined to those involving more than six victims because the proposition that the use of a large capacity magazine affects the number of people killed or wounded is most likely to be supported in incidents with many victims. The cut-off of six victims was chosen because it would be virtually impossible to shoot more than six victims using a typical 6-shot revolver without reloading.

13.     I supplemented my list of mass shootings with a list of mass shootings that involved use of large capacity magazines compiled by the Violence Policy Center (VPC), an advocacy organization that favors strong gun control laws and specifically supports bans on large capacity magazines. I used this list to supplement my list because VPC was well-motivated to

locate every mass shooting involving use of a large capacity magazine, as they clearly favor the notion that the use of a large capacity magazine leads to a larger death toll in mass shootings. Thus, I sought to compile as comprehensive a list of such incidents as possible.

14.     The updated results (see Appendix) confirmed the conclusions of the 1984-1993 analysis - large capacity magazines were not needed for mass shooters to kill or injure as many victims as they did. The killer in every single mass shooting was either armed with multiple guns, had multiple magazines, or actually reloaded during the incident.. There were a total of 57 mass shootings in the U.S. in 1994-2013. The shooters used one or more magazines with a capacity of more than 10 rounds in 22 of those incidents; no large capacity magazine was known to have been used in the other 35 incidents (or about 61%). Of the 22 mass shootings in which large capacity magazines were used, the shooter possessed only one gun in just four, or perhaps five incidents (see Appendix, those dated 11-2-96, 12-5-07, 1-8-11, 9-6-11, and possibly 2-12-05). In the other 17 or 18 incidents, the shooter possessed multiple guns and therefore could continue firing large numbers of rounds simply by switching guns, even if they had not possessed a large capacity magazine. Of the 22 mass shootings in which large capacity magazines were used, the shooter possessed only one magazine in just *one* incident (dated 2-7-08). In the other 21 large capacity magazine incidents, the shooter possessed multiple magazines, and could therefore continue firing large numbers of rounds simply by switching magazines. *Finally, there was not a single mass shooting in which the offender used a large capacity magazine, and was known to have possessed just one gun and just one magazine in his immediate possession.* Thus, even if large capacity magazines had not been available, all of the shooters could have quickly fired large numbers of rounds simply by firing multiple guns or using a single gun but changing smaller capacity magazines.

6

15.     One circumstance in which the use of a large capacity magazine could affect the number of casualties even if the shooter possessed multiple guns or multiple magazines is if there were bystanders willing to tackle the shooter during his attempt to change magazines or firearms. The use of a large capacity magazine prior to that time could affect the number of victims shot, since the killer could have fired more rounds before needing to reload or switch guns. The only mass shooting in this 20-year period in which this definitely occurred was the Springfield, Oregon murders on May 21, 1998, in which the shooter (Kip Kinkel) used a large capacity magazine, but was tackled while attempting to reload. In this single case, the shooter's possession of a large capacity magazine may have affected the number of casualties because he was able to fire more rounds before needing to reload, and there were bystanders willing and able to intervene when he did try to reload. Thus, merely having multiple smaller capacity magazines would not have been, in this incident, a complete substitute for a large capacity magazine, since the casualty count was a function of the capacity of the magazine before the bystanders stopped the shooter.

16.     There was also one other mass shooting in this period in which bystanders intervened, but key details are in dispute, making it unclear whether bystanders intervened while the shooter was reloading. In the Tucson Arizona shooting in January 2011 in which Rep. Gabrielle Giffords was wounded, the shooter was tackled by bystanders. In this incident, a large capacity magazine that the shooter attempted to use failed due to a broken spring. (*New York Times* January 10, 2011, p. A1). Since magazines of any size can malfunction, banning large capacity magazines and leaving smaller ones available to be substituted would not increase the rate at which such a malfunction occurred and consequently save lives. Thus, the Tucson shooting serves to support a large capacity magazine ban only if the shooter was reloading when

tackled, rather than struggling with a malfunctioning magazine. The evidence available from news accounts of this incident does not allow us to tell whether bystanders were able to tackle the shooter because he was reloading, or because he was struggling with a defective magazine. There are no other mass shootings known to me in this 20-year period in which the shooter was disrupted by bystanders while attempting to reload or switch guns.

17.     In sum, use of large capacity magazines arguably affected the number of persons killed or injured in just one, or possibly two, of the 57 mass shootings occurring in the United States in 1994-2013. Synopses of the mass shootings for 1994-2013, and the sources relied upon can be found in the Appendix.

18.     Jones asserts in paragraph 14 of his Declaration that assault weapons were used in 1 to 8% of crimes in 1994 but he misinterprets the data on which he relies. Koper merely referenced the numerous studies examining the use of assault weapons in crime and stated that "depending on the specific AW definition and data source used" assault weapons accounted for "up to 8% of guns used in crime." Jones fails to note that Koper thereafter states that a "compilation of 38 sources indicated that AWs accounted for 2% of crime guns on average." More specifically, the compilation of data revealed that "less than 2% of crime guns are 'assault weapons' (the median is 1.8%) and well under 1% are 'assault rifles.'" (Kleck, Gary. 1997. *Targeting Guns: Firearms and their Control*. NY: Aldine de Gruyter, p. 112). Jones also fails to mention that only *two* of the 38 estimates of the percentage of assault weapons used in crime were over 4.3% and the 8% estimate was unreliable because the sample was "neither an unselected population nor a representative sample of crime guns and not comparable to other estimates." (Id. at p. 142 fn. ***).

19.     Jones also misinterprets source data in addressing the percentage of police

officers killed with assault weapons. Assault weapons are almost never used to kill police officers. For the period 1980 -1989, 33 (4%) of the 810 police officers feloniously killed in the U.S. and its territories were killed by assault weapons. For 1986-1990, 19 (5%) of the 350 officers killed were killed with assault weapons. For the period, 1992 -1996, there were 4.5 assault weapon killings of police officers per year, 7% of the total. (Id. at pp. 126-127).

20.     I also reviewed the Declaration of Gretchen Cusick, specifically paragraphs 17 – 24 in which she presents criticisms of National Self-Defense Survey (NSDS) that Marc Gertz and I conducted in 1993 and published in the Journal of Criminal Law and Criminology in 1995. Based on the national survey data we obtained, we concluded that there are approximately 2.2 to 2.5 million incidents each year in which a person used a gun, even if it was not fired, for self-protection or for protection of property at home, work or elsewhere.

21.     Cusick does not state any criticisms of this survey of her own, but merely repeats criticisms stated by others, all of which have been thoroughly rebutted for years (see Kleck 2001 – Armed, Chapter 6). Cusick does not refute, or even attempt to refute, any of the rebuttals. Indeed, she appears to be unaware that all of these criticisms *have* been rebutted. Further, nothing in her description of her qualifications indicates that she ever took even a single course devoted to survey research, and nothing in the list of materials that she consulted indicates she has ever read a single scholarly article on response errors in surveys as they concern the reporting of crime victimization experiences, gun possession, or the commission of crimes.

22.     The most salient feature of her remarks about the NSDS is their totally one-sided character. All surveys have flaws that can contribute to either an overestimation or an underestimation of the frequency of any given crime-related experience or phenomenon. Any competent scholar therefore understands that one cannot have even a general idea of whether a

survey will over- or underestimate the prevalence of the target phenomenon unless one considers both kinds of flaws and makes a judgement as to the relative balance of those flaws. This concept appears not to have even occurred to Cusick she at no point makes even a superficial effort to consider flaws that would contribute to an *under*estimation of the prevalence of defensive gun use (DGU). Cusick's failure to recognize this simple and essential logical point is clear evidence that she is not an expert on errors in either surveys of DGU in particular or in surveys in general. Without a serious effort to consider both kinds of errors, it was logically impossible for Cusick to draw a meaningful conclusion about whether the NSDS yielded too high or too low an estimate of DGU prevalence.

