UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Arie S Friedman, et al.
                                 Plaintiff,

v.                                                        Case No.: 1:13−cv−09073
                                                        Honorable John W. Darrah

City of Highland Park
                                 Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, February 24, 2014:


      MINUTE entry before the Honorable John W. Darrah: Preliminary injunction hearing set for 2/27/14 at 10:30 a.m. is re−set to 2/27/14 at 1:30 p.m. Mailed notice(maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.