IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and ) | |
| the Illinois State Rifle Association ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No:  13-cv-9073 |
| v. ) | |
| ) | |
| CITY OF HIGHLAND PARK, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To: Christopher James Murdoch
Hart M. Passman
Steven M. Elrod
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com
Email: hart.passman@hklaw.com
Email: steven.elrod@hklaw.com

PLEASE TAKE NOTICE that on **February 27, 2014 at 1:30 p.m.,** Plaintiffs will before the Honorable Judge John W. Darrah in Courtroom 1203 of the Everett McKinley Dirksen Federal Building, Chicago, Illinois, and present Plaintiffs' Motion to Strike the Brief of *Amicus Curiae* The Brady Center which has been electronically filed and served.

**DATED: February 24, 2014**

Respectfully submitted,

/s/ James B. Vogts
James B. Vogts
Brett M. Henne
Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
bhenne@smbtrials.com
alothson@smbtrials.com

**Attorneys for Plaintiffs**

# CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 24th day of February, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher James Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

2. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

3. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603

(312) 263-3600
Email: steven.elrod@hklaw.com

                                                            */s/  James B. Vogts*
                                                               James B. Vogts