IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and <br> The Illinois State Rifle Association <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HIGHLAND PARK <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 13 cv 9073 <br> ) Honorable Judge Darrah <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF FILING**

To:    See Certificate of Service

PLEASE TAKE NOTICE that on the 26th day of February, 2014, the undersigned caused to be filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Opposition to Plaintiffs' Motion to Strike the Brief of Amicus Curiae Brady Center to Prevent Gun Violence, a copy of which has been served electronically upon you.

Dated: February 26, 2014

Respectfully submitted,
Amicus Curiae Brady Center to Prevent Gun Violence

By:    /s/ Alexander D. Marks
            One of its Attorneys

Alexander D. Marks
*Counsel of Record*
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 21st Floor
Chicago, IL 60611
Telephone: (312) 840-7022
Facsimile: (312) 840-7900
E-mail: amarks@burkelaw.com

Jonathan E. Lowy
Elizabeth Burke
Alla Lefkowitz
Brady Center to Prevent Gun Violence
Legal Action Project
840 First Street, NE Suite 400

Washington, DC 20002
Telephone: (202) 370-8104
Facsimile: (202) 370-8102
E-Mail: jlowy@bradymail.org

Attorneys for *Amicus Curiae* Brady
Center to Prevent Gun Violence
1617486

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

The undersigned attorney states that on February 26, 2014, he caused a copy of the foregoing Notice of Filing to be filed electronically with the Clerk of the Northern District of Illinois by filing through the CM/ECF system, and to be served upon all counsel of record.

/s Alexander D. Marks