Arie S Friedman, et al.

                    Plaintiff,

v.                                    Case No.: 1:13−cv−09073
                                      Honorable John W. Darrah

City of Highland Park

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2014:

      MINUTE entry before the Honorable John W. Darrah: Preliminary injunction
hearing set for 2/27/14 at 1:30 p.m. is re−set to 2/27/14 at 2:00 p.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.