## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Arie S Friedman et al | ) | Case No: 13 C 9073 |
| v. | ) | Judge: John W. Darrah |
| City of Highland Park | ) | |

### ORDER

Status hearing held. Parties will disclose supplemental experts by 5/2/14. Discovery ordered closed on 6/6/14. Cross motions for summary judgment to be filed by 6/30/14, responses by 7/21/14. No replies needed. Status hearing/ruling is set for 9/29/14 at 9:30 a.m. Pretrial conference set for 10/23/14 at 1:30 p.m. Jury trial set for 10/27/14 at 9:00 a.m.

(T:) 00:05

Date: 3/26/14                                                                 /s/ Judge John W. Darrah