**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | |
| the Illinois State Rifle Association | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No: 13-cv-9073 |
| v. | ) | |
| | ) | Hon. John W. Darrah |
| | ) | |
| CITY OF HIGHLAND PARK, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF AND STATEMENT OF
MATERIAL FACTS IN EXCESS OF LIMITATIONS**

Plaintiffs Arie S. Friedman, M.D. and the Illinois State Rifle Association ("Plaintiffs") move for leave to file their Memorandum of Law in Support of their Motion for Summary Judgment in excess of the page limitation under Local Rule 7.1 and their Statement of Material Facts in excess of the number of facts permitted under Local Rule 56.1(a)(3).

This case involves important and complex questions of constitutional law, which have not previously been addressed in this district. A determination of whether Highland Park has violated the constitutional rights of law abiding residents to keep commonly owned firearms in their homes for possible self-defense use requires a full analysis of the scope of the Second Amendment right to keep firearms in the home and a thorough factual understanding of the firearms banned by Highland Park, including their function, lawful and appropriate uses, and common ownership throughout the United States. To assist the Court in its consideration and resolution of this case,

Plaintiffs believe a more extensive explanation of the law and facts than permitted by the Local Rules is necessary.

WHEREFORE, Plaintiffs request leave to file their Memorandum of Law in Support of their Motion for Summary Judgment consisting of 24 pages and their Statement of Material Facts consisting of 121 numbered statements.

Respectfully submitted,

/s/ James B. Vogts
James B. Vogts
Andrew A. Lothson
Brett M. Henne
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
alothson@smbtrials.com
bhenne@smbtrials.com

## CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 30th day of June, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system.

1. Christopher B. Wilson
   Perkins Coie LLC
   131 S. Dearborn
   Suite 1700
   Chicago, IL 60603-5559
   (312) 324-8603
   Email: cwilson@perkinscoie.com

2. Christopher James Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor

Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com

3.      Hart M. Passman
Holland and Knight, LLP
131 South Dearborn
30th Floor
Chicago, IL 60603
(312) 578-6634
Email: hart.passman@hklaw.com

4.      Steven M. Elrod
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: steven.elrod@hklaw.com

**Attorneys for Defendant**

/s/ *James B. Vogts*
James V. Vogts