**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association | ) ) ) | |
| Plaintiffs, | ) ) ) | No: 13-cv-9073 |
| v. | ) ) ) | Hon. John W. Darrah |
| CITY OF HIGHLAND PARK, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Arie S. Friedman, M.D. and the Illinois State Rifle Association ("Plaintiffs") move for summary judgment under Federal Rule of Civil Procedure 56 on the grounds that provisions of Highland Park City Code § 136.001 *et seq.* violate their rights under the Second Amendment of the United States Constitution as a matter of law. In support of their motion, Plaintiffs submit their contemporaneously filed Local Rule 56.1 Statement of Material Facts and Supporting Memorandum of Law.

    Respectfully submitted,

    /s/ James B. Vogts
    James B. Vogts
    Andrew A. Lothson
    Brett M. Henne
    Swanson, Martin & Bell, LLP
    330 N. Wabash, Suite 3300
    Chicago, Illinois 60611
    (312) 222-8517
    jvogts@smbtrials.com
    bhenne@smbtrials.com
    alothson@smbtrials.com

**CERTIFICATE OF SERVICE**

I, James B. Vogts, hereby certify that on the 30th day of June, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system.

1. Christopher B. Wilson
   Perkins & Coie LLP
   131 S. Dearborn Street
   Suite 1700
   Chicago, IL 60603
   (312) 324- 8400
   Email: cwilson@perkinscoie.com

2. Christopher J. Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

3. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

4. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

                                                    */s/ James B. Vogts*
                                                        James V. Vogts