# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |  |
|---|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | | |
| the Illinois State Rifle Association | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | No: | 13-cv-9073 |
| v. | ) | | |
| | ) | | |
| CITY OF HIGHLAND PARK, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## AFFIDAVIT OF DAVID A. LOMBARDO

If sworn as a witness, I could competently testify to the following:

1.      I offer this Affidavit based on my expertise and experience in firearms training, safety and use.

2.      I am the founder and President of Safer USA, an organization dedicated to providing knowledge and training on the safe and responsible use of firearms for self-defense and recreation by law-abiding citizens. I am also an Illinois Certified Firearms Instructor, an NRA Law Enforcement Instructor and an NRA Training Counselor on pistols, rifles, shotguns, home firearms safety, personal protection in the home and personal protection outside the home. I also serve as the Executive Director of the Clyde Howell NRA Youth Shooting Sports Camp and the President of the Aurora Sportsmen's Club. I have personally taught firearms safety and firearms use to both experienced and novice shooters and have interacted with the gun owning public in a variety of ways for 25 years. I am qualified to testify on the types of firearms that are commonly and appropriately owned for lawful purposes, including home defense, hunting and

1

recreational shooting. My qualifications are further described in my resume, attached to this Affidavit as Exhibit A.

3.      I have reviewed City of Highland Park City Code section 136.001 *et seq.* Many of the firearms banned under the ordinance are commonly owned by residents of Illinois and elsewhere for lawful purposes, including home defense, hunting and recreational target shooting. For example, one of the most popular and commonly owned firearms today are rifles built on an AR-platform. The popularity of these rifles is based, in part, on their modular in design. They have an upper receiver into which the barrel is mounted and a lower receiver that holds the firing assembly and onto which the butt stock and lower grip are mounted. The two receivers can be disconnected easily, allowing the shooter to mount a different upper receiver and barrel and thus use a wide variety of rifle cartridges and change the length and weight of the barrel to suit the shooter's needs. Because of its adaptability, a single AR-type rifle can be used for target matches, home defense, and small and large game hunting.

4.      The popularity of AR-platform rifles is based not only on their ready adaptability for different uses. They are also generally lighter in weight, shorter in length and have less recoil than most traditionally-styled wooden stock semi-automatic rifles, making them easier to handle and shoot. They are also very accurate and reliable. Most AR-type rifles are chambered for .223 ammunition, a relatively inexpensive rifle cartridge that is particularly well-suited for home defense purposes. Although the .223 round has sufficient stopping power in the event a home intruder is encountered, the round loses velocity relatively quickly after passing through walls and other objects, thus decreasing the chance that errant shot inadvertently strikes an unintended target in a home defense situation. Although the right home defense firearm is the firearm with which an individual homeowner has most familiarity, AR-type rifles are an excellent and

commonly made choice, and I instruct my students on their virtues and recommend their use for personal defense.

5.     My opinion that many of the firearms banned under the ordinance are commonly owned by law-abiding citizens in Illinois and elsewhere is based, in part, on my extensive interaction with firearms owners. Since 2006, Safer USA has trained almost 6,000 persons to select and safely use firearms. I am also the President of the Aurora Sportsmen's Club, which currently has more than 1,500 members. I regularly observe members on the range and the firearms they use, and modern sporting rifles, including AR-type rifles, have been the most commonly used rifles on the range over the past five to ten years. I also regularly attend firearms industry trade shows where products are displayed and have observed that the civilian marketplace for modern sporting rifles are without question the fastest growing firearms market.

6.     The essential characteristic of the AR-type rifles banned under the ordinance is that they have gas operated semi-automatic actions. Rifles falling into this category of firearms are sold with magazines having a variety of capacities – typically 5, 10, 20 or 30 rounds - and many are sold without "large capacity magazines." For example, models of the Smith & Wesson M & P 10 (an AR-type rifle) are sold with 5 and 10 round magazines. (*See* Exhibit B, Smith & Wesson 2014 Product Catalog, p. 16). The Remington Model R-15 Predator and Varmint (AR-type rifles) are sold with 5 round magazines. (*See* Exhibit C, Remington 2104 Shot Show Featured Products, pp. 17 & 44). The Bushmaster Hunter, Predator and Varminter rifles (AR-type rifles) are each sold with 5 round magazines. (*See* Exhibit D, Bushmaster Firearms Product Catalog 2104, p. 28 - 31). Other examples of AR-type rifles sold with magazines with capacities of 10 rounds or less can be referenced.  But the point is that the common characteristic of the

semi-automatic rifles banned in Highland Park is decidedly not their large capacity magazines but their semi-automatic actions.

7.      I have personally surveyed 779 students in the firearm classes I taught in 2013 through May 5, 2014 to determine what type of firearm they choose to keep in their homes for self-defense purposes.  Most of the persons I surveyed were enrolled in Safer USA's Home Protection and Concealed Carry Seminar and the NRA Basic Pistol class. Of those I surveyed, 58.2% keep a semi-automatic rifle with a detachable magazine available in the event it was needed defend them, their family of their property. If the person completing the survey did not choose to keep a firearm available for personal defense in his or her home, they had the option to answer "none of the above." Of those surveyed, 25% provided that answer.

8.      AR-type rifles are also appropriately and commonly used for small game hunting for many of the same reasons - they are accurate, reliable and easy to handle. In Illinois, it is legal to use "any type of legal rifle including large capacity semi-automatic rifles" to hunt coyotes. (www.dnr.illinois.gov/hunting/documents/hunttrapdigest.pdf). In many other states, they are used for hunting varmints and small game of various kinds, as well as wild boar. These rifles are also used in the very popular "3 Gun" shooting competitions, the fastest growing shooting sport in the country, in which shooters use a pistol, a shotgun and an AR-type rifle to move through different stages and engage different targets from a variety of positions.

9.      The firearm design features that Highland Park has chosen to ban, including pistol grips; protruding grips; folding, telescoping and thumbhole stocks; so-called "barrel shrouds;" and muzzle breaks and muzzle compensators,  are typically integral to safe handling of the firearm and enable the shooter to accurately and reliably use his gun. The presence on a firearm

4

of one or more of the features that Highland Park has chosen to ban and criminalize do not make the firearm any more lethal or dangerous if it is misused than a firearm without them.

10.     A "telescoping stock" allows the operator to adjust the stock's length to fit his or her physical stature and "length of pull." If the stock is too short, a right handed shooter will tend to pull shots to the right. If the stock is too long, shots will tend to go low and to the left. Thus, the purpose of an adjustable stock on a modern sporting rifle is to assist in the safe and accurate handling of the firearm. It is worth noting that the typical difference between a fully extended adjustable stock and one that is fully collapsed is only a few inches. For example, the telescoping stock on the Smith & Wesson M&P 15 rifle can change the overall length of the rifle just three inches – from 32 inches to 35 inches. (*See* Exhibit B, p. 20). This change in overall length does not in any sense turn a firearm that is difficult to carry in a concealed manner into a "concealable" firearm.

11.     A "barrel shroud" under the Highland Park ordinance "partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand." This feature is present on nearly every type of rifle, whether semi-automatic, lever action, bolt-action or single shot. They serve as a place for the operator to support the firearm with the non-trigger hand for control and accuracy. They also serve to protect the operator's hand from barrel heat build-up. Barrel shrouds on AR-type rifles typically encircle the entire barrel (unlike forestocks on traditionally styled rifles that serve as a bed for the barrel) and also serve as the place to include a rail system on which accessories can be mounted, such as a telescopic sight, an optical sight or a flashlight.

