# Exhibit 8

# (Part 2 of 4)

# Consideration of Under Penetration



- Failure to incapacitate subject
- Subject may cause injury to Agents and innocent parties

# Consideration of Over Penetration



→ Exits subject's body and wounds others
→ Some projectile's penetration can be increased as a result of penetrating through an intervening barrier (plywood, dry wall, steel)



# Ammunition and Weapon Consideration



- Operational use
- Ballistic Superiority
- Threat to Innocent Parties

# Considerations for Operational Use



- A number of ATF arrests involved arrests take place in and around vehicles or making entry into residences
- Vehicles provide cover and concealment for agents and suspects
- Interior and exterior walls of a residence provide cover and concealment
- There is an increasing number of suspects using body armor

# Ballistics Superiority



→ Shotgun (slug) and rifle/carbines are always ballistically superior to other choices

→ Handguns and subguns have similar ballistics

→ Shoulder weapons are tactically superior

→ Use of shoulder weapons will increase hit probability

# Threat to Innocent Parties



- Approximately 80% of rounds fired in Law Enforcement shootings miss the intended target according to FBI static's
- All missed shots will eventually hit something
- It is believed that the use of a shoulder weapon will increase hit probability
- What happens next will depend on the projectile and what it hits

# How far will a projectile travel before it falls 60 inches to the earth?



- This calculation is based on the assumption that an average person would fire a weapon from a height of 60 inches, Center mass to a target at the same height.

  - 870 Shotgun – 12ga. Slug        200 yards
  - MP5 – 9mm                       200 yards
  - M-4 – .223cal.                  500 yards

# FBI Bare Gelatin Test

| Ammunition | Penetration Range |
|---|---|
| 9 mm | 12" – 13.25" (12.5") |
| .40 S&W | 15.25" – 18" (17") |
| .223 62gr. Bonded | 16" – 19" |
| .223 55gr. SP | 11" – 13.5" |