# Exhibit 8

# (Part 3 of 4)

# Penetration Tests



- FBI penetration test
- San Diego penetration test
- DEA penetration test

# FBI Penetration Test



- → Consisted of firing through a variety of different material barriers into ballistic gelatin
- → Barrier Materials
  - Steel car door
  - Automobile glass
  - Plywood
  - Drywall
  - etc.

# Combined Penetration Averages Through Medium Into Gelatin

| Caliber | | |
|---|---|---|
| 9 mm | 7.5" | **15.45"** |
| .40 S&W | 12" | **18.6"** — 17.25" |
| .223 62gr. Bonded | 11.75" | **14.89"** |
| .223 55gr. SP | 1.75" – 12.5" | **8.35"** |

Bureau of Alcohol, Tobacco and Firearms

# Average Penetration Through Auto Glass and Steel

| Caliber | Penetration |
|---|---|
| 9 mm | 9.40" |
| .40 S&W | 13.65" (16.75") |
| .223 62gr. Bonded | 14.55" (13.45", 21.05") |
| .223 55gr. SP | 3.50" (9.55") |

Reference lines: 12", 18"

(Bureau of Alcohol, Tobacco and Firearms seal)

# San Diego Wall Penetration Test



→ Consisted of firing rounds through 4 walls approximately 5 yards apart. The walls were constructed of various materials to include:
- 1/2" Wood Siding
- Stucco material
- Insulation
- 1/2" Gypsum
- Cinder block



# DEA Wall Penetration
# Test #1



- Consisted of firing rounds through 3 walls approximately 2 yards apart.
- Wall #1 was constructed of:
  - 1 sheet of 1/16" Plastic siding
  - 2 sheets of 7/16" plywood
  - 1 sheet of 9/16" hard insulation
  - 2" of soft insulation
  - 1 sheet of 1/2" drywall
- Walls #2 and #3 were constructed of:
  - 2 sheets of 7/16" plywood
  - 2 sheets of 1/2" drywall
  - 2" of soft insulation