**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association | ) ) ) | | |
| Plaintiffs, | ) ) | No: | 13-cv-9073 |
| v. | ) ) | | |
| CITY OF HIGHLAND PARK, | ) ) | | |
| Defendant. | ) | | |

### AFFIDAVIT OF GARY KLECK

If sworn as a witness, I could competently testify to the following:

1.　　I am a Professor of Criminology and Criminal Justice at Florida State University. I received my doctorate in Sociology from the University of Illinois in 1979, where I received the University of Illinois Foundation Fellowship in Sociology. I am currently the David J. Bordua Professor of Criminology at Florida State University, where I have been on the faculty since 1978. My research has focused on the impact of firearms and gun control on violence, and I have been called "the dominant social scientist in the field of guns and crime"

I have published the most comprehensive reviews of evidence concerning guns and violence in the scholarly literature, which informs and serves as part of the basis of my opinions. I am the author of *Point Blank: Guns and Violence in America*, which won the 1993 Michael J. Hindelang Award of the American Society of Criminology, awarded to the book of the previous several years which "made the most outstanding contribution to criminology." More recently, I

1

authored *Targeting Guns* (1997) and, with Don B. Kates, Jr., *The Great American Gun Debate* (1997) and *Armed* (2001).

I have also published scholarly research in all of the leading professional journals in my field. Specifically, my articles have been published in the *American Sociological Review, American Journal of Sociology, Social Forces, Social Problems, Criminology, Journal of Criminal Law and Criminology, Law & Society Review, Journal of Research in Crime and Delinquency, Journal of Quantitative Criminology, Law & Contemporary Problems, Law and Human Behavior, Law & Policy Quarterly, Violence and Victims, Journal of the American Medical Association,* and other scholarly journals.

I have testified before Congress and state legislatures on gun control issues, and worked as a consultant to the National Research Council, National Academy of Sciences Panel on the Understanding and Prevention of Violence, as a member of the U.S. Sentencing Commission's Drugs-Violence Task Force, and, most recently, as a member of the Institute of Medicine and National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-Related Violence. I am a referee for over a dozen professional journals, and serve as a grants consultant to the National Science Foundation.

Finally, I teach doctoral students how to do research and evaluate the quality of research evidence, and have taught graduate courses on research design and causal inference, statistical techniques, and survey research methodology. A complete list of my scholarly publications and a full description of my qualifications are set forth on my *Curriculum Vitae,* a true and correct copy of which is attached to this Affidavit as Exhibit A.

2.      I have reviewed Highland Park City Code section 136.001 et seq. and have been asked to provide my opinion on whether Highland Park's ban on ownership and possession of

"assault weapons" and magazines with the capacity to accept more than ten rounds of ammunition is likely to have an impact on the frequency and lethality of firearms violence. In my opinion, Highland Park's ban will have no impact on criminal firearms violence and is a symbolic political gesture at best. More problematically, the ban may leave some crime victims less able to protect themselves, their property and their families.

3.     According to publicly available FBI Uniform Crime Reports, Highland Park has a very low incidence of violent crime. Statistics for 2010 indicate that Highland Park experienced just 17 incidents of violent crime (defined as murder and non-negligent manslaughter, forcible rape, robbery and aggravated assault). None of these incidents were murders. In fact, publicly available data indicates that no murder has been committed in Highland Park since 2003, and thus no murders were committed with "assault weapons" or firearms equipped with larger capacity magazines. Thus, Highland Park is responding to a "problem" that currently does not exist. The same data reveal that residents of Highland Park are substantially more likely to be victims of property crimes, including residential burglaries, larceny and vehicle theft. According to a United States Department of Justice, Bureau of Justice Statistics report, *Victimization during Household Burglary*, dated September 2010, a household member is present during the commission of approximately 1 million burglaries in the United States each year and became victims of violent crimes in 266,560 of those burglaries.

4.     The firearms that Highland Park has chosen to ban are all semi-automatic firearms, which in most instances are mechanically identical to, though cosmetically different from, countless non-banned firearms. All semi-automatic firearms, including those that Highland Park has not banned, are capable of firing, one shot at a time, as fast as the shooter can make successive trigger pulls. Although I cannot say why Highland Park chose to prohibit law-abiding citizens

from owning the firearms it defined as "assault weapons," other advocates of restrictions on these types of firearms typically propose four rationales for their claim that these firearms are especially dangerous or useful for criminal purposes: (1) the allegedly greater lethality, shot for shot, of the guns or ammunition they use; (2) the supposed ease with which the firearms can be converted to fully automatic fire; (3) the high rate of fire of the firearms in their semi-automatic mode; and (4) their ability to accept large capacity detachable magazines, and to therefore fire many times without reloading. None of these rationales are supported by empirical evidence.

5. The firearms banned by Highland Park are not more lethal, shot for shot, than firearms that are not banned. This is true because the cartridges most commonly used in "assault rifles" have smaller, pointed bullets which do not flatten out and expand when they hit human flesh. They therefore tend to produce smaller wounds, which are correspondingly less lethal.

6. The claim that some of the banned firearms are easily converted to fully automatic fire is not true. No semi-automatic firearm available for sale in the United States since 1989 is readily converted to fully automatic fire. Technical experts with the Bureau of Alcohol, Tobacco, Firearms and Explosives disassemble, test and examine samples of all semi-automatic firearms marketed in the United States to make a formal determination on whether they can be readily converted. Any model found to be readily converted to fully automatic fire is declared illegal and cannot be sold. Therefore, none of firearms banned under the Highland Park ordinance are readily convertible to fully automatic fire.

7. The total number of rounds that some of the banned firearms are capable of firing without reloading is not an attribute of the firearm but of its ammunition magazine. Many of the banned firearms are capable of accepting many different magazine sizes, containing three rounds or thirty or more. However, it is unlikely that large capacity magazines (LCMs) (defined by

4

Highland Park as capable of accepting more than ten rounds) are relevant to the outcome of violent incidents because very few incidents involve large numbers of shots fired. Firearm assaults usually involve no shots fired or only a few shots fired, typically fewer than the six rounds ordinary revolvers hold. For example, Reedy and Koper (2003) found that less than 3% of crimes in which handguns were fired involved over 10 rounds fired (p. 154, Table 1). And since only 12.6% of handgun crime incidents involve the offender shooting at the victim (the rest involve only threats with the gun; Rand 1990, p. 5), this means that less than 4/10ths of one percent (.03 x .126=.0037 or 0.37 of 1%) of handgun crimes involve over ten rounds being fired. Consequently, in 99.63% of handgun crimes, the offender would not need a magazine with a capacity in excess of 10 rounds to fire the number of rounds that are actually fired in ordinary gun crimes.

8.    Even in mass shootings, where large numbers of rounds are fired, it is extraordinarily rare that the presence of a large capacity magazine had any impact on the number of victims injured or killed. I have reviewed media accounts of 81 mass shootings (defined as incidents in which more than six persons were shot, fatally or nonfatally) that occurred in the United States between 1994 and 2013, the largest number ever studied to my knowledge. I found that the shooters in these incidents were known to have used magazines with a capacity over 10 rounds in only 21 of these incidents (26% of mass shootings) - about one incident per year in the entire nation. And in these 21 incidents, the shooters were known to have possessed either multiple guns or multiple magazines in every single case, meaning that even if limited to magazines holding only 10 or fewer rounds, all of the shooters could have continued firing with either no interruption at all in the 16 incidents in which the shooters possessed multiple guns, or with only the 2-4 second delay needed to change a detachable magazine in the remaining five incidents in which the shooter possessed multiple magazines but only one gun. Further, in 23 of the 81 mass shootings, the

5

shooter was able to reload because no one was willing and able to prevent them from doing so. In such incidents the shooter would have been able to continue shooting even if equipped only with smaller-capacity magazines. In sum, mass shooters do not need an LCM to fire large numbers of rounds because either (a) the shooter possessed multiple firearms, (b) the shooter possessed multiple magazines, or (c) the shooter reloaded without interference from others.

Of the 81 mass shootings, there were only one, or possibly two, incidents in which the presence of an LCM arguably affected the number of casualties. This was due to the fact that the shooter was (or might have been) tackled by bystanders while trying to change detachable magazines. This scenario probably transpired in the incident in Tucson AZ on January 8, 2011 in which a man tried to kill Congresswoman Gabrielle Giffords, and *may* have occurred in a school shooting in Springfield, Oregon on May 21, 1998, though in the latter case some witnesses said the shooter was still shooting when he was tackled.

9.      Empirical research has revealed that criminals do not "prefer" to use "assault weapons." Criminals overwhelmingly prefer and use more concealable handguns in commission of crimes. Research has also revealed that drug dealers and juvenile gang members virtually never use "assault weapons." A survey of a representative national sample of state prison inmates provided information on the guns that criminals owned in the month before the arrest that lead to their imprisonment, as well as the guns they actually *used* in their crimes. Of those who owned a handgun of any kind in the preceding month, 71% were armed with a handgun when they committed the crime that got them sent to prison. However, of those who possessed a "military-type" gun, only 16.7% were armed with such a gun when they committed their crimes (computed from U.S. Bureau of Justice Statistics 1993). Thus, compared to their availability, AWs were *under*represented among the guns these felons actually used to commit crimes. These results were

confirmed specifically with respect to "assault rifles" by surveys of inmates in Virginia prisons in 1992-93, which revealed that although 20% of the offenders had previously possessed "assault rifles," none had carried or fired one in their latest crime . Thus, criminals not only did not "prefer" military-style guns, they were strongly disinclined to carry them during commission of their crimes, even when they owned one. In sum, under any meaningful interpretation of "preference," criminals do not prefer assault weapons.

10.     Banning a category of firearms that are rarely used in crime for the ostensible purpose of protecting the public from criminal firearms violence in not only illogical, it may actually put the public at greater risk. In 1993, I conducted a survey addressing defensive gun use. A large nationally representative sample covering all adults age 18 and over were asked, among other questions, whether the respondent or a family member had used a firearm, even if it was not fired, for self-protection or for the protection of property at home, at work or elsewhere during the past five years. Based on this question and follow-up questions, I determined that there were about 2.2 to 2.5 million defensive gun uses by civilians in the United States in 1992 (Kleck and Gertz 1995). This number dwarfs the number of violent crimes that occurred that year in which the offender possessed a firearm. According to the National Crime Victimization Survey, 847,652 such violent crimes occurred in 1992, the peak year for gun crime.

11.     Prohibitionist measures, like the Highland Park ban, are aimed at disarming criminals and non-criminals alike. These measures therefore discourage and presumably decrease the frequency of defensive use of "assault weapons" and LCMs among non-criminal crime victims because even minimally effective gun bans disarm some law-abiding citizens. In my opinion, reducing the availability of firearms among law-abiding citizens also reduces defensive gun uses

7

that would otherwise save lives, prevent injuries, thwart rape attempts, drive off burglars and help victims retain their property.

12.     Defensive use of guns by crime victims reduces the likelihood that the victim will be injured or lose property. I base this conclusion on a series of studies that analyzed the outcomes of crimes reported in the National Crime Victimization Survey, a large-scale survey conducted by the U.S. Census Bureau. Incorporating statistical controls for other factors that might influence whether victims are injured or lose property, these studies have consistently indicated that victims who used gun to protect themselves were less likely to be injured or lose property than otherwise similar crime victims who adopted any other self-protection strategy (Tark and Kleck 2004; Southwick 2000; Kleck and DeLone 1993; Tark and Kleck 2014; see also Kleck 1988). Consequently, denying firearms to crime victims reduces their ability to effectively defend themselves against criminal aggressors.

13.     Some defensive gun uses (DGUs) are likely to require large numbers of rounds being fired either because (a) the crime victim faces multiple offender adversaries who will not stop their aggression unless shot or fired upon, and/or because (b) the victim will, under the stressful conditions of a crime victimization, miss with most of his or her shots.

Regarding the first point, the 2008 National Crime Victimization survey indicated that 17.4% of violent crimes in the United States involved two or more offenders, and that nearly 800,000 violent crimes occurred in 2008 in which the victim faced multiple offenders. In 247,388 violent incidents, victims faced four or more offenders (U.S. Bureau of Justice Statistics 2013, Table 37). Thus, crime victims would often need to fire large numbers of rounds to protect themselves because they would face multiple criminal adversaries.

8

Regarding the second point, a reasonable upper limit on the marksmanship of crime victims using guns for self-defense can be inferred from a review of the many detailed studies that have been done of shootings by police officers in which the officers were trying to shoot criminal adversaries. In many of these shootings, the officers fired large numbers of rounds. Yet, in 63% of the incidents, the officers failed to hit even a single offender with even a single round (Geller and Scott 1993). Police officers have the experience, training, and temperament to handle stressful, dangerous situations far better than the average civilian, so it is reasonable to assume that marksmanship among civilians using guns for self-protection will be still lower than the 37% "hit rate" of police. ("Hit rate" here means the percentage of incidents in which the police officer achieved at least one hit. "Hit rate" is not used in the sense of what percentage of shots fired hit the criminal.) A victim who faced just four offenders, and was able to hit one with every three shots fired, would therefore need 12 rounds to shoot all four adversaries – more than could be fired using only a magazine limited to 10 rounds.

14.   Although we do not know the number of DGUs by crime victims that involved use of LCMs or the firing of more than 10 rounds, the number is almost certain to be larger than the number of *crimes* in which LCM use caused a larger number of victims to be injured or killed, for two reasons. First, the number of criminal uses fitting this latter description is, as previously noted, extremely small. Indeed, in a typical year it may well be zero in the entire United States (see Opinion 8 and supporting evidence). Second, the *total* number of defensive uses of guns by crime victims, without regard to number of rounds fired or use of LCMs, is far larger (perhaps five times larger) that the total number of crimes committed by offenders using guns. The most detailed survey of DGUs, based on the largest sample of U.S. adults (n=4,977), was conducted in 1993. The researchers found that 1.32% of U.S. adults (age 18+) had used a gun defensively, either firing

the gun at, or threatening, a criminal offender in the preceding 12 months. Multiplying this times the size of the adult population yielded an estimate of 2.55 million DGUs in the preceding year in which a person used a gun, even if it was not fired, for self-protection or for protection of property at home, work or elsewhere. (Kleck and Gertz 1995). This estimate was consistent with estimates derived from many other, smaller scale, surveys (Kleck 2001). Criticism of this estimate has been uninformative due to an exclusive one-sided focus on errors tending to make the estimate too large, while ignoring well-known factors discouraging the reporting of crimes in general, and possession or use of guns in particular (Kleck 2001). In that same year, there were no more than 554,000 crimes committed in which offenders fired a gun or used it to threaten a victim (Kleck and Gertz 1995, pp. 169-170), indicating there were about <u>five</u> times as many DGUs as there were crimes in which offenders used guns.

15.     Some law-abiding citizens, like many criminals, might acquire multiple smaller capacity magazines as a substitute for banned larger capacity magazines. This development that would to some extent defeat the purpose of the magazine capacity limit. Some crime victims, however, will not be able to make effective use of multiple magazines. Under the intense emotional stress of a crime victimization, when the victim's hands are likely to be shaking violently, it will often be impossible for victims to eject the expended magazine and insert a new one quickly enough to make effective use of the second magazine. Further, elderly or physically handicapped persons may find it physically impossible for them to quickly change magazines.

16.     By definition, criminals obey laws at a lower rate than noncriminals, so violation of legal limits on magazine capacity are likely to occur at a higher rate among criminals than among noncriminals. That is, such a law will reduce possession of LCMs more among law-abiding

citizens than among criminals, and thus more among noncriminal victims and prospective victims than among criminal offenders.

17.     Opinions (15) and (16) in combination logically lead to the conclusion that a law limiting the capacity of magazines to no more than 10 rounds will reduce (a) DGUs by victims who needed to fire over 10 rounds to effectively defend themselves more than it will reduce (b) criminal attacks in which offenders need LCMs to injure or kill large numbers of victims.

