# Exhibit 11

# 2011

# Chicago MURDER Analysis

TABLE 12: WEAPONS USED TO COMMIT MURDERS, 2011*

| Injury | Weapon | Total |
|---|---|---|
| **SHOT** | Handgun | 351 |
| | Rifle | 1 |
| | Shotgun | 5 |
| | Unknown/Other | 5 |
| | | **362** |
| **STABBED** | Knife | 17 |
| | Other Stabbing/Cutting | 3 |
| | Pocket Knife | 1 |
| | Unknown | 10 |
| | | **31** |
| **ASSAULT** | Baseball Bat | 1 |
| | Hands/Feet/Fists | 13 |
| | Other Bludgeon Type | 2 |
| | Unknown | 8 |
| | Unknown Bludgeon | 4 |
| | | **28** |
| **STRANGULATION** | Hands/Feet | 1 |
| | Unknown | 3 |
| | | **4** |
| **BLUNT FORCE INJURY** | Automobile | 3 |
| | Hands/Feet/Fists | 1 |
| | Unknown | 1 |
| | | **5** |





2010

Chicago
MURDER
Analysis

TABLE 12: WEAPONS USED TO COMMIT MURDERS, 2010*

| Injury | Weapon | Total |
|---|---|---|
| SHOT | Handgun | 348 |
| | Rifle | 4 |
| | Shotgun | 1 |
| | | **353** |
| STABBED | Knife | 19 |
| | Kitchen Knife | 3 |
| | Other Stabbing/cutting | 1 |
| | Unknown Instrument | 6 |
| | | **29** |
| ASSAULT | Hands/Fists/Feet | 9 |
| | Other Bludgeon Type | 13 |
| | Baseball Bat | 2 |
| | Table Leg | 1 |
| | Wooden Board | 1 |
| | Cut/Stab Instrument | 1 |
| | Others | 3 |
| | Unknown | 6 |
| | | **36** |
| STRANGULATION | Hands/Feet | 4 |
| | Rope/Cordage | 1 |
| | Unknown Ligature | 2 |
| | Unkown | 3 |
| | | **10** |
| BLUNT FORCE INJURY | Automobile | 2 |
| | Unknown | 1 |
| | | **3** |





# 2009 Chicago MURDER Analysis

TABLE 12: WEAPONS USED TO COMMIT MURDERS, 2009*

| Injury | Weapon | Total |
|---|---|---|
| SHOT | Handgun | 356 |
|  | Rifle | 6 |
|  | Shotgun | 8 |
|  | Unknown/Other | 8 |
|  |  | **378** |
| STABBING | Knife | 25 |
|  | Other Stabbing/Cutting | 4 |
|  | Pocket Knife | 1 |
|  | Unknown | 5 |
|  |  | **35** |
| ASSAULT | Hands/Fists/Feet | 7 |
|  | Other Bludgeon Type | 6 |
|  | Baseball Bat | 3 |
|  | Concrete Block/Brick | 1 |
|  | Unknown | 5 |
|  |  | **22** |
| STRANGULATION | Hands/Fists/Feet | 1 |
|  | Rope/Cordage | 6 |
|  | Clothing | 1 |
|  | Unknown | 3 |
|  |  | **11** |
| BLUNT FORCE INJURY | Automobile | 3 |
|  | Other Bludgeon Type | 2 |
|  | Unknown | 2 |
|  |  | **7** |





# 2008 MURDER ANALYSIS

Chicago Police Department

### TABLE 13: WEAPONS USED TO COMMIT MURDERS IN 2008

| Injury | Weapon | 2008 |
|---|---|---|
| **SHOT** | Handgun | 402 |
| | Rifle | 3 |
| | Shotgun | 1 |
| | Unknown/Other | 6 |
| | | **412** |
| **STABBING** | Knife | 31 |
| | Other Stabbing/Cutting | 4 |
| | Pocket Knife | 0 |
| | Unknown | 10 |
| | | **45** |
| **ASSAULT** | Hands/Feet | 10 |
| | Other Bludgeon Type | 7 |
| | Baseball Bat | 2 |
| | Pipe | 0 |
| | Hammer | 0 |
| | Unknown | 17 |
| | | **36** |
| **STRANGULATION** | Hands/Feet | 1 |
| | Rope/Cordage | 0 |
| | Electrical/Phone Cord | 0 |
| | Clothing | 1 |
| | Unknown | 5 |
| | Other | 1 |
| | | **8** |
| **BLUNT FORCE INJURY** | Unknown | 1 |
| **ASPHYXIATION** | Unknown | 1 |
| **OTHER** | Gasoline (Burning) | 1 |
| | Matches (Burning) | 0 |
| | Unknown | 7 |
| | | **8** |
| **TOTAL** | | **511** |





## TABLE 12: WEAPONS USED TO COMMIT 2006 AND 2007 MURDERS

| Method | Weapon | 2006 | 2007 |
|---|---|---|---|
| **SHOT** | *Firearm* | | |
| | Handgun | 373 | 316 |
| | Rifle | 4 | 4 |
| | Shotgun | 7 | 6 |
| | | **384** | **326** |
| **STABBING** | *Stabbing/Cutting Instrument* | | |
| | Knife | 29 | 33 |
| | Other Stabbing/Cutting | 1 | 5 |
| | Pocket Knife | 0 | 1 |
| | Unknown | 14 | 13 |
| | | **44** | **52** |
| **ASSAULT** | *Bludgeon/Club* | | |
| | Hands/Feet | 10 | 11 |
| | Other Bludgeon Type | 4 | 5 |
| | Baseball Bat | 4 | 2 |
| | Pipe | 0 | 2 |
| | Hammer | 0 | 4 |
| | Unknown | 13 | 11 |
| | Other | 2 | 6 |
| | | **33** | **41** |
| **STRANGULATION** | *Ligature* | | |
| | Hands/Feet | 2 | 3 |
| | Rope/Cordage | 0 | 2 |
| | Electrical/Phone Cord | 0 | 1 |
| | Unknown | 3 | 5 |
| | Other | 1 | 5 |
| | | **6** | **16** |
| **BLUNT FORCE** | Other | 1 | 1 |
| | | **1** | **1** |
| **ASPHYXIATION** | Other | 3 | 1 |
| | Unknown | | |
| **OTHER** | *Burning* | | |
| | Matches | 0 | 1 |
| | Other | 0 | 4 |
| | Unknown | 0 | 3 |
| | | **0** | **8** |
| **TOTAL** | | **471** | **445** |