IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Arie S. Friedman, M.D. and the Illinois State Rifle Association,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>City Of Highland Park,<br><br>　　　　　　Defendant. | Case No. 13-cv-9073<br><br>Hon. John W. Darrah |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, the City of Highland Park, moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and seeks an order of this Court dismissing with prejudice Plaintiffs' Verified Complaint for Declaratory Judgment and Injunctive Relief. As set forth in its Memorandum of Law, the City of Highland Park's Ordinance prohibiting assault weapons and large capacity magazines does not violate the Second Amendment and Plaintiffs' claims must fail as a matter of law. In further support of its Motion for Summary Judgment, Defendant hereby submits its Local Rule 56.1 Statement of Material Facts and Memorandum of Law.

DATE: June 30, 2014　　　　　　　　　　　　CITY OF HIGHLAND PARK

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Christopher B. Wilson
　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Christopher B. Wilson, ARDC No. 06202139
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
(312) 324-8400
Cwilson@perkinscoie.com

-2-

Steven M. Elrod
Christopher James Murdoch
Hart M. Passman
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, Illinois 60603
(312) 263-3600
Steven.elrod@hklaw.com
Chris.murdoch@hklaw.com
Hart.passman@hklaw.com

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, an attorney, certify that on June 30, 2014, I caused the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to be filed pursuant to the Court's CM/ECF system and served via the Court's CM/ECF System on the following:

James B. Vogts
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com

Brett Michael Henne
Swanson, Martin & Bell, LLP
1860 West Winchester Road
Suite 201
Libertyville, IL 60048
(847) 949-0057
bhenne@smbtrials.com

Andrew Arthur Lothson
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
alothson@smbtrials.com

Alexander David Marks
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
(312) 840-7000
amarks@burkelaw.com

/s/ Christopher B. Wilson

LEGAL122549665.2