# EXHIBIT B

DECLARATION OF PAUL S. SHAFER

I, Paul S. Shafer, under penalty of perjury as set forth in 28 U.S.C. § 1746, declare as follows:

1. I serve as the Chief of Police for the City of Highland Park, Illinois ("City"). I have served the City as Chief of Police since July 2003.

2. I have worked in law enforcement in the Chicago area since 1979. I began my career as a Patrol Officer for the Village of Bellwood, where I worked from 1979 to 1981. Between 1981 and 2003, I worked for the City of Naperville, Illinois, beginning as a Patrol Officer and rising to serve between 1992 and 2003 as Commander and Captain (the second-highest ranks within the Naperville Police Department) of two different divisions of the Naperville Police Department. A copy of my complete resume is attached to this Affidavit as Exhibit 1.

3. I have personal knowledge of the matters set forth in this Affidavit and can testify competently to such matters.

4. According to the 2010 Census, there are 29,763 residents of the City. 25.9% of City residents are under age 18, and 5.3% of City residents are under age five.

5. The City currently employs 57 sworn police officers, which equates to a ratio of 1.92 sworn officers per 1,000 residents.

6. According to City Police Department (*"Department"*) records, the City has issued 2,930 alarm user permits for burglar alarms at private properties in the City. The Department does not track how many properties have implemented gates, guards, or other security features.

7. Since 2008, there have been 68 reported incidents of aggravated assault or aggravated battery in the City.

8. In the six-year period from 2008 to 2013, there were 293 residential and commercial burglaries in the City that were reported to the Department.

9. Since 2008, there have been two reported home invasions during which the residents of the home were present. In one of those invasions, there were multiple intruders.

10. Since 2008, there have been 16 arrests for crimes in the City involving firearms and/or ammunition.

11. There has not been a homicide in the City since June 2003. However, there were four homicides in the City between October 1996 and June 2003.

12. During the morning of May 20, 1988, Laurie Dann entered the Ravinia Elementary School in the City, and attempted to detonate a bomb in the school's hallway. Nobody was injured by Dann at the Ravinia School. However, later that day, Dann would shoot six students at an elementary school in the adjacent Village of Winnetka, killing one eight-year-old boy.

13. There are 15 schools located within the City, including the Highland Park High School and numerous elementary schools.

14.  There are four community centers and three nursing homes located within the City.

15.  There are multiple places in the City at which large numbers of people frequently congregate. Among the more notable of these places are: the Ravinia Festival; the Port Clinton retail and office development in downtown Highland Park; the Renaissance Place retail and residential development in downtown Highland Park; the Crossroads Shopping Center along Skokie Valley Road; the Courtyard Marriott hotel along Lake Cook Road; and four commuter rail stations.

16.  Assault weapons are not designed for self-defense, but are instead designed for combat situations which include rapid fire, the possibility of multiple targets, and a need for increased magazine capacity to engage multiple targets. These factors are not typically present when a firearm is required for defense of a home.

17.  Assault weapons are not appropriate for hunting. Hunting strategy requires a weapon to accurately kill an animal humanely, preferably with one shot. Accordingly, the magazine capacity is generally much smaller. The large magazines and rapid-fire capability of assault weapons exceed these hunting requirements.

18.  By way of example, the AR-15 assault weapon (the civilian version of the military M-16) was not designed as a hunting weapon; it was designed for use by the military in combat situations. As such, the AR-15 and other assault weapons, by their nature, allow the user to carry increased firepower (larger capacity magazines) and a weapon designed to engage multiple targets. These weapons, designed for the military, are specifically manufactured to operate in adverse situations such as mud and sand before malfunctioning. These weapons also

tend to be shorter than true sporting weapons, which aides in concealment as well as maneuverability.

19. I do not believe that City residents need assault weapons to adequately protect themselves, their families, or their properties. If required, there are numerous other types of firearms available and legal for possession by City residents that would serve the intended self-defense purposes.

20. The presence of assault weapons in the City would increase the risk to City residents and visitors. Every firearm, when used aggressively against a person, presents a risk of great bodily harm or death. As noted above, assault weapons typically have many features that are specifically designed to allow the user to shoot multiple targets in a shorter time period than conventional firearms that are designed for self-defense. The presence of assault weapons in the City would increase the probability that shooting incidents could involve multiple victims.

21. In 2013, the average Department response time for high-priority 911 calls, which include alleged shootings and incidents involving firearms, is four minutes and 20 seconds.

22. In 2013, due to the nationwide increase in active shooter incidents, I requested that the City Council approve the use of .223 rifles by members of the Department. I believe that these rifles, which are assault weapons, are necessary for law enforcement, because: (a) the rifles are more accurate at longer distances; and (b) the ammunition for these rifles can penetrate a suspect's body armor. To my knowledge, every municipal police department in the vicinity of the City deploys .223 rifles for its officers.

23. In my opinion, the only legitimate use of an assault weapon in the City would be by the military or by law enforcement in the execution of their official duties.

2/6/2014

Paul S. Shafer
Chief of Police
City of Highland Park