# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Arie S. Friedman, M.D. and the Illinois State Rifle Association, | |
| Plaintiffs, | Case No. 13-cv-9073 |
| v. | Hon. John W. Darrah |
| City Of Highland Park, | |
| Defendant. | |

## AFFIDAVIT OF MICHAEL KUPKA

Michael Kupka, the undersigned, being first duly sworn upon oath, deposes and says:

1. I make this affidavit based upon my review of Exhibit 1 of the Memorandum of Law in Support of Motion for Preliminary Injunction.

2. I am currently employed by Perkins Coie LLP as a Paralegal in Chicago, Illinois.

3. I have been employed as a Paralegal at Perkins Coie LLP since October 2006.

4. I have reviewed Ordinance No. 68-13, An Ordinance Amending Chapter 134 of "The Highland Park Code of 1968," as Amended, Regarding Assault Weapons.

5. I certify that the attached documents have been researched by me, and to the best of my knowledge are accurate photos of the models referenced in (C)(7)(a-c) of Sec. 136.001 Definitions of Chapter 136: Assault Weapons, which are the subject of *Arie S. Friedman, M.D and the Illinois State Rifle Association v. City of Highland Park*, United States District Court - Northern District of Illinois Case Number 13-cv-9073:

Shall include, but not be limited to, the Assault Weapons models identified as follows:

(a) The following rifles or copies or duplicates thereof:

- AK, AKM, AKS, AK-47, AK-74, ARM, MAK90, Misr, NHM 90, NHM 91, SA 85, SA 93, VEPR;

- AR-10;

- AR-15, Bushmaster XM15, Armalite M15, or Olympic Arms PCR;

- AR70;

- Calico Liberty;

- Dragunov SVD Sniper Rifle or Dragunov SVU;

- Fabrique National FN/FAL, FN/LAR, or FNC;

- Hi-Point Carbine;

- HK-91, HK-93, HK-94, or HK-PSG-1;

- Kel-Tec Sub Rifle;

- Saiga;

- SAR-8, SAR-4800;

- SKS with Detachable Magazine;

- SLG 95;

- SLR 95 or 96;

- Steyr AUG;

- Sturm, Ruger Mini-14;

- Tavor;

- Thompson 1927, Thompson M1, or Thompson 1927 Commando; or

- Uzi, Galil and Uzi Sporter, Galil Sporter, or Galil Sniper Rifle (Galatz).

(b) The following pistols or copies or duplicates thereof:

- Calico M-110;

- MAC-10, MAC-11, or MPA3;

- Olympic Arms OA;

- TEC-9, TEC-DC9, TEC-22 Scorpion, or AB-10; or

- Uzi.

(c) The following shotguns or copies or duplicates thereof:

- Armscor 30 BG;

- SPAS 12 or LAW 12;

- Striker 12; or

- Streetsweeper

I declare under penalty of perjury that the foregoing is true and correct

Executed on: 06/30/2014

Michael Kupka





AK74



AK-74









AR-15











Calico liberty

Calico Liberty

ARMSLIST.COM



Dragunov SVD
Sniper Rifle









Galil Sniper Rifle
(Galatz)































SA 93



SAIGA









ARMSLIST.COM























VEPR



Calico M-110







ARMSLIST.COM



Olympic Arms OA



TEC-9







Uzi











Striker 12