Arie S Friedman, et al.
                    Plaintiff,

v.                                              Case No.: 1:13−cv−09073
                                                Honorable John W. Darrah

City of Highland Park
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2014:

    MINUTE entry before the Honorable John W. Darrah: Plaintiffs' motion for leave to file brief and statement of material facts in excess of local rule limitation is granted [39] nunc pro tunc to 6/30/14. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.