IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association ) ) ) Plaintiffs, ) ) v. ) ) ) CITY OF HIGHLAND PARK, ) ) Defendant. ) | No: 13-cv-9073<br><br>Hon. John W. Darrah |

**PLAINTIFFS' RULE 56.1(b)(3)(C) STATEMENT
OF ADDITIONAL MATERIAL FACTS**

Plaintiffs Arie S. Friedman, M.D. and the Illinois State Rifle Association ("Plaintiffs") submit the following Statement of Additional Material Facts in support of their Motion for Summary Judgment:

1.  There are four "types" of firearms available to civilians in the United States for sporting and self-defenses use, revolvers, pistols, rifles and shotguns. It is incorrect to say that there are "hundreds if not thousands" of different types of firearms for civilian use. (Exhibit 15 at ¶ 1 – Supplemental Affidavit of James W. Supica, Jr.)

2.  Those who prefer and recommend revolvers for home defense use, including Highland Park's own witness, recommend an eight-shot revolver, rather than five or six-shot revolvers, and also recommend having an additional eight rounds available (for a total of 16 rounds) in a speedloader should they be needed. (Exhibit 16 at pp. 157-159 – Deposition of James C. Yurgealitis.)

1

3. Some who prefer and recommend long guns as a home defense firearm recommend use of a 12-gauge pump action shotgun, loaded with 00 buckshot, with a shorter barrel so it is more maneuverable. (Exhibit 16 at pp. 142-43 and 148-49.)

4. The AR-type and the other firearms banned under the Ordinance are "conventional" firearms. (Exhibit 15 at ¶ 2)

5. The ability to shoot more targets in a short period of time is a desirable feature in any self-defense firearm, including double action revolvers; pump shotguns; and semi-automatic rifles, shotguns and pistols. (Exhibit 15 at ¶ 2.)

6. Firearms designed to fire in a fully automatic mode have a major functional difference from firearms designed to fire only in a semi-automatic mode. (Exhibit 17 at pp. 73-74 – Deposition of Mark D. Jones.)

7. The rate of fire of a semi-automatic rifle does not match the rate of fire of a fully automatic rifle. (SMF Ex. 3 at Ex. E (Video Demonstration, 00:00-00:42). The rates of fire of these different types of firearms can be made similar only by using an after-market "bump fire" trigger activator. (Exhibit 17 at pp. 74-75 and 79-80.) Bump firing is a form of trick firing that no person, criminal or otherwise, would use to reliably and accurately hit a target. (Doc. 26-2 at ¶ 10 – Supplemental Aff. of David A. Lombardo.)

8. The number of firearms manufactured in the United States, of all types, that were recovered by law enforcement in Mexico and traced to the United States each year from 2008 to 2013 averaged 10,440. (A true and correct copy of ATF International Firearms Trace Data (Mexico) January 1, 2008 – December 31, 2013, is attached as Exhibit 18, and is available at www.atf.gov/sites/default/files/assets/statistics/TraceData/TraceData_Intl/2013/mexico_-_cy08-13_atf_website.pdf .)

9. The injuries to 13 persons on September 20, 2013 in Cornell Park in Chicago were inflicted by two persons using two firearms, a handgun and a rifle. (Exhibit 17 at pp. 174-75.)

10. According to a study performed by Jeffrey A. Roth and Christopher S. Koper in 1997, FBI data on police officer murders from 1992 through 1996 showed that the percentage of police shootings known to have involved an "assault weapon" of some type was 5.5%. Gun murders of police officers peaked at 76 in 1994. In that year, 9 (12%) police officer gun murders were determined to have been committed with an "assault weapon" of some type. There were 18 police shootings during these years in which the firearm used was not identified. Thus, Roth and Koper reported that out of the 58 incidents in which the firearm was identified, 16% involved assault weapons, but there is no basis on which to conclude that the firearms involved in the 58 incidents are representative of the firearms involved in all 76 shootings. (Exhibit 19 at ¶¶ 2-4 – Supplemental Aff. of Gary Kleck.)

11. During the most recent year for which data on police killings are available, 2012, there were 44 firearm killings of police officers. If the 5.5% estimate of killings involving assault weapons hold true, there were about 2 policemen killed with an assault weapon of some type in 2012. (Exhibit 19 at ¶ 7.)

12. While the average number of rounds fired in police shootings may be as low as four, there are a considerable number of police shootings in which more than ten rounds have been fired. New York City Police Department data shows that in 2012, 13% of police shootings involved more than 10 rounds fired per officer. (Exhibit 19 at ¶¶ 11-12.)

13. If the marksmanship and training of civilians who defend themselves with firearms is less than that of police officers, one would expect that a civilian would, on average,

need a larger number of rounds to effectively defend themselves than police officers. (Exhibit 19 at ¶ 13.)

14. A true and correct copy of the study relied on by Highland Park witness James Yurgealitis for his conclusion that there are 4.905 million "assault weapons" in the United States – The U.S. Gun Stock: Results from the 2004 National Firearms Survey – is attached as Exhibit 20.

15. A true and correct copy of pages 110 – 128 and Table 4.1 from *Targeting Guns*, by Gary Kleck is attached as Exhibit 21.

16. A true and correct copy of pages 25 – 29 of the Department of Public Safety Investigation Report from the *Report of the State's Attorney for the Judicial District of Danbury on the Shootings at Sandy Hook Elementary School,* dated November 25, 2013 is attached as Exhibit 22. (available at www.ct.gov/csao/lib/csao/compressed-sandy-hook-report.pdf .)

    Respectfully submitted,

    /s/ James B. Vogts
    James B. Vogts
    Andrew A. Lothson
    Brett M. Henne
    Swanson, Martin & Bell, LLP
    330 N. Wabash, Suite 3300
    Chicago, Illinois 60611
    (312) 222-8517
    jvogts@smbtrials.com
    bhenne@smbtrials.com
    alothson@smbtrials.com

    **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I, James B. Vogts, hereby certify that on the 21st day of July, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher B. Wilson
   Perkins & Coie LLP
   131 S. Dearborn Street
   Suite 1700
   Chicago, IL 60603
   (312) 324- 8400
   Email: cwilson@perkinscoie.com

2. Christopher J. Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

3. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

4. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

                                                       */s/ James B. Vogts*
                                                          James V. Vogts