# Exhibit 22

| State of Connecticut, Department of Public Safety- Investigation Report (DPS-302-C) (Revised 12/07/04) | DPS INCIDENT NUMBER: CFS-12-00704597 | Page 2⁵ of 54 |
|---|---|---|
| REPORT TYPE: ☐ INITIAL ☐ ASSIST ☒ SUPP ☐ RE-OPEN ☐ CLOSING | ATTACHMENTS: ☐ STATEMENTS ☐ TELETYPE ☐ PHOTOS ☐ SKETCH MAP ☐ EVIDENCE ☒ OTHER | |

**Weapons and Ammunitions on the Shooter's Person:**
(All weapons were made safe by assigned Evidence Detective Dan Sliby #810).

➢ Left upper breast pocket of the vest were a total of three (3) magazines seized as Exhibit #41 (Two (2) "Sig Sauer" magazines each containing twenty (20) live rounds of 9 mm ammunition and one (1) "Plus 2" magazine containing eighteen (18) rounds of live 9mm ammunition). Each magazine was loaded to full capacity.

CASE STATUS: ☒ 1 ACTIVE ☐ 2 CLEARED BY ARREST ☐ 3 SUSPENDED ☐ 4 EXCEPTIONAL CLEARANCE ☐ 6 NO CRIMINAL ASPECT ☐ F FUGITIVE
TYPE OF EXCEPTIONAL CLEARANCE: ☐ A OFFENDER DECEASED ☐ B PROSECUTION DECLINED ☐ C EXTRADITION DENIED ☐ D DECEDENT UNCOOPERATIVE ☐ E JUVENILE-NO

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | REPORT DATE: | SUPERVISOR SIGNATURE: | SUPERVISOR I.D.#: | APPROVAL DATE: |
|---|---|---|---|---|---|
| *[signed]* Detective Karoline Keith | 533 | 11/18/2013 | *[signed]* Sgt. Jeffrey | 167 | 11/19/13 |

A 136

| State of Connecticut, Department of Public Safety- Investigation Report (DPS-302-C) (Revised 12/07/04) | DPS INCIDENT NUMBER: CFS-12-00704597 | Page 26 of 54 |
|---|---|---|
| REPORT TYPE: ☐ INITIAL ☐ ASSIST ☒ SUPP ☐ RE-OPEN ☐ CLOSING | ATTACHMENTS: ☐ STATEMENTS ☐ TELETYPE ☐ PHOTOS ☐ SKETCH MAP ☐ EVIDENCE ☒ OTHER | |

- Right upper breast pocket of the vest were a total of three (3) magazines seized as Exhibit #45 (two (2) "Sig Sauer" magazines each containing twenty (20) live rounds of 9 mm ammunition and one (1) "Glock 10mm" magazine containing fifteen (15) live rounds of 10 mm ammunition). Each magazine was loaded to full capacity.

- Right lower vest pocket were two (2) black "PMAG 30" magazines each containing thirty (30) live rounds of 5.56 mm ammunition (head stamp S&B 5.56x45). These magazines were seized as Exhibit #46. Each magazine was loaded to full capacity.

- Left front trouser pocket of pants was a Sig Sauer P226 semi-automatic 9 mm pistol that was seized as Exhibit 20 (One Sig Sauer P226 9mm, S/N UU676027 handgun with an empty chamber and a magazine of eighteen (18) "Speer 9mm Luger" live rounds). This magazine was loaded to full capacity.

- Left cargo pocket of pants contained one (1) live round of 5.56mm ammunition (head stamp S&B 5.56x45) that was seized as Exhibit #40.

- Right cargo pocket of pants contained one (1) green colored "Winchester" 12 gauge shotgun shell that was seized as Exhibit #39.

- Left rear pants pocket contained two (2) "Glock 10 mm" magazines each containing fifteen (15) live rounds of 10 mm ammunition. These magazines were seized as Exhibit #43. Each magazine was loaded to full capacity.

- Right rear pants pocket contained two (2) "Glock 10 mm" magazines each containing fifteen (15) live rounds of 10 mm ammunition. These magazines were seized as Exhibit #44. Each magazine was loaded to full capacity.

