# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HIGHLAND PARK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No: 13-cv-9073<br>)<br>) Hon. John W. Darrah<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

The deposition of **James C. Yurgealitis** will be taken on **May 8, 2014 at 9:30 am** by stenographic means at the law offices of Swanson, Martin & Bell LLP, 330 N. Wabash, Suite 3300, Chicago, Illinois 60611, pursuant to Federal Rules of Civil Procedure 26(b)(4)(A) and 30.

Request is made pursuant to Federal Rule of Civil Procedure 34 that Defendant produce at the time and place of the deposition all reports, studies, data, articles, treatises and other documents that support the opinions stated in the February 7, 2014 Declaration of James C. Yurgealitis and other any other opinions James C. Yurgealitis has with regard to the subject matters of this case.

James B. Vogts
Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
alothson@smbtrials.com

#2960965_1

## **CERTIFICATE OF SERVICE**

I, James B. Vogts, hereby certify that on the 7th day of April, 2014, I caused to be served a copy of the foregoing document on counsel listed below by U.S. Mail.

Christopher James Murdoch
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603

Hart M. Passman
Holland and Knight, LLP
131 South Dearborn
30th Floor
Chicago, IL 60603

Steven M. Elrod
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603

Christopher B. Wilson
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603-5559

James B. Vogts

#2960965_1