IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Arie S. Friedman, M.D. and the Illinois State Rifle Association, | |
| Plaintiffs, | Case No. 13-cv-9073 |
| v. | Hon. John W. Darrah |
| City Of Highland Park, | |
| Defendant. | |

## MOTION FOR LEAVE TO FILE INSTANTER

Now comes Defendant, the City of Highland Park, by and through its counsel, Christopher B. Wilson of Perkins Coie LLP, and respectfully requests leave to file its Response to Plaintiffs Rule 56.1 Statement of Material Facts instanter. In further support of this Motion, Defendant states as follows:

1. On June 30, 2014, Plaintiffs sought and obtained leave of this Court to file both a brief in excess of 15 pages and a Statement of Material Facts greater than the 80 facts permitted by Local Rule 56.1.

2. Plaintiffs filed 121 separately numbered Statements of Material Fact.

3. On July 2, 2014, Defendant also received a 30-minute DVD of a previously disclosed expert which Plaintiff had also sought leave to file.

4. Responses to the Motions for Summary Judgment were due on July 21, 2014.

5. Defendant timely filed its Response in Opposition to Plaintiffs Motion for Summary Judgment.

6. Given the length of Plaintiffs' additional material facts, however, Defendant required one additional day to complete the Response to the Rule 56.1 Statement of Material

Facts. Defendant hereby submits its Response as an attachment to this Motion for Leave to File Instanter.

7. As there is no further briefing on the Motions for Summary Judgment, this one day extension will not prejudice any party.

8. The parties are next scheduled to appear before the Court for a status hearing on their Motions for Summary Judgment and for a possible ruling on September 18 at 9:30am.

WHEREFORE, Defendant, the City of Highland Park respectfully requests an Order granting it Leave to File Its Response to Plaintiffs Rule 56.1 Statement of Material Facts.

DATE: July 22, 2014                                     CITY OF HIGHLAND PARK


                                                        By:  /s/ Christopher B. Wilson
                                                             One of Its Attorneys

Christopher B. Wilson, ARDC No. 06202139
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603
Telephone:  (312) 324-8400
Fax:  (312) 324 - 9400
Cwilson@perkinscoie.com

Steven M. Elrod
Christopher James Murdoch
Hart M. Passman
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, Illinois 60603
(312) 263-3600
Steven.elrod@hklaw.com
Chris.murdoch@hklaw.com
Hart.passman@hklaw.com

## **CERTIFICATE OF SERVICE**

I, Christopher B. Wilson, an attorney, certify that on July 22, 2014, I caused the foregoing **MOTION FOR LEAVE TO FILE INSTANTER** to be filed pursuant to the Court's CM/ECF system and served via the Court's CM/ECF System on the following:

| | |
|---|---|
| James B. Vogts<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611<br>(312) 222-8517<br>jvogts@smbtrials.com | Brett Michael Henne<br>Swanson, Martin & Bell, LLP<br>1860 West Winchester Road<br>Suite 201<br>Libertyville, IL 60048<br>(847) 949-0057<br>bhenne@smbtrials.com |
| Andrew Arthur Lothson<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611<br>alothson@smbtrials.com | Alexander David Marks<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue<br>22nd Floor<br>Chicago, IL 60611<br>(312) 840-7000<br>amarks@burkelaw.com |

                                                /s/ Christopher B. Wilson