UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN and THE ILLINOIS STATE RIFLE ASSOCIATION, ) ) ) | |
| Plaintiffs, ) ) | Case No. 13-cv-9073 |
| v. ) ) | Judge John W. Darrah |
| CITY OF HIGHLAND PARK, ) ) | |
| Defendant. ) | |

## **ORDER**

Defendants' Motion to File *Instanter* [54] is granted. Plaintiff's Motion to Strike Certain Statements of Material Facts [51] is entered and briefed as follows: response by 8/4/14, reply by 8/11/14. Status hearing set for 9/18/14, at 9:30 a.m. remains as scheduled.

Date: 7/25/2014                                           /s/ John W. Darrah