IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Arie S. Friedman, M.D. and the Illinois State Rifle Association,<br><br>        Plaintiffs,<br><br>v.<br><br>City Of Highland Park,<br><br>        Defendant. | Case No. 13-cv-9073<br><br>Hon. John W. Darrah |

**DEFENDANTS' AGREED MOTION FOR ADDITIONAL
TIME TO RESPOND TO PLAINTIFFS' MOTION TO
STRIKE CERTAIN STATEMENTS OF MATERIAL FACTS
SUBMITTED BY DEFENDANT**

Now comes Defendant, the City of Highland Park ("Highland Park"), by and through its counsel, Christopher B. Wilson of Perkins Coie LLP, and submits this Agreed Motion seeking two additional days or until Wednesday, August 6, 2014, to file its Response to Plaintiffs' Motion to Strike Certain Statements of Material Facts Submitted by Defendant (the "Motion to Strike"). In further support of its Agreed Motion, Highland Park states as follows:

1. On July 21, 2014, Plaintiffs filed their Motion to Strike challenging more than twenty separate Statements of Fact submitted as part of Highland Park's Motion for Summary Judgment.

2. On July 25, 2014, the Court set a briefing schedule on Plaintiffs' Motion to Strike. The Court provided Highland Park until August 4, 2014 to respond to Plaintiffs' Motion to Strike. Plaintiffs' then had until August 11, 2014 to file a reply in support of their Motion.

3. Mr. Wilson, Lead Counsel for Highland Park, and the attorney responsible for the briefing on the parties' Cross-Motions for Summary Judgment and Plaintiffs' Motion to Strike,

was traveling on vacation beginning on July 24, 2014, and was out of the office until the morning of Monday, August 4.

3.  Accordingly, Highland Park seeks an additional two days or until Wednesday, August 6 to complete and file its Response to Plaintiffs' Motion to Strike.

4.  Highland Park has discussed this proposed two-day extension with counsel for Plaintiffs. They have no objection to this extension and have agreed to this motion.

WHEREFORE, Defendant, the City of Highland Park, hereby requests until Wednesday, August 6, 2014 to complete and file its Response to Plaintiff's Motion to Strike.


DATE: August 4, 2014                         CITY OF HIGHLAND PARK


                                             By: /s/ Christopher B. Wilson
                                                 One of Its Attorneys

Christopher B. Wilson, ARDC No. 06202139
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603
Telephone:  (312) 324-8400
Fax:  (312) 324 - 9400
Cwilson@perkinscoie.com

Steven M. Elrod
Christopher James Murdoch
Hart M. Passman
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, Illinois 60603
(312) 263-3600
Steven.elrod@hklaw.com
Chris.murdoch@hklaw.com
Hart.passman@hklaw.com

- 3 -

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, an attorney, certify that on August 4, 2014, I caused the foregoing **DEFENDANTS' AGREED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' MOTION TO STRIKE CERTAIN STATEMENTS OF MATERIAL FACTS SUBMITTED BY DEFENDANT** to be filed pursuant to the Court's CM/ECF system and served via the Court's CM/ECF System on the following:

| | |
|---|---|
| James B. Vogts<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611<br>(312) 222-8517<br>jvogts@smbtrials.com | Brett Michael Henne<br>Swanson, Martin & Bell, LLP<br>1860 West Winchester Road<br>Suite 201<br>Libertyville, IL 60048<br>(847) 949-0057<br>bhenne@smbtrials.com |
| Andrew Arthur Lothson<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611<br>alothson@smbtrials.com | Alexander David Marks<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue<br>22nd Floor<br>Chicago, IL 60611<br>(312) 840-7000<br>amarks@burkelaw.com |

/s/ Christopher B. Wilson_____