IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Arie S. Friedman, M.D. and the Illinois State Rifle Association, | |
|---|---|
| Plaintiffs, | Case No. 13-cv-9073 |
| v. | Hon. John W. Darrah |
| City Of Highland Park, | |
| Defendant. | |

## NOTICE OF MOTION

**TO:** See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **Wednesday, August 13, 2014** at **9:30 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Courtroom 1204 in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **DEFENDANTS' AGREED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' MOTION TO STRIKE CERTAIN STATEMENTS OF MATERIAL FACTS SUBMITTED BY DEFENDANT**, a copy of which is being served upon you today.

DATE: August 4, 2014                           CITY OF HIGHLAND PARK

                                                By: /s/ Christopher B. Wilson
                                                    One of Its Attorneys

Christopher B. Wilson, ARDC No. 06202139
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603
Telephone:  (312) 324-8400
Fax:  (312) 324 - 9400
Cwilson@perkinscoie.com

Steven M. Elrod
Christopher James Murdoch
Hart M. Passman
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, Illinois 60603
(312) 263-3600
Steven.elrod@hklaw.com
Chris.murdoch@hklaw.com
Hart.passman@hklaw.com

# **CERTIFICATE OF SERVICE**

I, Christopher B. Wilson, an attorney, certify that on August 4, 2014, I caused the foregoing **NOTICE OF MOTION** to be filed pursuant to the Court's CM/ECF system and served via the Court's CM/ECF System on the following:

| | |
|---|---|
| James B. Vogts<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611<br>(312) 222-8517<br>jvogts@smbtrials.com | Brett Michael Henne<br>Swanson, Martin & Bell, LLP<br>1860 West Winchester Road<br>Suite 201<br>Libertyville, IL 60048<br>(847) 949-0057<br>bhenne@smbtrials.com |
| Andrew Arthur Lothson<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611<br>alothson@smbtrials.com | Alexander David Marks<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue<br>22nd Floor<br>Chicago, IL 60611<br>(312) 840-7000<br>amarks@burkelaw.com |

                                              /s/ Christopher B. Wilson

LEGAL122932283.1