UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIE S. FRIEDMAN and THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 13-cv-9073 |
| v. | ) ) | Judge John W. Darrah |
| CITY OF HIGHLAND PARK, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Defendants' Agreed Motion for Additional Time [56] is granted. Defendant's response to Plaintiff's Motion to Strike [51] shall be filed by August 6, 2014. No appearances necessary on August 13, 2014. Status hearing set for 9/18/14 at 9:30 a.m. remains as scheduled.

Date: 8/4/2014                                                                  /s/ John W. Darrah