# EXHIBIT B



September 2013

MAYORS AGAINST
ILLEGAL GUNS

Analysis of Recent
MASS
SHOOTINGS


# ANALYSIS OF RECENT MASS SHOOTINGS

Mayors Against Illegal Guns conducted a comprehensive analysis of every mass shooting between January 2009 and September 2013 that was identifiable through FBI data and media reports. This report describes the **93 MASS SHOOTINGS — ALMOST TWO PER MONTH — THAT OCCURRED IN 35 STATES** in the nearly five-year period. Each description includes the location of the shooting, number of people killed and/or injured, and information on the shooter, gun(s), ammunition, and gun purchase, where available.

The FBI defines "mass shooting" as any incident where at least four people were murdered with a gun. Mayors Against Illegal Guns reviewed mass shootings in the FBI's Supplementary Homicide Reports from 2009-2011, the most recent data available, and searched the media for further details about these incidents as well as for mass shootings that occurred in 2012 and 2013.

This survey includes every shooting we identified in which at least four people were murdered with a gun. And the findings reveal a different portrait of mass shootings in America than conventional wisdom might suggest:



**Analysis of Recent MASS SHOOTINGS**

3



## Mass shootings

represent a small share of total U.S. firearm homicides. Less than one percent of gun murder victims recorded by the FBI in 2010 were killed in incidents with four or more victims.

**151% MORE SHOT**

**63% MORE KILLED**

## Assault weapons or high-capacity magazines

were used in at least 14 of the incidents (15%). These incidents resulted in an average of 14.4 total people shot — 151% more people shot than in other incidents (5.7) — and 7.8 deaths — 63% more deaths than in other incidents (4.8).

**Analysis of Recent MASS SHOOTINGS** 



## Domestic or family violence

There was a noteworthy connection between mass shooting incidents and domestic or family violence. In at least 53 of the cases (57%), the shooter killed a current or former spouse or intimate partner or other family member, and in at least 17 incidents the shooter had a prior domestic violence charge.



## Mental health

We did not find evidence that any of the shooters were prohibited from possessing guns by federal law because they had been adjudicated mentally ill or involuntarily committed for treatment. In 10 of the 93 incidents (11%), we found evidence that concerns about the mental health of the shooter had been brought to the attention of a medical practitioner, school official or legal authority prior to the shooting.



## Role of prohibited possessors

Certain categories of people, including felons, certain domestic abusers, and people adjudicated mentally ill are prohibited by federal law from possessing guns. We had sufficient evidence to judge whether the shooter was a prohibited gun possessor in 75 of the 93 incidents (81%). Of those 75 incidents, 32 (43%) involved a prohibited possessor, and 43 (57%) did not.

**MAYORS AGAINST ILLEGAL GUNS**    **Analysis of Recent MASS SHOOTINGS**      5

NOT "GUN-FREE" ZONES

"GUN-FREE" ZONES

### "Gun-free" zones

Sixty-two of the 93 incidents (67%) took place wholly in private residences. Of the 31 incidents in public spaces, at least 17 took place wholly or in part where concealed guns could be lawfully carried. All told, no more than 14 of the shootings (15%) took place entirely in public spaces that were so-called "gun-free zones."

SUICIDE

### Suicide

In 40 of the 93 incidents (43%), the shooter committed suicide during the incident.

LAW ENFORCEMENT

### Law enforcement

In 13 of the 93 shootings (14%), law enforcement or military officers were targeted in the shooting or killed or injured responding to it.

WORKPLACE

SCHOOL

### Workplace and school shootings

Four of the 93 shootings (4%) occurred at the shooter's current or former workplace. Four of the 93 shooting incidents (4%) took place in schools, including primary, secondary, and college campuses.

6                   **Analysis of Recent MASS SHOOTINGS**      

# MASS SHOOTING INCIDENTS
# JANUARY 2009–SEPTEMBER 2013
## (in reverse chronological order)

**Washington, D.C., 9/16/2013:** The alleged shooter, who was a civilian contractor and former non-combat military, killed twelve and wounded three more in an attack on Building 197 at the Navy Yard.

- **SHOOTER NAME:** Aaron Alexis, 34
- **GUN DETAILS:** The shooter arrived with a shotgun and also obtained a handgun from one a security guard that he killed.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Two days before the incident the shooter passed a National Instant Criminal Background Check System (NICS) at the licensed gun dealer Sharpshooters in Lorton, VA, and purchased the shotgun.
- **PROHIBITING CRITERIA:** The shooter had been arrested at least three times including: in September 2010 in Fort Worth, Texas for shooting a firearm into a neighbor's apartment; in August 2008 in Dekalb County, Georgia for disorderly conduct; and in 2004 in Seattle, Washington for shooting out the tires of another man's vehicle. But court records do not indicate he was convicted in any of these cases, and this record did not prohibit him from buying guns. He had also received treatment for mental health conditions at two VA hospitals beginning in August, 2013 following an incident where he called Newport Rhode Island Police to report hearing voices. But these incidents did not rise to the level of prohibiting from buying guns. And during his military service he was reportedly cited on at least eight occasions for misconduct ranging from traffic tickets and showing up late for work to insubordination, extended absences from work, and disorderly conduct. On account of this the Navy sought to offer him a "general discharge" but he was ultimately honorably discharged through the early-enlisted transition program in January 2011.
- **NOT A GUN-FREE ZONE:** There were armed guards at the Washington Navy Yard, and the shooter was familiar with the premises, so he did not select it as a target on the presumption he would not faced armed resistance. In fact, the shooter reportedly used a gun that he took from a guard after killing him.

**Crab Orchard, TN, 9/11/2013:** Bennett and his girlfriend Moser killed a woman and three teenagers, apparently during an attempted robbery during a marijuana exchange. The victims' bodies were discovered in a car parked along the side of the road in the Renegade Mountain resort community near Crossville.

- **SHOOTER NAME:** Jacob Allen Bennett, 26 and Brittany Lina Yvonn Moser, 25
- **GUN DETAILS:** Handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Bennett was prohibited from possessing firearms. In 2010 he received a 6-year prison sentence for charges of theft, forgery, and possession of a handgun during a felony, but was paroled on March 4, 2013. The Cumberland County sheriff's office estimated they had previously arrested Bennett

 **MAYORS AGAINST ILLEGAL GUNS** | **Analysis of Recent MASS SHOOTINGS** | 7

five times.

- **NOT A GUN-FREE ZONE:** We could find no evidence that permit holders were prohibited from carrying guns in this area. In Tennessee, concealed weapons would be prohibited only if the county or municipality declared itself a gun-free zone.

---

## Oklahoma City, OK, 8/14/13: The shooter killed four of his relatives including an infant inside of their family home.

- **SHOOTER NAME:** Daniel Green, 40
- **GUN DETAILS:** .380 semiautomatic handgun
- **AMMO DETAILS:** A box of .380 handgun ammunition was found in the vehicle when the shooter was arrested.
- **GUN ACQUIRED:** One of the victims owned a .380 semiautomatic handgun and kept it hidden in the attic.
- **PROHIBITING CRITERIA:** Green's father told police in an affidavit that his son was schizophrenic, but there is no evidence that Green had been adjudicated mentally ill or had a criminal history that would prohibit gun ownership.

---

## Dallas, TX, 08/07/2013: The gunman shot and killed his girlfriend and her daughter, and injured two others; and then in a separate attack shot and killed his estranged wife and her daughter, and injured another two people. He also detonated an explosive but it did not harm anyone.

- **SHOOTER NAME:** Erbie Lee Bowser, 44
- **GUN DETAILS:** .380 pistol
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The shooter's estranged wife had obtained a protective order against Bowser in February 2011, citing family violence, and he was later arrested for violating the order. The order seems to have expired in February 2012, but would likely have been prohibiting while it was in place. A criminal conviction for domestic violence, which would also likely have been prohibiting, was expunged from his record after he completed a court program for veterans in the summer of 2012. Bowser was a veteran, but he had not served in combat — making him ineligible to enter the program. He apparently lied about his military history in order to enter the program.

