IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Arie S. Friedman, M.D. and the Illinois State Rifle Association,<br><br>               Plaintiffs,<br><br>   v.<br><br>City Of Highland Park,<br><br>               Defendant. | Case No.  13-cv-9073<br><br>Hon. John W. Darrah |

## NOTICE OF FILING

**TO:**   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **Wednesday, August 6, 2014**, the undersigned caused to be filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, **DEFENDANT CITY OF HIGHLAND PARK'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE CERTAIN STATEMENTS OF MATERIAL FACTS SUBMITTED BY DEFENDANTS** ,  a copy of which has been served electronically upon you.

DATE:  August 6, 2014                              CITY OF HIGHLAND PARK

                                                           By:  /s/ Christopher B. Wilson
                                                                     One of Its Attorneys

-2-

Christopher B. Wilson, ARDC No. 06202139
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Fax: (312) 324 - 9400
Cwilson@perkinscoie.com

Steven M. Elrod
Christopher James Murdoch
Hart M. Passman
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, Illinois 60603
(312) 263-3600
Steven.elrod@hklaw.com
Chris.murdoch@hklaw.com
Hart.passman@hklaw.com

-3-

## **CERTIFICATE OF SERVICE**

      I, Christopher B. Wilson, an attorney, certify that on August 6, 2014, I caused the foregoing **NOTICE OF FILING** to be filed pursuant to the Court's CM/ECF system and served via the Court's CM/ECF System on the following:

| | |
|---|---|
| James B. Vogts<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611<br>(312) 222-8517<br>jvogts@smbtrials.com | Brett Michael Henne<br>Swanson, Martin & Bell, LLP<br>1860 West Winchester Road<br>Suite 201<br>Libertyville, IL 60048<br>(847) 949-0057<br>bhenne@smbtrials.com |
| Andrew Arthur Lothson<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611<br>alothson@smbtrials.com | Alexander David Marks<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue<br>22nd Floor<br>Chicago, IL 60611<br>(312) 840-7000<br>amarks@burkelaw.com |

                                                /s/ Christopher B. Wilson