# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association,    Plaintiffs, v. CITY OF HIGHLAND PARK,    Defendant. | No: 13-cv-9073 |

## NOTICE OF MOTION

To: Christopher B. Wilson
Perkins & Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603
(312) 324- 8400
Email: cwilson@perkinscoie.com

PLEASE TAKE NOTICE that on **August 20, 2014 at 9:30 a.m.,** Plaintiffs will be before the Honorable Judge John W. Darrah in Courtroom 1203 of the Everett McKinley Dirksen Federal Building, Chicago, Illinois, and present PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S RESPONSES TO PLAINTIFF'S RULE 56.1 STATEMENT OF MATERIAL FACTS AND DEEM STATEMENTS OF FACT ADMITTED which has been electronically filed and served.

| | |
|---|---|
| **DATED:  August 7, 2014** | Respectfully submitted, |
| | /s/ James B. Vogts |
| | James B. Vogts |
| | Brett M. Henne |
| | Andrew A. Lothson |
| | Swanson, Martin & Bell, LLP |
| | 330 N. Wabash, Suite 3300 |
| | Chicago, Illinois 60611 |
| | (312) 222-8517 |
| | jvogts@smbtrials.com |
| | bhenne@smbtrials.com |
| | alothson@smbtrials.com |
| | **Attorneys for Plaintiffs** |

## CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 7th day of August, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher B. Wilson
   Perkins & Coie LLP
   131 S. Dearborn Street
   Suite 1700
   Chicago, IL 60603
   (312) 324- 8400
   Email:  cwilson@perkinscoie.com

2. Christopher James Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

3. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603

(312) 578-6634
Email: hart.passman@hklaw.com

4. Steven M. Elrod
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: steven.elrod@hklaw.com

*/s/ James B. Vogts*
James B. Vogts