UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIE S. FRIEDMAN and THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 13-cv-9073 |
| v. | ) ) | Judge John W. Darrah |
| CITY OF HIGHLAND PARK, | ) ) ) | |
| Defendant. | ) | |

# **ORDER**

Plaintiff's Motion for Preliminary Injunction [9] is denied as moot in that the issues raised therein have been consolidated for trial on the issue of a permanent injunction. Plaintiff's Motion to Strike the Brief of *Amicus Curiae* the Brady Center [29] is denied. Status hearing set for 9/18/14, at 9:30 a.m. remains as scheduled.

Date: 9/11/2014 /s/ John W. Darrah