**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Arie S Friedman et al | ) | Case No: 13 C 9073 |
| v. | ) | Judge: John W. Darrah |
| City of Highland Park | ) | |

**ORDER**

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Highland Park's Motion for Summary Judgment [43] is granted and Plaintiffs' Motion for Summary Judgment [40] is denied. Highland Park City Code Section 136 shall remain in full force and effect. Enter Memorandum Opinion and Order. The issue of permanent injunction having been resolved by summary judgment, the pretrial conference set for 10/23/14 and jury trial set for 10/27/14 is vacated. Civil case closed.

(T:) 00:10

Date: 9/18/14                                                                   /s/ Judge John W. Darrah