# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association ) ) ) | |
| Plaintiffs, ) ) | No: 13-cv-9073 |
| v. ) ) | Hon. John W. Darrah |
| CITY OF HIGHLAND PARK, ) ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Arie S. Friedman, M.D. and the Illinois State Rifle Association appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this case on September 18, 2014, granting Defendant Highland Park's Motion for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

/s/ *James B. Vogts*
James B. Vogts
Andrew A. Lothson
Brett M. Henne
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
bhenne@smbtrials.com
alothson@smbtrials.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 23rd day of September, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher B. Wilson
   Perkins & Coie LLP
   131 S. Dearborn Street
   Suite 1700
   Chicago, IL 60603
   (312) 324- 8400
   Email: cwilson@perkinscoie.com

2. Christopher J. Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

3. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

4. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

*/s/ James B. Vogts*
James B. Vogts