**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and the Illinois State Rifle Association ) ) ) | |
| Plaintiffs, ) ) | |
| ) | No: 13-cv-9073 |
| v. ) ) | Hon. John W. Darrah |
| ) | |
| CITY OF HIGHLAND PARK, ) ) | |
| Defendant. ) | |

## DESIGNATION OF RECORD ON APPEAL

Plaintiffs Arie S. Friedman, M.D. and the Illinois State Rifle Association request pursuant to Seventh Circuit Rule 10(a) that the following items be included in the record on appeal:

| ECF ITEM | DATE OF FILING |
|---|---|
| 10-3 | 12/24/2013 |
| 10-4 | 12/24/2013 |
| 10-5 | 12/24/2013 |
| 10-6 | 12/24/2013 |
| 10-7 | 12/24/2013 |
| 26-2 | 2/20/2014 |
| 26-3 | 2/20/2014 |
| 26-4 | 2/20/2014 |
| 26-5 | 2/20/2014 |
| 26-6 | 2/20/2014 |
| 26-7 | 2/20/2014 |

1

| | |
|---|---|
| 26-7 | 2/20/2014 |
| 26-8 | 2/20/2014 |
| 26-9 | 2/20/2014 |
| 26-10 | 2/20/2014 |
| 26-11 | 2/20/2014 |
| 26-12 | 2/20/2014 |
| 42 | 6/30/2014 |
| 42-1 | 6/30/2014 |
| 42-2 | 6/30/2014 |
| 42-3 | 6/30/2014 |
| 43-4 | 6/30/2014 |
| 42-4 | 6/30/2014 |
| 42-5 | 6/30/2014 |
| 42-6 | 6/30/2014 |
| 42-7 | 6/30/2014 |
| 42-8 | 6/30/2014 |
| 42-9 | 6/30/2014 |
| 42-10 | 6/30/2014 |
| 42-11 | 6/30/2014 |
| 42-12 | 6/30/2014 |
| 42-13 | 6/30/2014 |
| 42-14 | 6/30/2014 |
| 42-15 | 6/30/2014 |

| | |
|---|---|
| 42-16 | 6/30/2014 |
| 42-17 | 6/30/2014 |
| 45 | 6/30/2014 |
| 45-1 | 6/30/2014 |
| 45-2 | 6/30/2014 |
| 45-3 | 6/30/2014 |
| 45-4 | 6/30/2014 |
| 45-5 | 6/30/2014 |
| 45-6 | 6/30/2014 |
| 45-7 | 6/30/2014 |
| 45-8 | 6/30/2014 |
| 45-9 | 6/30/2014 |
| 45-10 | 6/30/2014 |
| 45-11 | 6/30/2014 |
| 45-12 | 6/30/2014 |
| 45-13 | 6/30/2014 |
| 45-14 | 6/30/2014 |
| 45-16 | 6/30/2014 |
| 45-17 | 6/30/2014 |
| 46 | 6/30/2014 |
| 49 | 7/21/2014 |
| 49-1 | 7/21/2014 |
| 49-2 | 7/21/2014 |

| | |
|---|---|
| 49-3 | 7/21/2014 |
| 49-4 | 7/21/2014 |
| 49-5 | 7/21/2014 |
| 49-6 | 7/21/2014 |
| 49-7 | 7/21/2014 |
| 49-8 | 7/21/2014 |
| 50 | 7/21/2014 |
| 51-1 | 7/21/2014 |
| 51-2 | 7/21/2014 |
| 51-3 | 7/21/2014 |
| 52-1 | 7/21/2014 |
| 54-1 | 7/22/2014 |

Respectfully submitted,

/s/ *James B. Vogts*
James B. Vogts
Andrew A. Lothson
Brett M. Henne
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
bhenne@smbtrials.com
alothson@smbtrials.com

# CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 2nd day of October, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher B. Wilson
   Perkins & Coie LLP
   131 S. Dearborn Street
   Suite 1700
   Chicago, IL 60603
   (312) 324- 8400
   Email: cwilson@perkinscoie.com

2. Christopher J. Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

3. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

4. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

/s/ James B. Vogts
James B. Vogts