**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | |
| the Illinois State Rifle Association | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No: 13-cv-9073 |
| v. | ) | |
| | ) | Hon. John W. Darrah |
| | ) | |
| CITY OF HIGHLAND PARK, | ) | |
| | ) | |
| Defendant. | ) | |

**DOCKETING STATEMENT (REVISED)**

Plaintiffs Arie S. Friedman, M.D. and the Illinois State Rifle Association hereby file their Docketing Statement pursuant to Circuit Rule 3(c):

**District Court Jurisdiction:** The United States District Court for the Northern District of Illinois had jurisdiction over this case under 28 U.C.S. § 1331 based on the existence of a federal question. Plaintiffs seek declaratory and injunctive relief under 42 U.S.C. § 1983 barring enforcement of Highland Park City Code section 136.001 *et seq*. as unconstitutional under the Second Amendment to the United States Constitution.

**Appellate Court Jurisdiction:** The United States Court of Appeals for the Seventh Circuit has jurisdiction over this case under 28 U.S.C. § 1291. Plaintiffs appeal from a final judgment entered on September 18, 2014 by the United States District Court for the Northern District of Illinois. Plaintiffs' Notice of Appeal was filed on September 23, 2014.

Respectfully submitted,

/s/ *James B. Vogts*
James B. Vogts
Andrew A. Lothson
Brett M. Henne
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
bhenne@smbtrials.com
alothson@smbtrials.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 9th day of October, 2014, I caused to be served

a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system

and/or by U.S. Mail.

1. Christopher B. Wilson
   Perkins & Coie LLP
   131 S. Dearborn Street
   Suite 1700
   Chicago, IL 60603
   (312) 324- 8400
   Email:  cwilson@perkinscoie.com

2. Christopher J. Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

3. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

4. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

*/s/  James B. Vogts*
James B. Vogts