# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARIE S. FRIEDMAN, M.D. and ) <br> the Illinois State Rifle Association ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> CITY OF HIGHLAND PARK, ) <br> ) <br> Defendant. ) | No: 13-cv-9073 <br><br> Hon. John W. Darrah |

## MOTION TO SUPPLEMENT RECORD ON APPEAL

Plaintiffs Arie S. Friedman, M.D. and the Illinois State Rifle Association ("Plaintiffs") move to supplement the record on appeal in this case pursuant to Seventh Circuit Rule 11(a) by including the DVD filed in the District Court on June 30, 2014, as ECF No. 46 (Exhibit E of Exhibit 3 (Video Demonstration) to Plaintiffs' Rule 56.1 Statement of Material Facts). The DVD was submitted by Plaintiffs in support of their motion for summary judgment.

Respectfully submitted,

/s/ *James B. Vogts*
James B. Vogts
Andrew A. Lothson
Brett M. Henne
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com
bhenne@smbtrials.com
alothson@smbtrials.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I, James B. Vogts, hereby certify that on the 22nd day of October, 2014, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

1. Christopher B. Wilson
   Perkins & Coie LLP
   131 S. Dearborn Street
   Suite 1700
   Chicago, IL 60603
   (312) 324- 8400
   Email: cwilson@perkinscoie.com

2. Christopher J. Murdoch
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: chris.murdoch@hklaw.com

3. Hart M. Passman
   Holland and Knight, LLP
   131 South Dearborn
   30th Floor
   Chicago, IL 60603
   (312) 578-6634
   Email: hart.passman@hklaw.com

4. Steven M. Elrod
   Holland & Knight, LLP
   131 South Dearborn Street
   30th Floor
   Chicago, IL 60603
   (312) 263-3600
   Email: steven.elrod@hklaw.com

/s/ James B. Vogts
James B. Vogts