# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Arie S Friedman et al | ) | Case No: 13 C 9073 |
| v. | ) | Judge: John W. Darrah |
| City of Highland Park | ) | |

## ORDER

Plaintiffs' motion to supplement the record on appeal is granted [78]. The clerk shall supplement the record by including the DVD, document #46, Exhibit E of Exhibit 3 (video demonstration) to plaintiff's Rule 56.1 statement of facts, forthwith.

Date: 10/30/14　　　　　　　　　　　　　　　　/s/ Judge John W. Darrah

2014 OCT 30 AM 6:46