23.     Besides the exclusively one-sided character of her discussion of supposed flaws in the NSDS, the next most prominent feature of her remarks is their irresponsibly speculative character. This is made clear by her repeated use of speculative phrases such as "*may* depend on …" (paragraph 19), "he would *likely* not admit…" (paragraph 19), "…inaccurate reporting…. *could* lead to…" (paragraph 20), "such errors would *likely* result …" (paragraph 20), "…*could* also lead to …" (paragraph 21), "… it is *likely* that…" (paragraph 22). "…*probably* though[t] of their actions as…" (paragraph 22), "…inaccurate reporting *can* have…" (paragraph 23), "…these issues *likely* mean that…" (paragraph 24), *ad nauseum* for passage after passage of surmise, speculation, and evidence-free guesswork.

.     24.     For example, Cusick guesses that "criminals *often* believe that their use of a gun during a crime was in self-defense" (her paragraph 19, emphasis added), without citing a scintilla of empirical evidence to support either her general point that criminals ever believe this (as opposed to falsely claiming it), or her specific claim that this belief is "often" held by criminals. She then speculates that had I surveyed the "other side" of hostile interactions, I "likely" would

have have received a different version of events.

25.     Cusick then cites other peoples' speculations as to how DGU estimates *might have* changed *if* a certain, completely conjectural, share of survey respondents (Rs) had incorrectly reported a DGU (paragraph 20).  This passage is *both* speculative and one-sided since it does not occur to Cusick that equally frequent misstatements could have been made by Rs in the *opposite* direction, i.e. failing to report a genuine DGU, in which case the DGU estimate would have been too low.  Once one commits one's self to the irresponsible practice of criticism that is both speculative and one-sided, the result is foreordained regardless of the facts – one's preexisting biases will inevitably be confirmed.  This is not the way science works.

26.     Cusick speculates that criminal Rs might misrepresent their nondefensive use of a gun because they honestly believed their use was defensive (paragraph 19).  While this conjecture might be plausible with dispute-based assaults between male combatants, Cusick does not explain why it would be plausible with male-on-female domestic violence, sexual assaults, robberies, or home invasions.  Does she seriously think that many of the offenders in these very one-sided kinds of violent crimes honestly regard themselves as victims, whose gun use was defensive?  This distinction is critical because no more than 11% of the claimed DGUs in the NSDS were male-on-male assaults.  All the rest were crimes in which there was little room for offenders to honestly misperceive themselves as victims (Kleck and Gertz 1995, p. 174).  Assuming Cusick read the Kleck and Gertz report of the NSDS (and it would have been irresponsible of her to criticize the survey without doing so), she knew that her paragraph 19 speculation was irrelevant to the vast majority of the reported DGUs.

27.     Cusick notes that telescoping can occur in surveys and could have contributed to an overestimate of DGU prevalence in the NSDS (paragraph 21), but fails to note that the

original article reporting the results of the NSDS had already not only acknowledged this problem, but cited evidence as to how much impact the problem could have on the DGU estimates. Based on research by the Bureau of the Census, the evidence indicated that the impact of telescoping would be modest, and slight enough to be cancelled out by errors in the opposite direction (Kleck and Gertz 1995, pp. 171-172). Cusick neither refutes this evidence, nor cites any evidence of her own that contradicts it.

28.     Cusick also suggests that Kleck and Gertz should have used a shorter recall period of one month to minimize the telescoping effect (paragraph 21), a step that would have reduced the number of reported DGUs to about 1/12 of the number when using a one-year recall period. She appears to be oblivious to the fact that this foolish recommendation directly contradicts her complaint that the small number of reported DGUs in the survey "could lead to population projections that exaggerate the true number of incidents by orders of magnitude" (paragraph 20). Cusick's recommendation also serves to indicate how unfamiliar she is with victimization surveys since, to my knowledge, no scholarly victimization survey has *ever* used a one-month recall period. The federal government's National Crime Victimization Survey (NCVS), for example, uses a 6-month recall period.

29.     Cusick claims that "social desirability bias" contributes to an overestimation of DGU frequency because people who thought they might have saved a life by their gun use "probably though (sic) of their actions as heroic." She provides no empirical evidence for this claim. Further, on the assumption that she read the original Kleck and Gertz (1995) report on the NSDS, she completely ignored the only relevant empirical evidence available to her. Kleck and Gertz had explicitly pointed out the distinctly unheroic, undramatic, even banal, character of the vast majority of the DGUs reported in their survey – e.g., only 7% of the defenders claimed to

have shot their adversaries. Likewise, only 18% of the defenders claimed to have confronted offenders who themselves had guns, and thus there were few accounts of dramatic and heroic gun battles in which the defender triumphed. Instead, the vast majority of claimed DGUs involved nothing more dramatic than using a gun to threaten the offender – defenders fired a shot at offenders in only 15.6% of DGUs (Kleck and Gertz 1995, pp. 173, 185).

30.     Perhaps Cusick's most completely speculative criticism is her conjecture that some of the people claiming a DGU were mentally ill and were reporting DGUs that never happened (paragraph 23). She has absolutely no evidence that even a single person reporting a DGU was mentally ill, and does not explain how likely it would be that a mentally ill person, responding spontaneously to an unexpected telephone call from a survey interviewer, could provide as many as 18 logically consistent details about a nonexistent event, without giving any hint to experienced interviewers that they were inventing a nonexistent incident.

30.     Finally, after five paragraphs of uninterrupted one-sided speculation, Cusick somehow concludes that it is "likely" that not only did the NSDS overestimate the frequency of DGU, but also claims to know *how big* the overestimation was - that the estimates from that survey were "several orders of magnitude greater than the true number of incidents"! (paragraph 24).   Cusick never once addressed survey errors that would contribute to an *under*estimation of DGU frequency, so it was logically impossible for her to even guess what the net effect of the full array of errors would be. Thus, this conclusion has no logical connection with any of her speculative claims made in the preceding paragraphs. That is, even if all those speculations turned out to be correct, Cusick still would not have the slightest basis for drawing the conclusion stated in her paragraph 24. This does not prevent Cusick from stating that "one may *confidently* conclude that Dr. Kleck's estimates are highly exaggerated" (paragraph 24, emphasis

added). She not only knows the estimates are too high, but somehow knows they are *way* too high, and is *confident* that they are way too high. These are not the conclusions of a responsible scholar.

31      .Leaving aside idle speculation and guesswork, empirical evidence on errors in surveys of crime-related experiences indicates precisely the opposite of what Cusick believes: the best-documented survey errors lead to the *under*estimation of crime-related experiences. To report a typical DGU requires the R to be willing to report three things: (1) a victimization experience, (2) possession of a gun during the experience, and (3) (in most DGUs) the commission of the crime of unlawful possession of a firearm in a public place. Without a willingness to report the victimization incident in the first place, the R could not report their defensive use of a gun during that incident. Without a willingness to report gun possession, even Rs willing to report a victimization could not report a DGU since use of a gun necessarily requires its possession. Finally, since 63% of DGUs occur in a location other than in the victim's home (Kleck and Gertz 1995, p. 185), and less than 2% of Americans have a permit to carry a gun in public places (Kleck 1997, Chapter 6), one must be willing to admit to committing the crime of illegal carrying in order to report the typical DGU.