12.     A "protruding grip" forward of the trigger guard is sometimes present on AR-type rifles. They permit the operator to have a more secure grip on the firearm, particularly rifles with rail-mounted mounted accessories that the make the barrel shroud more difficult to grasp firmly.

13.     A "pistol grip" for the trigger hand is necessary on an AR-type rifle because the rifle's straight-line design does not permit the grip to be integral to the stock, as it is on traditionally-styled rifles. The straight-line design is an important feature of AR-type rifles because it serves to reduce muzzle rise associated with recoil. Some have wrongly suggested that the pistol grip makes it easier to fire an AR-type rifle "from the hip." However, virtually any firearm can be fired from the hip with or without a pistol grip. More importantly, nobody who is serious about hitting a target would choose to shoot from the hip. It is a grossly inaccurate way to aim and shoot a firearm.

14.     Both "muzzle brakes" and "muzzle compensators" serve to re-channel the gases expelled from the muzzle of a firearm. A muzzle brake will reduce the amount of recoil felt by the operator. A muzzle compensator will redirect muzzle gases and keep the muzzle down for better acquisition of a target in the event a second shot is taken.   Muzzle brakes and compensators are found on a wide variety of firearms.

15.     Attached to this Affidavit as Exhibit E is video in which I provide demonstrative support for the opinions I have in this case. The video demonstrates, among other things, live firing of firearms both banned and not banned under the Highland Park ordinance and visual explanations of the prohibited firearm features.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 17, 2014.

David A. Lombardo

6



**Exhibit A**

# DAVID A. LOMBARDO

1113 S. Raven Road; Shorewood, Illinois 60431-9165 U.S.A.
Tel: 815-741-3474; Fax: 815-741-3479; Email: dlombardo@saferusa.com

## EDUCATION

University of Illinois; Urbana, IL

| | |
|---|---|
| Jan 77 – Jan 79 | Coursework completed for Ph.D. Department of Educational Psychology |
| Jan 74 – Jan 77 | M.Ed. Vocational/Technical Education. Emphasis on curriculum design/development |
| Jun 72 – Jan 74 | BS Industrial Education Emphasis on aviation flight & maintenance training |
| Jan 70 – Jun 72 | Institute of Aviation graduate Professional Pilot and Aircraft Maintenance Curricula |

## Additional Training

| | |
|---|---|
| Apr 27, 2011 | The Bulletproof Mind (7 hrs) - LTC David Grossman. Tri-River Police Training Region. |
| Apr 10, 2011 | Armed Citizens' Rules of Engagement (20 hrs). Massad Ayoob |
| Feb 23, 2011 | Firearms Training Course: Revolver, Semi-automatic, rifle & shotgun. Illinois Dept of Financial & Professional Regulation. |
| Nov 19, 2010 | Law Enforcement Handgun Instructor School (48 hrs). NRA Law Enforcement Division. |
| Jul 20, 2006 | Underwater Egress Training (8 hrs). Stark Survival Training. |
| Jul 19, 2006 | Open Water Survival Training(12 hrs). Stark Survival Training. |
| Feb 14, 2001 | NBAA 10th Annual Corporate Aviation Leadership Conference. "Your Most Important Asset? People!" Embry-Riddle Aeronautical University Executive Management Institute. Anaheim, CA. |
| Jul 19, 2000 | Strategic Management for Aviation Services. Kellogg Graduate School of Management, Transportation Center, Northwestern University; Evanston, IL |
| Feb 29, 2000 | Glock Armorer's Course (8 hrs). Glock Firearms. |
| Jul 11, 1999 | Advanced Handgun Skills(24 hrs) Massad Ayoob Lethal Force Institute |
| May 15, 1999 | Hazardous Materials Awareness Course (8 hrs). Illinois Emergency Management Agency. |
| Mar 10, 1998 | Verbal Judo (8 hrs). Northeast Multi-Regional Law Enforcement Training. |
| Dec 16, 1997 | Edged Weapons Defense Training (8 hrs). Tri-River Police Training Region. |
| Nov 23, 1996 | Use of Force Protocol Training (24 hrs). Will County Sheriff's Department |
| Apr 13, 1996 | Part time/Reserve Basic Law Enforcement Training (250 hrs). Tri-River Police Training Region. |
| Jul 2, 1994 | Mandatory 40-hour Firearms Training. State of Illinois Law Enforcement Officers Training Board. |

## NRA COURSES I TEACH

Basic Pistol
Basic Rifle
Basic Shotgun
Home Firearm Safety



EXHIBIT
A

Personal Protection in the Home
Personal Protection outside the Home
Chief Range Safety Officer
Range Safety Officer
Metallic Cartridge Reloading
Shotgun Shell Reloading
Refuse To Be A Victim
Basic Instructor Training
Instructor courses for all of the above

**OTHER COURSES I TEACH**

State of Illinois 40-hour Armed Security program
Home Protection & Concealed Carry Seminar
Winchester Marksmanship Qualification Program: Handgun
Winchester Marksmanship Qualification Program: Rifle
Chicago Firearm Certification
Utah Concealed Carry
Florida Concealed Carry
Concealed Carry (practical)
Long Range Rifle
Tactical Pistol
Basic Practical Ballistics

**FIREARMS INSTRUCTOR CERTIFICATION & QUALIFICATION**

U.S. Army Marksman (Rifle)
NRA Marksmanship Qualification: Distinguished Expert Handgun
Illinois Certified Firearms Instructor
NRA Law Enforcement Instructor (Handgun)
Utah Concealed Carry Instructor
NRA Training Counselor/Instructor
Chief Range Safety Officer
NRA Regional Counselor - Refuse To Be A Victim program
Chicago Firearm Certification Instructor
Tactical Pistol instructor
Illinois Hunter Safety Master Instructor (6/00 - 6/05)

Aurora Sportmen's Club (Waterman, IL); 1400 member, 255 acre shooting club

10/11 - present    President
9/11 - 10/11       Vice President
1/10 - 9/11        Board of Directors

National Rifle Association (Endowment Life member).
NRA Recruiter

Wood County, Ohio Sheriff's Auxiliary, Special Deputy (6/90 - 8/91)

1/22/91 - FBI Domestic Counter-Terrorism Briefing. (4 hrs)
4/13/91 - Ohio Peace Officer Asc Seminar: Control Non-Violent Crowds,
    Confronting Hostile Crowds & Riot Formations. (4 hrs)
6/3-8/91 USAF/USCG Inland Search & Rescue School. Madison, WI. (40 hrs)
6/25-27/91 - Review, briefing and evaluation of US Army ROTC Leadership
Assessment Program. Fort Knox, KY. (45 hrs)
7/13/91 - Hazardous Materials Awareness Level. Ohio Fire Academy & Haz Mat
Bureau. Bowling Green, OH. (6 hrs)

Will County Sheriff's Department Auxiliary Deputy

**Leadership**
8/03-11/11  Sergeant & Executive Board member
5/97-11/11  Background investigations
4/93-11/11  Auxiliary Deputy