18.     Empirical analyses of the impact of previous "assault weapon" (AW) bans indicate that they have no effect on crime rates, homicide rates, the number of gunshot wounds per victim or the number of wounded victims per incident (Koper 2001; Koper 2004). Koper (2001) found that state-level assault weapon bans had no significant effect on gun homicide rates (Table II, p. 52; see Koper 2004, p. 81, footnote 95 for his interpretation of these results as indicating that they "suggest that state-level AW bans have not reduced crime"). Likewise, Koper's evaluation of the federal AW ban indicated that it had no effect on the gun homicide rate, the fraction of gun crimes resulting in death or injury, the number of victims per incident, or the number of gunshot wounds per victim (Koper 2004, pp. 92-96).

19.     Highland Park's local ban on AWs and LCMs is even less likely to have an impact on violence than the federal and state AW bans that have been found to be ineffective, due to the ease with which the banned firearms and magazines can be acquired in bordering areas. Koper noted that state-level AW bans were likely to be undercut "by the influx of AWs from other states" (2004, p. 81, footnote 95). This observation applies with even greater force to bans that apply only to a single municipality, since it is even easier for the banned items to be acquired.

20.     Highland Park is a part of Lake County, Illinois, which had a population of 703,462 according to the 2010 Census. Highland Park's 29,763 residents in 2010 therefore claimed only

4.2% of Lake County's population. The only other jurisdiction within Lake County to enact an AW ban is North Chicago, which had a population of 32,572 in 2010, claiming just 4.6% of Lake County's population. Thus, only 8.8% of Lake County's population are subject to an AW ban, while the remaining 91.2% of the area's population are free to purchase and possess AWs or LCMs. This means that the residents of Highland Park are surrounded by a huge population free to possess the items that Highland Park seeks to deny to its residents. Likewise, the two Lake County towns that banned AWs claimed only 20 square miles of land area, out of 1,268.5 square miles in the entire county. Thus, only 1.6% of the county's area is in a jurisdiction subject to an AW ban. A criminal in Highland Park would have little difficulty in obtaining an AW or LCM, since they would only need to drive a few minutes at most to contact a private source or get to a gun store willing to supply firearms or magazines.

21.     It is in any case largely irrelevant whether the specific firearms banned by the Highland Park ordinance are available, since other, unbanned, firearms can be substituted for them, with no effect on the lethality of the weapons or their utility for committing either ordinary crimes or the very rare mass shootings. The ordinance did not ban all semiautomatic firearms nor all firearms capable of accepting large capacity magazines, nor did it ban firearms capable of firing at a high rate, or guns that fired ammunition that is more likely to produce death in a wounded victim. Instead, the ordinance bans some guns with these properties and not others. Consequently, the ordinance leaves firearms available for Highland Park residents to legally acquire and possess that fire just as fast, are just as capable of accepting larger capacity magazines, and are just as lethal as the banned weapons. Therefore, even if the Highland Park ordinance did somehow deny the banned firearms and magazines to prospective criminals, despite the ease with which they

could be obtained from nearby jurisdictions, there is no logical reason to expect that this would decrease the number or lethality of gun crimes.

22.     I have reviewed the Declaration of Mark D. Jones submitted by the City of Highland Park. Jones states in paragraph 11 of his Declaration that "[t]he City of Highland Park enacted the Ordinance to address the potential threat of mass shootings involving a semi-automatic assault weapon." He thereafter offers the view, without any analysis, that "[s]uch events are demonstrably more catastrophic when the assailant uses a semi-automatic assault weapon than when other firearms are used." Jones relies exclusively on a September 2013 report prepared by Mayors Against Illegal Guns (MAIG), *Analysis of Recent Mass Shootings*.

23.     The MAIG report ignores the central methodological difficulty of assessing the impact of assault weapons and large capacity magazines on the outcomes of shootings. The central difficulty is determining whether associations found in the report reflect an actual causal effect of assault weapons/large capacity magazine use on the number of persons killed and injured, or whether they are spurious, *non*causal associations, and merely reflect the common impact of the shooter's lethality of intentions on both (1) the outcomes of shootings, and (2) the weapons and magazines that shooters choose to use in their crimes.

24.     I know of no one who questions that shooters who want to shoot more people are, on average, more likely to actually do so. That is, the stronger the person's intention to hurt many victims, the more victims they will hurt. Yet given the extensive planning that goes into the more serious mass shootings, one would expect that these same intentions to shoot more people would also cause the shooter to prepare to do so by selecting weaponry and magazines they believed (correctly or not) were better suited to the task. I know of no one who has studied these issues who denies that criminals planning to hurt many people are more likely to choose weapons and

magazines that they believe will be suited to doing so.

25.    These propositions imply, in short, that the lethality of a shooter's intentions has a positive causal effect on (a) use of assault weapons and large capacity magazines, and (b) the number of victims hurt in shootings. This means that lethality of intent will create a spurious positive association between (a) use of assault weapons or large capacity magazines and (b) the number of victims killed or injured. Unless an analyst statistically controls for lethality of intent, he will fail to detect the spurious character of the association between (a) and (b), and will erroneously conclude, as MAIG apparently did, that the association instead reflected an actual causal effect of (a) on (b). The MAIG analysis never controlled for lethality of the shooter's intent, and thus did nothing to rule out the possibility that the association between (a) and (b) is entirely spurious.

26.    The MAIG report compares a tiny sample of 14 assault weapon or large capacity magazine incidents (in which at least four people were killed) with 79 non-assault weapon or large capacity magazine incidents occurring between January 2009 and September 2013. (Jones erroneously states that the 14 incidents involved semi-automatic or fully automatic assault weapons. Actually, just 11 of the incidents involved assault weapons. Handguns with magazine capacities larger than 10 rounds were used in three of the incidents.) Careful analysts are aware that when very small samples are used, results may be extremely sensitive to the inclusion or exclusion of just a few cases. A prudent step to take in response to this probability is to re-estimate results with a few outliers deleted, to see if results are substantially affected by this modest change in the composition of the sample. MAIG did not do this.

27.    I tested how sensitive the MAIG conclusions about assault weapon/large capacity magazine use and death toll in mass shootings are to the exclusion of just three incidents from the

14

sample. The MAIG conclusion was that there were on average of 7.8 deaths per assault weapon/large capacity magazine incident, compared to just 4.8 deaths in non-assault weapon/large capacity magazine incidents – a ratio of 1.63. When the Newtown, CT shooting by Adam Lanza (27 deaths), the Binghamton, NY shooting by Jiverly Wong (14 deaths) and the Aurora, Colorado shooting by James Holmes (12 deaths) are excluded, the average number of deaths per assault weapon/large capacity magazine incident drops to 5.1, virtually the same as the non-assault weapon/large capacity magazine average of 4.8 deaths per incident. The ratio drops from 1.63 to just 1.1 when these three incidents are excluded.

28.     The MAIG conclusion that the death toll in assault weapon involved shootings is substantially larger than the death toll in non-assault weapon incidents relies almost entirely on the inclusion of these three cases. Had MAIG chosen to do an analysis of incidents occurring between May 2009 and June 2012, these three incidents would not even have been included. The point is not that it was wrong to include them, but rather that they could have easily been absent from the sample examined by MAIG, and had they been absent, support for MAIG's case for a substantial difference in death tolls would have collapsed. Thus, MAIG's claim is highly sensitive to slight changes in sample composition and should not be considered robust enough to draw conclusions about the effect of assault weapon use in mass shootings.

29.     Mass shootings are fortunately quite rare in absolute terms. For the 20-year period from 1994 through 2013, I know of just 81 incidents with more than six persons shot, or about four per year (see Appendix). Further, mass shootings account for only a tiny share of all homicides in the U.S. For the 2003-2012 period, mass shootings resulted in the murder of 233 persons (see Appendix), while FBI data indicate there were a total of 159,927 murders and non-negligent manslaughters committed in the U.S. over the same time period. Thus, mass shootings were

responsible for just 1/7[th] of 1% of the nation's criminal homicides, whether committed with a gun or not. Even as a share of gun homicides, mass shootings account for well under 1% of the killings.

30.    Even in the extremely rare mass shootings in which large numbers of victims were shot, the shooters virtually never needed large capacity magazines to injure or kill as many victim as they did, because they either (a) possessed multiple guns, (b) possessed multiple magazines, or (c) had ample time and opportunity to reload, using smaller magazines.    Therefore, even the hypothetical potential for reducing harm or improving public safety by limiting magazine capacity to no more than 10 rounds can be fairly described as being limited to no more than a very small subset of already very rare events.

31.    I did a study of every mass shooting (more than six victims wounded or killed) that occurred in the U.S. over a ten year period (1984-1993 inclusive) and found that offenders possessed multiple guns in thirteen of the fifteen incidents (about 87%), and in one of the two remaining cases (the Colin Ferguson case in New York in 1993) the offender reloaded at least once.  Thus, the killers in mass shootings did not need large capacity magazines to quickly fire large numbers of rounds or wound large numbers of victims – they either just switched loaded guns or reloaded their guns without interference from bystanders. (Kleck 1997, pp. 124-126, 144).

32.    I have updated the analysis of mass shootings beyond this published analysis covering 1984-1993.  All shooting incidents involving more than six victims shot (fatally or non-fatally, not including the offenders) for the period 1994 through July 2103 were examined based on news media accounts, and occasionally official reports.  The incidents were confined to those involving more than six victims because the proposition that the use of a large capacity magazine affects the number of people killed or wounded is most likely to be supported in incidents with many victims.  The cut-off of six victims was chosen because it would be virtually impossible to

shoot more than six victims using a typical 6-shot revolver without reloading.

33.　I supplemented my list of mass shootings with a list of mass shootings that involved use of large capacity magazines compiled by the Violence Policy Center (VPC), an advocacy organization that favors strong gun control laws and specifically supports bans on large capacity magazines. I used this list to supplement my list because VPC was well-motivated to locate every mass shooting involving use of a large capacity magazine, as they clearly favor the notion that the use of a large capacity magazine leads to a larger death toll in mass shootings. Thus, I sought to compile as comprehensive a list of such incidents as possible.

34.　The updated results (see Appendix) confirmed the conclusions of the 1984-1993 analysis - large capacity magazines were not needed for mass shooters to kill or injure as many victims as they did. The killer in every single mass shooting was either armed with multiple guns, had multiple magazines, or actually reloaded during the incident. I was able to identify a total of 81 mass shootings in the U.S. in 1994-2013. The shooters were known to have used one or more magazines with a capacity of more than 10 rounds in 21 of those incidents. Of the 21 mass shootings in which such magazines were used, the shooter possessed multiple guns in 16 incidents and therefore could continue firing large numbers of rounds simply by switching guns, even if they had not possessed a large capacity magazine (see Appendix). In the remaining 5 incidents, the shooter possessed multiple magazines. Thus, in 100% of mass shootings in which magazines holding more than 10 rounds were used, the shooter had either multiple guns or multiple magazines, and could therefore continue firing large numbers of rounds simply by switching guns or magazines. *There was not a single mass shooting in which the offender used a large capacity magazine, and was known to have possessed just one gun and just one magazine in his immediate possession.* Thus, even if large capacity magazines had not been available, all of the shooters

could have quickly fired large numbers of rounds simply by firing multiple guns or using a single gun but changing smaller capacity magazines.

35.     One circumstance in which the use of a large capacity magazine could affect the number of casualties even if the shooter possessed multiple guns or multiple magazines is if there were bystanders willing to tackle the shooter during his attempt to change magazines or firearms. The use of a large capacity magazine prior to that time could affect the number of victims shot, since the killer could have fired more rounds before needing to reload or switch guns. The only mass shooting in this 20-year period in which this definitely occurred was the Tucson, AZ incident in which Gabrielle Giffords was wounded by a man named Jared Loughner. In this single case, the shooter's possession of a large capacity magazine may have affected the number of casualties because he was able to fire more rounds before needing to reload, and there were bystanders willing and able to intervene when he did try to reload. Thus, merely having multiple smaller capacity magazines would not have been, in this incident, a complete substitute for a large capacity magazine, since the casualty count was a function of the capacity of the magazine before the bystanders stopped the shooter. One other case that *may* have fit this description was the Springfield, Oregon shooting on May 21, 1998, in which the shooter (Kip Kinkel) used a large capacity magazine, but was tackled by bystanders. Some accounts indicate this occurred while he was trying to change magazines which others indicate that he was still shooting when he was tackled.

36.     Even in connection with the Tucson shooting in which Rep. Gabrielle Giffords was wounded, it is not certain whether the shooter was tackled by bystanders while he was reloading. In this incident, a large capacity magazine that the shooter attempted to use failed due to a broken spring (*New York Times* January 10, 2011, p. A1). Since magazines of any size can malfunction,

banning large capacity magazines and leaving smaller ones available to be substituted would not increase the rate at which such a malfunction occurred and consequently save lives. Thus, the Tucson shooting serves to support a large capacity magazine ban only if the shooter was reloading when tackled, rather than struggling with a malfunctioning magazine. The evidence available from news accounts of this incident does not allow us to tell whether bystanders were able to tackle the shooter because he was reloading, or because he was struggling with a defective magazine. Besides the Tucson and Springfield, Oregon incidents, there are no other mass shootings known to me in this 20-year period in which a shooter using semiautomatic guns was disrupted by bystanders while attempting to switch detachable magazines.

37.     In sum, use of large capacity magazines arguably affected the number of persons killed or injured in just one, or possibly two, of the 81 mass shootings occurring in the United States in 1994-2013. Synopses of the mass shootings for 1994-2013, and the sources relied upon can be found in the Appendix.

38.     Mark Jones asserts in paragraph 14 of his Declaration that assault weapons were used in 1 to 8% of crimes in 1994 but he misinterprets the data on which he relies. Christopher Koper merely referenced the numerous studies examining the use of assault weapons in crime and stated that "depending on the specific AW definition and data source used" assault weapons accounted for "up to 8% of guns used in crime." Jones fails to note that Koper thereafter stated that a "compilation of 38 sources indicated that AWs accounted for 2% of crime guns on average." More specifically, the compilation of data revealed that "less than 2% of crime guns are 'assault weapons' (the median is 1.8%) and well under 1% are 'assault rifles.'" (Kleck, Gary. 1997, p. 112). Jones also fails to mention that only *two* of the 38 estimates of the percentage of assault weapons used in crime were over 4.3% and the 8% estimate was unreliable because the sample

was "neither an unselected population nor a representative sample of crime guns and not comparable to other estimates." (Id. at p. 142). Of the nine studies addressing the use of assault rifles only (as opposed to assault pistols and assault shotguns), assault rifles accounted for just .038% of crime guns on average. (Id.) Firearms traces by ATF of guns recovered by law enforcement and reported as "assault weapons" between 1991 and 2002 were overwhelmingly assault pistols rather than assault rifles, by a nearly 3 to 1 margin.

39.     Jones also misinterprets source data in addressing the percentage of police officers killed with assault weapons. Assault weapons are almost never used to kill police officers. For the period 1980 -1989, 33 (4%) of the 810 police officers feloniously killed in the U.S. and its territories were killed by assault weapons of some type (pistols or rifles). For 1986-1990, 19 (5%) of the 350 officers killed were killed with assault weapons. For the period 1992-1996, there were 4.5 assault weapon killings of police officers per year, and 7% of the total were committed with assault weapons of some type (pistols or rifles). (Kleck 1997, pp. 126-127). Roth and Koper (1997, p. 99) reported that just 3 of 276 killings of police officers in the period from January 1992 through May 1996 (approximately 1%) were committed with an AR-15 rifle or an AR-15 copy.

## References

Geller, Wiliam A., and Michael S. Scott. 1992. *Deadly Force: What We Know*. Washington, D.C.:
Police Executive Research Forum.

Kleck, Gary. 1988. Crime control through the private use of armed force. *Social Problems*
35(1):1-2

Kleck, Gary. 2001. The frequency of defensive gun use: evidence and

disinformation. Chapter 6 in <u>Armed</u>, by Gary Kleck and Don B. Kates. NY:

Prometheus Books.

Kleck, Gary, and Miriam DeLone. 1993. Victim resistance and offender weapon effects in

robbery. *Journal of Quantitative Criminology* 9:55-82.