**253 live rounds of ammunitions on the shooter's person:**
```
        9 mm:   116 rounds
       10mm:    75 rounds
     5.56 mm:   61 rounds
       12 ga:    1 round
```

Located on the floor underneath the shooter was one (1) black "PMAG 30" magazine containing thirty (30) live rounds of 5.56 mm ammunition (head stamp S&B 5.56x45). This magazine was seized as Exhibit #42. This magazine was loaded to full capacity.

| CASE STATUS: X 1 ACTIVE ☐ 2 CLEARED BY ARREST ☐ 3 SUSPENDED ☐ 4 EXCEPTIONAL CLEARANCE ☐ 6 NO CRIMINAL ASPECT ☐ F FUGITIVE |
|---|
| TYPE OF EXCEPTIONAL CLEARANCE: ☐ A OFFENDER DECEASED ☐ B PROSECUTION DECLINED ☐ C EXTRADITION DENIED ☐ D DECEDENT UNCOOPERATIVE ☐ E JUVENILE-NO |

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: Det. K. Keith Detective Karoline Keith | INVESTIGATOR I.D.#: 533 | REPORT DATE: 11/18/2013 | SUPERVISOR SIGNATURE: Sgt. Jeffrey Edwells | SUPERVISOR I.D.#: 167 | APPROVAL DATE: 11/19/13 |

A 137

| State of Connecticut, Department of Public Safety- Investigation Report (DPS-302-C) (Revised 12/07/04) | DPS INCIDENT NUMBER: CFS-12-00704597 | Page 27 of 54 |
|---|---|---|
| REPORT TYPE: ☐ INITIAL ☐ ASSIST ☒ SUPP ☐ RE-OPEN ☐ CLOSING | ATTACHMENTS: ☐ STATEMENTS ☐ TELETYPE ☐ PHOTOS ☐ SKETCH MAP ☐ EVIDENCE ☒ OTHER | |

Located on the floor east of the shooter was a "Glock" 10 mm semi-automatic pistol that was seized as Exhibit #19 (one "Glock" 10 mm, S/N SMA461). One round was partially loaded in the chamber, with a magazine of eight (8) rounds remaining). I observed this pistol to be lying on its left side pointed in a southwest direction. This pistol was measured to be approximately 2 feet 6 inches north of the hallway entrance door and approximately 2 feet 8 inches east of the suspect. This pistol appeared to be jammed with a partially open ejection port and one (1) live round of "10mm Auto" ammunition partially loaded into the chamber. This pistol contained one (1) "Glock 10mm" magazine that contained eight (8) live rounds of 10mm ammunition with the head stamp "10 mm Auto". (Magazines full capacity is 15). This pistol had numerous attached hairs to the front sight area of the pistol. These hairs were consistent in color with that of the shooter's hair. I observed one expended 10 mm casing located on the west side of the hallway entrance door in the area of the shooter. This expended casing was seized as part of Exhibit #37 (from the southwest quadrant of classroom #10). There were four (4) live rounds of 10 mm ammunition all with the head stamp "10mm AUTO" on the floor in the southeastern portion of the classroom which is also the area the shooter was located. These live rounds of 10mm ammunition were seized as Exhibits #22 thru #25. [NOTE: Four live 10 mm rounds found under the body, nine live 10 mm rounds in the pistol, and two expended 10 mm casings located = 15 rounds total, making a full capacity magazine]

A black colored "Flexfit" canvas "boonie-styled" hat was located on the floor northeast of the suspect. This hat was seized as Exhibit #21. This hat had blood-like stains, hairs and a hole consistent with a bullet hole in the forward portion of the top of the hat. This hole was consistent with having been worn by the shooter at the time the shooter received a bullet to the right rear lower portion of his head which exited out the top forward portion of his head and hat. There was a pair of small wire framed glasses on the floor north of Exhibit #19 (Glock 10 mm). These glasses had blood-like stains on them and appeared to be small and consistent with child size glasses. There was no deceased child in close proximity to the shooter's body.