---

## Clarksburg, WV, 07/26/2013: According to a criminal complaint, the shooter was trying to collect $10,000 two men owed him for drugs when one of them aimed a handgun at him. He stripped the man of the weapon and used it to kill them both; he then shot and killed a father-son newspaper delivery team that happened to be outside the house.

- **SHOOTER NAME:** Sidney Muller, 27
- **GUN DETAILS:** 9mm Beretta
- **AMMO DETAILS:** Unknown

8            **Analysis of Recent MASS SHOOTINGS**    

- **GUN ACQUIRED:** Gun apparently belonged to one of the victims
- **PROHIBITING CRITERIA:** The shooter had been convicted previously for driving under the influence and had been arrested for driving with a suspended license, but was not criminally prohibited from possessing a gun. The shooter was also a veteran of the U.S. Marine Corps and his lawyers indicated he had scored four out of five in Post-Traumatic Stress Disorder testing and had been diagnosed as bipolar. He was reportedly in treatment at the local VA hospital. But there is no evidence his mental illness rose to the level of prohibiting him from possessing guns.

## Hialeah, FL, 7/16/13: The shooter killed the two managers of his building, a bystander across the street, and three more occupants before police killed him in a standoff.

- **SHOOTER NAME:** Pedro Alberto Vargas, 42
- **GUN DETAILS:** Glock 17 9mm semiautomatic pistol
- **AMMO DETAILS:** Hundreds of additional rounds were found in Vargas' apartment following the incident.
- **GUN ACQUIRED:** Vargas obtained a concealed weapons permit after completing a two-hour training and four-hour safety course in the fall of 2010 at the Florida Gun Center in Hialeah. In October 2010 he passed a background check and purchased a Glock 17, which was used in the shootings.
- **PROHIBITING CRITERIA:** The shooter had developed a pattern of anonymously harassing his former co-workers online, and was confronted about it three days before the shooting. But there is no evidence Vargas was prohibited from owning a gun.

## Santa Monica, CA, 6/7/13: The shooter killed his father and brother, burned down their house, and shot and wounded a passing driver who tried to intervene. He then carjacked another vehicle and made the driver transport him to Santa Monica College, firing at a city bus and police cruiser along the way, injuring three. Once on the college's campus, he shot and killed three people outside and fired 70 rounds at students in the library before he was shot and killed by police.

- **SHOOTER NAME:** John Zawahri, 23
- **GUN DETAILS:** The shooter was armed with a .223 caliber AR-15 assault rifle that did not have a serial number; this type of rifle is prohibited in California. A .44 caliber "black powder" revolver that had been converted to fire .45 caliber rounds and three 'Zip Guns,' which are illegal to possess, were also recovered.
- **AMMO DETAILS:** The shooter was carrying a duffel bag containing approximately 1,300 rounds of ammunition. He was armed with approximately forty 30-round .223 magazines, which are illegal to purchase, sell, or transfer in the state of California.
- **GUN ACQUIRED:** The assault rifle, high-capacity magazines, and several components to modify the firearms may have been shipped from outside California. The firearms were not registered to the shooter or to his family members.
- **PROHIBITING CRITERIA:** The shooter had a history of mental health issues and had previously been held for a short-term psychiatric evaluation, which would have prohibited him from accessing or possessing a firearm for five years, but the prohibition expired in 2011. The shooter had attempted to buy a firearm in 2011, but a letter from the Department of Justice discovered in his bedroom after the shooting indicated that he had not been eligible to purchase it at that time, likely because of this hospitalization.

 **Analysis of Recent MASS SHOOTINGS** 9

---

**Fernley, NV, 05/13/2013:** On May 10th, the shooter killed a couple in their home and stole $3,500 in cash and jewelry. Three days later, he killed two more people and stole a firearm and their vehicle, and then shot and killed another person later that day.

- SHOOTER NAME: Jeremiah Bean, 25
- GUN DETAILS: NEF Co. Model R92 .22 caliber handgun. The shooter also stole a Smith & Wesson from one of his victims.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter had been previously convicted for felony charges of burglary and grand larceny, and finished his parole in December 2012. This criminal record likely prohibited him from possessing firearms.

---

**Waynesville, IN, 5/11/13:** The alleged shooter killed four people in a home where methamphetamine was subsequently discovered, leading police to believe the crime was drug-related.

- SHOOTER NAME: Samuel Earl Sallee, 55
- GUN DETAILS: A Ruger 10/22 .22 caliber rifle was recovered.
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The alleged shooter, who had been at the location of the homicides just hours before the bodies were discovered, was taken into custody two days after the shooting. He was prohibited from possessing firearms due to several prior felony convictions including for intimidation, drunk driving (on multiple occasions), receipt of stolen property, and battery. Although authorities delayed in charging the shooter with a crime while they tried to determine a motive for the homicides, they charged him with illegal firearm possession.

---

**Ottawa, KS, 04/28/2013:** The shooter raped and killed a woman, as well as killing her 18-month old daughter and two men who were with her at a farm in eastern Kansas.

- SHOOTER NAME: Kyle Flack, 27
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: In 2005 the shooter was convicted of attempted murder in the 2nd degree, having shot a man five times with a pistol, but he only served two years of a five-year sentence and was paroled in July 2009. He was required to register as a violent offender until 2024 and was prohibited from buying guns. His mother also sought mental health treatment on his behalf; her concerns were dismissed, but Flack ultimately submitted to a mental health evaluation.

---

**Manchester, IL, 4/24/13:** The shooter broke into a home and killed the grandmother of his child and four of her family members including two young children, apparently related to a cus-

10      **Analysis of Recent MASS SHOOTINGS** 

tody dispute over his 3-year-old daughter. The shooter was subsequently killed in a gunfight with law enforcement.

- **SHOOTER NAME:** Rick Odell Smith, 43
- **GUN DETAILS:** All of the victims were killed with a Winchester 20-gauge pump-action shotgun. A .270 Bolt Action Winchester rifle and Ruger carbine rifle were also recovered.
- **PROHIBITING CRITERIA:** The shooter had been previously convicted for felony reckless homicide, which would likely have prohibited from possessing guns, along with drug possession and writing bad checks.

## Federal Way, WA, 4/21/13: The shooter killed his girlfriend inside the apartment they shared and then fatally shot two men in a nearby parking lot. When a neighbor called 911, the shooter broke down the man's door with a shotgun and killed him. He was subsequently shot and killed by police.

- **SHOOTER NAME:** Dennis Clark III, 27
- **GUN DETAILS:** .40 caliber semi-automatic handgun and a pistol grip Mossberg 500 pump shotgun. Federal Way Police report that Clark had a permit to carry a concealed weapon and was the registered owner of at least two firearms, including the handgun he used in the shooting.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Clark had no criminal convictions but in 2002 had used a BB gun to shoot a girl in the buttocks and back after she broke up with him, resulting in a fourth-degree assault charge that was dismissed. He was charged with misdemeanor criminal trespass in 2003. And in March 2009 he was charged with harming a police dog but the case was dismissed.

## Akron, OH, 4/18/13: The shooters killed four people inside a townhouse; the initial motive for the crime was reportedly robbery.

- **SHOOTER NAME:** Derrick Brantley, 21 and Deshanon Haywood, 21
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** One shooter, Brantley, was free on bond awaiting trial on felony charges of heroin trafficking. The other, Haywood, was paroled from prison in February 2012 after serving part of a two-year sentence for cocaine trafficking and heroin possession. He immediately violated his parole and was sentenced to 45 days of house arrest. Both were likely prohibited from possessing firearms by their criminal histories.

## Herkimer, NY, 04/13/2013: The shooter killed two people and critically wounded one at John's Barber Shop and then killed two more people at Gaffey's Fast Lube, a car care facility. He was killed by responding officers.



**Analysis of Recent MASS SHOOTINGS**                                    **11**

- SHOOTER NAME: Kurt Myers, 64
- GUN DETAILS: According to the police superintendent, Myers used a shotgun. Additional guns and ammunition were found by emergency crews after Myers set fire to the apartment.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no reason to believe Myers was prohibited him from possessing a gun. He was arrested in 1973 for drunk driving
- NOT A GUN-FREE ZONE: Gaffey's Fast Lube does not have a specific policy prohibiting guns and allows permit holders to carry concealed weapons on the premises. John's Barbershop did not reopen following the shooting but the owner of a neighboring business did not recall the barbershop having any explicit firearm policy or ban, which would have been required to prohibit customers from carrying guns on the premises.