32.     The empirical evidence on errors in surveys as they regard these elements of a DGU is clear. It overwhelmingly supports the proposition that, on net, survey Rs *under*report (1) victimization experiences, (2) gun possession, and (3) the commission of crimes by the R (see evidence reviewed in Kleck 2001, Chapter 6). Conversely, there is no support whatsoever for the hypothesis that surveys on net overestimate victimization, gun possession, or crime committing by Rs, and Cusick does not cite any. Indeed, she shows no signs of having any familiarity with the scholarly literature on survey errors in general or their influence on crime-

related estimates in particular. In sum, actual empirical evidence indicates precisely the opposite of the conclusion that Cusick drew based entirely on one-sided speculation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19, 2014.

Gary Kleck

**Appendix - Synopses of Mass Shootings, 1994-July 2013 Inclusive**
(more than six victims shot fatally or nonfatally in a single incident)

## Mass Shootings in 1994

- The *Washington Post*: "5 Arrested in Shooting at Market; NE Men Charged with First Degree Murder," April 11, 1994
- Date: March 31, 1994
- Shooters: Unknown (Up to 4)
- Number of Guns Used: Unknown
- Types of Guns Used: Tec-9 semi-automatic (found but no confirmation it was used during the shooting)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 30+
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown
- Number Killed: 1
- Number Wounded: 9
- Notes: This was a gang-related incident. Some reports indicate that other guns were found and there was more than one shooter but nothing was confirmed. The shooters had 5 specific targets, 4 of which they hit.

- The *New York Times*: "Gunman Kills 2 and Hurts 19 on Air Force Base," June 21, 1994
- Date: June 20, 1994.
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: AK style Rifle, another "unspecified 'single shot' weapon" (unused)
- Number of Magazines: Unknown
- Capacity of Magazine(s): Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time From Start to End: Unknown
- How Gun Was Acquired: Unknown
- Number Killed: 4 (5 including gunman)
- Number Wounded: 19
- Notes: Another New York Times article entitled "An Airman's Revenge: 5 Minutes of Terror" published on June 22, 1994 alters some of the above information. The count of those killed remains the same, but the injured was increased to 23 and states that the gunman was motivated to kill two specific people. His gun was also listed as a MAK-90 instead of an AK-47. The article also states that the gun was acquired from a federally licensed gun dealer legally for $400 and the 70 round magazine was acquired from another dealer legally.

- The *Washington Post*: "Gunman Kills 2, Wounds 5 in Attack on Abortion Clinics,"

9

December 31, 1994
- Shooters: 1
- Number of Guns Used: 1 (A second was found at the scene but unused)
- Type of Gun Used: .22 caliber rifle, miscellaneous handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 2
- Number Wounded: 5
- Notes: This was a target on two abortion clinics with not specific target.

**Mass Shootings in 1995** - none

**Mass Shootings in 1996** – none

**Mass Shootings in 1997**

- *CNN*: "Gunman Shoots 7, Kills Self at Empire State Building," February 24, 1997.
- Date: February 23, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: .380 caliber Beretta
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Purchased in Florida (Legality unknown)
- Number Killed: 1 (2 including gunman)
- Number Wounded: 6
- Notes: None


- Police Magazine: "5 Gunfights That Changed Law Enforcement," May 4, 2011.
- Date: February 28, 1997
- Shooters: 2
- Number of Guns Used: Unknown (At least 4)
- Types of Guns Used: Fully automatic AIM AK-47, Norinco Type 56 S-1, semi-automatic HK-91, and a Bushmaster XM15 E2S (modified)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown (at least 3,300 rounds in box and drum magazines)
- Number of Shots Fired: 1,101
- Did Offenders Reload: Yes
- Time from Start to End: 44 minutes
- How Guns were Acquired: Unknown
- Number Killed: 0 (2 including gunmen)
- Number Wounded: 18

10

- Notes: The shooters had an arsenal that the police could not compete with. Many of their weapons were fully automatic and the magazines were likely high capacity. Accounts differ on the number of shots fired.

- The *Associated Press*: "Man to be Executed Friday for Plant Shootings," October 30, 2005
- Date: September 15, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: semi-automatic pistol
- Number of Magazines: 4 empty
- Capacity of Magazines: 8 rounds
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 2.5 hours
- How Gun was Acquired: Unknown
- Number Killed: 4
- Number Wounded: 3
- Notes: The shooter was fired and sought revenge. By some accounts he had four other magazines for a total of 8 magazines with 8 rounds.

- *Reuters News*: "Six Charged in Mississippi High School Shooting," October 7, 1997
- Date: October 1, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: Rifle
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown (possibly from parents)
- Number Killed: 2 (3 if mother included in separate killing, no gun used)
- Number Wounded: 7
- Notes: Six were charged, but with conspiracy. There was only one shooter and his target was an ex-girlfriend.

- The *New York Times*: "Gunfire Inside a School Kills 3 and Wounds 5," December 2, 1997
- Date: December 1, 1997
- Shooters: 1
- Number of Guns Used: 1 (shooter also had 4 other guns)
- Type of Guns Used: .22 caliber handgun (shooter also had two rifles and two shotguns)
- Number of Magazines: Unknown (shooter had extra ammunition so more than 1)
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: No
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown

11

- Number Killed: 3
- Number Wounded: 5
- Notes: According to a CNN article entitled "Kentucky School Shooter 'Guilty but Mentally Ill,'" October 5, 1998, the shooter stole the guns from different homes. According to The St. Petersburg Times: "Programmed to Kill," December 1, 1997, the shooter shot 8 to 10 rounds. According to The New York Times: "Forgiveness, After 3 Die in Shootings in Kentucky," printed on December 3, 1997, the shooter shot up to 12 rounds.

- The *New York Times* "Dismissed Worker Kills 4 and Then Is Slain," December 20, 1997.
- Date: December 18, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: AK-47
- Number of Magazines: Unknown
- Capacity of Magazine(s): Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown
- Number Killed: 4 (5 including gunman)
- Number Wounded: 3
- Notes: Employer was dismissed from Caltran's and a subsequent job. He then returned to the work site and randomly shot employees. He battled with police as well, for at least a minute, before his was killed. A Los Angeles Times article titled "Aftermath of Killer's Fury" claims the gunman shot over 300 times and was armed with an AK-47, a shotgun and a handgun.

## Mass Shootings in 1998

- The *New York Times*: "From Wild Talk and Friendship to Five Deaths in a Schoolyard," March 29, 1998
- Date: March 24, 1998
- Shooters: 2
- Number of Guns Used: At least 4 (shooters had access to 10 guns and a crossbow)
- Type of Guns Used: Remington .30-60 hunting rifle, Ruger .44 Magnum rifle
- Number of Magazines: 3 .30 caliber magazines (19 .44 caliber shells, 41 .357 shells, 49 .380 shells, 16 .30 special shells, 26 .357 magnum shells, 6 .30 caliber shells)
- Capacity of Magazine(s): 30 round
- Number of Shots Fired: At least 26
- Did Offenders Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen From Parents
- Number Killed: 5
- Number Wounded: 11 (15 hit)
- Notes: The History Channel has an article entitled "A School Shooting in Jonesboro, Arkansas, Kills Five. This article states that the two youths had "thirteen fully loaded guns including three semi automatic rifles, and 200 rounds of ammunition." The weapons were taken from the Golden family's home.