**Training**
12/10/05 – CDP/AED refresher training (4.0 hrs)
01/29/04 – Tactical training (simunition) (4.0 hrs)
01/27/04 – Use of deadly force and floor fighting (4.0 hrs)
04/15/03 – Hazmat refresher (1.0 hr)
03/22/03 – Tactical firearms – Use of shield and move-and-shoot (4.0 hrs)
03/22/03 – Active Shooter Immediate Action Rapid Deployment (4.0 hrs).
02/20/03 – CPR & AED recertification (8.0 hrs)
05/17/02 – Mgmt of Incidents Involving Subjects w/Mental Illness(2.0 hr).
05/14/02 – Hazardous Materials Awareness Refresher Training (4.0 hr).
05/14/02 – Clandestine Laboratory Awareness (3.0 hrs).
03/12/02 – Active Shooter Immediate Action Rapid Deployment (6.0 hrs).
01/17/02 – Building Searches (5.0 hrs).
01/15/02 – Building Searches (4.0 hrs).
11/17/01 – Use of force refresher & night shooting (8.0 hrs).
10/16/01 – Tactical Firearms Training: pistol & shotgun (2.0 hr).
09/20/01 – Strategies & Tactics of Patrol Stops (S.T.O.P.S.) (8.0 hr).
04/26/01 – Sexual, Ethnic, Racial or Religious Harassment (2.0 hr).
04/24/01 – Hazardous Materials Awareness Refresher Training (4.0 hr).
08/24/00 – Ethics and Policing (2.0 hr).
08/22/00 – Hazardous Materials Awareness Refresher Training (4.0 hr).
08/22/00 – Sexual, Ethnic, Racial or Religious Harassment (2.0 hr).
07/14/00 – Automated External Defibrillator certification (3.0 hrs)
04/18/00 – Gang Awareness Training (1.5 hrs)
02/21/00 – CPR Recertification (3.0 hrs)
01/18/00 – Managing Force Escalation (0.75 hr)
11/07/99 – Tactical Firearms (8.0 hr)
05/15/99 – Hazardous Materials Awareness Course (29CFR 1910.120) for
           Hazardous Waste Operations & Emergency Response Trng (8.0 hr).
05/01/99 – Sexual, Ethnic, Racial or Religious Harassment (2.0 hr).
05/01/99 – Blood-borne Pathogens (1.0 hr).
05/01/99 – Police Ethics (1.0 hr).
10/03/98 – Motor Vehicle Pursuit, Emergency/High Speed Response Driving, &
           Pursuit Termination Devices (3.0 hrs)
03/10/98 – Verbal Judo; North East Multi-Regional Training, Inc. (8.0 hrs)
12/16/97 – PPCT Edged Weapons Defense Training; Flores & Associates Law
           Enforcement & Security Training Consultants (8.0 hr)
05/20/97 – AIDS Awareness/Prevention for Emer Svc Personnel (0.5 hr)
04/15/97 – Severe Weather Spotter certification - Will County Emergency
           Management (1.0 hr)
02/18/97 – Use of Seat Belts and Crash Survival (0.5 hr)
02/18/97 – Protection: Filipino-style Knife Tactics (0.5 hrs)
01/21/97 – Disguised & Street Weapons (0.5 hrs)
11/23/96 – Use of Force Protocol Training (24 hrs)
05/04/96 – ASP Baton certification (8 hrs)
04/13/96 – Tri-River Police Training: 250 Hr Part-Time/Reserve Law
           Enforcement Training (Scholastic Standing – 3rd Place 95.5%)
06/20/95 – Oleoresin Capsicum certification (2 hrs)
02/21/95 – Gang Awareness training (1 hr)
08/14/94 – Building Search training exercise (16 hrs)

04/05/93 - Firearm Qualification Course (40 hrs)

**Howell Shooting Club**

6/11 -   Exec Director 13th Clyde Howell NRA Youth Shooting Sports Camp
6/10 -   Director 12th Clyde Howell NRA Youth Shooting Sports Camp
6/09 -   Director 11th Clyde Howell NRA Youth Shooting Sports Camp
6/08 -   Director 10th Clyde Howell NRA Youth Shooting Sports Camp
6/07 -   Director 9th Clyde Howell NRA Youth Shooting Sports Camp
6/06 -   Director 8th Clyde Howell NRA Youth Shooting Sports Camp
6/05 -   Director 7th Clyde Howell NRA Youth Shooting Sports Camp
6/04 -   Director 6th Clyde Howell NRA Youth Shooting Sports Camp

01/14-18/04 Chicagoland Outdoor Show Air Rifle Range (772 shooters: 576 males, 196 females including 510 males under 18 and 127 females under 18)

11/03 -   President & member of the Board of Directors. Developed new Constitution, By-laws and Operating Rules for the organization.

5/03 - Ombudsman & Security 5th Clyde Howell NRA Youth Shooting Sports Camp (88 students).

11/02 - 11/03 Vice president & member of the Board of Directors, Membership Chairman, develop by-laws and organizational chart for Youth Shooting Camp. Organize and staff promotional booth at numerous trade shows.

8/02 - 11/02 Range Safety Office & member of the Board of Directors

5/02 - Security 4th Clyde Howell NRA Youth Shooting Sports Camp (75 students).

6/01 - Intern Coordinator 3rd Clyde Howell NRA Youth Shooting Sports Camp (74 students).

7/21-22/00 - Illinois Valley Woodland Expo, Oglesby, IL. Trained 17 adults and 33 youth using the FATS Hunter Interactive Training Simulator for 12-gauge shotgun.

6/00 - Pistol Instructor & Registrar 2nd Clyde Howell NRA Youth Shooting Sports Camp (58 students).

6/99 - Pistol Instructor 1st Annual Clyde Howell NRA Youth Shooting Sports Camp (50 students)

**EMPLOYMENT**

Sep 12 -   On Target Radio - AM560 WIND
**Executive Producer & Host.** A weekly (Sunday 9:00 - 10:00 p.m.) live radio talk show covering Second Amendment, firearms, hunting and personal protection issues with in-studio guests. Over 10,000 broadcast listeners and several thousand more Internet live stream listeners and podcast download listeners worldwide.

Oct 06 -   SAFER USA; Shorewood, IL

**Founder, President & NRA Training Counselor/Instructor:** Firearm safety education school. SAFER USA's ten NRA certified instructors offer over 35 different courses and has taught over 4500 students. SAFER USA has also provided consulting on various law enforcement and military contract research projects helping to design safety protocols and supplying firearms, ammunition, marksmanship and range safety services.

**Oct 09 -**        **SAFER USA Outreach Fund, NFP; Shorewood, IL**
**Founder, President.** An IRS 501C3 not for profit educational foundation with a three part mission. First: To provide firearm safety training and second amendment education to non-traditional shooters (women, youth, minorities and persons with disabilities). Our Clyde Howell NRA Youth Shooting Sports Camp, now in its 13th year, has trained over a thousand youth ages 10 to 16. Second: To offer post secondary school academic scholarships to individuals with a demonstrated history of support and involvement in the shooting sports. Third: To provide basic and tactical training to law enforcement agencies that lack the budget to provide their own training.

**Sep 00 – Present**        **Aviation International News; Midland Park, NJ**
**Senior Editor:** Features and news. **AINtv:** Producer/news anchor/reporter. Write features and news for monthly Aviation International News (cover Asian market and write columns: Hot Section News and Hot Section Profile); Write monthly industry blog; Business Jet Traveler (write column Safety Matters and occasionally Getaways column), Convention News issues, weekly online column AINmxReports, and produce/anchor AINtv news broadcasts from the world's major air shows: Paris, Farnborough, Dubai, Singapore, Geneva, etc. Over 1500 articles published. Over 1.5 million airline miles covering stories and six time runner-up for the International Aerospace Journalist of the Year award.