Kleck, Gary, and Marc Gertz. 1995. "Armed resistance to crime: the .prevalence and nature of self- defense with a gun." *Journal of Criminal Law and Criminology* 86:150-187.

Kleck, Gary. 1997. *Targeting Guns.* NY: Aldine.

Kleck, Gary, and Don B. Kates, Jr. 1997. *The Great American Gun Debate.* San Francisco: Pacific Research Institute for Public Policy.

Kleck, Gary, and Don B. Kates, Jr. 2001. *Armed.* N.Y.: Prometheus Books.

Koper, Christopher. 2001. The impact of the 1994 federal assault weapon ban on gun violence outcomes. *Journal of Quantitative Criminology* 17:33-74.

Koper, Christopher. 2004. <u>An Updated Assessment of the Federal Assault Weapons Ban</u>. Report to the National Institute of Justice. Philadelphia: Jerry Lee Center of Criminology. Available at <u>https://www.ncjrs.gov/pdffiles1/nij/grants/204431.pdf</u>.

Mayors Against Illegal Guns. 2013. Analysis of Recent Mass Shootings. (September, 2013). Available at <u>http://www.demandaction.org/detail/2013-09-updated-analysis-of-recent-mass-shootings</u>.

Rand, Michael. 1990. *Handgun Crime Victims.* Bureau of Justice Statistics Special Report. Washington, D. C.: U.S. Governmental Printing Office.

Reedy, D. C., and C. S. Koper. 2003. Impact of handgun types on gun assault outcomes. *Injury Prevention* 9:151-155.

Roth, Jeffrey A., and Christopher S. Koper. 1997. *Impact Evaluation of the Public Safety and Recreational Firearms Use Protection Act of 1994.* Washington, D.C.: Urban Institute.

Southwick, Lawrence. 2000. Self-defense with guns: the consequences. *Journal of Criminal Justice* 28:351-370.

Tark, Jongyeon, and Gary Kleck. 2004. Resisting crime: the effects of victim action on the outcomes of crimes. *Criminology* 42(4):861-909.

Tark, Jongyeon, and Gary Kleck. 2014. Resisting rape: the effects of victim self-protection on rape completion and injury. *Violence Against Women* 23: 270-292.

U.S. Bureau of Justice Statistics, 2013. Data from the 2008 National Crime Victimization Survey, at http://bjs.gov/content/pub/pdf/cvus08.pdf, Table 37.

# Appendix: Synopses of Mass Shootings, 1994-2013
(More than six victims killed or wounded in a single incident)
Revised April 25, 2014

## Mass Shootings in 1994

- The *Washington Post*: "5 Arrested in Shooting at Market; NE Men Charged with First Degree Murder," April 11, 1994
- Date: March 31, 1994
  Location: Washington, D.C.
- Number of Shooters: 5 (Frank N. Lowe, Anthony D. Gladden, William H. Napper, Karlos V. Mayhew, Garcia Hill)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Tec-9 semi-automatic (found but no confirmation it was used during the shooting)
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 30+
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Gun was Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 9


- The *New York Times*: "Gunman Kills 2 and Hurts 19 on Air Force Base," June 21, 1994
  New York Times "An Airman's Revenge: 5 Minutes of Terror," June 22, 1994; Seattle Times "Man Bent on Revenge Kills 4, Hurts 23," June 21, 1994; Air Force report dated 20 Oct 94.
  Date: June 20, 1994
  Location: Fairchild Air Force Base, Washington
  Number of Shooters: 1 (Dean Allen Mellberg)
- Number of Guns in Shooter's Immediate Possession: 2 (1 fired, another possessed but unused)
- Type of Gun Used: MAK-90 rifle, another "unspecified 'single shot' weapon" (unused)
- Number of Detachable Magazines: 4
- Maximum Capacity of Largest Magazine: 75
- Number of Shots Fired: 43-56
- Did Offender Reload: No
- Time From Start to End: "less than 10 minutes"
- How Gun Was Acquired: Legally purchased from licensed dealer
- Number Killed: 5 (6 including gunman)
- Number Wounded: 22


- The *Washington Post*: "Gunman Kills 2, Wounds 5 in Attack on Abortion Clinics,"

December 31, 1994
Date: December 31, 1994
Location: Brookline, MA
- Number of Shooters: 1 (John Salvi)
- Number of Guns in Shooter's Immediate Possession:: 2 (only 1 fired; a second gun was found at the scene but unused)
- Type of Gun Used: semi-automatic .22 caliber rifle, unused "handgun "
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Time from Start to End: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 5

**Mass Shootings in 1995 - none**

**Mass Shootings in 1996 - none**

**Mass Shootings in 1997**

- *CNN*: "Gunman Shoots 7, Kills Self at Empire State Building," February 24, 1997.
- Date: February 23, 1997
  Location: New York, NY
- Number of Shooters: 1 (Ali Hassan Abu Kamal)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: .380 caliber Beretta
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Gun was Acquired: Purchased in Florida (Legality Not Reported)
- Number Killed: 1 (2 including gunman)
- Number Wounded: 6

*Police* Magazine: "5 Gunfights That Changed Law Enforcement," May 4, 2011.
Date: February 28, 1997
Number of Shooters: 2 (Larry Philips, Jr. & Emil Matasareanu)
Number of Guns in Shooter's Immediate Possession: At least 4
Types of Guns Used: Fully automatic AIM AK-47, Norinco Type 56 S-1, semi-automatic HK-91, and a Bushmaster XM15 E2S (modified)
Number of Detachable Magazines: Multiple, Number Not Reported
Maximum Capacity of Largest Magazine: Not Reported (at least 3,300 rounds in box and

drum magazines)
Number of Shots Fired: 1,101
Did Offenders Reload: Yes
Time from Start to End: 44 minutes
How Guns were Acquired: Not Reported
Number Killed: 0 (2 including gunmen)
Number Wounded: 18

- *Associated Press*: "Man to be Executed Friday for Plant Shootings," October 30, 2005
- Date: September 15, 1997
  Location: Aiken, SC
- Number of Shooters: 1 (Hastings Wise)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: semi-automatic pistol
- Number of Detachable Magazines: 4-8
- Maximum Capacity of Largest Magazine: 8 rounds
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: 2.5 hours
- How Gun was Acquired: Legally purchased from licensed gun dealer
- Number Killed: 4
- Number Wounded: 3

- *Reuters News*: "Six Charged in Mississippi High School Shooting," October 7, 1997
- Date: October 1, 1997
- Number of Shooters: 1 (Luke Woodham)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: Rifle
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Gun was Acquired: Not Reported (possibly from parents)
- Number Killed: 2 (3 if mother included in separate killing, no gun used)
- Number Wounded: 7

- *New York Times*: "Gunfire Inside a School Kills 3 and Wounds 5," December 2, 1997; *The Kentucky Post* "Carneal's Defense" Insanity" October 5, 1998.
- Date: December 1, 1997
  Location: Paducah, KY
- Number of Shooters: 1 (Michael Adam Carneal)
- Number of Guns in Shooter's Immediate Possession: 5 (fired 1, also had 4 other guns)

- Type of Guns Used: .22 caliber handgun (shooter also had two rifles and two shotguns)
- Number of Detachable Magazines: More than 1
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 8-12
- Did Offender Reload: No
- Time from Start to End: 5 seconds
- How Guns were Acquired: Stolen
- Number Killed: 3
- Number Wounded: 5


- *New York Times* "Dismissed Worker Kills 4 and Then Is Slain," December 20, 1997; *Los Angeles Times* "Aftermath of Killer's Fury," December 20, 1997
- Date: December 18, 1997
  Location: Orange, CA
- Number of Shooters: 1 (Arturo Reyes Torres)
- Number of Guns in Shooter's Immediate Possession: 3
- Type of Gun Used: AK-47-type 7.62 mm semi-automatic rifle, shotgun, and handgun
- Number of Detachable Magazines: 5
- Maximum Capacity of Largest Magazine(s): 30
- Number of Shots Fired: 70
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Gun was Acquired: Legally purchased
- Number Killed: 4 (5 including gunman)
- Number Wounded: 3


**Mass Shootings in 1998**

- *New York Times*: "From Wild Talk and Friendship to Five Deaths in a Schoolyard," March 29, 1998
- Date: March 24, 1998
  Location: Jonesboro, AK
- Number of Shooters: 2 (Mitchell Johnson, Andrew Golden)
- Number of Guns in Shooter's Immediate Possession: At least 4 fired, shooters possessed 13 guns and a crossbow)
- Type of Guns Used: Remington 742 .30-06 hunting rifle; Ruger .44 Magnum rifle; Universal M-1 .30 caliber carbine; FIE 380 .380 caliber semi-automatic pistol; Star .380 caliber semi-automatic pistol; Charter Arms .38 caliber revolver; Smith & Wesson .38 caliber revolver; Ruger Security Six .357 caliber revolver; Double Deuce Buddie .22 caliber two-shot derringer, Davis Industries .38 caliber two-shot derringer, 3 others
- Number of Detachable Magazines: 3 .30 caliber magazines (19 .44 caliber shells, 41 .357 shells, 49 .380 shells, 16 .30 special shells, 26 .357 magnum shells, 6 .30 caliber shells)
- Maximum Capacity of Largest Magazine(s): 30 rounds
- Number of Shots Fired: At least 26

- Did Offenders Reload: Not Reported
- Time from Start to End: Not Reported
- How Guns were Acquired: Stolen From Parents
- Number Killed: 5
- Number Wounded: 11 (15 hit)•


- *New York Times*: "Sorrowful Town Honors Teen-Ager Killed in School Shooting," May 26, 1998; PBS' Frontline (http://www.pbs.org/wgbh/pages/frontline/shows/kinkel/kip/cron.html)
- Date: May 21, 1998
  Location: Springfield, Oregon
- Number of Shooters: 1 (Kip Kinkel)
- Number of Guns in Shooter's Immediate Possession: 3
- Type of Guns Used: Ruger .22 caliber semi-automatic rifle, 9 mm Glock semi-automatic pistol, Ruger .22 caliber semi-automatic pistol
- Number of Detachable Magazines: At least 3
- Maximum Capacity of Largest Magazine: 50
- Number of Shots Fired: 51
- Did Offender Reload: Attempted to do so, **tackled by bystanders**
- Time from Start to End: Not Reported
- How Guns were Acquired: From Parents
- Number Killed: 2 (4 including the parents who were killed the night before)
- Number Wounded: 25

**Mass Shootings in 1999**

- *New York Times*: "3 are Killed and 5 Hurt in Shootout in Utah City," April 16, 1999
- Date: April 15, 1999
  Location: Salt Lake City, Utah
- Number of Shooters: 1 (Sergei Babarin)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: .22 caliber semi-automatic pistol
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: 1-2 hours
- How Gun Was Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 5


- *CNN* Special: Using a copy of the Jefferson County Website with details about the

Columbine Massacre.
(http://www.cnn.com/SPECIALS/2000/columbine.cd/Pages/EQUIPMENT_TEXT.htm)

- Date: April 20, 1999
  Location: Jefferson County, CO
- Number of Shooters: 2 (Dylan Klebold and Eric Harris)
- Number of Guns in Shooter's Immediate Possession: 4
- Types of Guns Used: Intratec TEC-DC-9 9-mm semi-automatic handgun, Hi-Point 995 9 mm carbine rifle, Savage-Springfield 67H 12 gauge pump action shot gun, Stevens 311D double barreled shot gun.
- Number of Detachable Magazines: 16
- Maximum Capacity of Largest Magazine: 52 rounds
- Number of Shots Fired: 188
- Did Offenders Reload: Yes
- Time from Start to End: 49 minutes
- How Guns were Acquired: From friends
- Number Killed: 13 (15 including shooters)
- Number Wounded: 21

- *New York Times*: "Shootings in Atlanta: The Overview; Gunman in Atlanta Slays 9, then Himself," July 30, 1999
- Date: July 29, 1999
  Location: Atlanta, GA
- Number of Shooters: 1 (Mark O. Barton)
- Number of Guns in Shooter's Immediate Possession: 4
- Types of Guns Used: Glock 17 9mm semi-automatic pistol; Colt 1911-A1 .45 caliber semi-automatic pistol; Raven Arms MP-25 .25 caliber semi-automatic pistol; Harrington & Richardson .22 caliber revolver
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: 5.5 hours
- How Guns were Acquired: Glock purchased from dealer, others Not Reported
- Number Killed: 9 (13 including family, but they were not shot, 14 including gunman who shot himself)
- Number Wounded: 13

- *Time* Magazine: "Terror In The Sanctuary," September 20, 1999; Houston Press "Faith's Fusillade" November 4, 1999
- Date: September 15, 1999
  Location: Fort Worth, Texas
- Number of Shooters: 1 (Larry Gene Ashbrook)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Ruger P85 9-mm semi-automatic pistol; .380 caliber semi-automatic

pistol
- Number of Detachable Magazines: 3-10
- Maximum Capacity of Largest Magazine: 15
- Number of Shots Fired: >100
- Did Offender Reload: Yes
- Time from Start to End: 10 minutes
- How Guns were Acquired: Legally purchased
- Number Killed: 7 (8 including the gunman)
- Number Wounded: 7


- *New York Times*: "Man Opens Fire in Xerox Office, Killing 7," November 3, 1999.
  Location: Honolulu, HA
- Date: November 2, 1999
- Number of Shooters: 1 (Byran Uyesugi)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Gun Used: Glock 17 9 mm semi-automatic pistol
- Number of Detachable Magazines: 3
- Maximum Capacity of Largest Magazine: 17
- Number of Shots Fired: 10
- Did Offender Reload: Not Reported
- Time from Start to End: Less than 30 minutes
- How Guns were Acquired: Legally Purchased and Registered
- Number Killed: 7
- Number Wounded: 0


- *New York Times*: "Gunman Kills 5 in Rampage Starting at Florida Hotel," December 31, 1999
- Date: December 30, 1999
  Location: Tampa, FL
- Number of Shooters: 1 (Silvio Izquierdo-Leyva)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: 9 mm semi-automatic pistol, .38 caliber revolver
- Number of Detachable Magazines: > 1
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: Not Reported
- How Guns Were Acquired: Legally purchased at a flea market and a local store
- Number Killed: 5
- Number Wounded: 3

**Mass Shootings in 2000**
- *The Baltimore Sun* "Police Arrest Teen Suspect in National Zoo Shooting," April 26, 2000

- Date: April 24, 2000
- Location: Washington, D.C.
- Number of Shooters: 1 (Antoine Bernard Jones)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 9 mm (Gun was never recovered, but 9mm shells were found on the scene along with a holster)
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: According to a witness 6-8 (See video here: http://www.c-spanvideo.org/program/156805-1)
- Did Offender Reload: Not Reported but unlikely
- Time from Start to End: Not Reported
- How Gun was Acquired: Not Reported (Since the shooter was a minor it was likely illegally obtained)
- Number Killed: 0
- Number Wounded: 7


- *CNN* "Two Suspects in Wendy's Shootings Arrested," May 26, 2000
- Date: May 24, 2000
- Location: Queens, New York City, NY
- Number of Shooters: 2 (John Taylor, Craig Godineaux)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Bryco-Jennings .380 caliber semi-automatic pistol
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported (Each victim was shot once in the head so likely 5)
- Did Offender Reload: Not Reported but unlikely
- Time from Start to End: Less than 1.5 hours
- How Gun was Acquired: Not Reported
- Number Killed: 5
- Number Wounded: 2


- *Washington Post* "Gay Shooting Said Linked to Jokes," September 27, 2000; *Roanoke Times* "Grand Jury Indicts Suspect in Bar Shootings," October 3, 2000
- Date: September 22, 2000
- Location: Roanoke, VA
- Number of Shooters: 1 (Ronald Gay)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 9mm Ruger semi-automatic handgun
- Number of Detachable Magazines: 1
- Maximum Capacity of Largest Magazine: Not Reported but more than 9
- Number of Shots Fired: 9+ (Victims suffered wounds from at least 9 shots)