### TRAJECTORY OF SUSPECTED SUICIDE SHOT

There was a hole consistent with a bullet hole located in the ceiling tile located approximately 8 feet 1 inch from the south wall and 5 feet 2 inches from the east wall. This hole was documented in photographs as "SBH #1 room 10". This projectile struck but did not penetrate a corrugated metal ceiling that was

| CASE STATUS: ☒ 1 ACTIVE ☐ 2 CLEARED BY ARREST ☐ 3 SUSPENDED ☐ 4 EXCEPTIONAL CLEARANCE ☐ 6 NO CRIMINAL ASPECT ☐ F FUGITIVE |
|---|
| TYPE OF EXCEPTIONAL CLEARANCE: ☐ A OFFENDER DECEASED ☐ B PROSECUTION DECLINED ☐ C EXTRADITION DENIED ☐ D DECEDENT UNCOOPERATIVE ☐ E JUVENILE-NO |

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT; I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: 533 | REPORT DATE: 11/18/2013 | SUPERVISOR SIGNATURE: | SUPERVISOR I.D.#: 167 | APPROVAL DATE: 11/19/13 |
|---|---|---|---|---|---|

Detective Karoline Keith

A 138

| State of Connecticut, Department of Public Safety- Investigation Report (DPS-302-C) (Revised 12/07/04) | DPS INCIDENT NUMBER: CFS-12-00704597 | Page 21 of 54 |
|---|---|---|
| REPORT TYPE: ☐ INITIAL ☐ ASSIST ☒ SUPP ☐ RE-OPEN ☐ CLOSING | ATTACHMENTS: ☐ STATEMENTS ☐ TELETYPE ☐ PHOTOS ☐ SKETCH MAP ☐ EVIDENCE ☒ OTHER | |

elevated and behind the ceiling tile. This strike was documented in photographs as "Strike #1 A". The projectile ricocheted and was later located above the ceiling tile in classroom 8 and seized as Exhibit # 98 (a lead and copper projectile). In the ceiling there was only a knee wall separating the two rooms. Trajectory documentation was completed on this hole with a documented horizontal angle (right (east) to left (west) of 66 degrees) and a vertical angle of 40 degrees from the floor. At a height of 5 feet along the path of this trajectory the muzzle would be located at approximately 7 feet 7 inches from the east wall and 7 feet 9 inches from the south wall.

Trajectory documentation, locations of blood-like stains, tissue, hair, and the shooter's body are all consistent with the shooter standing and facing in an east direction at the time of receiving a suspected self-inflicted gunshot wound to the right side of his head.

### "BUSHMASTER" semi-automatic rifle [Exhibit #17]

A Bushmaster caliber .223 rifle, model XM15-E2S with associated serial number L534858 was located on the floor of classroom #10 and was seized as Exhibit #17. This rifle was located west of the southern-most cluster of desks and east of the door on the west wall that provides access to classroom #12. This rifle was lying on its right side pointed in a northeast direction. This rifle had a shoulder strap that was attached in the front to the underside of the forearm in the area under the rear attachment for the front site. The rear portion of the sling attachment had become detached when a threaded nut failed and detached from the underside of the rear portion of the stock. The black threaded nut that was consistent with the sling attachment to the rifle was located on the floor in close proximity (approximately 2 feet northeast) of the rifle (Exhibit #17). This black thread nut was seized as Exhibit #33. It could not be determined whether the sling failed during use or when it was placed, thrown or dropped on the floor.

The rifle (Exhibit #17) was observed to be lying on the floor on its right side. The rifle safety indicator was on "FIRE". There was one (1) live round of 5.56 mm ammunition in the chamber and one (1) "PMAG 30" magazine in the magazine well, containing fourteen (14) live 5.56 mm rounds of ammunition. The charging handle was observed to be in the forward position with no obvious malfunctioning issues. The barrel of the rifle had a muzzle break.

| CASE STATUS: ☒ 1 ACTIVE ☐ 2 CLEARED BY ARREST ☐ 3 SUSPENDED ☐ 4 EXCEPTIONAL CLEARANCE ☐ 6 NO CRIMINAL ASPECT ☐ F FUGITIVE |
|---|
| TYPE OF EXCEPTIONAL CLEARANCE: ☐ A OFFENDER DECEASED ☐ B PROSECUTION DECLINED ☐ C EXTRADITION DENIED ☐ D DECEDENT UNCOOPERATIVE ☐ E JUVENILE-NO |