**Albuquerque, NM, 1/19/13:** The shooter killed his parents and three siblings in their home. He then loaded a van with guns and ammunition with the intent to kill his girlfriend's family and die in a shootout at Wal-Mart, according to court documents. Instead, he spent the next day with his girlfriend and her family and went to a church he regularly attended, where he was arrested for murder after speaking with the pastor.

- SHOOTER NAME: Nehemiah Griego, 15
- GUN DETAILS: AR-15 assault rifle, .22 rifle, and two shotguns
- AMMO DETAILS: Unknown
- GUN ACQUIRED: The guns had been legally purchased by his parents.
- PROHIBITING CRITERIA: As a juvenile, the shooter was prohibited from purchasing firearms, but it was lawful for him to possess long guns like those used in the incident.

**Tulsa, OK, 1/7/13:** During a robbery the shooters bound the hands of four women in an apartment at the Fairmont Terrace complex and shot each one in the head. The 3-year-old son of one of the victims was in the apartment at the time of the incident but was unharmed.

- SHOOTER NAME: Cedric Dwayne Poore, 39 and James Stanford Poore, 32
- GUN DETAILS: .40 caliber pistol
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Both shooters had extensive criminal histories: Cedric Poore received a 35-year prison sentences in 1995 for armed robbery and James Poore received a 12-year sentence in 2000 for armed robbery with a firearm. Both were released in 2011, but likely remained prohibited from possessing firearms.

**Newtown, CT (Sandy Hook Elementary School), 12/14/12:** The shooter killed his


mother in her home and then traveled to a nearby elementary school where he shot twenty-eight people, killing twenty-six of them, including twenty children, before killing himself.

- **SHOOTER NAME:** Adam Peter Lanza, 20
- **GUN DETAILS:** A Bushmaster .223 assault-style rifle was used in the attack at the elementary school. A 10mm Glock handgun, a 9mm SIG Sauer handgun, and a shotgun were also recovered at the crime scene.
- **AMMO DETAILS:** Lanza was carrying multiple high-capacity clips, reportedly enough ammunition to kill nearly every student at school.
- **GUN ACQUIRED:** The guns were legally registered to Lanza's mother, who he shot and killed earlier in the day and with whom he lived.
- **PROHIBITING CRITERIA:** Under Connecticut law, Lanza would have been prohibited from possessing handguns because he had not reached the legal age, 21. However, he would not have been prohibited from possessing a long gun like the Bushmaster rifle used in the shooting. Lanza's mental health was also scrutinized after the shooting, and while his social isolation had been noted, we did not find evidence that concerns had been brought to the attention of a public authority.

## Tule River Reservation, CA, 12/8/2012: The shooter killed his mother and two uncles in

the travel trailer where they lived and injured his young son; he then shot his two daughters, one fatally, while fleeing with them from the police. The gunman died after a shootout with police in which he also shot himself in the head.

- **SHOOTER NAME:** Hector Celaya, 31
- **GUN DETAILS:** .38 caliber revolver
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Celaya had been imprisoned in 2008 for an assault and battery charge and was prohibited from having weapons as a condition of three years' probation. It is likely that this criminal record prohibited him from possessing firearms. He was subsequently arrested multiple times for driving while intoxicated, and was due in court in January 2013 to face a misdemeanor drug possession charge.

## Detroit, MI, 12/4/2012: Three adults and one minor were shot to death in a house on the east

side of the city before a fire broke out, apparently set by the shooter. There are no reports of arrests or suspects.

- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The assailants are unknown.

## Northridge, CA, 12/02/2012: The shooter arrived at an unlicensed boarding house on Devon-

shire street, reportedly in search of his girlfriend, and after a dispute shot and killed four people

 **Analysis of Recent MASS SHOOTINGS**                                                13

outside.

- SHOOTER NAME: Ka Pasasouk, 31
- GUN DETAILS: semiautomatic handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter was prohibited from possessing guns, having been convicted for car theft and felony robbery. While on probation in September 2012, he was arrested again for possession of methamphetamine. According to the district attorney, a prosecutor then released him on probation over the objection of probation officials, who believed he posed a threat to the safety of the community.
- NOT A GUN-FREE ZONE: Permit holders were not prohibited from carrying guns in this area.

## New Town, ND, 11/18/2012: The shooter murdered a woman and her three grandchildren in their home on Fort Berthold Indian Reservation. When confronted by police he stabbed himself in the neck and died of his injuries.

- SHOOTER NAME: Kalcie Eagle, 21
- GUN DETAILS: .25-06 hunting rifle
- AMMO DETAILS: Unknown
- GUN ACQUIRED: The rifle did not belong to the shooter; police speculated that it may have belonged to a family member.
- PROHIBITING CRITERIA: In March 2012, Eagle was arrested in a stolen pickup truck after a high-speed chase with police. He pled guilty to felony unauthorized use of a vehicle, and was sentenced to a year in jail, with more than three years of supervised probation and more than $45,000 in fines and restitution. Because of this offense, he was likely prohibited from possessing a firearm.

## Minneapolis, MN, 9/27/12: The shooter killed six people and injured two at a signage business, from which he was fired earlier in the day, before killing himself.

- SHOOTER NAME: Andrew John Engeldinger, 36
- GUN DETAILS: Glock 9mm semiautomatic handgun
- AMMO DETAILS: Engeldinger fired at least 46 bullets during the shooting. At his home, police recovered packaging for 10,000 rounds of ammunition.
- GUN ACQUIRED: Engeldinger purchased the gun used in the shooting one year before at KGS Guns and Ammo in Minneapolis after passing a background check and obtaining a permit-to-purchase. Around the same time, Engeldinger purchased another, similar handgun that police recovered when searching his home.
- PROHIBITING CRITERIA: Engeldinger had a concealed carry permit and was not prohibited from possessing a gun. But his family suspected he had paranoid schizophrenia and two years before the shooting they reached out on his behalf to the National Alliance on Mental Illness. Engeldinger did not pursue treatment.
- ONLINE CONNECTION: According to Minneapolis Police, Engeldinger may have purchased some or all of his stockpiled ammunition online from out-of-state dealers.

**14**          **Analysis of Recent MASS SHOOTINGS** 

**Oak Creek, WI, 8/5/12:** The shooter killed six people at a Sikh temple and injured three others, including a responding police officer, before killing himself.

- **SHOOTER NAME:** Wade Michael Page, 40
- **GUN DETAILS:** 9mm semiautomatic handgun
- **AMMO DETAILS:** Page reportedly bought three 19-round magazines when he purchased the gun.
- **GUN ACQUIRED:** Page acquired the gun at a local gun shop a week before the shooting.
- **PROHIBITING CRITERIA:** Page was involved with the white supremacist movement but he does not appear to have been prohibited from purchasing a gun. He received a discharge from the army "under other than honorable conditions" and was demoted from sergeant to specialist, but this did not affect his access to firearms. Federal officials investigated Page's ties to supremacist groups more than once prior to the shooting, but did not collect enough evidence to open an investigation.
- **NOT A GUN-FREE ZONE:** Nothing restricted the possession of a firearm on the property. Wisconsin state law permits people to carry their guns in temples and other places of worship unless there is a sign or they have been personally notified that carrying firearms is prohibited by the property owner or occupant. Amardeep Kaleka, whose father founded the temple and was killed during the attack, confirmed that there was no such sign on the property.

**Aurora, Co, 7/20/12:** The shooter killed twelve and wounded fifty-eight in an attack on a suburban movie theater during a midnight screening of Batman.

- **SHOOTER NAME:** James Holmes, 24
- **GUN DETAILS:** Smith & Wesson AR-15 assault-style rifle, Remington 870 12-gauge shotgun, and two Glock .40 caliber handguns.
- **AMMO DETAILS:** Holmes had a 100-round drum magazine for the AR-15 and reportedly only ceased firing with it when it jammed.
- **GUN ACQUIRED:** Holmes acquired the guns at local gun shops.
- **PROHIBITING CRITERIA:** While a student at the University of Colorado, Holmes was treated by the school psychiatrist, who expressed concern about his behavior and referred him to the university Behavioral Evaluation and Threat Assessment (BETA) team. They took no further action and he was never adjudicated mentally ill.
- **ONLINE CONNECTION:** Holmes purchased over 6,000 rounds of ammunition online.