12

- The *New York Times*: "Sorrowful Town Honors Teen-Ager Killed in School
  Shooting," May 26, 1998.
  Location: Springfield, OR.
- Date: May 21, 1998
- Shooters: 1 (Kip Kinkel)
- Number of Guns Used: 2
- Type of Guns Used: .22 Caliber Rifle, Handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 51
- Did Offender Reload: Attempted to do so, tackled by bystanders
- Time from Start to End: Unknown
- How Guns were Acquired: From Parents
- Number Killed: 2 (4 including the parents who were killed the night before)
- Number Wounded: 22
- Notes: According to PBS' Frontline
(http://www.pbs.org/wgbh/pages/frontline/shows/kinkel/kip/cron.html) the shooter "carried
3 guns: a .22 caliber semi-automatic Ruger rifle, his father's 9mm Glock pistol and a .22
caliber Ruger semi-automatic pistol." The article states that he used a 50 round magazine
and injured 25 students.


## Mass Shootings in 1999

- The *New York Times*: "3 are Killed and 5 Hurt in Shootout in Utah City," April 16,
  1999
- Date: April 15, 1999
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: .22 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 1-2 hours
- How Gun Was Acquired: Unknown
- Number Killed: 2
- Number Wounded: 5
- Notes: Numerous other sources list the wounded as 4 and not 5. According to The
South Florida Sun-Sentenial: "Gun Sale Issues Raised After Salt Lake City Shooting," the
shooter likely purchased the gun, a .22 caliber Ruger and had previously had a gun
confiscated due to a misdemeanor gun offense.


- *CNN* Special: Using a copy of the Jefferson County Website with Details about the
  Columbine Massacre.
  (http://www.cnn.com/SPECIALS/2000/columbine.cd/Pages/EQUIPMENT_TEXT.h
  tm)

13

- Date: April 20, 1999
- Shooters: 2
- Number of Guns Used: 4
- Types of Guns Used: Intratec TEC-DC-9 9-mm semi-automatic handgun, Hi-Point 995 9mm carbine rifle, Savage-Springfield 67H 12 gauge pump action shot gun, Stevens 311D double barreled shot gun.
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 188
- Did Offenders Reload: Yes
- Time from Start to End: 49 minutes
- How Guns were Acquired: From Friends
- Number Killed: 13 (15 including shooters)
- Number Wounded: 21
- Notes: This is obviously one of the most reported and well known mass shootings. Details are solidified through official reports by the Jefferson County Sheriffs' Department and the FBI. Some of the above information was taken from additional published sources.

- *CNN*: "'Mental Breakdown' Defense Hinted in Georgia School Shooting," May 24, 1999
- Date: May 20, 1999
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: .22 caliber rifle, .357 magnum handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 14
- Did Offender Reload: No
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen from parents
- Number Killed: 0
- Number Wounded: 6
- Notes: None

- The *New York Times*: "Shootings in Atlanta: The Overview; Gunman in Atlanta Slays 9, then Himself," July 30, 1999
- Date: July 29, 1999
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: 9mm semi-automatic pistol, .45 caliber handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 5.5 hours
- How Guns were Acquired: Unknown
- Number Killed: 9 (13 including family, but they were not shot, 14 including gunman who shot himself)
- Number Wounded: Unknown
- Notes: CNN: "Shooter Lost $105,000 in Month, but Motive Still a Mystery," July 30,

14

1999 states that 13 were wounded. This same article claims there were a total of four guns in the car with over 200 rounds of ammunition. There was a Glock 9mm handgun, a Colt .45 handgun, a H&R .22 caliber revolver, and a Raven .24 caliber pistol. The H&R was legally purchased by the shooter in a pawn shop in 1976 and someone else purchased the Raven from another pawn shop in 1992. The Glock and Colt were used during the shootings but there is no information regarding how they were obtained.

- *Time* Magazine: "Terror In The Sanctuary," September 20, 1999
- Date: September 15, 1999
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: 9-mm semi-automatic handgun and a .380 caliber handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased (Unknown source)
- Number Killed: 7 (8 including the gunman)
- Number Wounded: 7
- Notes: According to a Houston Press article entitled "Faith's Fusillade" from November 4, 1999, the gunman had purchased the guns seven years before the shooting in Grand Prairie. He took 10 magazines with him. They state that the 9mm gun was a Ruger and that the event lasted 10 minutes. According to the official Wedgwood Baptist Church website, the gunman fired over 100 rounds.

- The *New York Times*: "Man Opens Fire in Xerox Office, Killing 7," November 3, 1999.
- Date: November 2, 1999
- Shooters: 1
- Number of Guns Used: 1
- Types of Gun Used: 9mm pistol
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Less than 30 minutes
- How Guns were Acquired: Legally Purchased and Registered 17 of the 18
- Number Killed: 7
- Number Wounded: 0
- Notes: The shooter was a registered owner of 17 guns, but 18 were recovered from his home including 11 handguns, 5 rifles and 2 shotguns. According to The Honolulu Advertiser's article "No Closure Yet for Families Suing Uyesugi" published on November 1, 2004, the gun was a Glock. According to TruTV's Crime Library in an article entitled "Examining Workplace Homicide: The Xerox Murders," the shooter fired 10 rounds.

- The *New York Times*: "Gunman Kills 5 in Rampage Starting at Florida Hotel," December 31, 1999
- Date: December 30, 1999

15

- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: 9mm semi-automatic handgun, .38 caliber handgun
- Number of Magazines: Unknown but more than one
- Capacity of Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns Were Acquired: Legally purchased at a flea market and a local store
- Number Killed: 5
- Number Wounded: 3
  - Notes: None

## Mass Shootings in 2000

- *The Baltimore Sun* "Police Arrest Teen Suspect in National Zoo Shooting," April 26, 2000
- Date: April 24, 2000
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: 9mm (Gun was never recovered, but 9mm shells were found on the scene along with a holster)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: According to a witness 6-8 (See video here: http://www.c-spanvideo.org/program/156805-1)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown (Since the shooter was a minor it was likely illegally obtained)
- Number Killed: 0
- Number Wounded: 7
  - Notes: Two groups of teens had a fight early in the day and this event was believed to be related and some form of retaliation.

- *CNN* "Two Suspects in Wendy's Shootings Arrested," May 26, 2000
- Date: May 24, 2000
- Shooters: 2
- Number of Guns Used: 1
- Types of Guns Used: Bryco-Jennings .380 caliber semi-automatic pistol
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown (Each victim was shot once in the head so likely 5)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Less than 1.5 hours
- How Gun was Acquired: Unknown
- Number Killed: 5
- Number Wounded: 2

16

- ○ Notes: This was connected to a robbery, but the shooters knew ahead of time that they would execute each of the employees.

- *The Washington Post* "Gay Shooting Said Linked to Jokes," September 27, 2000
- Date: September 22, 2000
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: 9mm Ruger semi-automatic handgun
- Number of Magazines: 1
- Capacity of Magazines: Unknown but more than 9
- Number of Shots Fired: Unknown (Victims suffered wounds from at least 9 shots see *Roanoke Times* "Grand Jury Indicts Suspect in Bar Shootings if Convicted on All Charges, He Could Face 180-Year Sentence," 2000
- Did Offender Reload: No
- Time from Start to End: Less than 10 minutes
- How Gun was Acquired: Unknown
- Number Killed: 1
- Number Wounded: 6
  - ○ Notes: A Vietnam vet who suffered from post traumatic stress disorder who was unable to get medication hated that his last name was "Gay" and that people teased him for that.