**May 93 – Sep 00    Self-employed Journalist, Writer, Actor, and Speaker**
**WRITER:** Midwest Correspondent – Aviation International News, Contributing editor – Aviation Maintenance Magazine and Rotor&Wing magazine, and frequent contributor to numerous international publications, newsletter articles, and research publications. Developed numerous grant proposals, speech writing and promotional materials. **AUTHOR:** Aircraft Systems – Understanding Your Airplane; Aircraft Systems (Spanish version); Aircraft Systems (Chinese version); Advanced Aircraft Systems; Aerospace Facts & Figures – 1999 – 2000; and Vertical Flight Training: Alternative Training Systems. **ACTOR:** Numerous independent films, television productions, commercials, and industrial films. Over 40 years acting experience in community and regional theaters. **SPEAKER:** Over 6,000 hours of motivational speaking and seminars. Established reputation for an informal, humorous style.  As a contract speaker I have traveled all over North America and spoken to groups ranging in size from a few, to as large as 20,000 (appx 120 seminars).

**Sep 81 – Sep 00    Lombardo & Associates**
International aviation consultant: Flight, maintenance and simulation training program development and prudent pilot expert witness.  Taught over 200 aviation safety seminars and flight instructor refresher clinics. Clients have included the Departments of Transportation for the states of Illinois, Louisiana, Ohio, Mississippi, Michigan, Wisconsin and Missouri; the Civil Air Patrol; EAA AirVenture '03 Oshkosh, The 99's; Federal Aviation Administration, NASA, numerous colleges, universities and aviation organizations, and domestic and international corporations.

**Jan 95 – Jun 95   "Five By Five" – WAUR AM 930**
Host and Programming Director of live, aviation call-in radio program. Develop
programming and conduct live interviews. Broadcast coverage area included most
of the Greater Chicago Metro area.

**Aug 91 – May 93   Lewis University; Romeoville, IL**
Associate Dean of Aviation and Associate Professor, Division of Aviation.
Responsible for all aviation budgets, strategic planning, resource management,
540+ students, 25+ faculty/staff members, FAR 141 and 147 schools, and all
programming for 11 academic majors in Aviation Maintenance Management, Aviation
Administration and Aviation Flight Management. Facility management of three
academic buildings and coordination of $2.25 M new facility project planning.

**Aug 88 –    Aug 91       Bowling Green State Univ.; Bowling Green, OH**
Assistant Professor, Aerotechnology Program, Dept of Tech Systems. Promoted May
1991: Director, Division of Aviation Studies. Teach primary and advanced
lecture and flight courses. Coordinate all facets of Aerotechnology program:
flight, maintenance and management. Extensive curriculum, program and facility
development. Airport facility management including extensive space reclamation,
development and reorganization. Advisor Alpha Eta Rho professional aviation
fraternity- increased active membership 400+%. Seek and write grant proposals;
received $30,000 research grant. Lay foundation for interdisciplinary human
factor aviation research program. Member graduate faculty, advisor to 120
undergraduate and graduate students. Administer $400,000+ budget and 20+
employees. Major research interest: flight simulation.

**Mar 85 – Aug 88   Frasca International; Champaign, IL**
Director of Training: International consultant on effective use of simulators in
flight training, research, pilot selection, and training program development.
Conduct domestic and offshore training for numerous international organizations.
Editor and feature writer Simulation Newsletter. Other responsibilities include:
internal human factors design consultant, marketing, advertising, civilian and
government proposal writing, and technical documentation. Produce and direct
promotional video programming. Supervise 3 employees. Work with numerous
outside contractors, and high-ranking international government, corporate,
airline and military personnel. Set up and staff numerous trade shows.

**Sep 82 – Mar 85   Louisiana Tech University; Ruston, LA**
Assistant Professor, Department of Professional Aviation – taught courses in
aerodynamics, multiengine theory, Boeing 727 flight engineer theory, instrument
flight instructor, and airline transport pilot. Maintenance supervisor of 13
aircraft. Developed and taught career development and job search seminars (appx
10 taught). Part 141 Phase check pilot. Faculty advisor Alpha Eta Rho
professional aviation fraternity – increased membership 500+%. Advisor 2 other
organizations. Supervise flight dispatch operation and 13 employees. Conducted
and published interdisciplinary research project in emergency aircraft lighting.

**Sep 81 – Jun 82   GAITS Teaching Seminars; Milwaukee, WI (Part time)**
Part time instructor teaching flight instructor refresher clinics. Specialized
in ed psych, safety and prudent pilot techniques, communication, and multiengine
operations (appx 10 seminars taught).

**Jun 81 – Jun 82   Airmanship, Inc; Rockford, IL**
Director of Program Development: responsible for design and development of all
written, audio, and visual aviation education programs and materials for a
professional pilot refresher flight and simulation training programs.

Development of research/ reference library; working supervision of in-house graphic arts, printing, photo lab, television studio and support staff. Taught appx 20 seminars.

**Mar 81 - May 81   U.S. Navy; Newport, RI**
Basic officer course

**Feb 80 - Mar 81   FlightSafety International, St. Louis, MO**
King Air Learning Center
King Air 200 and Beech C-12 simulator instructor for U.S. and international flight crews. Design, develop, instruct classroom courses in FAA regulations, air traffic control procedures, and flight safety. Developed research/reference library. Taught appx 125 seminars.

**Jun 79 - Feb 80   Mason Oil Company; Champaign, IL (Part time)**
Chief pilot and mechanic - Cessna 421.  Develop flight department & hire full time crew.

**May 77 - Feb 80   Accelerated Ground Schools; Atlanta, GA (Part time)**
Chief instructor, CFI Refresher Clinic teaching team - responsible for conducting and organizing clinics. Teaching specialty: regulations, educational psychology, stress and physiology. Ground school instructor - private and instrument courses. Taught appx 150 seminars.

**May 77 - Dec 79   McCollum Aviation; Danville, IL (Part time)**
Aircraft ferrying, demonstrations, delivery and checkouts.

**Apr 77 - Aug 79   University of Illinois; Urbana, IL (half-time)**
Career Development and Placement Office Assistant Director - Career Information. Professional career counselor. Instructor - career education seminars (taught appx 10 seminars). Developed computerized career/job search programs.

**Mar 76 - Apr 77   US Army Corps of Engineers; Champaign, IL (Half-time)**
Graduate research assistant - the effect of living, working and training environment on job performance. Designed computer-assisted instructional courseware.

**Sep 74 - Jun 75   York Community High School; Elmhurst, IL**
Teacher - Science Department. Taught aerospace education, private pilot, meteorology, & introductory physical science.

**May 74 - Aug 79   University of Illinois; Urbana, IL  (Part time)**
Author PLATO computer-assisted instructional courseware.  Subject areas: aviation weather, introduction to aerodynamics, and career information.

**Jun 73 - Aug 74   Consolidated Camera Centre; Champaign, IL (Part time)**
Chief pilot and store manager.  Supervised 5 employees.

**Sep 71 - Aug 74   Univ. of IL; Savoy, IL - Institute of Aviation (Half-time)**
Graduate research assistant and flight instructor - private and commercial. Project:  Effects of simulation on transfer of learning to aircraft. Curriculum design/evaluation specialist and research flight instructor.

**Sep 69 - Jan 70   United Air Lines; Chicago, IL**
Passenger Service Agent - O'Hare Airport.

**May 66 - May 69   U.S. Army Medical Corps**

Medical administration and medic. 1 year duty Vietnam. Instructor for two rotations of basic training (Ft. Benning, GA).

## RESEARCH GRANTS
Mar 89 – Aug 90    Ohio Board of Regents Research Challenge
Effectiveness of Computer-Based Flight Simulation.  $30,875 grant to study transfer of training from personal computer-based flight simulation software to a flight training device.