- Did Offender Reload: No
- Time from Start to End: Less than 10 minutes
- How Gun was Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6
-

- *New York Times* "A Deadly Turn to a Normal Work Day," December 28, 2000, *Boston Herald* "Wakefield Massacre; Accused Shooter Amassed Arsenal at His Home, Work," December 28, 2000; *Los Angeles Times* "Tech Worker Charged in 7 Deaths at Mass. Firm," February 16. 2001.
- Date: December 26, 2000
- Location: Wakefield, MA
- Number of Shooters: 1 (Michael McDermott)
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: AK-47 style rifle, a Winchester 12 gauge pump-action shotgun and a .32 caliber semi-automatic pistol
- Number of Detachable Magazines: 4+
- Maximum Capacity of Largest Magazine: 60
- Number of Shots Fired: 55
- Did Offender Reload: Yes
- Time from Start to End: 5-8 minutes
- How Guns were Acquired: Not Reported
- Number Killed: 7
- Number Wounded: 0

## Mass Shootings in 2001

- *ABC News* "Ex-Employee Kills 4, Self in Rampage," February 6, 2001, *Chicago Tribune* "Navistar Gunman Got Past Cracks in Gun Law," February 7, 2001, *Chicago Tribune* "Weapon Used at Navistar Traced to Shorewood Man," March 1, 2001
- Date: February 5, 2001
- Location: Dupage County, IL
- Number of Shooters: 1 (William Baker)
- Number of Guns in Shooter's Immediate Possession: 4 (fired 1, carried 3 others)
- Types of Guns Used: SKS semi-automatic rifle, Remington shotgun, .30 caliber hunting rifle, .38 caliber revolver
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 25-30
- Did Offender Reload: Not Reported
- Time from Start to End: 8-15 minutes
- How Guns were Acquired: The Remington shotgun and .30 caliber hunting rifle were purchased legally in 1993 from a dealer. The SKS rifle was transferred illegally.
- Number Killed: 4 (5 including shooter)

- Number Wounded: 4


- *ABC News* "Exclusive: Santana School Shooter," October 10, 2001
- Date: March 5, 2001
- Location: Santee, CA
- Number of Shooters: 1 (Charles Andrew Williams)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .22 caliber revolver
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: N/A
- Number of Shots Fired: ~24
- Did Offender Reload: Yes (3 times)
- Time from Start to End: 6 minutes
- How Guns were Acquired: Stolen from shooter's father
- Number Killed: 2
- Number Wounded: 13


*Chicago Tribune* "Police Detail Shooting Inside Elgin Tavern," April 25, 2001
Date: April 14, 2001
- Location: Elgin, IL
- Number of Shooters: 1 (Luther Casteel)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: shotgun, revolver, possibly others
- Number of Detachable Magazines: c. 3? "several ammunition magazines" were found
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: "More than 200"
- Did Offender Reload?: **No – shooter was** tackled **as he paused to reload**
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 16


*New York Times* "Factory Feud is Cited in Shooting in Indiana," December 8, 2001; *Goshen News* "Argument Leads to Fatal Shooting" February 7, 2001.
- Date: December 6, 2001
- Location: Goshen, IN
- Number of Shooters: 1 (Robert L. Wissman)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 12-gauge pump shotgun
- Number of Detachable Magazines: 0
- Maximum Capacity of Largest Magazine: Not Reported; not LCM (shotgun used)
- Number of Shots Fired: 7+

- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6

**Mass Shootings in 2002** – none

**Mass Shootings in 2003**
- *New York Times* "Man Kills 5 Co-Workers at Plant and Himself," July 9, 2003, *The Clarion-Ledger* "Meridian Rampage: Investigation Winds Down," November 17, 2003
- Date: July 8, 2003
- Location: Meridian, MS
- Number of Shooters: 1 (Douglas Williams)
- Number of Guns in Shooter's Immediate Possession: 3 (Fired 1, possessed 2 others; had another 3 in his car)
- Types of Guns Used: Fired Winchester 1300 12 gauge pump-action shotgun; (did not fire but had a Mini-14 .223 semi-automatic; in the car he had a .22 Magnum derringer, a .45 caliber Ruger, and a .22 rifle)
- Number of Detachable Magazines: Not Reported (He wore a bandolier to store ammunition)
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: ~10 minutes
- How Guns were Acquired: Purchased from individual, Not Reported whether legal
- Number Killed: 6 (7 including the shooter)
- Number Wounded: 8


**Mass Shootings in 2004**
- *Associated Press* "Suspect Says Hunters Shot at Him First," November 23, 2004, *Duluth News Tribune* "Timeline of Sunday's Shootings," November 23, 2004, *The Associated Press* "Murder Trial of Hmong Immigrant Accused of Killing Six Hunters Opens in U.S.," September 10, 2005, *Herald-Times (Bloomington), IN)* "Trespassing led to Wisconsin deer hunt slayings" 12-5-04.
- Date: November 21, 2004
- Location: Northern WI
- Number of Shooters: 1 (Chai Vang)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: SKS 7.62mm semi-automatic rifle
- Number of Detachable Magazines: 1-2
- Maximum Capacity of Largest Magazine: 10 rounds
- Number of Shots Fired: 20+

- Did Offender Reload: Yes
- Time from Start to End: Not Reported (Captured four hours after the shooting)
- How Guns were Acquired: Not Reported
- Number Killed: 6
- Number Wounded: 2
    Notes: Some accounts claim that the shooter had a 20 round magazine. However, the AP report states that prosecutors displayed a 10 round magazine in court and stated that he shot at least 20 rounds.


## Mass Shootings in 2005

- *New York Times* "Police Search for Answers in Wisconsin Shooting," March 13, 2005, *New York Times* "After Shootings in Wisconsin, a Community Asks 'Why,'" March 14, 2005
- Date: March 12, 2005
- Location: Brookfield, WI
- Number of Shooters: 1 (Terry Ratzmann)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Beretta 9mm semi-automatic handgun
- Number of Detachable Magazines: 2
- Maximum Capacity of Largest Magazine: Not Reported (Based on shots fired, they must have been 11+)
- Number of Shots Fired: 22
- Did Offender Reload: Yes
- Time from Start to End: Less than a minute
- How Guns were Acquired: Purchased from Wisconsin gun dealer
- Number Killed: 7 (8 including shooter)
- Number Wounded: 4


- *CNN Anderson Cooper 360 Degrees*, Aired March 22, 2005; *CBS News* "Red Lake Massacre Took 3 Minutes," February 11, 2009
- Date: March 21, 2005
- Location: Red Lake, MN
- Number of Shooters: 1 (Jeffrey Weise)
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Ruger .22 caliber semi-automatic handgun, Glock 23 .40 caliber semi-automatic handgun, Remington 870 12 gauge shotgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 45 (13 more were used to kill his grandfather and his friend)
- Did Offender Reload: Not Reported
- Time from Start to End: 9 minutes (This is for the school shooting. He killed his grandfather and his grandfather's friend that morning as well)
- How Guns were Acquired: Stolen from grandfather

- Number Killed: 7 (9 including grandfather and grandfather's friend, 10 including shooter)
- Number Wounded: 5
- 

## Mass Shootings in 2006

[ A Goleta, CA incident on 1-30-06 involved only 6 victims at main location, not including shooter. One other killing was committed at a separate location.]

*Panel      Report      on      the      Shooting*      (See http://seattletimes.nwsource.com/ABPub/2006/07/17/2003133196.pdf)
- Date: March 25, 2006
- Location: Seattle, WA
- Number of Shooters: 1 (Kyle Aaron Huff)
- Number of Guns in Shooter's Immediate Possession: 2 (Others found in his car)
- Types of Guns Used: Winchester Defender 12 gauge pump-action shotgun; Ruger P-94 .40 caliber semi-automatic pistol (He had an AR-15 and another pistol in his car)
- Number of Detachable Magazines: 2 bandoliers containing 15 rounds of 00 buckshot shotgun and 3 total magazines for the Ruger (Shotgun was reloaded twice with 8 rounds and the handgun was reloaded once)
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 9+ from the shotgun (one to kill himself) 8+ from the Ruger
- Did Offender Reload: Yes
- Time from Start to End: ~5 minutes
- How Guns were Acquired: Purchased legally
- Number Killed: 7
- Number Wounded: 2
Notes: The magazines seemed to hold less than 15 rounds given the number fired and when they were reloaded. Most of the damage was done with the shotgun, but the shooter did use both guns on victims who didn't die.

*New York Times* "Man Suspected in Killings of 7 Turns Self In" June 4, 2006.
- Date: June 3, 2006
- Location: Indianapolis, IN
- Number of Shooters: 2 (Desmond Turner, James Stewart)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 7+
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 7
- Number Wounded: 0

- *Washington Post* "Pa. Killer had Prepared for 'Long Siege,'" October 4, 2006, *Fox News* "Gunman Reportedly Bent on 'Revenge' Kills Girls, Self at Amish School," October 3, 2006, *Vancouver Sun* "Man Takes Own Life at End of Killing Spree," October 3, 2006
- Date: October 2, 2006
- Location: Lancaster County, PA
- Number of Shooters: 1 (Charles Roberts)
- Number of Guns in Shooter's Immediate Possession: 2 (3 reported by some accounts)
- Types of Guns Used: 9mm semi-automatic pistol, 12 gauge shotgun (*Vancouver Sun* and Wikipedia reported 3 guns and listed them as a Springfield semi-automatic pistol, a Ruger .30-06 bolt-action rifle and a Browning 12 gauge pump action shotgun)
- Number of Detachable Magazines: Not Reported (Shooter had a bag with over 600 rounds)
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 17-18 rounds (One coroner report lists at least 24 shots in one child, which differs from the police reports)
- Did Offender Reload: Not Reported
- Time from Start to End: c. 2 minutes
- How Guns were Acquired: 9mm purchased legally, others Not Reported
- Number Killed: 5 (shooter killed himself, bringing the total to 6)
- Number Wounded: 5

## Mass Shootings in 2007
- *New York Times* "After a Rampage, Trying to Grasp What Led a Son to Kill," February 20, 2007, *The Associated Press* "Agents Say Pistol had Changed Hands Many Times," March 29, 2007, *Desert Morning News* "Gun Dealer to Plead in Trolley Square Gun Case," November 20, 2007, *The Associated Press* "Man Pleads Guilty to Selling Handgun to Mall Shooter," October 25, 2007
- Date: February 12, 2007
- Location: Salt Lake, Utah
- Number of Shooters: 1 (Sulejman Talov)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Mossberg Maverick 88 12 gauge shotgun; Smith and Wesson M36 .38 caliber revolver
- Number of Detachable Magazines: 0 (Shooter had "backpack full of ammunition" and "bandolier of shotgun shells")
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported but unlikely
- Time from Start to End: 6 minutes
- How Guns were Acquired: Shotgun purchased legally, handgun stolen from a man's father to trade for drugs and eventually sold to shooter(Sources differ on the shotgun's legality. The shotgun had a pistol grip and the shooter was 18 thus making it illegal. If that is the case, both guns were illegally possessed by the shooter)

- Number Killed: 5 (6 including shooter)
- Number Wounded: 4
○ Notes: An off-duty police officer fired at shooter and stopped him from killing others until the SWAT team showed up and killed the shooter.

- *Virginia Tech Review Panel* (See http://www.governor.virginia.gov/TempContent/techPanelReport.cfm)
- Date: April 16, 2007
- Location: Blacksburg, VA
- Number of Shooters: 1 (Seung-Hui Cho)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Glock 19 9mm semi-automatic pistol, Walther P22 .22 caliber pistol
- Number of Detachable Magazines: 19
- Maximum Capacity of Largest Magazine: 15 rounds
- Number of Shots Fired: ~174
- Did Offender Reload: Yes
- Time from Start to End: 2 hours 36 minutes
- How Guns were Acquired: Legally purchased; Walther P22 was purchased online and picked up at a pawn shop, Glock 19 was purchased at a gun shop.
- Number Killed: 32 (33 including shooter)
- Number Wounded: 23 (17 by gunfire)
○ Notes: The official panel review stated that if Cho had only used 10 round magazines, it was unlikely that the outcome would have been different.


*(Superior WI) Daily Telegram* "Off-duty deputy kills six in Crandon" October 7, 2007; "Attorney General's Statement Tuesday, Oct. 9" October 9, 2007; *(Madison WI) Capitol Times* "Crandon Shooter Was Calm But Sorry" October 9, 2007
Date: October 7, 2007
Location: Crandon, Wisconsin
Number of Shooters: 1 (Tyler Peterson)
Number of Guns in Shooter's Immediate Possession: 2-4
Types of Guns Used: AR-15 semi-automatic rifle; Glock .40 caliber semi-automatic pistol; possibly "two other long guns"
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: 30
Did            Offender            Reload:            Not            Reported
Time from Start to End: c. 1 minute
How Guns were Acquired: Pistol – legally, as shooter's duty weapon as a deputy: Others - Not Reported
Number Killed: 6
Number Wounded: 1

*Denver Post* "Denver Shooter Pleads Guilty"
- Date: November 4, 2007
- Location: Denver, CO
- Number of Shooters: 1 (Anthony Chavez)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6


- *CNN* "Computers May Yield Clues About Mall Shooter," December 7, 2007, *The New York Times* "Details of Omaha Shooting Emerge," December 6, 2007
- Date: December 5, 2007
- Location: Westroads Mall, Omaha, NE
- Number of Shooters: 1 (Robert Hawkins)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Century Arms WASR-10 AK-47-style semi-automatic rifle
- Number of Detachable Magazines: 2 (Some reports indicate that the magazines were taped together "jungle style")
- Maximum Capacity of Largest Magazine: 30 rounds
- Number of Shots Fired: ~30
- Did Offender Reload: Not Reported but likely (Police report that the shooter likely shot more than 30 rounds)
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Stolen from father
- Number Killed: 8 (9 including shooter)
- Number Wounded: 5


[A shooting on December 10, 2007 was a spree killing not a mass shooting. Shootings took place over a 12-hour period, and were in two different locations about 75 miles apart. Shooter took time to post threats online between shootings.]


**Mass Shootings in 2008**
- *St. Louis Dispatch* "Thornton Used Stolen Gun in Kirkwood Killings," February 28, 2008, *The Los Angeles Times* "Killer of Five Left Note: 'Truth will win' The Gunman had a Long-Running Feud with City Officials," February 9, 2008

- Date: February 7, 2008
- Location: Kirkwood, MO
- Number of Shooters: 1 (Charles Thornton)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: .44 caliber revolver (article claims gun's make and model cannot be identified), Smith and Wesson .40 caliber semi-automatic pistol
- Number of Detachable Magazines: 1 (Based on the fact that shooter stole the gun from police officer)
- Maximum Capacity of Largest Magazine: Not Reported (15 would be likely)
- Number of Shots Fired: 15+
- Did Offender Reload: Not reported but unlikely
- Time from Start to End: Not Reported
- How Guns were Acquired: .44 caliber revolver was stolen over ten years before the shooting (shooter may not have known it was stolen), the .40 caliber handgun was stolen from a police officer the shooter shot
- Number Killed: 6 (7 including shooter)
- Number Wounded: 1
- Notes: The shooter used all six rounds in his gun, shooting a police officer and taking his gun. It was not reported exactly how many shots he fired from it, but he shot at least 15 total.

- *U.S Fire Administration/Technical Report Series* (See here http://www.usfa.fema.gov/downloads/pdf/publications/tr_167.pdf) *Report of the February 14, 2008 Shootings at Northern Illinois University* (See http://www.niu.edu/feb14report/Feb14report.pdf)
- Date: February 14, 2008
- Location: Dekalb, IL (Northern Illinois University)
- Number of Shooters: 1 (Steven Kazmierczak)
- Number of Guns in Shooter's Immediate Possession: 4 (Reports indicate that he had 4 but only used two, the Remington and the Glock)
- Types of Guns Used: Sig Sauer P232 9mm semi-automatic pistol; HiPoint CF380 .380 caliber semi-automatic pistol; Glock 19 9mm semi-automatic pistol; Remington Sportsman 48 12 gauge shotgun
- Number of Detachable Magazines: At least 6
- Maximum Capacity of Largest Magazine: 33 (Shooter had 2 15 round magazines and 2 33 round magazines for the Glock)
- Number of Shots Fired: 56 (6 rounds from the shotgun, 50 rounds from the Glock)
- Did Offender Reload: Yes
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased from Illinois gun store and online
- Number Killed: 5 (6 including shooter)
- Number Wounded: 21
- Notes: Two fully loaded .380 magazines were found on the floor.