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: Det K. Keith | INVESTIGATOR I.D.#: 533 | REPORT DATE: 11/18/2013 | SUPERVISOR SIGNATURE: Sgt. Jeffrey Acevedo | SUPERVISOR I.D.#: 167 | APPROVAL DATE: 11/19/13 |

Detective Karoline Keith

A 139

| State of Connecticut, Department of Public Safety- Investigation Report (DPS-302-C) (Revised 12/07/04) | DPS INCIDENT NUMBER: CFS-12-00704597 | Page 21 of 54 |
|---|---|---|
| REPORT TYPE: ☐ INITIAL ☐ ASSIST ☒ SUPP ☐ RE-OPEN ☐ CLOSING | ATTACHMENTS: ☐ STATEMENTS ☐ TELETYPE ☐ PHOTOS ☐ SKETCH MAP ☐ EVIDENCE ☒ OTHER | |

The barrel appeared to have a chalky residue on all sides of the muzzle break to, and including, the front site. This weapon was made safe by assigned Evidence Detective Dan Sliby #810 with its configuration documented.

### CLASSROOM #10 (Continued)

On the floor within inches of the barrel of Exhibit #17 (Bushmaster Rifle), there were two (2) empty "PMAG 30" magazines duct taped together in a tactical configuration. These two (2) magazines were seized as Exhibit #18. There was one (1) live round of 5.56 mm ammunition located on the floor in close proximity to the west side of the barrel of Exhibit #17 (Bushmaster rifle). This round was seized as Exhibit #34.

**Search for casings and projectiles in classroom #10**

Detective Sliby #810 measured equal distances on each wall of classroom #10 and cordoned off the room into four (4) quadrants. The southeast, southwest, northeast and northwest quadrants were established for purposes of collecting expended bullet casings and projectiles.

- **NE Quadrant:** Exhibit #36 (Fifteen (15) expended 5.56 mm casings and copper jackets and lead-like fragments)
- **NW Quadrant:** Exhibit #35 (one (1) expended 5.56 mm casing)
- **SE Quadrant:** Exhibit #38 (Twenty six (26) expended 5.56 mm casings)
- **SW Quadrant:** Exhibit #37 (Seven (7) expended 5.56 mm casings and one (1) expended 10 mm casing)

Six (6) lead projectiles were seized from the northwest quadrant and seized as Exhibits #26 and # 28 thru 32. One (1) lead projectile was seized as Exhibit #27 from the southwest quadrant near the door to classroom #12. One (1) lead and copper fragment with wood particles was seized as Exhibit #84 from the west wall approximately 8 inches from the floor and 1 foot 4 ½ inches from the south edge of the bookcase on the north wall. This projectile was in an area near the semi-circular table. There was a lead and copper like fragment that was seized as Exhibit #96 from the venetian blind on the north wall approximately 6 feet 8 inches from the floor and 4 ½ inches from the east wall. There was a copper jacketed projectile (seized as Exhibit #129) lodged in the top metal portion of the north corner of this bulletin board in an area above the teacher's desk. There was a lead and copper like fragment seized as Exhibit #85 from the top metal bulletin board frame on the east wall. This

| CASE STATUS: X 1 ACTIVE ☐ 2 CLEARED BY ARREST ☐ 3 SUSPENDED ☐ 4 EXCEPTIONAL CLEARANCE ☐ 6 NO CRIMINAL ASPECT ☐ F FUGITIVE |
|---|
| TYPE OF EXCEPTIONAL CLEARANCE: ☐ A OFFENDER DECEASED ☐ B PROSECUTION DECLINED ☐ C EXTRADITION DENIED ☐ D DECEDENT UNCOOPERATIVE ☐ E JUVENILE-NO |

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: Det K. Keith | INVESTIGATOR I.D.#: 533 | REPORT DATE: 11/18/2013 | SUPERVISOR SIGNATURE: Sgt. Jeffrey Covello | SUPERVISOR I.D.#: 167 | APPROVAL DATE: 11/19/13 |

Detective Karoline Keith