**Newton Falls, OH, 7/6/12:** The shooter killed his girlfriend, another couple, and their son in two separate shootings, before being cornered by the police and killing himself.

- **SHOOTER NAME:** Robert Brazzon, 55
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Brazzon had previously pled guilty to felony drug trafficking after police seized 47 guns from his home in 1999 (the guns were later returned to Brazzon's brother and son following a



**Analysis of Recent MASS SHOOTINGS** 15

court petition). But due to Ohio laws that provide for the restoration of felons' firearm rights, it is unclear whether Brazzon was prohibited from possessing firearms at the time of the shooting.

**Tempe, AZ, 6/2/2012:** The shooter killed his wife and three children inside of their home, then drove the bodies to a location in the Vekol Valley desert, where he lit the car on fire and shot himself. His wife had filed for a divorce earlier in the year but he had not vacated their shared residence. He was also reportedly undergoing treatment for a brain tumor.

- **SHOOTER NAME:** James Butwin, 47
- **GUN DETAILS:** Two guns were recovered in the vehicle, and the caliber of the shells for one matched those found in the house where the murders took place.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that Butwin was prohibited from owning a gun.

**Seattle, WA, 5/20/12:** The shooter killed five people in a string of neighborhood shootings that began in a coffee shop, and later killed himself.

- **SHOOTER NAME:** Ian Lee Stawicki, 40
- **GUN DETAILS:** At least one Para-Ordnance .45 caliber handgun – some reports say he carried two.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Stawicki legally purchased the weapon used in the shooting in addition to two others.
- **PROHIBITING CRITERIA:** The shooter was a concealed carry permit holder but had a history of mental illness and arrests. He was twice charged with misdemeanor assault but both cases were dismissed when the victims — his girlfriend and brother — refused to testify. Before the shooting, Stawicki's family attempted to have his concealed carry permit revoked. Stawicki's family had become concerned that his mental health had worsened. However, his family was rebuffed by authorities, who said they had no legal basis to revoke Stawicki's permit on claims about Stawicki's behavior alone.

**Leivasy, WV, 5/19/2012:** The shooter killed a man after a dispute over a debt for drugs, as well as his girlfriend and their two children.

- **SHOOTER NAME:** James Roy Belknap, 27
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** In 2007, Belknap pled guilty on charges of conspiracy to deliver cocaine and was sentenced to 5 years in prison. In exchange, prosecutors dismissed a grand jury indictment charging him with murder. He was therefore prohibited from possessing a gun.


**Port St. John, FL, 5/15/12:** The shooter attacked her four children — ages 12 to 17 — in her home, killing them before shooting and killing herself. An autopsy indicated that she had a blood alcohol level of .16 at the time of the shooting — twice the legal limit.

- SHOOTER NAME: Tonya Thomas, 33
- GUN DETAILS: Taurus .38 caliber revolver
- AMMO DETAILS: She fired 18-hollow-point rounds during the incident, reloading the gun three times.
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence she was prohibited from possessing a gun. The shooter was charged with misdemeanor battery in 2002 for striking the father of her children but it was later dropped.

**Gilbert, AZ, 5/2/12:** The shooter, formerly a member of the U.S. Marine Corps and a founder and leader of a border militia group, shot and killed four people including his girlfriend, before killing himself. At the time of the incident he was running for the office of Pinal County Sheriff.

- SHOOTER NAME: Jason Todd ("J.T.") Ready, 39
- GUN DETAILS: At least two handguns and a shotgun were recovered from the scene. Six-armor piercing grenades, which may not legally be possessed by civilians, were also recovered.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence that the shooter was prohibited from owning guns, even though he had a record of dangerous behavior. In 1992, he was arrested for damage to property and aggravated assault with a weapon and pled guilty to simple assault, a misdemeanor. He was court-martialed twice during his military service, the second resulting in a bad conduct discharge in 1996. In 2009, a woman filed an order of protection against him, but it was not active at the time of the shooting. Officers had also responded to multiple domestic violence calls from Ready's home. Indeed, his girlfriend went to police headquarters on February 28, 2012 to make a complaint and report two domestic violence incidents, but she did not go to court to file for an order of protection.

**Oakland, CA (Oikos University), 4/2/12:** The shooter killed seven people at a Korean Christian college, where he had formerly been a student.

- SHOOTER NAME: One L. Goh, 43
- GUN DETAILS: .45 caliber handgun
- AMMO DETAILS: Goh was armed with four magazines of ammunition, holding 10 rounds each.
- GUN ACQUIRED: The gun was purchased legally in California two months before the shooting.
- PROHIBITING CRITERIA: None apparent, though Goh was expelled from the school for disciplinary problems.

**Norcross, GA, 2/20/12:** The shooter returned to a Korean spa from which he'd been kicked out after an altercation, where he shot and killed two of his sisters and their husbands before commit-

 **Analysis of Recent MASS SHOOTINGS**

ting suicide.

- **SHOOTER NAME:** Jeong Soo Paek, 59
- **GUN DETAILS:** .45 caliber handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Police reported that he acquired the gun legally.
- **PROHIBITING CRITERIA:** Paek does not appear to have been prohibited, although he had allegedly served two months in jail for assaulting his sister six years earlier. In 2006 she applied for a temporary protection order and described his intention to harm himself or others with guns.
- **NOT A GUN-FREE ZONE:** We could find no indication that the property owner forbade possession of a firearm on their property.

## Villa Park, IL, 1/17/2012: The shooter killed his girlfriend, her two sons, and her niece while they slept. After leaving the scene of the crime he shot himself and died of his injuries.

- **SHOOTER NAME:** Cedric Anderson, 42
- **GUN DETAILS:** .357 Magnum handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Anderson has several drug-related offenses dating back to 1990, and in 2008 received probation for possessing a firearm without the required license. On December 29, 2011 was convicted of felony heroin possession, and was awaiting sentencing at the time of the massacre. He was therefore prohibited from possessing a gun.

## Grapevine, TX, 12/25/11: The shooter killed his estranged wife, two children, and three other family members as they opened their Christmas presents, before killing himself. The shooter's wife had filed for bankruptcy in August 2010 and reportedly separated from him during the proceedings, moving to the apartment complex where the shooting took place.

- **SHOOTER NAME:** Aziz Yazdanpanah, 56
- **GUN DETAILS:** 9mm and .40 caliber handguns
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** The 9mm was purchased in 1996 and registered to the shooter.
- **PROHIBITING CRITERIA:** In 1996, the shooter pled guilty to one count of subscribing to a false income tax return, and was fined $1000 and placed on three years' probation. But police said the 9mm was legally registered to the shooter and there is no evidence that he was otherwise prohibited from purchasing a gun.

## Emington, IL, 12/16/2011: The shooter killed her boyfriend and her three children before taking her own life in the backyard of their home.

- **SHOOTER NAME:** Sara McMeen, 30

**18**    **Analysis of Recent MASS SHOOTINGS**    

- GUN DETAILS: Semi-automatic pistol
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from owning a gun. But she reportedly suffered from bipolar disorder and postpartum depression, and did not take any medication. She also had a family history of mental illness and violence. In 1971, McMeen's father shot and killed his wife with a 12-gauge shotgun. He was found not guilty by reason of insanity, and diagnosed with schizophrenia with suicidal and homicidal tendencies.

---

**Gargatha, VA, 12/15/11:** The shooter killed two of his children, their mother, and the man she was living with before killing himself. The shooter was reportedly involved in a custody dispute with the woman at the time of her death.

- SHOOTER NAME: Esteban Quintero-Gonzales, 37
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.

---

**Bay City, TX, 11/30/11:** The shooter and his wife argued in their mobile home, and when she exited he shot her three times in the front yard, injuring her, before killing his four children aged 2 to 5 and then killing himself.