- *The New York Times* "A Deadly Turn to a Normal Work Day," December 28, 2000, *Boston Herald* "Wakefield Massacre; Accused Shooter Amassed Arsenal at His Home, Work", December 28, 2000
- Date: December 26, 2000
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: AK-47 style rifle, a Winchester 12 gauge pump-action shotgun and a .32 caliber semi-automatic pistol
- Number of Magazines: 4+
- Capacity of Magazines: 30
- Number of Shots Fired: 37
- Did Offender Reload: Yes
- Time from Start to End: 5-8 minutes
- How Guns were Acquired: Unknown
- Number Killed: 7
- Number Wounded: 0
  - ○ Notes: The shooter claimed that he heard voices and that his victims were Nazis from the past. The jury didn't believe he was mentally ill and the prosecution showed he was intelligent and executed this plan targeting specific people and it was due to owing upwards of $5,000 in back taxes that were to be garnished from his wages.

## Mass Shootings in 2001
- *ABC News* "Ex-Employee Kills 4, Self in Rampage," February 6, 2001, *Chicago Tribune* "Navistar Gunman Got Past Cracks in Gun Law," February 7, 2001, *Chicago Tribune* "Weapon Used at Navistar Traced to Shorewood Man," March 1,

2001
- Date: February 5, 2001
- Shooters: 1
- Number of Guns Used: 1 (Carried 4 total)
- Types of Guns Used: SKS semi-automatic rifle, Remington shotgun, .30 caliber hunting rifle, .38 caliber revolver
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 25-30
- Did Offender Reload: Unknown
- Time from Start to End: 8-15 minutes
- How Guns were Acquired: The Remington shotgun and .30 caliber hunting rifle were purchased legally in 1993 from a dealer. The SKS rifle was transferred illegally.
- Number Killed: 4 (5 including shooter)
- Number Wounded: 4

Notes: The shooter claimed that he heard voices and that his victims were Nazis from the past. The jury didn't believe he was mentally ill and the prosecution showed he was intelligent and executed this plan targeting specific people and it was due to owing upwards of $5,000 in back taxes that were to be garnished from his wages.

- *ABC News* "Exclusive: Santana School Shooter," October 10, 2001
- Date: March 5, 2001
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: .22 caliber revolver
- Number of Magazines: N/A
- Capacity of Magazines: N/A
- Number of Shots Fired: ~24
- Did Offender Reload: Yes
- Time from Start to End: 6 minutes
- How Guns were Acquired: Stolen from shooter's father
- Number Killed: 2
- Number Wounded: 13

Notes: The shooter was a 15 year old freshman who claimed he was bullied and wanted to prove that he was strong enough to fend for himself. He reloaded the revolver three times and had a total of 40 bullets with him at the time.

## Mass Shootings in 2002 – none

## Mass Shootings in 2003
- *The New York Times* "Man Kills 5 Co-Workers at Plant and Himself," July 9, 2003, *The Clarion-Ledger* "Meridian Rampage: Investigation Winds Down," November 17, 2003
- Date: July 8, 2003
- Shooters: 1
- Number of Guns Used: 1 (Shooter had a total of 5, 3 in his car)

18

- Types of Guns Used: Winchester 12 gauge pump-action shotgun (did not fire but had a Mini-14 .223 semi-automatic; in the car he had a .22 Magnum derringer, a .45 caliber Ruger, and a .22 rifle)
- Number of Magazines: Unknown (He wore a bandolier to store ammunition)
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: ~10 minutes
- How Guns were Acquired: Unknown
- Number Killed: 5 (7 including a woman who died from her wounds a week later and the shooter)
- Number Wounded: 8
  Notes: This was a racially motivated work place shooting. The shooter was heavily armed but used only the pump-action shotgun during the shooting.

## Mass Shootings in 2004

- *The Associated Press* "Suspect Says Hunters Shot at Him First," November 23, 2004, *Duluth News Tribune* "Timeline of Sunday's Shootings," November 23, 2004, *The Associated Press* "Murder Trial of Hmong Immigrant Accused of Killing Six Hunters Opens in U.S.," September 10, 2005
- Date: November 21, 2004
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: SKS 7.62mm semi-automatic rifle
- Number of Magazines: 1-2
- Capacity of Magazines: 10 rounds
- Number of Shots Fired: 20+
- Did Offender Reload: Yes
- Time from Start to End: Unknown (Captured four hours after the shooting)
- How Guns were Acquired: Unknown
- Number Killed: 6
- Number Wounded: 2
  Notes: Some accounts claim that the shooter had a 20 round magazine. However, the AP report states that prosecutors displayed a 10 round magazine in court and claimed that he shot at least 20 rounds.

## Mass Shootings in 2005

- *The New York Times* "Police Search for Answers in Wisconsin Shooting," March 13, 2005, *The New York Times* "After Shootings in Wisconsin, a Community Asks 'Why,'" March 14, 2005
- Date: March 12, 2005
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: 9mm semi-automatic handgun
- Number of Magazines: 2
- Capacity of Magazines: Unknown (Based on shots fired, they must have been 11+)
- Number of Shots Fired: 22

- Did Offender Reload: Yes
- Time from Start to End: Less than a minute
- How Guns were Acquired: Unknown
- Number Killed: 7 (8 including shooter)
- Number Wounded: 4
  Notes: None.

- *CBS News* "Red Lake Massacre Took 3 Minutes," February 11, 2009
- Date: March 12, 2005, *CNN Anderson Cooper 360 Degrees*, Aired March 22,2005
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: Ruger .22 caliber semi-automatic handgun, Glock .40 caliber semi-automatic handgun, Remington 12 gauge shotgun (The brands were listed on Wikipedia but the articles only list the caliber and types)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 45 (13 more were used to kill his grandfather and his friend)
- Did Offender Reload: Unknown
- Time from Start to End: 9 minutes (This is for the school shooting. He killed his grandfather and his grandfather's friend that morning as well)
- How Guns were Acquired: Stolen from grandfather
- Number Killed: 7 (9 including grandfather and grandfather's friend, 10 including shooter)
- Number Wounded: 5
  Notes: Another school shooting by a troubled teen. He killed his grandfather by shooting him twice in the head and ten times in the chest with the .22. He then shot and killed his grandfather's friend before going to the school.

## Mass Shootings in 2006
- *Panel Report on the Shooting* (See http://seattletimes.nwsource.com/ABPub/2006/07/17/2003133196.pdf)
- Date: March 25, 2006
- Shooters: 1
- Number of Guns Used: 2 (Others found in his car)
- Types of Guns Used: Winchester Defender pump-action 12 gauge shotgun, Ruger P-94 .40 caliber handgun (He had an AR-15 in his car)
- Number of Magazines: 2 bandoliers containing 15 rounds of 00 buckshot shotgun and 3 total magazines for the Ruger (Shotgun was reloaded twice with 8 rounds and the handgun was reloaded once)
- Capacity of Magazines: Unknown
- Number of Shots Fired: 9+ from the shotgun (one to kill himself) 8+ from the Ruger
- Did Offender Reload: Yes
- Time from Start to End: ~5 minutes
- How Guns were Acquired: Purchased legally
- Number Killed: 7
- Number Wounded: 2
  Notes: Perhaps one of the most detailed shootings given the full report. The magazines seemed to hold less than 15 rounds given the number fired and when they

20

were reloaded. Most of the damage was done with the shotgun, but the shooter did use both guns on victims who didn't die. It is unknown why he didn't use the AR-15 but carried ammunition for it.