## OTHER GRANTS WRITTEN
Dec 03      Howell Shooting Club 6th Annual Clyde Howell NRA Youth Shooting Sports Camp. $10,500 programming grant from Friends of the NRA for equipment to support the camp and a non-traditional shooter outreach program.

Apr 07      Howell Shooting Club 9th Annual Clyde Howell NRA Youth Shooting Sports Camp. $3.100 Portable Air Rifle Range grant from Friends of the NRA for equipment to support the camp and a non-traditional shooter outreach program.

Apr 07 Howell Shooting Club 9th Annual Clyde Howell NRA Youth Shooting Sports Camp. $3,200 Advanced Handgun Training program grant from Friends of the NRA for equipment to support the camp and a non-traditional shooter outreach program.

## PROFESSIONAL ACTIVITIES
Apr 05      Professional Aviation Maintenance Association (PAMA) Board of Directors

Jul 98      U.S. Government Accounting Office – Presentation on Personal Computer-Aviation Training Devices (PCATD)

Nov 97      U.S. House of Representatives Subcommittee on Aviation – Testify on PCATD flight hour credit for Instrument Rating – Airplane

May 94 –    May 95      University Aviation Association – Member: Technical Evaluation Committee

Sep 92 –    Sep 93      University Aviation Association – National Organization Treasurer & Chair, Finance Committee.

May 92 –    May 93      Aviation Aerospace Teacher Education Committee – Illinois Department of Transportation.

Jan 92 –    May 93      Society of Automotive Engineers – Member: Simulation Committee

Nov 91 –    May 93      Illinois Transportation Research Center. – Illinois Department of Transportation – Executive Board & Research Committee

Nov 91 –                Public Works Committee, Shorewood, IL.

Sep 91 –    Sep 96      University Aviation Association – Member, Ab Initio Pilot Training Committee

Apr 90 –    Sep 95      UAA/FAA Flight Training Device Task Force – Chair a 5-year task force to formulate certification requirements & training allowances and conduct supporting research for Level 1-3 Flight Training Devices.

Jan 90    Federal Aviation Administration Atlanta, GA - FAA's Industry Working
Committee on the Revision of AC 120-45A Airplane Flight Training Devices (FTD).
This on-going committee defined and classified FTDs. I was involved in the
relationship of generic FTDs to the goals of the document.

Mar 89    Federal Aviation Administration - Booz Allen Hamilton Study,
Washington, DC.  "Futures" Discussion Panel - To assist the FAA in a regulatory
review of Parts 61, 141, and 143 of the Federal Aviation Regulations.  Review of
issues related to technologies that will affect the pilot and flight instructor
in the future. Panel will provide data to assist FAA in re-writing the
regulations with emphasis on the use of emerging aviation technologies.

Feb 89    Federal Aviation Administration - Booz Allen Hamilton Study, Daytona
Beach, FL.  Multiengine flight instructor task analysis study to provide data to
assist the FAA in re-writing certification requirements for multiengine pilots
and flight instructors.

Oct 86 -   Oct 93    UAA Simulation Committee Chairman - Provide a presence,
resource, and source of advice and counsel for flight and ATC simulation within
the collegiate aviation community. Maintain a database of the extent of
simulation use.  Disseminate information on the use of simulation.  Provide a
forum for collegiate users, researchers, and suppliers to consider mutual
interests, needs, and capabilities in simulation.  Encourage and support
collegiate research and the effectiveness of simulation in the educational
process.  Represent collegiate aviation interests to industry, FAA and NASA.

Aug 85 - Sep 87   UAA Publications Committee - Provide medium for review &
publication of professional aviation research.  Foster research in aviation
education.

Dec 79 - present  Federal Aviation Administration - Aviation Safety Counselor:
Flight and Maintenance.  Assist in the initial development of the FAA
Airworthiness Accident Prevention Program.  Perform flight safety checks,
conduct safety clinics, attempt to correct and/or report safety hazards on or
about airports, serve as safety resource counselor to all interested pilots and
non-pilots.  Associated with FAA General Aviation District Offices in St. Louis,
MO; Decatur, IL; Chicago, IL; and Shreveport, LA.

## Organizational Affiliations - Present
### Organizational Affiliation - Past
Association of Aviation Psychologists
Civil Air Patrol, Illinois Wing (rank of Captain) Wing Staff Ops Officer (1 yr);
        Commander: Group V (2 yrs); Ops & Safety Officer: Group IX (2 yrs)
Flying Illini, Inc (100 member non-profit flying club). President (7 years)
        increased membership 300%; Chief Flight Instructor (4 years); Mechanic (4
        years)
Greater St. Louis Flight Instructor Association.
        Board of Directors (1 year); Chief Instructor 1981
Human Factors Society
Illinois Pilot's Association. Charter member (5 yrs); Board of Directors (2 yrs)
City of Ruston, LA (Mayor Elton Pody)
        Economic Development Committee (2 yrs); Downtown Renovation Committee (1
        yr); Old Ford Complex Arts Center Renovation Comm (2 yrs); Hill Country
        Arts Council - Founding Director (1 yr)
Ruston Community Theater; Ruston, LA
        Board of Directors (1 yr); Resident Technical Director (2 yrs); Creative
        Director (1 yr)

HONORS

2010
Plaque of Appreciation - Director 2010 NRA Shooting Sports Camp Program

2009
**Finalist - Aerospace Journalist of the Year Award - Best Breaking News Submission. "As wolves circle."**
**Finalist - Aerospace journalist of the Year Award - Best Safety Submission. "Sleep apnea."**
Plaque of Appreciation - Director 2009 NRA Shooting Sports Camp Program

2008
Plaque of Appreciation - Director 2008 NRA Shooting Sports Camp Program

2007
**Finalist - Aerospace Journalist of the Year Award - Best General Aviation Submission. "Focus on fuel: From oilfield to airport."**
**Finalist - Aerospace Journalist of the Year Award - Best Business Aircraft Submission. "China leads Asia's Bizav Market."**
Plaque of Appreciation - Director 2007 NRA Shooting Sports Camp Program

2006
**Finalist - Aerospace Journalist of the Year Award - The Northrop Grumman Award for Best Breaking News Submission 2005.** "Katrina recovery efforts get a lift from business aviation"
**Finalist - Aerospace Journalist of the Year Award - The Airbus Award for Best Safety submission 2005.** "Fuel quality evaluation requires pilot vigilance."
Certificate of Appreciation - 2006 NRA Shooting Sports Camp Program
Plaque of Appreciation - Director 2006 NRA Shooting Sports Camp Program

2005
Plaque of Appreciation - Director 2005 NRA Shooting Sports Camp Program

2004
Plaque of Appreciation - Director 2004 NRA Shooting Sports Camp Program

2003
Cert of Appreciation for speaking at 2003 EAA AirVenture, Oshkosh, WI presented by the FAA Regional Administrator, Great Lakes Region.

2002
Certificate of Appreciation (shotgun instructor) - Women in the Outdoors Event.
NBAA Journalism Award for Oct '01 Aviation International News
Northrop Grumman Int'l Journalist of the Year - Breaking News (finalist)
Howell Shooting Club, Inc. Certificate of Appreciation - "For valuable contributions of time for the year 2001."
Cert of Apprec - Leadership & invaluable service - NRA Shooting Sports Camp
Cert of Apprec - sponsorship 4th annual Howell NRA Youth Shooting Sports Camp

2001
Will County Sheriff's Police Letter of appreciation for incident intervention.
Certificate of appreciation - 2001 NRA Youth Shooting Sports Camp.
City of Joliet Police Department - "Letter of appreciation for assistance as a Will County Deputy."
Howell Shooting Club, Inc. Certificate of Appreciation - "For valuable contributions of time for the year 2000."