[An incident occurring on September 2, 2008 was a spree killing, not a mass shooting.]

*NBC News.com* "Police: Killer Targeted Church for Liberal Views" July 28, 2008 at
http://www.nbcnews.com/id/25872864#.UqID0NK1ySo; *Knoxville News Sentinel*
"Takedown of Alleged Shooter Recounted" July 29, 2008; *Huffington Post.com* "Jim D.
Adkisson Charged in Tennessee Church Shooting the Killed 2," July 28, 2008.
Date: July 27, 2008
Location: Knoxville, TN
Number of Shooters: 1 (Jim David Adkisson)
Number of Guns in Shooter's Immediate Possession: 1
Types of Guns Used: Remington Model 48 12-guage semi-automatic shotgun with
  sawed-off barrel (holds 3 rounds)
Number of Detachable Magazines: 0 detachable – only the shotgun's built-in magazine
Maximum Capacity of Largest Magazine: 3
Number of Shots Fired: 3 (multiple victims were injured by each shot)
Did the Offender Reload: **No - shooter was tackled by 3 or 4 bystanders while trying
  to reload.**
Time from Start to End: Not Reported
How Gun Was Acquired: Legally purchased from a pawn shop a month before
Number Killed: 2
Number Wounded: 7


- *Associated Press* "Santa Gunman Had Lost Job, Wife Before Gory Attack," December
  27, 2008; letter from Covina Police Department dated January 6, 2014.
- Date: December 24, 2008
- Location: Covina, CA
- Number of Shooters: 1 (Bruce Pardo)
- Number of Guns in Shooter's Immediate Possession: 5
- Types of Guns Used: semi-automatic handguns
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: 19
- Number of Shots Fired: Not Reported (One news account stated that all four guns were
  emptied)
- Did Offender Reload: Not Reported but unlikely
- Time from Start to End: Not Reported
- How Guns were Acquired: Purchased (Not Reported if legal or not)
- Number Killed: 9 (10 including shooter)
- Number Wounded: 2


**Mass Shootings in 2009**
  *NBCNews.com* "Gunman in Portland, Ore., Shooting Spree Dies" January 27, 2009.
- Date: January 24, 2009

- Location: Portland, OR
- Number of Shooters: 1 (Eric S. Ayala)
- Number of Guns in Shooter's Immediate Possession:
- Types of Guns Used: 9 mm handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Legally purchased
- Number Killed: 2
- Number Wounded: 7


*Associated Press State & Local Wire* "Argument at Md Bar Leads to Multiple Shooting" March 1, 2009.
- Date: March 1, 2009
- Location: Largo, MD
- Number of Shooters: Not Reported (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired:
- Number Killed: 1
- Number Wounded: 6


*New York Times*, March 10, 2009
Date: March 10, 2009
Location: Geneva County, AL
Number of Shooters: 1 (Michael Kenneth McLendon)
Number of Guns in Shooter's Immediate Possession: 4
Types of Guns Used: Bushmaster AR-15, SKS rifle, shotgun, and .38 caliber pistol
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: Not Reported
Did Offender Reload: Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 10
Number Wounded: 0

*Fayetteville Observer,* "Carthage Killings: A Key Eyewitness Speaks," March 31, 2009
Location: Carthage, NC
Date: March 29, 2009
Number of Shooters: 1 (Robert Stewart)
Number of Guns in Shooter's Immediate Possession: 2
Types of Guns Used: Winchester 1300 pump-action shotgun; .357 magnum revolver

- Number Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: 15 minutes?
- How Guns were Acquired: One legally purchased from local sporting goods store, one purchased from individual, legality Not Reported
- Number Killed: 8
- Number Wounded: 3


- *New York Times* "Shooting in Binghamton, N.Y.," April 3, 2009; *Bloomberg* "Binghamton Killer Fired 99 Shots from Two Handguns, Police Say," April 8, 2009
- Date: April 3, 2009
- Location: Binghamton, NY
- Number of Shooters: 1 (Jiverly Wong)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Springfield .45 caliber semi-automatic pistol, Beretta 9 mm semi-automatic pistol
- Number of Detachable Magazines: 3+
- Maximum Capacity of Largest Magazine: 30
- Number of Shots Fired: 99
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased (Shooter had a license for the two guns)
- Number Killed: 13 (14 including shooter)
- Number Wounded: 4
  ○ Notes: The number of detachable magazines is not exact, but at least two 30 round magazines were discovered for the 9mm and only 11 shots were fired from the .45.

*Associated Press State & Local Wire* "Police Search for Gunmen in Block Party Shooting." April 27, 2009.
- Date: April 27, 2009
- Location: Jacksonville, FL
- Number of Shooters: 2+ (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported

- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 8


*Associated Press State & Local Wire* "Police: Philly Bar Shooting Kills 1, Injures 6" June 21, 2009.
- Date: June 21, 2009
- Location: Philadelphia, PA
- Number of Shooters: Not Reported
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6

*Miami Herald* "July 6 Mass Shooting at Overton Party was Retaliation, Warrant Shows" August 20, 2009.
- Date: July 6, 2009
- Location: Miami, FL
- Number of Shooters: 4 (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 4+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 10
- *Pittsburgh Tribune-Review*, "Gunman Kills 3, Wounds 9 Before Killing Himself at Collier Fitness Center," August 5, 2009
  Location: Collier, PA
  Date: August 4, 2009

Number of Shooters: 1 (George Sodini)
Number of Guns in Shooter's Immediate Possession: 4
Types of Guns Used: 2 x 9 mm pistols, .45 caliber pistol, .32 caliber pistol
Number of Detachable Magazines: 2+
Maximum Capacity of Largest Magazine: 30
Did Offender Reload: Not Reported
Number of shots fired: 50
Time from start to end: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 3
Number Wounded: 9

- *ABC News* "Alleged Fort Hood Shooter Nidal Malik Hasan was 'Calm,' Methodical During Massacre," November 6, 2009, *The Dallas Morning News* "Investigators Detail Ammo Found at Fort Hood Shooting Scene," October 21, 2010 (Updated November 26, 2010)
- Date: November 5, 2009
- Location: Fort Hood, Texas
- Number of Shooters: 1 (Nidal Malik Hasan)
- Number of Guns in Shooter's Immediate Possession: 2 (1 fired, 1 possessed but not fired)
- Type of Gun Used: FN Herstal 5.7 tactical pistol (Smith and Wesson .357 magnum was used in the shooting)
- Number of Detachable Magazines: 15 (6 loaded with 177 rounds, 6 empty with 146 spent casings, 3 empty with 68 casings)
- Maximum Capacity of Largest Magazine: 20-30
- Number of Shots Fired: 214
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased
- Number Killed: 13
- Number Wounded: 38

## Mass Shootings in 2010

*St. Louis Post-Dispatch*, "Why the Rampage?  Police Plan to Interview Family of Gunman, Co-workers at ABB Plant," January 9, 2010
Date: January 7, 2010
Location: St. Louis, MO
Number of Shooters: 1 (Timothy Hendon)
Number of Guns in Shooter's Immediate Possession: 3 or 4
Type of Guns Used: Romarm AK-47-style rifle, Tristar 12 gauge shotgun, Hi-Point .40 caliber pistol, possibly one other pistol
Number of Detachable Magazines: 2
Maximum Capacity of Largest Magazine: "Banana-style" magazines – probably LCMs
Did offender reload? Not Reported

Number of shots fired: "Over 100"
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 3
Number Wounded: 5


*Lynchburg News & Advance*, "Law Officers Maintained Dark Vigil to Wait Out
	Appomattox Shooting Suspect."
Date: January 19, 2010
Location: Appomattox, VA
Number of Shooters: 1 (Christopher Bryan Speight)
Number of Guns in Shooter's Immediate Possession: Not Reported
Types of Guns Used: "High-powered rifle"
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 8
Number Wounded: 0


*Washington Times*: Three are Arrested in Drive-by Shooting," April 1, 2010
Date: March 30, 2010
Number of Shooters: 5 (Orlando Carter, Jeffrey Best, Robert Bost, Lamar Williams, &
	Sanquan Carter)
Number of Guns in Shooter's Immediate Possession: 3
Types of Guns Used: AK-47 "assault rifle," 9 mm semiautomatic pistol, .45 caliber
	semiautomatic pistol
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Did Offender Reload: Not Reported
Number of Shots Fired: Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 4
Number Wounded: 5
*Montgomery Advertiser* "Teen Killed at Graduation Party in Tuscaloosa Called Friend of
	Accused" May 19, 2010
- Date: May 16, 2010
- Location: Tuscaloosa, AL
- Number of Shooters: 1 (Akeem Antwan Prewitt)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 9 mm handgun
- Number of Detachable Magazines: Not Reported

- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 8


*Miami Herald* "Massacre in Hialeah Captured by Cameras," June 9, 2010.
- Date: June 6, 2010
- Location: Hialeah, FL
- Number of Shooters: 1 (Gerardo Regalado)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .45 caliber semi-automatic handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 4
- Number Wounded: 3


- *Associated Press* "Police Report: No Racism Before Conn. Shootings," May 12, 2011, *Hartford Courant* "Shooter had a Plan, Police: Mass Murderer hinted at His Intentions to Kill Co-Workers," May 13, 2011, *Associated Press* "Cops: Conn. Gunman May Have Targeted Some Victims," August 4, 2010
- Date: August 3, 2010
- Location: Manchester, CT
- Number of Shooters: 1 (Omar Thornton)
- Number of Guns in Shooter's Immediate Possession: 2 (Shooter also had an unused shotgun in his car)
- Type of Gun Used: 2 x Ruger SR9 9mm semi-automatic pistols
- Number of Detachable Magazines: 3-4 (Uncle stated that he saw 4 17-round magazines the night before the shooting but some reports say there was only 1 extra magazine)
- Maximum Capacity of Largest Magazine: 17 rounds
- Number of Shots Fired: 19
- Did Offender Reload: Not Reported (Reports seem to indicate that he only used one of the guns. If so, he reloaded)
- Time from Start to End: 3 minutes
- How Guns were Acquired: Legally purchased from gun dealer and registered
- Number Killed: 8 (9 including shooter)

- Number Wounded: 2
- Notes: Eyewitness accounts state that he used one gun while carrying his lunchbox which held the other gun, magazines and extra ammo.

*Buffalo News* "Two more sought in shootings," August 20, 2010
Buffalo, NY
Date: August 14, 2010
Location: Buffalo, NY
Number of Shooters: 1 (Omar Thorton)
Number of Guns in Shooter's Immediate Possession: Not Reported
Type of Guns Used: Not Reported
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: Not Reported
Did Offender Reload? Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 4
Number Wounded: 4

*WFMZ-TV* "Jose Bonilla-Ortiz Convicted of Murder in Shooting that Killed 1, Injured 6 Others in Reading"; *Reading Eagle* "Witness IDs Defendant as Gunman in City Speakeasy Slaying"
- Date: November 8, 2010
- Location: Reading, PA
- Number of Shooters: 3 (Jose Bonilla-Ortiz and 2 others)
- Number of Guns in Shooter's Immediate Possession:
- Types of Guns Used: 9 mm handgun, .38-caliber handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6

## Mass Shootings in 2011
- *NBC News* "Tucson Shooting with High-Capacity Magazines Reignites Gun Debate," January 9, 2011, *Reuters* "TIMELINE: Tucson Shooting Rampage as it Unfolded," January 14, 2011; *New York Times* January 10, 2011, p. A1
- Date: January 8, 2011

- Location: Tucson, AZ
- Number of Shooters: 1 (Jared Lee Loughner)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Glock 19 9mm semi-automatic pistol
- Number of Detachable Magazines: 4
- Maximum Capacity of Largest Magazine: 33 (2 x 33-round, 2 x 15-round)
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not successfully. After emptying first magazine, spring failed in second magazine. **Bystanders then tackled shooter**, though it is unclear whether they did this while shooter was trying to reload a functioning magazine or the nonfunctioning one with the broken spring.
- Time from Start to End: 15 seconds
- How Guns were Acquired: Legally purchased at Arizona sporting goods store
- Number Killed: 6
- Number Wounded: 13
- Notes: This incident started as an attempt to assassinate Congresswoman Gabrielle Giffords.

[An incident on July 7, 2011 in Grand Rapids, MI was a spree shooting in which the shooter shot 4 people in one location, then 3 in a second location, then 2 in a third location.]

*Boston Globe* "Gunman Kills Self, 5 Others at Texas Rink" July 25, 2011.
- Date: July 23, 2011
- Location: Grand Prairie, TX
- Number of Shooters: 1 (Tan Do)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 5
- Number Wounded: 4

*Associated Press* "Ohio Woman: I Tried to Hide Boy, 11, from Gunman," August 27, 2011.
- Date: August 7, 2011
- Location: Copley Township (near Akron), OH
- Number of Shooters: 1 (Michael Hance)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: .357 handgun, .45-caliber pistol

- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: >20
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Legally purchased at pawnshop
- Number Killed: 6
- Number Wounded: 1

*Florida Times-Union* "No Suspects Identified in Mass Jacksonville Shooting that Wounded 11, Killed Unborn" August 30, 2011.
- Date: August 28, 2011
- Location: Jacksonville, FL
- Number of Shooters: 2+ (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 0
- Number Wounded: 10

- *CNN* "Gunman Kills 3, Wounds Other at Nevada IHOP," September 7, 2011
- September 6, 2011, *RGJ* "IHOP Shooting One Year Later: 85 Seconds that Changed Carson City," September 12, 2012
- Date: September 6, 2011
- Location: Carson City, NV
- Number of Shooters: 1 (Eduardo Sencion)
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Norinco MAK 90 AK-47 variant semi-automatic rifle, illegally modified to be fully automatic; Romarm Cugir AK-47 variant semi-automatic rifle; Colt .38-caliber revolver
- Number of Detachable Magazines: 3
- Maximum Capacity of Largest Magazine: 2 x 30, 1 x Not Reported (likely 30)
- Number of Shots Fired: 60+
- Did Offender Reload: Yes
- Time from Start to End: 1 minute 25 seconds
- How Guns were Acquired: Purchased from individual, legality Not Reported
- Number Killed: 4 (5 including shooter)
- Number Wounded: 14

*Associated Press* "2 Killed, 10 Injured in Nightclub Shootings" September 10, 2011.
- Date: September 8, 2011
- Location: Broward County, FL
- Number of Shooters: 2 (Vishna Beepot, unnamed security guard)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 10


*Associated Press* "2 Dead, 22 Wounded in Manatee Co. Shooting" September 10, 2011.
- Date: September 10, 2011
- Location: Palmetto, FL
- Number of Shooters: 2+ (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 22


*Associated Press State & Local Wire,* "Shooting at Nightclub Leaves 1 Dead, 6 Injured" September 18, 2011.
- Date: September 18, 2011.
- Location: Miami, FL
- Number of Shooters: Not Reported (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported

- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6


*Cupertino Courier* "Cupertino: One Year After the Lehigh Cement Shootings" October 4, 2012.
- Date: October 5, 2011
- Location: Cupertino, CA
- Number of Shooters: 1 (Shareef Allman)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Rifle, handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 3
- Number Wounded: 6

*Fort Worth Star-Telegram* "8 Wounded in Rival-Gang Confrontation at Dallas Rap Competition" October 9, 2011
- Date: October 8, 2011
- Location: Dallas, TX
- Number of Shooters: 2 (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 0
- Number Wounded: 8


- *Los Angeles Times* "Prosecutors Seek Death Penalty in Salon Shooting Case," October 15, 2011, *The Press Telegram* "DA to Seek Death Penalty for Alleged Seal Beach Shooter," October 14, 2011
- Date: October 14, 2011
- Location: Seal Beach, CA
- Number of Shooters: 1 (Scott Dekraai)

- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Springfield 9mm semi-automatic pistol, Heckler and Koch .45 caliber handgun, Smith and Wesson .44 Magnum revolver
- Number of Detachable Magazines: 5+ (Reports say he had "extra magazines")
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: 2 minutes
- How Guns were Acquired: Legally purchased and registered
- Number Killed: 8
- Number Wounded: 1

*Chicago Sun-Times* "Charges in Deadly Church's Shooting" December 31, 2011.
- Date: December 27, 2011
- Location: Chicago, IL
- Number of Shooters: 1 (Arthur Chaney)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 5

## Mass Shootings in 2012

*Associated Press* "Police Seek Witnesses in Tenn. Nightclub Shooting" February 27, 2012; *Jackson Sun* "Jury Finds Travis Steed Guilty of Second-degree Murder in Shooting at Karma Lounge" August 23, 2013.
- Date: February 26, 2012
- Location: Jackson, TN
- Number of Shooters: 3+ (Travis Steed, 2+ others)
- Number of Guns in Shooter's Immediate Possession: 3+
- Types of Guns Used: Handguns
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported

- Number Killed: 1
- Number Wounded: 19


*Mailonline (Daily Mail)* "Death at a Funeral Home: Two Shot Dead and 12 More Gunned Down in 'Horrific' Drive-by Gang Shooting" March 31, 2012.
- Date: March 30, 2012
- Location: Miami, FL
- Number of Shooters: 2+ (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 12


*Reuters* "Accused Gunman in Oakland Shooting Unfit for Trial: Judge," January 7, 2013, *The San Jose Mercury News* "California's Tough Gun Laws Could Not Prevent East Oakland Tragedy," April 5, 2012
- Date: April 2, 2012
- Location: Oakland, CA
- Number of Shooters: 1 (One Goh)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .45 caliber semi-automatic pistol
- Number of Detachable Magazines: 4
- Maximum Capacity of Largest Magazine: 8
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: Minutes
- How Guns were Acquired: Legally purchased
- Number Killed: 7
- Number Wounded: 3

Notes: The *San Jose Mercury News* stated that the magazines were 8 round magazines.