- SHOOTER NAME: Jose Avila-Alva, 24
- GUN DETAILS: .22 caliber revolver
- AMMO DETAILS: Unknown
- GUN ACQUIRED: The handgun was reported stolen in 2010.
- PROHIBITING CRITERIA: The shooter was not a legal resident of the U.S., and had been deported to Mexico in 2006 for unlawful entry, which would have prohibited him from purchasing a gun. One week earlier, on November 22, 2011, the shooter's wife filed an assault report against him and was taken to a crisis center by police, but she did not press charges.

---

**Greensboro, NC, 11/20/2011:** The shooter shot and injured a married man she had been having an affair with since 2008, injuring him. At some point that morning she also shot four children in her house, including her older son, a niece, a nephew, and a friend, and they all died of their injuries. She then picked up her son from a sleepover, shot and killed him, and turned the gun on herself.

- SHOOTER NAME: Mary Ann Holder
- GUN DETAILS: .38 caliber handgun



**Analysis of Recent MASS SHOOTINGS**

- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun. The wife of the man the shooter was having an affair with sought a restraining order against her earlier in 2011; the shooter responded by requesting a restraining order against the man and his wife. Both orders had expired.

**Liberty, SC, 10/14/11:** The shooter killed her ex-husband, two sons, and their step-grandmother. When investigators arrived, she told them one of her sons had committed the homicides and then killed himself, but this story was inconsistent with forensic evidence. Nine days after the shooting she was taken into custody and charged with four counts of homicide. She had reportedly taken out a $700,000 life insurance policy for her family members with herself named as the beneficiary.

- **SHOOTER NAME:** Susan Diane Hendricks, 48
- **GUN DETAILS:** .380 caliber handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** In April 2006, Susan Hendricks shot and killed Doyle "O'Brian" Teaguein in her home after he had allegedly entered uninvited and threatened her. No charges were filed against Hendricks at the time, and the case was never closed. There is no evidence that she was prohibited from possessing a gun in 2011.

**Seal Beach, CA, 10/12/11:** The shooter injured one and killed eight at a hair salon, including his ex-wife, before being taken into police custody.

- **SHOOTER NAME:** Scott Evans Dekraai, 41
- **GUN DETAILS:** Dekraai carried 3 handguns – a 9 mm Springfield, a Heckler & Koch .45, and a Smith & Wesson .44 Magnum – and used at least two in the shooting.
- **AMMO DETAILS:** News articles say Dekraai was carrying "extra ammunition" when the shooting began.
- **GUN ACQUIRED:** All three guns were purchased legally and registered in accordance with California law.
- **PROHIBITING CRITERIA:** Dekraai was subject to a restraining order that specifically prohibited him from possessing guns, but the order expired in 2008. Dekraai had been diagnosed with Post Traumatic Stress Disorder, and during a custody suit his ex-wife had filed court papers claiming that he was mentally unstable and had threatened to kill himself or someone else at least once.

**Laurel, IN, 9/26/11:** The shooter killed a man, the man's estranged wife, their two children, and a neighbor. The male victim reportedly had sold the addictive pain-reliever Oxycontin to the shooter, and on the day of the murders they had argued over the price.

- **SHOOTER NAME:** David E. Ison, 46


- GUN DETAILS: A .380 caliber handgun was used in the slayings. Another stolen .380 handgun and an AK-47 were recovered during the investigation.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter had a lengthy criminal record, including a conviction for armed robbery, which would have prohibited him from possessing a gun, and at the time of the murders was on probation for 10 counts of burglary.

## Monongalia County, WV, 9/6/2011: The shooter killed five people and injured one before fleeing from the police and then killing himself.

- SHOOTER NAME: Shayne Riggleman, 22
- GUN DETAILS: A .30-.30 rifle was used. A second rifle and a .22 caliber pistol were also recovered.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: In 2008, Riggleman was sentenced to 14 months in prison for armed robbery, an offense that would prohibit him from possessing firearms, though it is possible his rights were restored under West Virginia law. He had also been diagnosed with bipolar disorder and schizophrenia at Chestnut Ridge Hospital and his family had him committed on several occasions.

## Carson City, NV (IHOP Shooting), 9/6/2011: The shooter killed four people at an IHOP restaurant, including three National Guard members, before killing himself.

- SHOOTER NAME: Eduardo Sencion, 32
- GUN DETAILS: A Norinco Mak 90 assault rifle that had been illegally modified into a fully automatic machine gun. A Romarm/Cugir AK-47 type assault rifle and a Glock 26 semiautomatic handgun were also recovered.
- AMMO DETAILS: Police recovered 450 rounds of AK-47 ammunition from Sencion's van and "box upon box" of additional ammunition at his home.
- GUN ACQUIRED: Five years earlier, the gun had been sold by a private party in California to an unknown buyer.
- PROHIBITING CRITERIA: Sencion was taken into protective custody during a mental health commitment in April 2000 but no court order was involved and it remains unclear if a record of the incident was reported to the NICS database.
- NOT A GUN-FREE ZONE: IHOP allows individual franchises to determine their own firearm policies, and this franchise allows concealed carrying of firearms on the premises.

## Marion County, FL, 8/5/11: The shooter killed the mother of his child in her mother's home, his own 6-year-old sister, and two other acquaintances before setting the building on fire. Court records indicated he had smoked synthetic marijuana laced with cocaine prior to the murders. The gun was not immediately recovered.

 **Analysis of Recent MASS SHOOTINGS** 21

- **SHOOTER NAME:** James Edward Bannister, 31
- **GUN DETAILS:** Believed to be a .38 caliber revolver
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that he had a prohibiting criminal record.

**Wheatland, WY, 7/30/11:** The shooter killed his three sons and his brother and shot and injured his wife before surrendering to police. His wife later reported he had become upset because he wanted to keep the curtains of their home drawn to prevent the neighbors from looking inside.

- **SHOOTER NAME:** Everett E. Conant III
- **GUN DETAILS:** Two semiautomatic handguns were used in the shooting. A shotgun and a rifle were also recovered.
- **AMMO DETAILS:** Police testified that about 50 rounds were fired during the incident.
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The police reported that the shooter did not have a criminal record. There is no evidence to indicate he was prohibited from possessing a gun.

**Wagener, SC, 7/3/2011:** The shooter apparently went on a murder-suicide rampage, killing his wife, her twin sister, his mother-in-law, and his ex-girlfriend in two different residences before he was confronted by law enforcement and shot himself.

- **SHOOTER NAME:** Kenneth Myers, 47
- **GUN DETAILS:** A 20-gauge shotgun was used in the massacre. Myers owned numerous weapons including an SKS, AK-47, two 9 mm handguns, a .22 caliber revolver, and a .38 caliber snub-nose pistol.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that the shooter was prohibited from owning a gun. However, he reportedly had a history of violence, having threatened his mother-in-law with a rifle. In a suicide note, he blamed his wife's family for contributing to her drug problem.

**Grand Prairie, TX, 6/23/11:** The shooter killed his wife and four of her family members at his daughter's birthday party before killing himself.

- **SHOOTER NAME:** Tan Do, 35
- **GUN DETAILS:** Reported to be a handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Tan Do had a history of domestic violence. His wife had obtained a protective order against him but had withdrawn it earlier that year against the advice of a prosecutor.


**Medford, NY, 6/9/11:** The shooter killed four people at a pharmacy, Haven Drugs, and stole thousands of hydrocodone pills before fleeing in a vehicle. During the trial he acknowledged that he and his wife were addicted to prescription medication.

- SHOOTER NAME: David Laffer
- GUN DETAILS: A .45 caliber handgun was used in the shooting. Several other legally registered guns were also recovered from the shooter's home.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The gun was legally registered to the shooter, and there is no evidence he was prohibited from possessing a gun. But five months before the shooting, Suffolk County Detective Kenneth Ripp investigated an identity theft claim made by the shooter's mother, who said the shooter had stolen her debit card. After questioning the shooter and his mother, Ripp advised the Suffolk County Pistol License Bureau that the shooter was dangerous and that his guns should be confiscated. Despite Ripp's report, the guns were not removed.
- GUN-FREE ZONE: We could find no evidence that Haven Drugs posted a sign or had a policy prohibiting the carrying of firearms. Current employees declined to comment.