- *The Washington Post* "Pa. Killer had Prepared for 'Long Siege,'" October 4, 2006, *Fox News* "Gunman Reportedly Bent on 'Revenge' Kills Girls, Self at Amish School," October 3, 2006, *Vancouver Sun* "Man Takes Own Life at End of Killing Spree," October 3, 2006
- Date: October 2, 2006
- Shooters: 1
- Number of Guns Used: 2 (3 reported by some accounts)
- Types of Guns Used: 9mm semi-automatic pistol, 12 gauge shotgun (*Vancouver Sun* and Wikipedia reported 3 guns and listed them as a Springfield semi-automatic pistol, a Ruger .30-06 bolt-action rifle and a Browning 12 gauge pump action shotgun)
- Number of Magazines: Unknown (Shooter had a bag with over 600 rounds)
- Capacity of Magazines: Unknown
- Number of Shots Fired: 17-8 rounds (One coroner report lists at least 24 shots in one child which differs from the police reports)
- Did Offender Reload: Unknown
- Time from Start to End: ~1 hour
- How Guns were Acquired: 9mm purchased legally, others unknown
- Number Killed: 3 (1 died later that night, and another died later that week for a total of 5 girls; he killed himself bringing the total to 6)
- Number Wounded: 5

Notes: The shooter broke into the school, forced the boys and older women to leave and then made the remaining ten girls line up facing the chalkboard. He planned on molesting the girls, but attempted to execute them all instead.

## Mass Shootings in 2007

- *The New York Times* "After a Rampage, Trying to Grasp What Led a Son to Kill," February 20, 2007, *The Associated Press* "Agents Say Pistol had Changed Hands Many Times," March 29, 2007, *Desert Morning News* "Gun Dealer to Plead in Trolley Square Case," November 20, 2007, *The Associated Press* "Man Pleads Guilty to Selling Handgun to Mall Shooter," October 25, 2007
- Date: February 12, 2007
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: Maverick Arms Model 88 12 gauge shotgun, Smith and Wesson .38 caliber pistol
- Number of Magazines: N/A (Shooter had "backpack full of ammunition" and "bandolier of shotgun shells")
- Capacity of Magazines: N/A
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: 6 minutes
- How Guns were Acquired: Shotgun purchased legally, handgun stolen from a man's

father to trade for drugs and eventually sold to shooter(Sources differ on the shotgun's legality. The shotgun had a pistol grip and the shooter was 18 thus making it illegal. If that is the case, both guns were illegally possessed by the shooter)

- Number Killed: 5 (6 including shooter)
- Number Wounded: 4
  - Notes: The shooter went to Trolley Square and opened fire with no known motive. An off-duty police officer fired at him and stopped him from killing others until the SWAT team showed up and killed the shooter.

- *Virginia Tech Review Panel* (See http://www.governor.virginia.gov/TempContent/techPanelReport.cfm)
- Date: April 16, 2007
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: Glock 19 9mm semi-automatic pistol, Walther P22 .22 caliber pistol
- Number of Magazines: 19
- Capacity of Magazines: 10 or 15 rounds
- Number of Shots Fired: c. 174
- Did Offender Reload: Yes
- Time from Start to End: 2 hours 36 minutes
- How Guns were Acquired: The Walther P22 was purchased online and picked up at a pawn shop, the Glock 19 was purchased at a gun shop.
- Number Killed: 32 (33 including shooter)
- Number Wounded: 23 (17 by gunfire)
  - Notes: All the information here is taken from the official panel review. The panel review also states that if Cho had only used 10 round magazines, it was unlikely that the outcome would have been different.

- *CNN* "Computers May Yield Clues About Mall Shooter," December 7, 2007, *The New York Times* "Details of Omaha Shooting Emerge," December 6, 2007
- Date: December 5, 2007
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: AK-47 style semi-automatic rifle
- Number of Magazines: 2 (Some reports indicate that the magazines were taped together "jungle style")
- Capacity of Magazines: 30 rounds
- Number of Shots Fired: ~30
- Did Offender Reload: Unknown but likely (Police report that the shooter likely shot more than 30 rounds)
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Stolen from father
- Number Killed: 8 (9 including shooter)
- Number Wounded: 5
  Notes: A depressed and suicidal teen randomly picked this mall and opened fire. There was no clear motive.

22

- *7 News* "Ammo Shipped to P.O. Box Put Murray on Police Radar," December 12, 2007
- Date: December 9, 2007, *The Denver Post* "Church Shooter Wanted to be Missionary," December 10, 2007
- Shooters: 1
- Number of Guns Used: 2 (2 others that were not used)
- Types of Guns Used: Bushmaster XM15 rifle (used), AK-47 style rifle (unused), Beretta .40 caliber semi-automatic handgun (unused), Springfield Armory 9mm semi-automatic handgun (used)
- Number of Magazines: Unknown (He had over 1,000 rounds)
- Capacity of Magazines: Unknown
- Number of Shots Fired: ~27
- Did Offender Reload: Unknown
- Time from Start to End: 12 hours (Shootings were in two different locations about 75 miles apart. Shooter posted threats online between shootings)
- How Guns were Acquired: The Bushmaster was purchased at Sportsman's Warehouse, the AK was purchased at Robert's Firearms, the Beretta was purchased at Sportsman's Warehouse, the Springfield Armory was purchased at Dave's Guns.
- Number Killed: 4 (5 including shooter)
- Number Wounded: 5
  Notes: None.

## Mass Shootings in 2008

- *St. Louis Dispatch* "Thornton Used Stolen Gun in Kirkwood Killings," February 28, 2008, *The Los Angeles Times* "Killer of Five Left Note: 'Truth will win' The Gunman had a Long-Running Feud with City Officials," February 9, 2008
- Date: February 7, 2008
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: .44 caliber revolver (article claims gun's make and model cannot be identified), Smith and Wesson .40 caliber semi-automatic pistol
- Number of Magazines: 1 (Based on the fact that shooter stole the gun from police officer)
- Capacity of Magazines: Unknown (15 would be likely)
- Number of Shots Fired: 15+
- Did Offender Reload: Unknown but unlikely
- Time from Start to End:
- How Guns were Acquired: .44 caliber revolver was stolen over ten years before the shooting (shooter may not have known it was stolen), the .40 caliber handgun was stolen from a police officer the shooter shot
- Number Killed: 6 (7 including shooter)
- Number Wounded: 1
  - Notes: The shooter used all six rounds in his gun, shooting a police officer and taking his gun. It is unknown exactly how many shots he fired from it, but he shot at least 15 total.

- *U.S. Fire Administration/Technical Report Series* (See here

http://www.usfa.fema.gov/downloads/pdf/publications/tr_167.pdf) *Report of the February 14, 2008 Shootings at Northern Illinois University* (See http://www.niu.edu/feb14report/Feb14report.pdf)

- Date: February 14, 2008
- Shooters: 1
- Number of Guns Used: 2-4 (Reports indicate that he had 4 but may have only used two; the Remington and the Glock)
- Types of Guns Used: Sig Sauer P232 9mm semi-automatic pistol, HiPoint CF380 .380 caliber semi-automatic pistol, Glock 19 9mm pistol, Remington Sportsman 48 12 gauge shotgun
- Number of Magazines: Unknown (Shooter had at least 6 magazines)
- Capacity of Magazines: Unknown (Shooter had 2 15 round magazines and 2 33 round magazines for the Glock)
- Number of Shots Fired: 56 (6 rounds from the shotgun, 50 rounds from the Glock)
- Did Offender Reload: Yes
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased from gun store
- Number Killed: 5 (6 including shooter)
- Number Wounded: 21
- Notes
  ◦ Both reports indicate that he fired with the Glock and Remington. Two fully loaded .380 magazines were found on the floor. The shooter was diagnosed with schizophrenia, depression, anxiety and had delusions. It is somewhat unclear what the motive for the killings was.