**2000**
Certificate of Appreciation of Leadership - NRA Shooting Sports Camp Program

**1995**
Will County Sheriff's Police Appreciation Service Award

**1994**
Official Letter of Appreciation, Mgr, Flight Standards Div (AGL-200),FAA. Re:
Charles Taylor Master Mechanic Award Program.
Univ. of Illinois - Institute of Aviation Certificate of Appreciation. Re: 4th
Annual Alumni/Student Career Night.

**1993**
Accident Prevention Counselor's Premier Group 1992 - FAA DuPage Flight Standards
District Office

**1992**
Recognition of Appreciation, In School Explorer Career Awareness program,
Chicago Area Council BSA
Cert of Award, for the Advancement of Aviation Education Excellence.  Aviation
Management Society, Lewis Univ.

**1991**
Plaque of Appreciation, In School Explorer Career Awareness program, Chicago
Area Council BSA
Cert of Appreciation, Greater St. Louis CFI Association

**1990**
Nominee - Bowling Green State University/Undergraduate Alumni Assc Master
Teacher Award
Cert of Appreciation, Aerotechnology Program
Epsilon Pi Tau - Int'l Honorary Professional Frat for Education in Technology

**1989**
Aviation/Space Writers Assc 1989 Midwest Region Journalism Award of Excellence:
     Aircraft Systems: Understanding Your Airplane,
Bowling Green State University Aerotech Program - Instructor of the Year

**1988**
Bowling Green State University Authors & Artists Honoree
Who's Who in America - 45th Edition
St. Louis & Southern Illinois' 13th Annual Super Safety Seminar Lecturers Plaque
of Appreciation
Certificate of Appreciation Greater St. Louis CFI Association

**1987**
Illinois Dept Transportation Plaque of Appreciation - Outstanding Contribution
To Aviation Safety
Illinois Dept Transportation Certificate of Appreciation -FAA/State of Illinois
Super Safety Clinic

**1986**
Illinois Pilot's Association - Gateway Chapter Appreciation Award
Certificate of Appreciation, Greater St. Louis CFI Association

**1984**

Teaching Excellence Award – Department of Professional Aviation, Louisiana Tech University

**1981**
FAA Pilot Proficiency Award Phase IV
Plaque of Appreciation, Greater St. Louis CFI Association

**1980**
FAA Pilot Proficiency Award Phase III

**1979**
Arkansas Traveler Award – contributions to Ark aviation community

**1978**
Delta Flying Colonel Plaque

**1976**
Phi Delta Kappa – Honorary Professional Education Fraternity Certificate of Recognition.

**1975**
Chi Gamma Iota (Military Scholastic Achievement Fraternity) Certificate of Appreciation.

**1974**
Service Award – Flying Illini
Certificate of Appreciation – Flying Illini

**1972**
Certificate of Achievement – National Headquarters, Civil Air Patrol

**1968**
Certificate of Recognition – Society of First Infantry Div

**AVIATION EXPERIENCE & CERTIFICATION**

**Certificates and Ratings**
Airline Transport Pilot – multiengine land
Commercial Pilot – single engine land
Flight Instructor – single & multiengine land and instrument
Ground Instructor – Advanced & instrument
Airframe & Powerplant Mechanic
FAA Accident Prevention Counselor: Operations & Airworthiness

# Exhibit B



# Smith & Wesson®

2014 PRODUCT CATALOG



EXHIBIT

B

tabbies

# M&P10

NEW

**MODEL: M&P10**
**OPTIC READY**
Product: 811306
18" Lightweight Barrel
.308 Win / 7.62×51
20 Rounds
Black Finish

* Ambidextrous Magazine Catch,
  Bolt Catch and Reversible.
* Ambidextrous Safety Selector
* Patented S&W Enhanced Flash Hider
* Gas Block with Integral
  Picatinny-Style Rail
* QD Sling Swivel Attachment
  Point (bottom of gas block)
* 5R Rifling
* MCR™ - Maximum Corrosion
  Resistant Barrel Finish
* 9310 Steel Bolt
* Chromed Firing Pin

**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811312
18" Lightweight Barrel
.308 Win / 7.62×51
5 Rounds
Camo Finish
*Compliant For Sale in MA, MD, NJ

* Ambidextrous Magazine Catch,
  Bolt Catch and Reversible.
* Ambidextrous Safety Selector
* Patented S&W Enhanced Flash Hider
* Gas Block with Integral
  Picatinny-Style Rail
* Magpul® MOE Rifle Stock
* QD Sling Swivel Attachment Point
  (bottom of gas block)
* 5R Rifling
* MCR™ - Maximum Corrosion
  Resistant Barrel Finish
* 9310 Steel Bolt
* Chromed Firing Pin

**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811311
18" Lightweight Barrel
.308 Win / 7.62×51
10 Rounds
Black Finish
*Compliant For Sale in MD

* Ambidextrous Magazine Catch,
  Bolt Catch and Reversible.
* Ambidextrous Safety Selector
* Patented S&W Enhanced Flash Hider
* Gas Block with Integral
  Picatinny-Style Rail
* QD Sling Swivel Attachment
  Point (bottom of gas block)
* 5R Rifling
* MCR™ - Maximum Corrosion
  Resistant Barrel Finish
* 9310 Steel Bolt
* Chromed Firing Pin

**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811310
18" Barrel
.308 Win / 7.62×51
10 Rounds
Black Finish
*Compliant For Sale in MA, MD, NJ

* Fixed Stock
* Ambidextrous Magazine Catch,
  Bolt Catch and Reversible.
* Ambidextrous Safety Selector
* Gas Block with Integral
  Picatinny-Style Rail
* QD Sling Swivel Attachment
  Point (bottom of gas block)
* 5R Rifling
* MCR™ - Maximum Corrosion
  Resistant Barrel Finish
* 9310 Steel Bolt
* Chromed Firing Pin

**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811309
18" Lightweight Barrel
.308 Win / 7.62×51
10 Rounds
Black Finish
* Compliant For Sale in CA

* Fixed Magazine
* Bullet-Button®
* Ambidextrous Magazine Catch,
  Bolt Catch and Reversible
* Ambidextrous Safety Selector
* Patented, S&W Enhanced Flash
* Gas Block with Integral
  Picatinny-Style Rail
* QD Sling Swivel Attachment Point
  (bottom of gas block)
* 5R Rifling
* MCR™ - Maximum Corrosion
  Resistant Barrel Finish
* 9310 Steel Bolt
* Chromed Firing Pin

S&W Enhanced Flash Hider - Patent #6,418,803.  S&W Ambidextrous Bolt Catch - Patent #8,261,652

*Compliance subject to change.  Please check with your local dealer.