Associate Press State Wire: Alabama, 7-17-12; CBS-5 WKRG (Mobile, AL) 7-20-12; *Huntsville (Alabama) Times* "Shooting Victim Discusses Gunman's Tuscaloosa Spree" July 20, 2012
Date: July 17, 2012
Location: Tuscaloosa, AL

Number of Shooters: 1 (Nathan Van Wilkins)
Number of Guns in Shooter's Immediate Possession: 1
Types of Guns Used: "AK-47"
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: Not Reported
Did Offender Reload: Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 0
Number Wounded: 11 (by gunfire; 6 others injured by flying debris, etc.)
Notes: Shooter targeted a specific person, and fired all shots from 2 positions
outside a bar. He had also wounded another person in a separate incident earlier.


- *Denver Post* "12 Shot Dead, 58 Wounded in Aurora Movie Theater During Batman Premier," July 21, 2012, *ABC Channel 7 News* "Aurora, Colo Theater Shooting Timeline, Facts," July 26, 2012
- Date: July 20, 2012
- Location: Aurora, CO
- Number of Shooters: 1 (James Holmes)
- Number of Guns in Shooter's Immediate Possession: 4
- Types of Guns Used: Remington 870 pump-action 12 gauge shotgun; Smith and Wesson M&P .223 caliber semi-automatic rifle, 2 Glock .40 caliber semi-automatic pistols
- Number of Detachable Magazines: At least 4
- Maximum Capacity of Largest Magazine: 1 x 100 round magazine, which jammed; others unclear
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Purchased legally
- Numbers Killed: 12
- Number Wounded: 58

Notes: While the shooter had purchased 6,295 rounds (2,600 for the Glocks, 375 for the Remington, and 3,370 for the Smith and Wesson) it was not reported how many were with the shooter at the time, how many magazines were with him, and how many shots were fired.


- *Los Angeles Times* "Sikh Temple Shooting: Gun Shop Owner Says Wade Page Seemed Normal," August 8, 2012; "7 Shot Dead at Sikh Temple," August 6, 2012.
- Date: August 5, 2012
- Location: Oak Creek, WI
- Number of Shooters: 1 (Wade Michael Page)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: Springfield Armory XDM 9mm semi-automatic pistol
- Number of Detachable Magazines: 3

- Maximum Capacity of Largest Magazine: 19
- Number of Shots Fired: 19+ (50-60 according to one witness)
- Did Offender Reload: Yes
- Time from Start to End: Not Reported
- How Guns were Acquired: Purchased legally
- Numbers Killed: 6 (7 including shooter)
- Number Wounded: 3


*Associated Press, Minnesota state wire 9-29-12*
Date:  September 27, 2012
Location: Minneapolis, MN
Number of Shooters: 1 (Andrew Engeldinger)
Number of Guns in Shooter's Immediate Possession: 1
Types of Guns Used: Glock 9 mm semiautomatic pistol
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of shots fired: At least 46
Did Offender Reload: Yes
Time from Start to End:  Not Reported
How gun was acquired: Legally purchased at gun store a year earlier
Number killed: 6
Number wounded: 2

*Milwaukee Journal-Sentinel* "Brief: Spa Shooter's Wife Died of Multiple Gunshots, Report
Says," October 23, 2012.
- Date: October 21, 2012
- Location: Brookfield, WI
- Number of Shooters: 1 (Radcliffe Franklin Haughton)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .40-caliber semi-automatic pistol
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 3
- Number Wounded: 4


- *New York Times* "Children Were All Shot Multiple Times with a Semiautomatic,
  Officials Say," December 15, 2012; *CNN* "Newton Shooting Details Revealed in Newly
  Released Documents," March 29, 2013; Office of the State's Attorney, Judicial District o
  Danbury, *Report of the State's Attorney for the Judicial District of Danbury on the
  Shootings at Sandy Hook Elementary School and 36 Yogananda Street. Newtown,*

*Connecticut on December 14, 2012*, available online at
http://www.thecrimereport.org/news/inside-criminal-justice/2013-11-report-newtown-massacre-was-over-in-minutes

- Date: December 14, 2012
- Location: Newtown, CT
- Number of Shooters: 1 (Adam Lanza)
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Bushmaster XM15-E2S.223 caliber semi-automatic rifle, Glock 20 10mm semi-automatic pistol, Sig Sauer P226 9mm semi-automatic pistol (not used in shootings); Izhmash Saiga-12 12-gauge semiautomatic shotgun (not used in shootings)
- Number of Detachable Magazines: 12+
- Maximum Capacity of Largest Magazine: 30 (10 x 30 round, 2+ others of Not Reported capacity)
- Number of Shots Fired: 154+
- Did Offender Reload: Yes
- Time from Start to End: c. 4 Minutes
- How Guns were Acquired: Stolen from mother
- Numbers Killed: 26 (27 including shooter's mother, 28 including shooter)
- Number Wounded: 2
- Notes: The shooter seemed to have used mostly the Bushmaster, and 154 casings for it were found. That is the minimum number of shots fired. Of the 30 round magazines, 3 were found completely full, three were completely empty, and the others had 10, 11 or 13 rounds left in them.

## Mass Shootings in 2013

[A Santa Monica shooting on 6-7-13 was a spree shooting, not a mass shooting – killer shot 9 people in 3 different locations.]

*Washington Post* "What Happened Inside Building 197?" September 25, 2013.

- Date: September 16, 2013
- Location: Washington, D.C.
- Number of Shooters: 1 (Aaron Alexis)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Remington 870 Express Tactical 12-gauge shotgun; Beretta 9-mm semi-automatic pistol stolen from security officer
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Yes
- Time from Start to End of Firing: 41 minutes
- How Guns were Acquired: Shotgun legally purchased; pistol stolen from security officer
- Number Killed: 12
- Number Wounded: 3

Sources:
1. Search of Newsbank database for "mass shooting," "massacre," "mass murder," "shooting spree" for period January 1, 1994 through December 31, 2013.
2. "US Mass Shootings, 1982-2012: Data from Mother Jones' Investigation" Mother Jones magazine, available online at http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data. Only covers incidents in public places with 4 or more dead, misses those with many victims shot but three or fewer of them died. Also includes some spree shootings in which only a few victims were shot in any one location.
3. Violence Policy Center, "Mass Shootings in the United States Involving High-Capacity Ammunition Magazines." Fact sheet dated January 8, 2011. Available online at http://www.vpc.org/fact_sht/VPCshootinglist.pdf. Only covers incidents known to involve magazines with a capacity of 10 or more rounds.
4. Mayors Against Illegal Guns, "Analysis of Recent Mass Shootings," (September, 2013). Available online at http://www.demandaction.org/detail/2013-09-updated-analysis-of-recent-mass-shootings. Covers incidents only for January 2009-September 2013, and only those with four or more dead victims (excluding those with many victims shot, but three or fewer shot fatally).
5. Bjelopera, J.P., E. Bagalman, S. W. Caldwell, K.M. Finklea, G. McCallion et al. (March 18, 2013). *Public Mass Shootings in the United States: Selected Implications for Federal Public Health and Safety Policy*. Washington DC: Congressional Research Service. Only covers incidents with four or more deaths (excluding cases with many victims shot but three or fewer fatally), and only those that occurred in public places.
6. Citizens Crime Commission of New York City. "Mass Shooting Incidents in America (1984-2012), at http://www.nycrimecommission.org/mass-shooting-incidents-america.php, accessed 1-15-14. Covers shootings with four or more persons dead, with a magazine capable of holding more than 10 rounds. Excludes cases with no known use of large-capacity magazines, and incidents with many victims shot but three or fewer fatally.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on

June _13_____ , 2014.

_____
Gary Kleck

**Exhibit A**

CURRICULUM VITAE
GARY KLECK
(Updated April 15, 2013)

PERSONAL
Address:                    College of Criminology and Criminal Justice
                            306 Hecht House
                            The Florida State University
                            Tallahassee, Florida 32306-1127
Telephone Numbers:          Office:       (850) 644-7651
                            Office FAX:  (850) 644-9614
e-mail Address:             gkleck@fsu.edu

CURRENT POSITION
David J. Bordua Professor of Criminology, Florida State University

COURTESY APPOINTMENT
Professor, College of Law, Florida State University

PROFESSIONAL MEMBERSHIPS
American Society of Criminology
Academy of Criminal Justice Sciences

EDUCATION
A.B.        1973 - University of Illinois, with High Honors and with
                         Distinction in Sociology
A.M.        1975 - University of Illinois at Urbana, in Sociology
Ph.D.       1979 - University of Illinois at Urbana, in Sociology

ACADEMIC HONORS
National Merit Scholar, 1969

Freshman James Scholar, University of Illinois, 1969

Graduated from University of Illinois with High Honors and with Distinction in
     Sociology, 1973

University of Illinois Foundation Fellowship in Sociology, 1975-76

1993 Winner of the Michael J. Hindelang Award of the American Society of
     Criminology, for the book that made "the most outstanding contribution
     to criminology" (for Point Blank: Guns and Violence in America).

TEACHING POSITIONS

Fall, 1991 to present. Professor, College of Criminology and Criminal Justice,
     Florida State University

Fall, 1984 to Spring, 1991. Associate Professor, School of Criminology, Florida
State University.

Fall, 1979 to Spring, 1984,. Assistant Professor, School of Criminology, Florida
State University.

Fall, 1978 to Spring, 1979. Instructor, School of Criminology, Florida State
University.

## COURSES TAUGHT

Criminology, Applied Statistics, Regression, Introduction to Research Methods,
Law Enforcement, Research Methods in Criminology, Guns and Violence,
Violence Theory Seminar, Crime Control, Assessing Evidence, Survey
Research, Research Design and Causal Inference.

## DISSERTATION

Homicide, Capital Punishment, and Gun Ownership: An Aggregate Analysis of
U.S. Homicide Trends from 1947 to 1976. Department of Sociology,
University of Illinois, Urbana. 1979.

## PUBLICATIONS (sole author unless otherwise noted)

## BOOKS

1991, 2005 Point Blank: Guns and Violence in America. Hawthorne, N.Y.:
Aldine de Gruyter. Winner of the 1993 Michael J. Hindelang award of
the American Society of Criminology. Republished in 2005 in paperback
by Transaction Publishers. Reviewed in Contemporary Sociology,
American Journal of Sociology, Social Forces, Journal of Criminal Law
and Criminology, The Criminologist, The Public Interest, Criminal Law
Forum, Social Science Review, Criminal Justice Abstracts, Crime,
Criminal Justice and Law Enforcement, Newsletter of Public Policy
Currents, Commonweal, Choice, and others.

1997 Targeting Guns: Firearms and their Control. Hawthorne, N.Y.: Aldine de
Gruyter.

1997 The Great American Gun Debate: Essays on Firearms and Violence (with
Don B. Kates, Jr.). San Francisco: Pacific Research Institute for Public
Policy.

2001 (with Don B. Kates) Armed: New Perspectives on Gun Control. N.Y.:
Prometheus Books. Selected to Choice: Current Reviews for Academic
Libraries' 39th annual "Outstanding Academic Title List," awarded for
"excellence in scholarship and presentation, the significance of their

contribution to their field, and their value as an important treatment of their topic." Awarded to less than one percent of books.

## RESEARCH MONOGRAPH

1979   Bordua, David J., Alan J. Lizotte, and Gary Kleck. <u>Patterns of Firearms Ownership, Use and Regulation in Illinois</u>. A Report to the Illinois Law Enforcement Commission, Springfield, Illinois.

## ARTICLES IN PEER-REVIEWED JOURNALS

1979   "Capital punishment, gun ownership, and homicide." <u>American Journal of Sociology</u> 84(4):882-910.

1981   "Racial discrimination in criminal sentencing: A critical evaluation of the evidence with additional evidence on the death penalty." <u>American Sociological Review</u> 46(6):783-804.

1982   "On the use of self-report data to determine the class distribution of criminal behavior." <u>American Sociological Review</u> 47(3):427-33.

1983   (with David Bordua) "The factual foundation for certain key assumptions of gun control." <u>Law and Policy Quarterly</u> 5(3):271-298.

1985   "Life support for ailing hypotheses: modes of summarizing the evidence on racial discrimination in criminal sentencing." <u>Law and Human Behavior</u> 9(3):271-285.

1985   "Policy lessons from recent gun control research." <u>Law and Contemporary Problems</u> 49(1):35-62.

1986   "Evidence that 'Saturday Night Specials' not very important for crime." <u>Sociology and Social Research</u> 70(4):303-307.

1987   "Americans' foreign wars and the legitimation of domestic violence." <u>Sociological Inquiry</u> 57(3):237-250.

1988   "Crime control through the private use of armed force." <u>Social Problems</u> 35(1):1-21.

1988   "Miscounting suicides." <u>Suicide and Life-Threatening Behavior</u> 18(3):219-236.

1990   (with Susan Sayles) "Rape and resistance." <u>Social Problems</u> 37(2):149-162.

1991 (with Karen McElrath) "The effects of weaponry on human violence." Social Forces 69(3):669-92.

1993 (with Miriam DeLone) "Victim resistance and offender weapon effects in robbery." Journal of Quantitative Criminology 9(1):55-82.

1993 (with E. Britt Patterson) "The impact of gun control and gun ownership levels on violence rates." Journal of Quantitative Criminology 9(3):249-287.

1993 "Bad data and the 'Evil Empire': interpreting poll data on gun control." Violence and Victims 8(4):367-376.

1995 "Guns and violence: an interpretive review of the field." Social Pathology 1(1):12-47.

1995 "Using speculation to meet evidence." Journal of Quantitative Criminology 11(4):411-424.

1995 (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun." Journal of Criminal Law & Criminology 86(1):150-187.

1996 "Crime, culture conflict and sources of support for gun control: a multi-level application of the General Social Surveys." American Behavioral Scientist 39(4):387-404.