**Yuma, AZ, 6/2/11:** In a series of separate shootings over a five-hour period, a gunman shot and killed his ex-wife, three of her friends, and her attorney, before killing himself.

- SHOOTER NAME: Carey H. Dyess, 73
- GUN DETAILS: Handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Dyess's ex-wife alleged there had been domestic abuse and a judge had issued an order of protection against him in 2006, but there is no evidence that he was a prohibited from possessing firearms at the time of the shooting.

**Ammon, ID, 5/11/11:** The shooter killed his two infant children, their mother, and her sister before setting fire to the house and shooting himself. He had separated from the victim several months before the incident, and in the week before the shooting he had sent her harassing text messages.

- SHOOTER NAME: Gaylin Leirmoe
- GUN DETAILS: .45 caliber handgun
- AMMO DETAILS: Eight shots were fired during the shooting.
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: In October 2009, the shooter was charged with misdemeanor battery for domestic violence with no traumatic injury after hitting his girlfriend — the woman he would ultimately kill — at her birthday celebration. The charges were later dismissed. There is no evidence that he was prohibited from possessing a gun.

 **Analysis of Recent MASS SHOOTINGS** 23

---

**Oak Harbor, Ohio, 4/16/11:** The shooter killed his wife and three children, age 1 to 4, before killing himself.

- SHOOTER NAME: Alan Atwater
- GUN DETAILS: .22 caliber rifle, shotgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter and his wife separately reported to friends that in the past he had held her against a wall and choked her. But there is no evidence he was prohibited from possessing a gun.

---

**Willowbrook, CA, 2/11/11:** Two brothers, their uncle, and their cousin were shot and killed by an unknown assailant on the patio of their home.

- SHOOTER NAME: Unknown
- GUN DETAILS: Unknown
- AMMO DETAILS: Witnesses reported that the shooting was loud and continuous. Police believe a semiautomatic weapon was used.
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The assailant is unknown.

---

**Minot, ND 1/28/11:** The shooter, a Somali national, killed the mother of his child at her home — and then her brother, her mother, and her mother's boyfriend at a nearby home. The murder weapon was never recovered.

- SHOOTER NAME: Omar Mohamed Kalmio, 28
- GUN DETAILS: Believed to be a handgun.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: In 2006, Kalmio was convicted of second-degree assault with a dangerous weapon and sentenced to a year in prison, which offense prohibited him from legally possessing a firearm.

---

**Tucson, AZ, 1/8/11:** The shooter attacked a constituent event hosted by Congresswoman Gabrielle Giffords, killing six and wounding fourteen, including Giffords, before he was subdued.

- SHOOTER NAME: Jared Loughner, 22
- GUN DETAILS: 9mm Glock 19 semiautomatic handgun
- AMMO DETAILS: 33-round magazine
- GUN ACQUIRED: Loughner passed a background check and purchased the Glock handgun at Sportsman's Warehouse in Tucson two months before the attack. Loughner also purchased a Harrington & Richardson shotgun in 2009; this gun was not used in the attack.


- **PROHIBITING CRITERIA:** Loughner had a history of mental illness and drug use. He was rejected from Army enlistment in 2008 after failing a drug test and admitting to drug use on his U.S. Army medical history application form, which should have prohibited Loughner from buying a gun for at least one year. However, Loughner successfully purchased a Harrington & Richardson shotgun in 2009, within a year of his Army rejection. Loughner's purchase of the Glock 19 handgun in 2010 violated the plain intent of federal law, which prohibits someone considered an/to be "unlawful user of or addicted to any controlled substance" from purchasing a gun, but the purchase was still allowed under current enforcement practices. Loughner was also suspended from Pima Community College in 2010 for erratic behavior, and exhibited other signs of mental instability in posts to websites.
- **NOT A GUN-FREE ZONE:** It was lawful to carry a firearm in the area of the shooting. An armed bystander, Joe Zamudio, mistook someone else as the shooter and prepared to fire on him before he was stopped by other bystanders.

**Boston, MA, 09/28/10:** The shooter killed four and wounded one during a drug-related robbery.

- **SHOOTER NAME:** Edward Washington, 33, and Dwayne Moore, 35, were both charged in the killings. Washington was acquitted. In Moore's first trial, the jury deadlocked 11-1 in favor of his guilt, but he was later convicted in a retrial.
- **GUN DETAILS:** .40 caliber Iberia handgun and 9mm Cobray semiautomatic. The Cobray has not been recovered, but the weapon was identified based on recovered bullets and shell casings.
- **AMMO DETAILS:** 14 rounds fired
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooters were prohibited from possessing guns.
- **NOT A GUN-FREE ZONE:** Any person holding the appropriate license could lawfully carry a firearm in this area. As of 2012 there were an estimated 250,000 concealed weapons permit holders in Massachusetts, and neither state or local law prohibits them from carrying in the city of Boston.

**Riviera Beach, FL 9/27/10:** The shooter killed his estranged wife and four of his stepchildren in their home, injured one other, and then shot and killed himself.

- **SHOOTER NAME:** Patrick Dell, 41
- **GUN DETAILS:** Handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** In May 2010, the shooter's wife obtained a restraining order, which was active at the time of the shooting and would have prohibited him from owning a gun. In December 2009, Dell has also been arrested on felony aggravated assault, and had been convicted of misdemeanor improper exhibition of a dangerous firearm. Police had responded to 34 calls from the household in the four years preceding the shooting. In April 2008, the shooter's wife had taken out another restraining order against Dell for abusive behavior.

**Jackson, KY, 9/10/10:** The shooter, reportedly enraged at how his wife prepared his eggs, fatally

 **Analysis of Recent MASS SHOOTINGS**                                    **25**

shot her, his stepdaughter, and three neighbors. He killed himself when the police arrived.

- SHOOTER NAME: Stanley Neace, 47
- GUN DETAILS: Shotgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.

**Chicago, IL, 9/2/10:** The shooter murdered four individuals execution-style in a garage on South Kildare Avenue. Officials believe he was part of a drug-trafficking crew that had been involved in at least 10 other killings.

- SHOOTER NAME: Raul Segura-Rodriguez, 36
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: While the shooter was reportedly an experienced criminal, there is no evidence of convictions that would have prohibited him from possessing a gun.

**Lake Havasu City, AZ, 8/29/10:** The shooter killed his ex-girlfriend, her boyfriend, and three others while they were celebrating her boyfriend's birthday and took his own life later that night.

- SHOOTER NAME: Brian Diez, 26
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The gunman's girlfriend had taken out a restraining order against him earlier that year, which would likely prohibit him from purchasing or possessing a gun.

**Buffalo, NY, 8/14/10:** The shooter opened fire on a group of people outside a bar, killing four and wounding four others.

- SHOOTER NAME: Riccardo McCray, 24
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: McCray had been arrested earlier that year on felony drug charges and the previous year for having a loaded rifle in his car. If he was found guilty of either crime, he would have been prohibited from possessing firearms.
- NOT A GUN-FREE ZONE: We could find no indication that it was unlawful to carry a firearm in the area.

**26**　　　　　　　　　　**Analysis of Recent MASS SHOOTINGS** 

There are an estimated 100,000 concealed weapon permit holders in New York and other than limiting a person's ability to carry when he is under the influence of drugs or alcohol, Buffalo does not add any additional requirements to state law.

## Lanham, MD, 8/6/10: The shooter killed two children, their mother, and their paternal aunt in the home where they resided. Police said the shooter was involved in drug trafficking and the victims owed him money.

- SHOOTER NAME: Darrell Lynn Bellard
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence that he was prohibited from possessing a gun.

## Manchester, CT, 8/3/10: The shooter killed eight coworkers at a beer distributor and wounded two others before killing himself.

- SHOOTER NAME: Omar Thornton, 34
- GUN DETAILS: Two Ruger SR9 9mm handguns
- AMMO DETAILS: The shooter allegedly carried two extra magazines and two extra boxes of ammunition with him to the attack.
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no indication that he was prohibited from possessing firearms and the guns he used were registered to him.

## Hialeah, FL, 6/6/10: The shooter killed four women, including his wife — who had just separated from him. He injured three others before shooting and killing himself. The shooting occurred in Yoyito-Cafe Restaurant, where the shooter's wife was employed as a waitress, and in the parking lot immediately outside.