- *The Los Angeles Times* "Rampage Suspect Called Mentally Ill, the Mother of a Man Held in the Deaths of 6 in Washington Says he had Lived in the Woods," September 4, 2008, *The Seattle Times* "State Moves Killer Isaac Zamora from Mental Hospital to Prison, December 5, 2012, *The Associated Press* "Stolen Guns Used in Fatal Wash. Shooting Rampage," September 11, 2008
- Date: September 2, 2008
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: rifle, handgun
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen from neighbor
- Number Killed: 6
- Number Wounded: 4
  ◦ Notes: Mentally ill individual broke into neighbors home, stole the two unidentified guns and went on a killing spree.

- *The Associated Press* "Santa Gunman Had Lost Job, Wife Before Gory Attack," December 27, 2008
- Date: December 24, 2008
- Shooters: 1

- Number of Guns Used: 4
- Types of Guns Used: semi-automatic handguns
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown (One news account stated that all four guns were emptied)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased (Unknown if legal or not)
- Number Killed: 9 (10 including shooter)
- Number Wounded: 2
  ◦ Notes: There aren't any news reports indicating the brand or model of the guns or the size of the magazines.

## Mass Shootings in 2009

*Mobile Press-Register,* "Gunman Kills 9, Himself in South Alabama Spree, March 11, 2009; *Opelika-Auburn News*, "DA Says Ala. Shooter had Revenge List," March 11, 2009
Location: Samson, Geneva County, AL
Date: March 10, 2009
Number of Guns Used: 4
Types of Guns Used: Bushmaster AR-15, SKS rifle, shotgun, and .38 caliber pistol
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Number of shots fired: "More than 200"
Did Offender Reload: Unknown
Time from Start to End: "About an hour"
How Guns Were Acquired: Unknown
Number Killed: 10
Number Wounded: 0
Notes: The killings occurred in four different locations, so this is more properly regarded as a series of spree killings than a single mass shooting. The shooter killed 5 people at one location, and one each at 5 other locations.

*Fayetteville Observer,* "Carthage Killings: A Key Eyewitness Speaks," March 31, 2009.
Carthage, NC
Date: March 29, 2009
Shooters: 1
Number of Guns Used: 2+
Types of Guns Used: Shotgun, at least one other gun
- Number Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 15 minutes?
- How Guns were Acquired: Unknown
- Number Killed: 8
- Number Wounded: 3

Santa Clara, CA.
Date: March 29, 2009
Number of Guns Used: 2
Types of Guns Used: .45 caliber semiautomatic pistols
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Did Offender Reload: Unknown
Time From Start to End: Unknown
How Guns Were Acquired: Legally purchased
Number Killed: 5
Number Wounded: 2

- *The New York Times* "Shooting in Binghamton, N.Y.," April 3, 2009, *Bloomberg* "Binghamton Killer Fired 99 Shots from Two Handguns, Police Say," April 8, 2009
- Date: April 3, 2009
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: Beretta .45 caliber semi-automatic pistol, Beretta 9mm semi-automatic pistol
- Number of Magazines: 3+
- Capacity of Magazines: 30
- Number of Shots Fired: 99
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased (Shooter had a license for the two guns)
- Number Killed: 13 (14 including shooter)
- Number Wounded: 4
  ◦ Notes: A somewhat deranged individual who believed police were secretly harassing him entered the immigration office and started shooting. The motive is unclear due to his mental condition and rambling letter. The number of magazines isn't exact, but at least two 30 round magazines were discovered for the 9mm and only 11 shots were fired from the .45.

- *ABC News* "Alleged Fort Hood Shooter Nidal Malik Hasan was 'Calm,' Methodical During Massacre," November 6, 2009, *The Dallas Morning News* "Investigators Detail Ammo Found at Fort Hood Shooting Scene," October 21, 2010 (Updated November 26, 2010)
- Date: November 5, 2009
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: FN Herstal 5.7 tactical pistol (Smith and Wesson .357 magnum was found but not used in the shooting)
- Number of Magazines: 15 (6 loaded with 177 rounds, 6 empty with 146 spent casings, 3 empty with 68 casings)

26

- Capacity of Magazines: 20-30
- Number of Shots Fired: 214
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased
- Number Killed: 13
- Number Wounded: 38
  - Notes: The widely covered Fort Hood shooting.

## Mass Shootings in 2010

*The Lynchburg News &* Advance, "Law Officers Maintained Dark Vigil to Wait Out
    Appomattox Shooting Suspect."
Date: January 19, 2010
Shooters: 1
Number of Guns Used: Unknown
Types of Guns Used: "High-powered rifle"
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Number of Shots Fired: Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 8
Number Wounded: 0


*Washington Times*: Three are Arrested in Drive-by Shooting," April 1, 2010
Date: March 30, 2010
Shooters: 3
Number of Guns Used: 3
Types of Guns Used: AK-47 "assault rifle," 9 mm semiautomatic pistol, .45 caliber
    semiautomatic pistol
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Number of Shots Fired: Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 4
Number Wounded: 5

- *The Associated Press* "Police Report: No Racism Before Conn. Shootings," May 12,
  2011, *The Hartford Courant* "Shooter had a Plan, Police: Mass Murderer hinted at
  His Intentions to Kill Co-Workers," May 13, 2011, *The Associated Press* "Cops:
  Conn. Gunman May Have Targeted Some Victims," August 4, 2010
- Date: August 3, 2010
- Shooters: 1
- Number of Guns Used: 2 (Shooter also had an unused shotgun in his car)
- Type of Gun Used: 2x Ruger 9mm semi-automatic handguns
- Number of Magazines: 3-4 (Uncle stated that he saw 4 17 round magazines the night

before the shooting but some reports say there was only 1 extra magazine)
- Capacity of Magazines: 17 rounds
- Number of Shots Fired: 19
- Did Offender Reload: Unknown (Reports seem to indicate that he only used one of the guns. If so, he reloaded)
- Time from Start to End: 3 minutes
- How Guns were Acquired: Legally registered
- Number Killed: 8 (9 including shooter)
- Number Wounded: 2
- Notes: Eyewitness accounts state that he used one gun while carrying his lunchbox which held the other gun, magazines and extra ammo.

*The Buffalo News* "Two more sought in shootings," August 20, 2010
Buffalo, NY
Date: August 14, 2010
Shooters: 1
Number of Guns used: Unknown
Type of Guns Used: Unknown
Number of magazines: Unknown
Capacity of Magazines: Unknown
Number of Shots Fired: Unknown
Did Offender Reload? Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 4
Number Wounded: 4

*Miami Herald* "Massacre in Hialeah Captured by Cameras," June 9, 2010.
- Date: June 6, 2010
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: .45 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 4
- Number Wounded: 3

## Mass Shootings in 2011
- *NBC News* "Tucson Shooting with High-Capacity Magazines Reignites Gun Debate," January 9, 2011, *Reuters* "TIMELINE: Tucson Shooting Rampage as it Unfolded," January 14, 2011
- Date: January 8, 2011
- Shooters: 1
- Number of Guns Used: 1

28

- Types of Guns Used: Glock 19 9mm semi-automatic handgun
- Number of Magazines: 4
- Capacity of Magazines: 2x 33, 2x 15
- Number of Shots Fired: Unknown
- Did Offender Reload: Not successfully. Witness reports conflict as to exactly what happened.
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased
- Number Killed: 6
- Number Wounded: 13

- *Mlive* "Felon Linked to Stolen Gun in Rodrick Dantzler's Killing Spree Pleads to Firearms Charge," June 11, 2013, *The Grand Rapids Press* "Wife's Intent to Leave May have Set Off Killer, Police Say Gun was Stolen from a Kent County Home, but Motivation Remains Elusive," July 10, 2011, *Wood TV Channel 8* "Man to Plead to Selling Dantzler a Gun," June 27, 2013
- Date: July 7, 2011
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Glock 9mm semi-automatic handgun
- Number of Magazines: 2+
- Capacity of Magazines: 1x 12 round (One report indicates that police had reason to believe he had an "extended" magazine)
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 8 hours (4 hour standoff with police and hostages before committing suicide)
- How Guns were Acquired: Stolen
- Number Killed: 7 (8 including shooter)
- Number Wounded: 2
  - Notes: No clear motive and not much evidence regarding the magazines or their capacity.