| | Model #/Prod/SKU | Caliber | Action | Capacity | Overall Length | Stock | Sight Radius/Barrel Length | Barrel Twist | Weight (No Mag) | Trigger Pull | Upper & Lower Material | Barrel Material | Chrome-Lined Components | Front Sight/Rear Sight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | M&P10 811306 | .308 Win 7.62×51 mm | Gas Operated Semi Auto | 20 Rds | 40.9" Extd 37.6" Clpsd | 6 Position CAR | – 18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | – |
| B | M&P10 811312 | .308 Win 7.62×51 mm | Gas Operated Semi Auto | 5 Rds | 37.5" Fixed | Magpul® MOE Fixed | – 18" | 1 in 10" | 8.11 lbs. | 6.15 lbs | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | – |
| C | M&P10 811311 | .308 Win 7.62×51 mm | Gas Operated Semi Auto | 10 Rds | 40.9" Extd 37.6" Clpsd | 6 Position CAR | – 18" | 1 in 10" | 7.71 lbs. | 6.15 lbs. | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | – |
| D | M&P10 811310 | .308 Win 7.62×51 mm | Gas Operated Semi Auto | 10 Rds | 36.9" Fixed | Fixed | – 18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | – |
| E | M&P10 811309 | .308 Win 7.62×51 mm | Gas Operated Semi Auto | 10 Rds | 40.9" Extd 37.6" Clpsd | 6 Position CAR | – 18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075 T6 Aluminum | 4140 Steel | Gas Key, Bolt Carrier | – |



**Exhibit C**

2014 SHOT SHOW
FEATURED PRODUCTS

EXHIBIT
C

R-15

### MODEL R-15 VTR PREDATOR MAGPUL® MOE COLLAPSIBLE STOCK

Available in .223 Remington (Order No. 60018 - 16" barrel) (Order No. 60019 - 12" barrel)

## NOT YOUR GRANDAD'S HUNTING RIFLE.

The hair-splitting accuracy, blazing-fast followups and a hunt-specific features for securing your place at the top of the food chain. The **Model R-15™ VTR Predator Magpul® MOE (Collapsible Stock)** upgrades our apex predator platform with advanced Magpul technology. Like the Magpul Grip for max comfort and control, the "V"-shaped polymer Magpul trigger guard for use with gloves, and the 51 tooth AAC® Blackout Flash hider to reduce recoil. The **Model R-15 VTR Predator Rifle** has a 22" barrel, fixed stock and weighs a stabilizing 7 ¾ lbs. The **Model R-15 VTR Stainless Steel** uses our triangular fluted barrel in a 24" configuration that optimizes repeat-shot accuracy with less weight than traditional varmint-style designs. And the lightweight, hard-hitting **Model R-15** is an ever-reliable choice for piling up predators, packing the big-game dropping power of 450 Bushmaster chambering and decked in Mossy Oak® New Break-Up camo.

### MODEL R-15 VTR PREDATOR MAGPUL® MOE FEATURES

- AAC® 51 TOOTH BRAKEOUT MACHINED FROM HIGH STRENGTH AEROSPACE 17-4 STAINLESS STEEL ALLOY AND COATED IN A HARD, DURABLE, CORROSION-RESISTANT SCARMOR FINISH
- MAGPUL GRIP FEATURES REINFORCED POLYMER BODY CONSTRUCTION WITH COMFORTABLE, WRAP-AROUND RUBBER OVERMOLDING
- MAGPUL TRIGGER GUARD – ENHANCED POLYMER DROP IN REPLACEMENT, WITH SHALLOW "V" SHAPE
- DECKED IN FULL MOSSY OAK® BRUSH™ CAMO
- COMPETITION TWO STAGE TRIGGER

### MODEL R-15 VTR PREDATOR FIXED STOCK

Available in .223 Remington (Order No. 60001)

### MODEL R-15 VTR SS VARMINT

Available in .223 Remington (Order No. 60007)

### MODEL R-15

(Scope and mount not included)
Available in .450 Bushmaster (Order No. 60102)

MORE MODELS AVAILABLE. See page 44 for model specifications.

# RIFLE SPECIFICATIONS

## MODEL SEVEN™ SYNTHETIC BOLT-ACTION

| ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85910 | 223 Remington | 5 | 20" | 12" | 39 ¼" | 13 ⅝" | 1 ¾" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85911 | 243 Win | 4 | 20" | 9 ⅛" | 39 ¾" | 13 ⅝" | 1 ¾" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85912 | 260 Remington | 4 | 20" | 8" | 39 ¾" | 13 ⅝" | 1 ¾" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85913 | 7mm-08 Remington | 4 | 20" | 9 ⅝" | 39 ¾" | 13 ⅛" | 1 ¾" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85914 | 308 Win | 4 | 20" | 10" | 39 ¾" | 13 ⅛" | 1 ¾" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85915 (Compact) | 243 Win | 4 | 18 ½" | 9 ⅛" | 36 ¼" | 12 ⅝" | 1 ¾" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ¼ | $731 |
| 85916 (Compact) | 7mm-08 Remington | 4 | 18 ½" | 9 ⅝" | 36 ¼" | 12 ½" | 1 ¾" | 1 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ¼ | $731 |

## MODEL 770™ BOLT-ACTION

| ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85630 | 243 Win | 4 | 22" | 9 ⅛" | 41 ⅝" | 13 ¾" | 1 ⅛" | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ¼ | $383 |
| 85637 (Compact) | 243 Win | 4 | 20" | 9 ⅛" | 39 ¾" | 12 ⅝" | | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ¼ | $383 |
| 85632 | 270 Win | 4 | 22" | 10" | 42 ½" | 13 ¾" | | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ¼ | $383 |
| 85631 | 7mm-08 Remington | 4 | 22" | 9 ¼" | 41 ⅝" | 13 ¾" | | 1 ¾" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ⅛ | $383 |
| 85635 | 7mm Remington Mag | 3 | 24" | 9 ¼" | 44 ½" | 13 ⅝" | | 1 ¾" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ¼ | $383 |
| 85633 | 30-06 SPRG | 4 | 22" | 10" | 42 ⅝" | 13 ¾" | | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85636 | 300 Win Mag | 3 | 24" | 10" | 44 ⅝" | 13 ¾" | | 1 ¾" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ¼ | $383 |
| 85634 | 308 Win | 4 | 22" | 10" | 41 ⅝" | 13 ¾" | 1 ⅝" | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |

1 Average weight includes scope

## MODEL 770™ STAINLESS BOLT-ACTION

| ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85655 | 270 Win | 4 | 22" | 10" | 42 ½" | 13 ¾" | 1 ⅞" | 1 ⅝" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |
| 85654 | 7mm Remington Mag | 3 | 24" | 9 ½" | 44 ½" | 13 ⅝" | 1 ⅛" | 1 ¾" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ¼ | $467 |
| 85656 | 30-06 SP RG | 4 | 22" | 10" | 42 ⅝" | 13 ¾" | 1 ⅛" | 1 ⅝" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |
| 85658 | 300 Win Mag | 3 | 24" | 10" | 44 ¾" | 13 ⅛" | 1 ½" | 1 ¾" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ¼ | $467 |