1996 (with Chester Britt III and David J. Bordua) "A reassessment of the D.C. gun law: some cautionary notes on the use of interrupted time series designs for policy impact assessment." Law & Society Review 30(2):361-380.

1996 (with Chester Britt III and David J. Bordua) "Avoidance and misunderstanding." Law & Society Review 30(2):393-397.

1996 (with Tomislav Kovandzic and Marc Gertz) "Defensive gun use: vengeful vigilante imagery vs. reality: results from the National Self-Defense Survey." Journal of Criminal Justice 26(3):251-258.

1997 (with Marc Gertz) "The illegitimacy of one-sided speculation: getting the defensive gun use estimate down." Journal of Criminal Law and Criminology 87(4):1446-1461.

1998 (with Marc Gertz) "Carrying guns for protection: results from the National Self-Defense Survey." Journal of Research in Crime and Delinquency 35(2):193-224.

1998   "What are the risks and benefits of keeping a gun in the home?" <u>Journal of the American Medical Association</u> 280(5):473-475.

1998   (with Charles Crawford and Ted Chiricos) "Race, racial threat, and sentencing of habitual offenders." <u>Criminology</u> 36(3):481-511.

1999   (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." <u>Social Problems</u> 46(2):275-293.

1999   "BATF gun trace data and the role of organized gun trafficking in supplying guns to criminals."   <u>St. Louis University Public Law Review</u> 18(1):23-45.

2001   "Can owning a gun really triple the owner's chances of being murdered?" <u>Homicide Studies</u> 5:64-77.

2001   (with Theodore Chiricos) "Unemployment and property crime: a target-specific assessment of opportunity and motivation as mediating factors." <u>Criminology</u> 40(3):649-680.

2004   "Measures of gun ownership levels for macro-level crime and violence research." <u>Journal of Research in Crime and Delinquency</u> 41(1):3-36.

2004   (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crimes." <u>Criminology</u> 42(4):861-909.

2005   (with Brion Sever, Spencer Li, and Marc Gertz) "The missing link in general deterrence research." <u>Criminology</u> 43(3):623-660.

2006   (with Jongyeon Tark and Jon J. Bellows) "What methods are most frequently used in research in criminology and criminal justice?" <u>Journal of Criminal Justice</u> 34(2):147-152.

2007   "Are police officers more likely to kill African-American suspects?" <u>Psychological Reports</u> 100(1):31-34.

2007   (with Shun-Yung Wang and Jongyeon Tark) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2000-2005." <u>Journal of Criminal Justice Education</u> 18(3):385-405.

2008   (with Jongyeon Tark, Laura Bedard, and Dominique Roe-Sepowitz) "Crime victimization and divorce." <u>International Review of Victimology</u> 15(1):1-17.

2009   "The worst possible case for gun control: mass shootings in schools." <u>American Behavioral Scientist</u> 52(10):1447-1464.

2009   (with Shun-Yung Wang) "The myth of big-time gun trafficking and the overinterpretation of gun tracing data." UCLA Law Review 56(5):1233-1294.

2009   (with Tomislav Kovandzic) "City-level characteristics and individual handgun ownership: effects of collective security and homicide." Journal of Contemporary Criminal Justice 25(1):45-66.

2009   (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Journal of Criminal Justice 37(5):496-504.

2011   (with James C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Journal of Criminal Justice Education 22(1):43-66.

2011   (with Tomislav Kovandzic, Mark Saber, and Will Hauser). "The effect of perceived risk and victimization on plans to purchase a gun for self-protection." Journal of Criminal Justice 39(4):312-319.

2013   (with Will Hauser) "Guns and fear: a one-way street?" Crime and Delinquency 59:271-291.

2013   "Gun control after Heller and McDonald: what cannot be done and what ought to be done." Fordham Urban Law Journal 39(5):1383-1420.

2013   (with James C. Barnes) "Deterrence and macro-level perceptions of punishment risks: is there a "collective wisdom?" Crime and Delinquency 59(2): (forthcoming, c. September 2013).

2013   (with Tomislav Kovandzic and Mark Schaffer) "Estimating the causal effect of gun prevalence on homicide rates: A local average treatment effect approach." Journal of Quantitative Criminology 28(4): (forthcoming c. September 2013).

2014   (with Jongyeon Tark) "Resisting rape: the effects of victim self-protection on rape completion and injury." Violence Against Women 23(3): (forthcoming March 2014).

2014   (with James C. Barnes) "Do more police generate more crime deterrence?" Crime and Delinquency 59(4): (forthcoming c. January 2014).


OTHER PUBLISHED ARTICLES

1992   "Assault weapons aren't the problem." New York Times September 1, 1992, p. A15. Invited Op-Ed page article.

1993    "The incidence of violence among young people." The Public Perspective
        4:3-6. Invited article.

1994    "Guns and self-protection." Journal of the Medical Association of Georgia
        83:42. Invited editorial.

1996    "Using speculation to meet evidence: reply to Alba and Messner." Journal
        on Firearms and Public Policy 9:13-49.

1998    "Has the gun deterrence hypothesis been discredited?" Journal on
        Firearms and Public Policy 10:65-75.

1999    "There are no lessons to be learned from Littleton." Criminal Justice
        Ethics 18(1):2, 61-63. Invited commentary.

1999    "Risks and benefits of gun ownership - reply." Journal of the American
        Medical Association 282(2):136-136.

1999    "The misfire that wounded Colt's." New York Times October 23, 1999.
        Invited  Op-Ed page article.

1999    "Degrading scientific standards to get the defensive gun use estimate
        down." Journal on Firearms and Public Policy 11:77-137.

2000    "Guns aren't ready to be smart." New York Times March 11, 2000.
        Invited Op-Ed page article.

2000    (with Chester Britt III and David J. Bordua) "The emperor has no clothes:
        Using interrupted time series designs to evaluate social policy impact."
        Journal on Firearms and Public Policy 12:197-247.

2001    "School lesson: armed self-defense works." Wall Street Journal March 27,
        2001. Invited opinion article.

2001    "Impossible policy evaluations and impossible conclusions: a comment on
        Koper and Roth." Journal of Quantitative Criminology 17(1):75-80.

2001    "Absolutist politics in a moderate package: prohibitionist intentions of
        the gun control movement." Journal on Firearms and Public Policy 13:1-
        43.

2002    "Research agenda on guns, violence, and gun control." Journal on
        Firearms and Public Policy 14:51-72.

2006    "Off target." New York Sun January 5, 2006. Invited opinion article.

2009    "How not to study the effect of gun levels on violence rates." Journal on
        Firearms and Public Policy 21:65-93.

2011 "Mass killings aren't the real gun problem --- how to tailor gun-control measures to common crimes, not aberrant catastrophes." <u>Wall Street Journal</u> January 15, 2011. Invited opinion article.

2011 "The myth of big-time gun trafficking." <u>Wall Street Journal</u> May 21, 2011. Invited opinion article.


## BOOK CHAPTERS

1984 (with David Bordua) "The assumptions of gun control." Pp. 23-48 in Don B. Kates, Jr. (ed.) <u>Firearms and Violence: Issues of Regulation</u>. Cambridge, Mass.: Ballinger. (Also appeared in <u>Federal Regulation of Firearms</u>, report prepared by the Congressional Research Service, Library of Congress, for the Committee on the Judiciary, United States Senate, 1982).

1984 "The relationship between gun ownership levels and rates of violence in the U.S." Pp. 99-135 in Kates, above.

1984 "Handgun-only gun control: a policy disaster in the making." Pp. 167-199 in Kates, above.

1996 "Racial discrimination in criminal sentencing." Pp. 339-344 in <u>Crime and Society</u>, Volume III – Readings: Criminal Justice, edited by George Bridges, Robert D. Crutchfield, and Joseph G. Weis. Thousand Oaks, Calif.: Pine Forge Press.

1996 "Gun buy-back programs: nothing succeeds like failure." Pp. 29-53 in <u>Under Fire: Gun Buy-Backs, Exchanges and Amnesty Programs</u>, edited by Martha R. Plotkin. Washington, D.C.: Police Executive Research Forum.

2000 "Firearms and crime." Pp. 230-234 in the <u>Encyclopedia of Criminology and Deviant Behavior</u>, edited by Clifton D. Bryant. Philadelphia: Taylor & Francis, Inc.

2001 (with Leroy Gould and Marc Gertz) "Crime as social interaction." Pp. 101-114 in <u>What is Crime?: Controversy over the Nature of Crime and What to Do About It</u>, edited by Stuart Henry and Mark M. Lanier. Lanham, Md.: Rowman and Littlefield.

2003 "Constricted rationality and the limits of general deterrence." Chapter 13 in <u>Punishment and Social Control: Enlarged Second Edition</u>, edited by Thomas G. Blomberg. New York: Aldine de Gruyter.

2003 "The great American gun debate: what research has to say." Pp. 470-487

in <u>The Criminal Justice System: Politics and Policies</u>, 9th edition, edited by George F. Cole, Marc Gertz, and Amy Bunger. Belmont, CA: Wadsworth-Thomson.

2008 "Gun control." Article in <u>The Encyclopedia of Social Problems</u>, edited by Vincent N. Parrillo. Thousand Oaks, CA: Sage.

2009 "Guns and crime." Invited chapter. Pp. 85-92 in <u>21st Century Criminology: A Reference Handbook</u>, edited by J. Mitchell Miller. Thousand Oaks, CA: Sage.

2012 Kovandzic, Tomislav, Mark E. Schaffer, and Gary Kleck. "Gun prevalence, homicide rates and causality: A GMM approach to endogeneity bias." Chapter 6, pp. 76-92 in <u>The Sage Handbook of Criminological Research Methods</u>, edited by David Gadd, Susanne Karstedt, and Steven F. Messner. Thousand Oaks, CA: Sage.

2012 (with Kelly Roberts) "What survey modes are most effective in eliciting self-reports of criminal or delinquent behavior?" Chapter in <u>Handbook of Survey Methodology</u>, edited by Lior Gideon. NY: Springer.

2013 "Deterrence: actual vs. perceived risk of punishment. Article in <u>Encyclopedia of Criminology and Criminal Justice</u>. Berlin: Springer Verlag.

2013 "An overview of gun control policy in the United States." Pp. 562-579 in <u>The Criminal Justice System</u>, 10th edition, Edited by George F. Cole and Marc G. Gertz. Wadsworth.


## BOOK REVIEWS

1978 Review of <u>Murder in Space City: A Cultural Analysis of Houston Homicide Patterns,</u> by Henry Lundsgaarde. <u>Contemporary Sociology</u> 7:291-293.

1984 Review of <u>Under the Gun</u>, by James Wright et al. <u>Contemporary Sociology</u> 13:294-296.

1984 Review of <u>Social Control</u>, ed. by Jack Gibbs. <u>Social Forces</u> 63: 579-581.

1987 Review of <u>Armed and Considered Dangerous</u>, by James Wright and Peter Rossi, <u>Social Forces</u> 66:1139-1140.

1987 Review of <u>Sociological Justice</u>, by Donald Black, <u>Contemporary Sociology</u> 19:261-3.

1988 Review of <u>The Citizen's Guide to Gun Control</u>, by Franklin Zimring and Gordon Hawkins, <u>Contemporary Sociology</u> 17:363-364.

1991 Review of <u>Equal Justice and the Death Penalty</u>, by David C. Baldus, George G. Woodworth, and Charles A. Pulaski, Jr. <u>Contemporary Sociology</u> 20:598-9.

1999 Review of <u>Crime is Not the Problem</u>, by Franklin E. Zimring and Gordon Hawkins. <u>American Journal of Sociology</u> 104(5):1543-1544.

2001 Review of <u>Gun Violence: the Real Costs</u>, by Philip J. Cook and Jens Ludwig. <u>Criminal Law Bulletin</u> 37(5):544-547.

2010 Review of <u>Homicide and Gun Control: The Brady Handgun Violence Prevention Act and Homicide Rates</u>, by J. D. Monroe. <u>Criminal Justice Review</u> 35(1):118-120.


LETTERS PUBLISHED IN SCHOLARLY JOURNALS

1987 "Accidental firearm fatalities." <u>American Journal of Public Health</u> 77:513.

1991 "Suicide in the home in relation to gun ownership." <u>The New England Journal of Medicine</u> 327:1878.

1991 "Gun ownership and crime." <u>Canadian Medical Association Journal</u> 149:1773-1774.

1999 "Risks and benefits of gun ownership." <u>Journal of the American Medical Association</u> 282:136.

1999 (with Thomas Marvell) "Impact of the Brady Act on homicide and suicide rates." <u>Journal of the American Medical Association</u> 284:2718-2719.

2001 "Violence, drugs, guns (and Switzerland)." <u>Scientific American</u> 284(2):12.

2002 "Doubts about undercounts of gun accident deaths." <u>Injury Prevention Online</u> (September 19, 2002). Published online at http://ip.bmjjournals.com/cgi/eletters /8/3/252.

2005 "Firearms, violence, and self-protection." <u>Science</u> 309:1674. September 9, 2005.


UNPUBLISHED REPORT

1987   <u>Violence, Fear, and Guns at Florida State University: A Report to the President's Committee on Student Safety and Welfare</u>. Reports results of campus crime victimization survey and review of campus police statistics on gun violence (32 pages).


## RESEARCH FUNDING

1991   "The Impact of Drug Enforcement on Urban Drug Use Levels and Crime Rates." $9,500 awarded by the U.S. Sentencing Commission.

1996   "Testing a Fundamental Assumption of Deterrence-Based Crime Control Policy." $80,590 awarded by the Charles E. Culpeper Foundation to study the link between actual and perceived punishment levels.


## PRESENTED PAPERS

1976   "Firearms, homicide, and the death penalty: a simultaneous equations analysis." Presented at the annual meetings of the Illinois Sociological Association, Chicago.

1979   "The assumptions of gun control." Presented at the Annual Meetings of the American Sociological Association, New York City.

1980   "Handgun-only gun control: A policy disaster in the making." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1980   "Life support for ailing hypotheses: Modes of summarizing the evidence on racial discrimination." Presented at the Annual Meetings of the American Society of Criminology, Toronto.

1984   "Policy lessons from recent gun control research." Presented at the Duke University Law School Conference on Gun Control.

1985   "Policy lessons from recent gun control research." Presented at the Annual Meetings of the American Society of Criminology, San Diego.

1986   "Miscounting suicides." Presented at the Annual Meetings of the American Sociological Association, Chicago.

1987   (with Theodore G. Chiricos, Michael Hays, and Laura Myers) "Unemployment and crime: a comparison of motivation and opportunity effects." Annual meetings of the American Society of Criminology, Montreal.

1988   "Suicide, guns and gun control." Presented at the Annual Meetings of the

Popular Culture Association, New Orleans.

1988 (with Susan Sayles) "Rape and resistance."    Presented at the Annual Meetings of the American Society of Criminology, Chicago, Ill.

1989 (with Karen McElrath) "The impact of weaponry on human violence." Presented at the Annual Meetings of the American Sociological Association, San Francisco.

1989 (with Britt Patterson) "The impact of gun control and gun ownership levels on city violence rates." Presented at the Annual Meetings of the American Society of Criminology, Reno.

1990 "Guns and violence: a summary of the field." Presented at the Annual Meetings of the American Political Science Association, Washington, D.C.

1991 "Interrupted time series designs: time for a re-evaluation." Presented at the Annual Meetings of the American Society of Criminology, New Orleans.

1993 (with Chester Britt III and David J. Bordua) "The emperor has no clothes: Using interrupted time series designs to evaluate social policy impact." Presented at the Annual Meetings of the American Society of Criminology, Phoenix.

1992 "Crime, culture conflict and support for gun laws: a multi-level application of the General Social Surveys." Presented at the Annual Meetings of the American Society of Criminology, Phoenix.

1994 (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."    Presented at the Annual Meetings of the American Society of Criminology, Miami.

1995 (with Tom Jordan) "The impact of drug enforcement and penalty levels on urban drug use levels and crime rates." Presented at the Annual Meetings of the American Society of Criminology, Boston.