- SHOOTER NAME: Gerardo Regalado, 38
- GUN DETAILS: .45 caliber handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: The shooter had a concealed weapons permit.
- PROHIBITING CRITERIA: There is no evidence that the shooter was prohibited from owning a gun. However, relatives said the shooter had abused and terrorized women in the past, and had been imprisoned in Cuba for a particularly violent incident, but he did not have a criminal record in the United States.
- NOT A GUN-FREE ZONE: We could find no indication that guns were prohibited in this area. Guns are prohibited in Florida restaurants only in areas primarily devoted to the serving of alcohol.

 **Analysis of Recent MASS SHOOTINGS**                                                    27

---

**Chicago, IL, 4/14/10:** The shooter who had converted to Islam in prison killed his family for not going along with his conversion, fatally shooting his mother, pregnant wife, infant son, and two nieces, and injuring one other.

- SHOOTER NAME: James A. Larry, 33
- GUN DETAILS: Shotgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Larry was almost certainly prohibited from purchasing a gun, having recently served a prison term for a weapons charge. He had also recently pled no contest to misdemeanor battery against his wife.

---

**Los Angeles, CA, 4/3/10:** The shooter killed four and injured two at a San Fernando Valley restaurant after a dispute with other patrons. He was indicted in a separate investigation for engaging in the business of dealing firearms without a license and possession of a firearm with an obliterated serial number, having sold firearms to an informant working for federal agents the previous year.

- SHOOTER NAME: Nerses Arthur Galstyan, 28
- GUN DETAILS: Unspecified handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.

---

**Washington, DC, 03/30/10:** Three gunmen killed four and wounded five in retaliation for another murder.

- SHOOTER NAME: Nathaniel D. Simms, 26; Orlando Carter, 20, and unnamed 14-year-old juvenile.
- GUN DETAILS: An AK-47 assault rifle and 9mm and .45-caliber handguns
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The adults were reported to have lengthy criminal histories, which prohibited them from purchasing guns, and the 14-year-old was too young to purchase or own a gun.

---

**New Orleans, LA, 3/26/10:** The shooter killed his ex-girlfriend, her sister, and two children.

- SHOOTER NAME: Damian Jordan, 22
- GUN DETAILS: Handgun
- AMMO DETAILS: Unknown

**28**        **Analysis of Recent MASS SHOOTINGS** 

- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Jordan was likely prohibited from possessing a gun due to a lengthy history of domestic abuse, though he had repeatedly pled down the crimes to simple battery.

---

**Appomattox, VA, 1/19/10:** The shooter killed eight family-members and acquaintances and fired at responding police officers – even forcing a helicopter to make an emergency landing – before surrendering. He wore a bulletproof vest during the attack.

- SHOOTER NAME: Christopher Speight, 39
- GUN DETAILS: High-powered rifle
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter was a concealed carry permit holder and was not prohibited from possessing a gun.

---

**Bellville, TX, 1/16/10:** The shooter, angered after a household argument, fatally shot his mother, stepfather, sister, brother and niece.

- SHOOTER NAME: Maron Thomas, 20
- GUN DETAILS: Handgun and shotgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.

---

**Madison, WI, 12/3/2009:** The shooter killed two women with whom he was involved in paternity cases, along with their daughters, before shooting himself in his car.

- SHOOTER NAME: Tyrone Adair, 38
- GUN DETAILS: Two handguns were found inside the vehicle where Adair died, one of which matched the caliber of the ammunition used in the murders.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Police report that Adair bought a 9mm gun that was advertised on Craigslist. This gun was likely transferred in a private sale.
- PROHIBITING CRITERIA: The shooter was prohibiting from possessing firearms due to an active restraining order involving a third woman. He had also been arrested in March 2009 after a domestic incident, but charges were not filed in that case.

---

**Lakewood, WA, 11/29/09:** The shooter killed four police officers in a Tacoma Coffee shop, eluding police for two days before being killed as he fled.



**Analysis of Recent MASS SHOOTINGS**

- **SHOOTER NAME:** Maurice Clemmons, 37
- **GUN DETAILS:** When he was killed, he was in possession of the handgun of one of the officers he had killed.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The shooter was prohibited from purchasing a firearm, having been charged with at least 13 felonies across two states. He had posted bail for raping a child just six days before the attack.
- **NOT A GUN-FREE ZONE:** The police officers were armed at the time of the shooting.

**Osage, KS, 11/28/09:** The shooter killed his estranged wife, her grandmother, and his two daughters in their home.

- **SHOOTER NAME:** James Kahler, 46
- **GUN DETAILS:** Assault rifle
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Kahler was charged with a misdemeanor domestic violence assault in March 2009. If convicted, he would have been prohibited from purchasing a firearm.

**Jupiter, FL, 11/26/09:** The shooter killed his two twin sisters, his aunt, and his cousin's daughter, and injured two other family members, during a Thanksgiving celebration. He eluded capture for over a month before authorities apprehended him.

- **SHOOTER NAME:** Paul Merhige, 40
- **GUN DETAILS:** He used at least two handguns during the shooting.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Purchased at least six guns (including a .22 caliber handgun and a .40 caliber semi-automatic handgun), a high-powered rifle with a scope, and ammunition from two gun stores in South Florida.
- **PROHIBITING CRITERIA:** The shooter was involuntarily committed to mental health facilities at least three times in the decade before the killing, which prohibited him under federal law from possessing guns. But his records were not submitted to the NICS database. His parents reportedly knew he had ceased taking prescribed psychotropic medication in the weeks leading up to the shooting. In addition, his sister Carla Merhige had requested a restraining order against him in 2006, but later withdrew the request. The shooter was able to obtain a concealed weapons permit.

**Pearcy, AR, 11/12/09:** Three shooters killed five people in their mobile homes and stole wheel rims, televisions, a handgun, and a vehicle. One of the shooters injured a police officer while he was being apprehended several days later.

- **SHOOTER NAME:** Samuel Conway, Marvin Lamar Stringer, and Jeremy Pickney
- **GUN DETAILS:** .22 and .25 caliber handguns


- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence that the shooters were prohibited from possessing guns.

**Oklahoma City, OK, 11/9/2009:** The shooter or shooters killed four people in a house before setting the building on fire. Two of the victims were pregnant. The crime was premeditated by two conspirators, and related to drugs they sold for one of the victims. It is unclear whether just one or both of the conspirators were present for the shooting, but both were charged with six counts of murder. Tyner surrendered to authorities a week after the killings. Phillips was arrested in Tulsa in April 2010 after allegedly attempting to sell two guns stolen from a police sergeant's home.

- SHOOTERS: David Allen Tyner (pled guilty), 31 and Denny Edward Phillips (pled not guilty), 34
- GUN DETAILS: Handgun
- AMMO DETAILS: Two types of bullet cases were recovered at the crime scene.
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Phillips was prohibited due to a lengthy criminal history including multiple felony convictions. Phillips was convicted in 1996 for assault with a deadly weapon; and other crimes including a jail escape. He was also convicted in 2010 for possession of a firearm by a felon. He was also convicted of aggravated assault and battery. There is no indication that Tyner was prohibited, though he was reportedly a member of a prison gang.

**Fort Hood, TX, 11/5/09:** The shooter killed thirteen and wounded thirty soldiers during an attack at the Fort Hood army base.

- SHOOTER NAME: Nidal Malik Hasan, 39
- GUN DETAILS: A FN Five-seven handgun was used in the attack. A Smith and Wesson .357 revolver also recovered.
- AMMO DETAILS: Hasan fired at least 220 rounds of ammunition and had 200 rounds in his pocket when he was detained.
- GUN ACQUIRED: Purchased legally at a local gun shop, Guns Galore.
- PROHIBITING CRITERIA: The shooter had links with terrorist organizations, but being placed on a terror watch list does not prohibit purchase or possession of firearms under current law.

**Mount Airy, NC, 11/01/09:** The shooter killed four people outside a television store before eventually surrendering to the police.