- *CNN* "Gunman Kills 3, Wounds Other at Nevada IHOP," September 7, 2011
- September 6, 2011, *RGJ* "IHOP Shooting One Year Later: 85 Seconds that Changed Carson City," September 12, 2012
- Date: September 6, 2011
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Norinco MAK 90 (Illegally modified to be fully automatic)
- Number of Magazines: 3
- Capacity of Magazines: 2x 30, 1x Unknown (likely 30)
- Number of Shots Fired: 60+
- Did Offender Reload: Yes
- Time from Start to End: 1 minute 25 seconds
- How Guns were Acquired: Unknown
- Number Killed: 4 (5 including shooter)

29

- Number Wounded: 14
  - Notes: Shooter had been diagnosed with paranoid schizophrenia at age 18 and had used medication. The toxicology reports show no medication in his system.

- *The Los Angeles Times* "Prosecutors Seek Death Penalty in Salon Shooting Case," October 15, 2011, *The Press Telegram* "DA to Seek Death Penalty for Alleged Seal Beach Shooter," October 14, 2011
- Date: October 14, 2011
- Shooters: 1
- Number of Guns Used: 2-3
- Types of Guns Used: Springfield 9mm semi-automatic handgun, Heckler and Koch .45 caliber handgun, Smith and Wesson .44 Magnum
- Number of Magazines: 5+ (Reports say he had "extra magazines")
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 2 minutes
- How Guns were Acquired: Legally purchased and registered
- Number Killed: 8
- Number Wounded: 1
  - Notes: Upset over a custody battle, the father executed his ex-wife and several employees at a salon. It is unclear how many magazines he had at the time or their capacities. It is also unclear how many shots were fired.

## Mass Shootings in 2012

- *Reuters* "Accused Gunman in Oakland Shooting Unfit for Trial: Judge," January 7, 2013, *The San Jose Mercury News* "California's Tough Gun Laws Could Not Prevent East Oakland Tragedy," April 5, 2012
- Date: April 2, 2012
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Unknown .45 caliber handgun
- Number of Magazines: 4
- Capacity of Magazines: Unknown (News sources described them as "fully loaded")
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Minutes (Shooter was apprehended 2 hours later)
- How Guns were Acquired: Legally purchased (Police are still confirming the gun they found that has a matching serial number to the one purchased by the shooter was used in the murders)
- Numbers Killed: 7
- Number Wounded: 3
  - Notes: The *San Jose Mercury News* states that the magazines were 8 round magazines. California law prohibits magazines larger than 10 rounds. The shooter has been diagnosed as paranoid schizophrenic and is currently unfit to stand trial.

- *The Denver Post* "12 Shot Dead, 58 Wounded in Aurora Movie Theater During

Batman Premier," July 21, 2012, *ABC Channel 7 News* "Aurora, Colo Theater Shooting Timeline, Facts," July 26, 2012

- Date: July 20, 2012
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: Remington tactical shotgun, Smith and Wesson M&P semi-automatic rifle, Glock .40 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Capacity of Magazines: 1x 100 round magazine, which jammed. others unclear
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Purchased legally
- Numbers Killed: 12
- Number Wounded: 58
  - Notes: Some information has not been released or determined yet. While the shooter had purchased 6,295 rounds (2,600 for the Glocks, 375 for the Remington, and 3,370 for the Smith and Wesson) it is unknown how many were with the shooter at the time, how many magazines were with him, and how many shots were fired.

- *The Los Angeles Times* "Sikh Temple Shooting: Gun Shop Owner Says Wade Page Seemed Normal," August 8, 2012
- Date: August 5, 2012
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: Springfield Armory XDM 9mm semi-automatic handgun
- Number of Magazines: 3
- Capacity of Magazines: 19
- Number of Shots Fired: 19+
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased legally
- Numbers Killed: 6 (7 including shooter)
- Number Wounded: 3
  - Notes: The final FBI report has not been released yet. Several news outlets describe "several empty clips" but there is no evidence suggesting how many, how large or how many rounds were fired.

*Associated Press, Minnesota state wire 9-29-12*
Date: 9-27-12
Shooters: 1
Number of Guns Used: 1
Types of Guns Used: Glock 9 mm semiautomatic pistol
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Number of shots fired: At least 46
Did Offender Reload: Yes

Time from Start to End:
How gun was acquired: Legally purchased at gun store a year earlier
Number killed: 6
Number wounded: 2

- *The New York Times* "Children were All Shot Multiple Times with a Semiautomatic, Officials Say," December 15, 2012, *CNN* "Newton Shooting Details Revealed in Newly Released Documents," March 29, 2013
- Date: December 14, 2012
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: Bushmaster .223 caliber semi-automatic rifle, 10mm Glock semi-automatic handgun, Sig Sauer 9mm handgun
- Number of Magazines: 12+
- Capacity of Magazines: 10x 30 round, Unknown
- Number of Shots Fired: 154+
- Did Offender Reload: Yes
- Time from Start to End: ~5 Minutes
- How Guns were Acquired: Stolen from mother
- Numbers Killed: 26 (27 including shooter's mother, 28 including shooter)
- Number Wounded: 2
  - Notes: The investigation from this shooting has not been completed yet. However, the above information is accurate given what has been released. The shooter seemed to have used mostly the Bushmaster and 154 casings for it were found. That is the minimum number of shots fired. (Considering he shot himself with the Glock, 155 would be the minimum) Of the 30 round magazines, 3 were found completely full, three were completely empty, and the others had 10, 11 or 13 rounds left in them.

**Mass Shootings in 2013 (January 1 through July 31)**
- *The Los Angeles Times* "Santa Monica Shooting Suspect, Possible Motive Identified, Officials Say," June 8, 2013, *U.S. News* "Five Dead, Including Gunman, in Shooting Rampage Near Los Angeles," June 8, 2013; Wikipedia entry for John Zaahri, the shooter.
- Date: June 7, 2013
- Shooters: 1
- Number of Guns Used: 1-2 (possessed at least 3)
- Types of Guns Used: AR-15 style rifle, Remington revolver, other handgun(s)
- Number of Magazines: 2+ (Shooter had 1,300 rounds of ammunition)
- Capacity of Magazines: Unknown
- Number of Shots Fired: 70+
- Did Offender Reload: Unknown
- Time from Start to End: ~20 minutes
- How Guns were Acquired: Unknown
- Numbers Killed: 5 (6 including shooter)
- Number Wounded: 4
  - Notes: Young male murdered his father and brother, set their home on fire, then hijacked a car to a local community college. Along the way he fired randomly

32

out the window and continued shooting on campus. He was eventually killed by police. The motive had something to do with a family dispute. Since this event was so recent, there isn't anything listed about the other gun (although Wikipedia lists a Remington .44 revolver with an expired link), or the magazines. Shooting occurred in 3 different locations, so it arguably does not qualify as having more than 6 victims in a single incident.