1 Average weight includes scope

## MODEL 7600™ PUMP-ACTION

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7600™ | 24653 | 243 Win | 4 | 22" | 9 ⅛" | 42 ⅝" | 13 ⅜" | 1 ⅞₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24655 | 270 Win | 4 | 22" | 10" | 42 ⅝" | 13 ⅜" | 1 ⅞₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24667 | 270 Win | 4 | 22" | 10" | 42 ⅞" | 13 ⅜" | 1 ⅞₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | High Gloss | 7 ½ | $918 |
| 7600™ Carbine | 24661 | 30-06 SPRG | 4 | 18 ½" | 10" | 39 ⅜" | 13 ⅜" | 1 ⅞₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ¼ | $918 |
| 7600™ | 24657 | 30-06 SPRG | 4 | 22" | 10" | 42 ⅞" | 13 ⅜" | 1 ⅞₁₆" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24671 | 30-06 SPRG | 4 | 22" | 10" | 42 ⅞" | 13 ⅜" | 1 ½" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | High Gloss | 7 ½ | $918 |
| 7600™ | 24659 | 308 Win | 4 | 22" | 10" | 42 ⅞" | 13 ⅜" | 1 ⅞₁₆" | 2 ⅛" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ Synthetic | 25143 | 243 Win | 4 | 22" | 9 ⅛" | 42 ½" | 13 ⅜" | 1 ⅞₁₆" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic | 25145 | 270 Win | 4 | 22" | 10" | 42 ⅝" | 13 ⅜" | 1 ⅞₁₆" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic | 25149 | 30-06 SPRG | 4 | 22" | 10" | 42 ⅞" | 13 ⅜" | 1 ⅞₁₆" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic | 25151 | 308 Win | 4 | 22" | 10" | 42 ⅝" | 13 ⅜" | 1 ¼" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic Carbine | 25153 | 30-06 SPRG | 4 | 18 ½" | 10" | 39 ⅜" | 13 ⅛" | 1 ⅞₁₆" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ¼ | $771 |

Equipped with iron sights.

## MODEL R-15 VTR PREDATOR WITH MAGPUL® MOE STOCK & FORE-END MODULAR REPEATING

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R-15 VTR Predator Carbine Magpul™ Collapsible Stock | 60018 | 223 Remington | 5 | 16 ½" | 9" | 40 ¾" | 13 ⁵⁄₁₆" | 1 ⅛" | 1 ½" | Carbon Steel | Matte | Synthetic | Mossy Oak Brush™ | 7 ½ | $1,327 |
| R-15 VTR Predator Carbine Magpul™ Collapsible Stock | 60019 | 223 Remington | 5 | 18" | 9" | 36 ¼" | 13 ⁵⁄₁₆" | 1 ½" | 1 ½" | Carbon Steel | Matte | Synthetic | Mossy Oak Brush™ | 6 ¼ | $1,327 |
| R-15 VTR Predator Carbine Magpul™ Fixed Stock | 60010 | 223 Remington | 5 | 18" | 9" | 36 ¼" | 13 ⁵⁄₁₆" | 1 ⅛" | 1 ½" | Carbon Steel | Matte | Synthetic | Mossy Oak Brush™ | 6 ¼ | $1,327 |
| R-15 VTR Predator Carbine Magpul™ Fixed Stock | 60011 | 223 Remington | 5 | 22" | 9" | 36 ¼" | 13 ⁵⁄₁₆" | 1 ⅛" | 1 ½" | Carbon Steel | Matte | Synthetic | Mossy Oak® Brush™ | 6 ¼ | $1,327 |

## MODEL R-15 MODULAR REPEATING

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R-15 VTR Predator | 60001 | 223 Remington | 5 | 22" | 9" | 40 ¾" | 13 ¾" | 1 ⅛" | 1 ⅜" | Carbon Steel | Matte | Synthetic | Advantage® MAX-1 HD™ | 7 ¾ | $1,327 |
| R-15 VTR SS Varmint | 60007 | 223 Remington | 5 | 24" | 9 | 42 ¾" | 13 ¾" | 1 ⅛" | 1 ⅜" | 416 Stainless | Matte | Synthetic | Advantage® MAX-1 HD™ | 7 ¾ | $1,529 |
| R-15 FS (Fixed Stock) | 60102 | 450 Bushmaster | 4 | 18" | 10" | 36 ¾" | 13 ¾" | 1 ⅛" | 1 ¼" | Carbon Steel | Matte | Synthetic | Mossy Oak® Break-Up™ | 7 ¾ | $1,631 |

## MODEL R-25 MODULAR REPEATING

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R-25 | 60030 | 243 Win | 4 | 20" | 10" | 38 ¼" | 13 ⁵⁄₁₆" | 1 ⅛" | 1 ¾" | Carbon Steel | Matte | Synthetic | Mossy Oak® Treestand™ | 7 ¾ | $1,697 |
| R-25 | 60031 | 7mm-08 Remington | 4 | 20" | 9 ⅝" | 38 ¼" | 13 ⅛" | 1 ⅛" | 1 ¾" | Carbon Steel | Matte | Synthetic | Mossy Oak® Treestand™ | 7 ¾ | $1,697 |
| R-25 | 60032 | 308 Win | 4 | 20" | 10" | 38 ¼" | 13 ⅝" | 1 ⅛" | 1 ¾" | Carbon Steel | Matte | Synthetic | Mossy Oak® Treestand™ | 7 ¾ | $1,697 |

**Exhibit D**



# PRODUCT CATALOG 2014
HERITAGE. LOYALTY. RELIABILITY.

EXHIBIT
D

HUNTING
THROUGH THICK AND THIN, OUR HUNTING SERIES
PRODUCES GOOD RESULTS, AND STORIES.

FOR OVER 35 YEARS, WE'VE BEEN
HELPING HUNTERS COME OUT OF
THE WOODS WITH SOMETHING
OTHER THAN A GOOD STORY.

IT'S RIGHT
IN YOUR HANDS.

## XM-10 308 HUNTER
BL-C'  SC

- 20" fluted 4150 chrome-molyvanadium barrel has crowned muzzle
- Mid-length gas system for smoother recoil
- Free-floating, vented aluminum fore-end
- Hogue® rubberized pistol grip
- Two 1/4" mini-risers for mounting optics
- Ships with one 5-round magazine
- One year Bushmaster warranty

## PREDATOR
SC
SC

- Fluted 20" extra-heavy Bushmaster predator barrel
(1" dia. out to gas block) with 11° competition muzzle crown
- in 8" twist inch-chrome-lined (for the heavier bullets), free floated with a vented aluminum fore-end and bipod stud
- Two 1/4" mini-risers for optics mounting
- Hogue® rubberized pistol grip (black)
- Ships with a chamber flag and 5-round magazine

## VARMINTER
MP (ANT.. SC
(ANT. SC

- Fluted 24" extra-heavy Bushmaster Varmint barrel
(1" dia. out to gas block) with 11° competition muzzle crown
- in 9" twist non-chrome-lined; free-floated with a vented aluminum fore-end and bipod stud
- Two 1/4" mini-risers for optics mounting
- Hogue® rubberized pistol grip (black)
- Ships with a chamber flag and 5-round magazine
- A-TACS® model is coated in A-TACS® digital camouflage for superior concealment

## .308 ORC (308/7.62 NATO)
BL-C

- 16" heavy profile with mid-length gas system
- A2 birdcage flash hider
- Receiver length Picatinny optics rail with two 1 1/4" optics risers
- Milled gas block
- Six position telescoping stock (when collapsed, conveniently reduces overall length by 4")



**HUNTING**
THROUGH THICK AND THIN, OUR HUNTING SERIES
PRODUCES GOOD RESULTS. AND STORIES.

## 450 BUSHMASTER
BLACK (options)
CARBINE-0095

The 450 cartridge allows AR-15 owners the
flexibility to upgrade their familiar lightweight
package to real big bore stopping power.
- 20" barrel rifle or 16" barrel carbine with
  1 in 24" twist
- Upper and lower receivers machined from a
  Mil-Spec aluminum forging
- Free floating, vented aluminum fore-end
- Ships with a chamber flag and 5-round
  magazine



A 5-ROUND MAG AND EXTRA STOPPING POWER – BECAUSE HOGS ARE FAST, SMART AND MEAN.

**Exhibit E**

**David Lombardo**
**Video Demonstration**