1996 (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." Presented at the Annual Meetings of the American Society of Criminology, Chicago.

1997 "Evaluating the Brady Act and increasing the utility of BATF tracing data." Presented at the annual meetings of the Homicide Research Working Group, Shepherdstown, West Virginia.

1997 "Crime, collective security, and gun ownership: a multi-level application of the General Social Surveys." Presented at the Annual Meetings of the American Society of Criminology, San Diego.

1998 (with Brion Sever and Marc Gertz) "Testing a fundamental assumption of deterrence-based crime control policy." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1998 "Measuring macro-level gun ownership levels." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1999 "Can owning a gun really triple the owner's chances of being murdered?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2000 "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement." Presented at the Annual Meetings of the American Society of Criminology, San Francisco.

2001 (with Tomislav V. Kovandzic) "The impact of gun laws and gun levels on crime rates." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001 "Measures of gun ownership levels for macro-level violence research." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001 "The effects of gun ownership levels and gun control laws on urban crime rates." Presented at the Annual Meetings of the American Society of Criminology, Chicago.

2003 (with Tomislav V. Kovandzic) "The effect of gun levels on violence rates depends on who has them." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2003 (with KyuBeom Choi) "Filling in the gap in the causal link of deterrence." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2004 (with Tomislav Kovandzic) "Do violent crime rates and police strength levels in the community influence whether individuals own guns?" Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004 (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crime." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004 (with Jongyeon Tark) "The impact of self-protection on rape completion and injury." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004  (with Kyubeom Choi) "The perceptual gap phenomenon and deterrence as psychological coercion." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2005  (with Jongyeon Tark) "Who resists crime?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2005  (with Jongyeon Tark and Laura Bedard) "Crime and marriage." Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2006  (with Shun-Yang Kevin Wang)"Organized gun trafficking, 'crime guns,' and crime rates." Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2006  "Are police officers more likely to kill black suspects?" Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2007  (with Shun-Yang Kevin Wang) "The myth of big-time gun trafficking. "Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2007  (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2008  (with J.C. Barnes) "Deterrence and macro-level perceptions of punishment risks: Is there a "collective wisdom?" Presented at the Annual Meetings of the American Society of Criminology, St. Louis.

2009  "The myth of big-time gun trafficking." Presented at UCLA Law Review Symposium, "The Second Amendment and the Right to Bear Arms After DC v. Heller." January 23, 2009, Los Angeles.

2009  (with Shun-Yung Wang) "Employment and crime and delinquency of working youth: A longitudinal study of youth employment." Presented at the Annual Meetings of the American Society of Criminology, November 6, 2009, Philadelphia, PA.

2009  (with J. C. Barnes) "Do more police generate more deterrence?" Presented at the Annual Meetings of the American Society of Criminology, November 4, 2009, Philadelphia, PA.

2010  (with J. C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Presented at the annual Meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010 (with Will Hauser) "Fear of crime and gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010 "Errors in survey estimates of defensive gun use frequency: results from national Internet survey experiments." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2010 (with Mark Faber and Tomislav Kovandzic) "Perceived risk, criminal victimization, and prospective gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2011 (with Shun-young Wang) "The impact of job quality and career commitment on delinquency: conditional or universal?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011 (with Moonki Hong) "The short-term deterrent effect of executions on homicides in the United States, 1984-1998." Presented at the annual Meetings of the American Society of Criminology, November 16, 2011.

2011 (with Kelly Roberts) "Which survey modes are most effective in getting people to admit illegal behaviors?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011 (with Will Hauser) "Pick on someone your own size: do health, fitness, and size influence victim selection?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2011 (with Tomislav Kovandzic) "Is the macro-level crime/punishment association spurious?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2012 (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study." Presented at the annual Meetings of the American Society of Criminology, November 15, 2012.

CHAIR
1983 Chair, session on Race and Crime. Annual meetings of the American Society of Criminology, Denver.

1989 Co-chair (with Merry Morash), roundtable session on problems in analyzing the National Crime Surveys. Annual meetings of the American Society of Criminology, Reno.

1993 Chair, session on Interrupted Time Series Designs. Annual meetings of

the American Society of Criminology, New Orleans.

1993 Chair, session on Guns, Gun Control, and Violence. Annual meetings of the American Society of Criminology, Phoenix.

1994 Chair, session on International Drug Enforcement. Annual meetings of the American Society of Criminology, Boston.

1999 Chair, Author-Meets-Critics session, More Guns, Less Crime. Annual meetings of the American Society of Criminology, Toronto.

2000 Chair, session on Defensive Weapon and Gun Use. Annual Meetings of the American Society of Criminology, San Francisco.

2002 Chair, session on the Causes of Gun Crime. Annual meetings of the American Society of Criminology, Chicago.

2004 Chair, session on Protecting the Victim. Annual meetings of the American Society of Criminology, Nashville.

DISCUSSANT

1981 Session on Gun Control Legislation, Annual Meetings of the American Society of Criminology, Washington, D.C.

1984 Session on Criminal Sentencing, Annual Meetings of the American Society of Criminology, Cincinnati.

1986 Session on Sentencing, Annual Meetings of the American Society of Criminology, Atlanta.

1988 Session on Gun Ownership and Self-protection, Annual Meetings of the Popular Culture Association, Montreal.

1991 Session on Gun Control, Annual Meetings of the American Statistical Association, Atlanta, Ga.

1995 Session on International Drug Enforcement, Annual Meetings of the American Society of Criminology, Boston.

2000 Session on Defensive Weapon and Gun Use, Annual Meetings of the American Society of Criminology, San Francisco.

2004 Author-Meets-Critic session on Guns, Violence, and Identity Among African-American and Latino Youth, by Deanna Wilkinson. Annual meetings of the American Society of Criminology, Nashville.

2007   Session on Deterrence and Perceptions, University of Maryland 2007
       Crime & Population Dynamics Summer Workshop, Aspen Wye River
       Center, Queenstown. MD, June 4, 2007.

2009   Session on Guns and Crime, at the DeVoe Moore Center Symposium On
       The Economics of Crime, March 26-28, 2009.

2012   Panel discussion of news media coverage of high profile crimes. Held at
       the Florida Supreme Court On September 24-25, 2012, sponsored by the
       Florida Bar Association as part of their 2012 Reporters' Workshop.

PROFESSIONAL SERVICE
Editorial consultant -
       American Sociological Review
       American Journal of Sociology
       Social Forces
       Social Problems
       Law and Society Review
       Journal of Research in Crime and Delinquency
       Social Science Research
       Criminology
       Journal of Quantitative Criminology
       Justice Quarterly
       Journal of Criminal Justice
       Violence and Victims
       Violence Against Women
       Journal of the American Medical Association
       New England Journal of Medicine
       American Journal of Public Health
       Journal of Homicide Studies
Grants consultant, National Science Foundation, Sociology Program.
Member, Gene LeCarte Student Paper Committee, American Society of
       Criminology, 1990.

Area Chair, Methods Area, American Society of Criminology, annual meetings
       in Miami, November, 1994.

Division Chair, Guns Division, American Society of Criminology, annual
       meetings in Washington, D.C., November, 1998.

Dissertation evaluator, University of Capetown, Union of South Africa, 1998.

Division Chair, Guns Division, American Society of Criminology, annual
       meetings in Washington, D.C., November, 1999.

Member of Academy of Criminal Justice Sciences selection committee for Editor
       of Justice Quarterly, 2007.

UNIVERSITY SERVICE

Member, Master's Comprehensive Examination Committee, School of
Criminology, 1979-1982.

Faculty Advisor, Lambda Alpha Epsilon (FSU chapter of American Criminal
Justice Association), 1980-1988.

Faculty Senate Member, 1984-1992.

Carried out campus crime survey for President's Committee on Student Safety
and Welfare, 1986.

Member, Strategic Planning and Budgeting Review Committee for Institute for
Science and Public Affairs, and Departments of Physics and Economics,
1986.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods,
School of Criminology, Summer, 1986.

Member, Committee on Ph.D. Comprehensive Examination in Research
Methods, School of Criminology, Summer, 1986 to present.

Chair, Committee on Graduate Assistantships, School of Criminology, Spring,
1987.

Chair, Ad Hoc Committee on Computers, School of Criminology, Fall, 1987.

Member, Recruitment Committee, School of Criminology, Spring, 1988; Spring,
1989; and 1989-90 academic year.

Member, Faculty Senate Committee on Computer-Related Curriculum, Spring,
1988 to Fall, 1989.

Chair, Ad Hoc Committee on Merit Salary Distribution, School of Criminology,
Spring, 1988.

Chair, Ad Hoc Committee on Enrollment Strains, Spring, 1989.

Member, Graduate Handbook Committee, School of Criminology, Spring, 1990.

Member, Internal Advisement Committee, School of Criminology Spring, 1990.

University Commencement Marshall, 1990 to 1993.

Member, School of Criminology and Criminal Justice Teaching Incentive
Program award committee.

Chair, Faculty Recruitment Committee, School of Criminology and Criminal Justice, 1994-1995.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 1994-1995.

Member, University Computer and Information Resources Committee, 1995-1998.

Member, University Fellowship Committee, 1995 to present.

Member, University Library Committee, 1996 to 1999.

Chair, Electronic Access Subcommittee, University Library Committee, 1998 to 1999.

Member, Ad Hoc Committee on Merit Salary Increase Allocation, School of Criminology and Criminal Justice, 1998-1999.

Member, Academic Committee, School of Criminology and Criminal Justice, 2000-present.

Member, Recruiting Committee, School of Criminology and Criminal Justice, 2000-2001.

Member, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2000-present.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 2000-2002.

Chair, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2001-2002.

Faculty Adviser, School of Criminology and Criminal Justice Graduate Student Association, 2001-present.

Member, ad hoc committee on survey research, School of Criminology and Criminal Justice, 2002.

Coordinator of Parts 2 and 4 of the School of Criminology and Criminal Justice Unit Review, 2002.

Chair, Academic Committee, School of Criminology and Criminal Justice, 2002-2003.

Director, Honors Programs, School of Criminology and Criminal Justice, 2002-present.

Member, University Promotion and Tenure Committee, Fall, 2003 to present.

Member of University Graduate Policy Committee, Fall 2003 to present.

Chair, Promotion and Tenure Committee, College of Criminology and Criminal Justice, 2005-2006.

Director of Graduate Studies, School (later College) of Criminology and Criminal Justice, April 2004 to May 2011.


PUBLIC SERVICE

Television, radio, newspaper, magazine, and Internet interviews concerning gun control, racial bias in sentencing, crime statistics, and the death penalty. Interviews and other kinds of news media contacts include Newsweek, Time, U.S. News and World Report, New York Times, Washington Post, Chicago Tribune, Los Angeles Times, USA Today, Boston Globe, Wall Street Journal, Kansas City Star, Philadelphia Inquirer, Philadelphia News, Atlanta Constitution, Atlanta Journal, Arizona Republican, San Antonio Express-News, Dallas Morning News, Miami Herald, Tampa Tribune, Jacksonville Times-Union, Womens' Day, Harper's Bazaar, Playboy, CBS-TV (60 Minutes; Street Stories) ABC-TV (World News Tonight; Nightline), NBC-TV (Nightly News), Cable News Network, Canadian Broadcasting Company, National Public Radio, Huffington Post, PolitiFact.com, and many others.

Resource person, Subcommittee on Crime and Justice, (Florida House) Speaker's Advisory Committee on the Future, February 6-7, 1986, Florida State Capitol.

Testimony before the U.S. Congress, House Select Committee on Children, Youth and Families, June 15, 1989.

Discussant, National Research Council/National Academy of Sciences Symposium on the Understanding and Control of Violent Behavior, April 1-4, 1990, Destin, Florida.

Colloquium on manipulation of statistics relevant to public policy, Statistics Department, Florida State University, October, 1992.

Speech to faculty, students, and alumni at Silver Anniversary of Northeastern University College of Criminal Justice, May 15, 1993.

Speech to faculty and students at Department of Sociology, University of New Mexico, October, 1993.

Speech on the impact of gun control laws, annual meetings of the Justice Research and Statistics Association, October, 1993, Albuquerque, New Mexico.

Testimony before the Hawaii House Judiciary Committee, Honolulu, Hawaii, March 12, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, March 18, 1994.

Delivered the annual Nettler Lecture at the University of Alberta, Edmonton, Canada, March 21, 1994.

Member, Drugs-Violence Task Force, U.S. Sentencing Commission, 1994-1996.

Testimony before the Pennsylvania Senate Select Committee to Investigate the Use of Automatic and Semiautomatic Firearms, Pittsburgh, Pennsylvania, August 16, 1994.

Delivered lectures in the annual Provost's Lecture Series, Bloomsburg University, Bloomsburg, Pa., September 19, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, June 29, 1995.

Speech to personnel in research branches of crime-related State of Florida agencies, Research and Statistics Conference, sponsored by the Office of the State Courts Administrator, October 19, 1995.

Speech to the Third Annual Legislative Workshop, sponsored by the James Madison Institute and the Foundation for Florida's Future, February 5, 1998.

Speech at the Florida Department of Law Enforcement on the state's criminal justice research agenda, December, 1998.

Briefing on news media coverage of guns and violence issues, to the Criminal Justice Journalists organization, at the American Society of Criminology annual meetings in Washington, D.C., November 12, 1998.

Briefing on gun control strategies to the Rand Corporation conference on "Effective Strategies for Reducing Gun Violence," Santa Monica, Calif., January 21, 2000.

Speech on deterrence to the faculty of the Florida State University School of Law, February 10, 2000.

Invited address on links between guns and violence to the National Research
Council Committee on Improving Research Information and Data on
Firearms, November 15-16, 2001, Irvine, California.

Invited address on research on guns and self-defense to the National Research
Council Committee on Improving Research Information and Data on
Firearms, January 15-16, 2001, Washington, D.C.

Invited address on gun control, Northern Illinois University, April 19, 2002.

Invited address to the faculty of the School of Public Health, University of
Alabama, Birmingham, 2004.

Invited address to the faculty of the School of Public Health, University of
Pennsylvania, March 5, 2004.

Member of Justice Quarterly Editor Selection Committee, Academy of Criminal
Justice Sciences, Spring 2007

Testified before the Gubernatorial Task Force for University Campus Safety,
Tallahassee, Florida, May 3, 2007.

Gave public address, "Guns & Violence: Good Guys vs. Bad Guys," Western
Carolina University, Cullowhee, North Carolina, March 5, 2012.

Invited panelist, Fordham Law School Symposium, "Gun Control and the
Second Amendment," New York City, March 9, 2012.

Invited panelist, community forum on "Students, Safety & the Second
Amendment," sponsored by the Tallahassee Democrat.

Invited address at University of West Florida, Department of Justice Studies,
titled "Guns, Self-Defense, and the Public Interest," April 12, 2013.

Member of the Institute of Medicine/National Research Council Committee on
Priorities for a Public Health Research Agenda to Reduce the Threat of
Firearm-Related Violence, 2013.

OTHER ITEMS
Listed in:
Marquis Who's Who, 2009
Marquis Who's Who in the South and Southwest, 25th edition
Who's Who of Emerging Leaders in America, 1st edition
Contemporary Authors
Directory of American Scholars, 10th edition, 2002
Writer's Directory, 20th edition, 2004.

Participant in First National Workshop on the National Crime Survey, College Park, Maryland, July, 1987, co-sponsored by the Bureau of Justice Statistics and the American Statistical Association.

Participant in Second National Workshop on the National Crime Survey, Washington, D.C., July, 1988.

Participant, Seton Hall Law School Conference on Gun Control, March 3, 1989.

Debater in Intelligence Squared program, on the proposition "Guns Reduce Crime." Rockefeller University, New York City, October 28, 2008. Podcast distributed through National Public Radio. Further details are available at http://www.intelligencesquaredus.org/Event.aspx?Event=36.

Subject of cover story, "America Armed," in <u>Florida State University Research in Review</u>, Winter/Spring 2009.

Grants reviewer, Social Sciences and Humanities Research Council of Canada, 2010.