- SHOOTER NAME: Marcos Chavez Gonzalez, 29
- GUN DETAILS: Assault rifle.
- AMMO DETAILS: Unknown

 **Analysis of Recent MASS SHOOTINGS** 31

- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter was a prohibited purchaser, having been convicted of kidnapping a minor in 2002.
- NOT A GUN-FREE ZONE: It was lawful to carry a firearm in the area of the shooting.

**Lawrenceville, GA, 08/27/09:** The shooter killed his girlfriend, his daughter, and two others in a domestic dispute.

- SHOOTER NAME: Richard Ringold, 44
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.

**Kansas City, KS, 6/22/09:** The shooter killed a woman with whom he had been romantically linked and three others at the house where she was staying. He had argued with the woman and followed her to the house.

- SHOOTER NAME: Adrian Burks
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter was prohibited from possessing firearms. He had served 10 years in Kansas prisons for robbery, aggravated assault, and burglary. He also fatally shot a man in March 2009, but he was not charged in the incident, which his cousin later described as "self defense." In April 2009, he was charged with battery and a criminal threat against the sister of the man he killed and was ordered not to possess firearms.

**Middletown, MD, 04/19/09:** The shooter killed his wife and three children in their home before committing suicide.

- SHOOTER NAME: Christopher Alan Wood, 34
- GUN DETAILS: .25-caliber handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.
- GREEN HILL, AL, 4/7/2009: The shooter killed his estranged wife, their teenage daughter, and two other relatives one day before his divorce proceedings were scheduled to take place. He then lit the house on fire and shot himself.
- SHOOTER NAME: Kevin Garner, 45

32                          **Analysis of Recent MASS SHOOTINGS**     

- GUN DETAILS: handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from owning a gun. In divorce documents, however, his wife cited physical and emotional abuse.

**Graham, WA, 4/4/2009:** After a dispute with his wife in which she told him she was ending their relationship, the shooter returned home and killed his five children. Police believe he then made an unsuccessful attempt to find his wife again and then killed himself in his car.

- SHOOTER NAME: James Harrison
- GUN DETAILS: Unspecified rifle
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence Harrison was prohibited from possessing a gun. Since 2001 the state had received five complaints about the shooter, including one for abuse in 2007 that stemmed from a slapping incident with one of his children. None of the complaints resulted in a domestic violence conviction. After the shooting, his wife said that she and her children had sustained years of abuse.

**Binghamton, NY, 4/3/09:** The shooter killed fourteen and wounded four at the American Civic Association where he had been taking English classes before killing himself. He wore a bullet-proof vest during the attack.

- SHOOTER NAME: Jiverly A. Wong, 42
- GUN DETAILS: 9mm and .45 caliber Beretta handguns.
- AMMO DETAILS: Allegedly fired 98 rounds during the attack. At least one magazine with a 30-round capacity was recovered at the scene.
- GUN ACQUIRED: The guns were registered to his New York State pistol license.
- PROHIBITING CRITERIA: Wong was not prohibited from possessing a gun, and had a New York State concealed carry permit. People who knew Wong said he exhibited no outward signs of mental instability, although a letter he wrote that was delivered to a newspaper after the shooting indicated he was paranoid and suffering from mental illness.

**Carthage, NC, 3/29/09:** The shooter opened fire at a nursing home where his estranged wife worked, killing eight and injuring three before he was shot and arrested by a police officer.

- SHOOTER NAME: Robert Stewart, 45
- GUN DETAILS: .357 Magnum handgun and Winchester 1300 shotgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: The guns were acquired legally from a local sporting good store.



**Analysis of Recent MASS SHOOTINGS**                                           33

---

- **PROHIBITING CRITERIA:** There is no indication the Stewart was prohibited from possessing a gun.

---

### Santa Clara, CA, 3/29/09: The gunman killed five family members and wounded two in an apparent murder-suicide.

- **SHOOTER NAME:** Devan Kalathat, 45
- **GUN DETAILS:** Two .45 caliber pistols
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Purchased legally weeks before the incident.
- **PROHIBITING CRITERIA:** There is no indication that Kalathat was prohibited from possessing a gun.

---

### East Oakland, CA, 3/21/09: The shooter used a semiautomatic handgun to kill two police officers after they stopped his car and then fled on foot to an apartment where he killed two SWAT officers with an assault weapon and injured a third before being killed by police.

- **SHOOTER NAME:** Lovelle Mixon
- **GUN DETAILS:** 9mm semiautomatic handgun and SKS assault-style rifle
- **AMMO DETAILS:** Police said the assault weapon had a high-capacity magazine.
- **GUN ACQUIRED:** The shooter took part in a home invasion robbery in Modesto, CA, on February 21 2009 in which a rifle was reported stolen. Police did not comment on whether the stolen rifle was the one used in the shooting.
- **PROHIBITING CRITERIA:** The shooter had a lengthy criminal history, including a conviction for armed battery, which would have prohibited him from possessing a gun, and he was on parole for assault with a deadly weapon at the time of the shootings.
- **GUN-FREE ZONE:** Two of the victims were shot on a public roadway — the 7400 block of Macarthur Boulevard in East Oakland — where no state law would have prohibited a citizen with the appropriate permit to carry a gun. All of the police officers killed in the incident were armed.

---

### Raytown, MO, 3/16/09: The gunman shot and stabbed his former girlfriend, her boyfriend, and her two nephews, killing all four.

- **SHOOTER NAME:** Gevante Anderson, 26
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun.

---

### Miami, FL, 3/15/09: At a birthday party, the shooter killed his estranged wife, her daughter, her daughter's boyfriend, and the boyfriend's grandmother. He then returned to his house where he set the building on fire and shot and killed himself.


- SHOOTER NAME: Guillermo Lopez, 48
- GUN DETAILS: Semi-automatic handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.

**Catawba, NC, 3/12/09:** The gunman shot and stabbed a woman and her three children in their home. He later killed himself and his girlfriend after a police chase in Utah.

- SHOOTER NAME: Chiew Chan Saevang, 38
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.

**Geneva County, AL, 3/10/09:** The shooter killed ten, including four members of his family, before killing himself.

- SHOOTER NAME: Michael Kenneth McLendon, 28
- GUN DETAILS: Bushmaster AR-15, SKS rifle, shotgun, and .38 pistol
- AMMO DETAILS: Police recovered additional ammunition from his vehicle after the shooting.
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter had no criminal record and there is no indication he was prohibited from possessing a gun.
- NOT A GUN-FREE ZONE: It was lawful to carry a firearm in the public intersection and gas station where two of the individuals were shot.

**Cleveland, OH, 3/05/09:** The shooter killed his new wife and four of her relatives before committing suicide.

- SHOOTER NAME: Davon Crawford, 33
- GUN DETAILS: At least one semiautomatic handgun.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Crawford was likely prohibited from possessing a gun. He was convicted of manslaughter in 1995 and pled guilty to felonious assault with a firearm in 2005, though Ohio enables felons to restore their gun rights so it is possible he was no longer prohibited.

**Brockport, NY, 02/14/2009:** The shooter killed a nurse in the Lakeside Memorial Hospital



**Analysis of Recent MASS SHOOTINGS**                                                    35

parking lot and a motorist who intervened, and wounded the motorist's girlfriend. The shooter had been fired from the hospital after the nurse filed a sexual harassment complaint against him. He then drove 50 miles and killed another nurse — who had filed a similar complaint against the shooter — and her husband in their home.

- SHOOTER NAME: Frank Garcia, 34
- GUN DETAILS: .40 caliber Glock handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence that the shooter was prohibited from owning a gun. However, he had applied for concealed carry permits and been denied three times. In his 1995 application, he omitted information about his criminal record — including arrests for criminal possession of a weapon, assault, and harassment. In 2001 and 2006 he made further omissions, and was evaluated as lacking moral character. But in 2007 a judge reversed the denial and granted Garcia a concealed weapon permit.
- GUN FREE ZONE: We found no indication that permit holders were prohibited from carrying guns in this area at the time of the incident.

**Wilmington, CA, 1/27/09:** The shooter killed his wife and their five children before killing himself.

- SHOOTER NAME: Ervin Lupoe, 40
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter did not have a criminal record and there is no indication he was prohibited from possessing a gun.