

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604



Thomas G. Bruton
CLERK

**Office of the Clerk  312-435-5670**

October 30, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

**RE: Friedman, et. al. v. City of Highland Park**

**U.S.D.C. DOCKET NO.   13cv9073**
**U.S.C.A. DOCKET NO.   14-03091**

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME OF PLEADING(S): 1 Loose Pleading
EXHIBITS:   1 DVD, Document #46, Exhibit E of Exhibit 3
OTHER (SPECIFY):  Original Record transmitted 10/09/2014.

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,
**Thomas G. Bruton, Clerk**

By:     *s/ Thelma Murry-Sykes*
Deputy Clerk

cc: Counsel of Record

# United States of America
# Northern District of Illinois
# Eastern Division

**I, Thomas G. Bruton**, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on.

**RE: Friedman, et. al. v. City of Highland Park**

**U.S.D.C. DOCKET NO.    13 C 9073**

**U.S.C.A. DOCKET NO.    14-3091**

| DATE | ITEM NO. | DESCRIPTION |
|------|----------|-------------|
| 10/20/2014 | 79 | Order dated 10/30/14 by Judge Darrah granting motion to supplement the record on appeal. |
| 06/30/2014 | 46 | 1 DVD-Exhibit E of Exhibit 3 (video demonstration) |

**IN TESTIMONY WHEREOF**, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois this 30th day of October, 2014.

**Thomas G. Bruton, Clerk**

By: /s/ *Thelma Murry-Sykes,*
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ THELMA MURRY-SYKES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
October 30, 2014

APPEAL,BROWN,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:13-cv-09073
### Internal Use Only

Friedman, et. al. v. City of Highland Park

Assigned to: Honorable John W. Darrah

Demand: $75,000

Case in other court: Circuit Court of Cook County, Illinois,
                13CH3414
                14-03091

Cause: 28:1441 Petition for Removal

Date Filed: 12/19/2013

Date Terminated: 09/18/2014

Jury Demand: None

Nature of Suit: 950 Constitutional - State Statute

Jurisdiction: Diversity

## Plaintiff

**Arie S Friedman**    represented by **Andrew Arthur Lothson**
Swanson, Martin & Bell
330 North Wabash
Suite 3300
Chicago, IL 60611
Email: alothson@smbtrials.com
*ATTORNEY TO BE NOTICED*

**Brett Michael Henne**
Swanson, Martin & Bell, LLP
1860 West Winchester Road
Suite 201
Libertyville, IL 60048
(847) 949 - 0057
Email: bhenne@smbtrials.com
*ATTORNEY TO BE NOTICED*

**James Brian Vogts**
Swanson, Martin & Bell
330 North Wabash
Suite 3300
Chicago, IL 60611
(312) 321-9100
Email: jvogts@smbtrials.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Illinois State Rifle Association**    represented by **James Brian Vogts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Arthur Lothson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brett Michael Henne**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Highland Park**          represented by   **Christopher James Murdoch**
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher B. Wilson**
Perkins Coie LLC
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559
(312) 324-8603
Email: cwilson@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hart M. Passman**
Holland and Knight, LLP
131 South Dearborn
30th Floor
Chicago, IL 60603
312 578 6634
Email: hart.passman@hklaw.com
*ATTORNEY TO BE NOTICED*

**Steven M. Elrod**
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: steven.elrod@hklaw.com
*ATTORNEY TO BE NOTICED*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ THELMA MURRY-SYKES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
October 30, 2014

**Amicus**

**Brady Center to Prevent Gun Violence**    represented by **Alexander David Marks**
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611-3607
(312) 840-7000
Email: amarks@burkelaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2014 | 79 | ORDER Entered by the Honorable John W. Darrah on 10/30/2014: Plaintiffs' motion to supplement the record on appeal is granted 78 . The clerk shall supplement the record by including the DVD, Document #46, Exhibit E of Exhibit 3 (video demonstration) to plaintiff's Rule 56.1 Statement of facts, forthwith. Mailed notice (tlm) (Entered: 10/30/2014) |
| 10/22/2014 | 78 | MOTION by Plaintiffs Arie S Friedman, Illinois State Rifle Association to supplement *Record on Appeal* (Vogts, James) (Entered: 10/22/2014) |
| 10/09/2014 | 77 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 69 (USCA no. 14-3091) consisting of 24 volumes of electronic pleadings on CD, sent via UPS tracking #1Z6E25200391006774. (jp, ) (Entered: 10/09/2014) |
| 10/09/2014 | 76 | DOCKETING Statement by Arie S Friedman, Illinois State Rifle Association regarding notice of appeal 69 (Vogts, James) (Entered: 10/09/2014) |
| 10/02/2014 | 75 | DESIGNATION by Arie S Friedman, Illinois State Rifle Association of record on appeal : USCA Case No. 14-3091 (Vogts, James) (Entered: 10/02/2014) |
| 09/24/2014 | 74 | SEVENTH CIRCUIT transcript information sheet by Arie S. Friedman. (tlm) (Entered: 09/26/2014) |
| 09/23/2014 | 73 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 69 ; USCA Case No. 14-3091. (tlm) (Entered: 09/25/2014) |
| 09/23/2014 | 72 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 69 . Notified counsel (smm) (Entered: 09/23/2014) |
| 09/23/2014 | 71 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 69 . (smm) (Entered: 09/23/2014) |
| 09/23/2014 | 70 | DOCKETING Statement by Arie S Friedman, Illinois State Rifle Association regarding notice of appeal 69 (Vogts, James) (Entered: 09/23/2014) |
| 09/23/2014 | 69 | NOTICE of appeal by Arie S Friedman, Illinois State Rifle Association regarding orders 67 , 68 Filing fee $ 505, receipt number 0752-9888729. (Vogts, James) (Entered: 09/23/2014) |
| 09/18/2014 | 68 | MEMORANDUM Opinion and Order Entered by the Honorable John W. Darrah on 9/18/2014. Mailed notice (tlm) (Entered: 09/19/2014) |
| 09/18/2014 | 67 | ORDER Entered by the Honorable John W. Darrah on 9/18/2014: Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Highland Park's Motion for Summary Judgment |

| | | |
|---|---|---|
| | | 43 is granted and Plaintiffs' Motion for Summary Judgment 40 is denied. Highland Park City Code Section 136 shall remain in full force and effect. Enter Memorandum Opinion and Order. The issue of permanent injunction having been resolved by summary judgment, the pretrial conference set for 10/23/14 and jury trial set for 10/27/14 is vacated. Civil case closed. Mailed notice (tlm) (Entered: 09/19/2014) |
| 09/16/2014 | 66 | ORDER: Status hearing set for 9/18/14, at 9:30 a.m. is reset to 9/18/14 at 3:00 p.m. Signed by the Honorable John W. Darrah on 9/16/2014. Mailed notice (ph, ) (Entered: 09/17/2014) |
| 09/12/2014 | 65 | ORDER Entered by the Honorable John W. Darrah on 9/12/2014: Plaintiff's Motion for Preliminary Injunction 9 is denied as moot in that the issues raised therein have been consolidated for trial on the issue of a permanent injunction. Plaintiff's Motion to Strike the Brief of Amicus Curiae the Brady Center 29 is denied. Status hearing set for 9/18/14, at 9:30 a.m. remains as scheduled.Mailed notice (tlm) (Entered: 09/12/2014) |
| 08/20/2014 | 64 | MINUTE entry before the Honorable John W. Darrah: Ruling on motion hearing held. Plaintiff's motion to strike is denied 61 . Mailed notice(maf) (Entered: 08/20/2014) |
| 08/08/2014 | 63 | REPLY by Arie S Friedman, Illinois State Rifle Association to response to motion, 59 *to Strike Certain Statements of Material Facts Submitted by Defendant* (Attachments: # 1 Exhibit A)(Vogts, James) (Entered: 08/08/2014) |
| 08/07/2014 | 62 | NOTICE of Motion by James Brian Vogts for presentment of motion to strike, 61 before Honorable John W. Darrah on 8/20/2014 at 09:30 AM. (Vogts, James) (Entered: 08/07/2014) |
| 08/07/2014 | 61 | MOTION by Plaintiffs Arie S Friedman, Illinois State Rifle Association to strike *[Doc. 54-1] Def.'s Responses to Plaintiffs' Rule 56.1 Statement of Material Facts and Deem Statements of Fact Admitted* (Attachments: # 1 Exhibit A -- Highlighted version of Def.'s Resp.)(Vogts, James) (Entered: 08/07/2014) |
| 08/06/2014 | 60 | NOTICE by City of Highland Park re response to motion, 59 *NOTICE OF FILING* (Wilson, Christopher) (Entered: 08/06/2014) |
| 08/06/2014 | 59 | RESPONSE by City of Highland Park in opposition to Plaintiffs' motion to strike certain statements of material facts submitted by defendants. 51 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wilson, Christopher) (Docket text modified by Clerks Office.) Modified on 8/07/2014. (Entered: 08/06/2014) |
| 08/04/2014 | 58 | ORDER Entered by the Honorable John W. Darrah on 8/4/2014: Defendants' Agreed Motion for Additional Time 56 is granted. Defendant's response to Plaintiff's Motion to Strike 51 shall be filed by August 6, 2014. No appearances necessary on August 13, 2014. Status hearing set for 9/18/14 at 9:30 a.m. remains as scheduled. Mailed notice (tlm) (Entered: 08/05/2014) |
| 08/04/2014 | 57 | NOTICE of Motion by Christopher B. Wilson for presentment of motion for extension of time to file response/reply, 56 before Honorable John W. Darrah on 8/13/2014 at 09:30 AM. (Wilson, Christopher) (Entered: 08/04/2014) |
| 08/04/2014 | 56 | MOTION by Defendant City of Highland Park for extension of time to file response/reply *Defendants' Agreed Motion For Additional Time To Respond To* |

| | | |
|---|---|---|
| | | *Plaintiffs' Motion To Strike Certain Statements Of Material Facts Submitted By Defendant* (Wilson, Christopher) (Entered: 08/04/2014) |
| 07/25/2014 | 55 | ORDER Entered by the Honorable John W. Darrah on 7/25/2014: Defendants' Motion to File Instanter 54 is granted. Plaintiff's Motion to Strike Certain Statements of Material Facts 51 is entered and briefed as follows: response by 8/4/14, reply by 8/11/14. Status hearing set for 9/18/14, at 9:30 a.m. remains as scheduled. Mailed notice (tlm) (Entered: 07/25/2014) |
| 07/22/2014 | 54 | MOTION by Defendant City of Highland Park to file instanter (Attachments: # 1 Response to Plaintiffs' Rule 56.1 Statement of Material Facts)(Wilson, Christopher) (Entered: 07/22/2014) |
| 07/21/2014 | 53 | RESPONSE by City of Highland Parkin Opposition to MOTION by Plaintiffs Arie S Friedman, Illinois State Rifle Association for summary judgment 40 *Defendant City of Highland Park's Response In Opposition To Plaintiffs' Motion For Summary Judgment* (Wilson, Christopher) (Entered: 07/21/2014) |
| 07/21/2014 | 52 | RESPONSE by Arie S Friedman, Illinois State Rifle Associationin Opposition to MOTION by Defendant City of Highland Park for summary judgment *Defendant's Motion For Summary Judgment* 43 (Attachments: # 1 Exhibit A)(Vogts, James) (Entered: 07/21/2014) |
| 07/21/2014 | 51 | MOTION by Plaintiffs Arie S Friedman, Illinois State Rifle Association to strike Rule 56 statement, 45 *to Strike Certain Statements of Material Facts Submitted by Defendant* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Vogts, James) (Entered: 07/21/2014) |
| 07/21/2014 | 50 | RESPONSE by Plaintiffs Arie S Friedman, Illinois State Rifle Association to Rule 56 statement, 45 (Vogts, James) (Entered: 07/21/2014) |
| 07/21/2014 | 49 | RULE 56.1(b)(3)(C) Statement *of Additional Material Facts* (Attachments: # 1 Exhibit 15, # 2 Exhibit 16, # 3 Exhibit 17, # 4 Exhibit 18, # 5 Exhibit 19, # 6 Exhibit 20, # 7 Exhibit 21, # 8 Exhibit 22)(Vogts, James) (Entered: 07/21/2014) |
| 07/02/2014 | 48 | MINUTE entry before the Honorable John W. Darrah: Plaintiffs' motion for leave to file brief and statement of material facts in excess of local rule limitation is granted 39 nunc pro tunc to 6/30/14. Mailed notice (maf) (Entered: 07/02/2014) |
| 07/01/2014 | 47 | MINUTE entry before the Honorable John W. Darrah: Status hearing/ruling set for 9/29/14 is re-set to 9/18/14 at 9:30 a.m. Mailed notice(maf) (Entered: 07/01/2014) |
| 06/30/2014 | 46 | EXHIBIT E of Exhibit 3 (Video Demonstration) to Plaintiff's Rule 56.1 Statement of Material Facts (Document No. 42 ). Modified on 7/1/2014 (tlm). (Entered: 07/01/2014) |
| 06/30/2014 | 45 | RULE 56 56.1 Statement *Defendant's Statement Of Undisputed Material Facts* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Wilson, Christopher) (Entered: 07/01/2014) |
| 06/30/2014 | 44 | MEMORANDUM by City of Highland Park in support of motion for summary judgment 43 *Defendant City Of Highland Park's Memorandum Of Law In Support Of Its Motion For Summary Judgment* (Wilson, Christopher) (Entered: |

| | | |
|---|---|---|
| | | 06/30/2014) |
| 06/30/2014 | 43 | MOTION by Defendant City of Highland Park for summary judgment *Defendant's Motion For Summary Judgment* (Wilson, Christopher) (Entered: 06/30/2014) |
| 06/30/2014 | 42 | RULE 56 Statement by Arie S Friedman, Illinois State Rifle Association regarding motion for summary judgment 40 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 (part 1 of 4), # 9 Exhibit 8 (part 2 of 4), # 10 Exhibit 8 (part 3 of 4), # 11 Exhibit 8 (part 4 of 4), # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14)(Vogts, James) (Entered: 06/30/2014) |
| 06/30/2014 | 41 | MEMORANDUM by Arie S Friedman, Illinois State Rifle Association in support of motion for summary judgment 40 (Vogts, James) (Entered: 06/30/2014) |
| 06/30/2014 | 40 | MOTION by Plaintiffs Arie S Friedman, Illinois State Rifle Association for summary judgment (Vogts, James) (Entered: 06/30/2014) |
| 06/30/2014 | 39 | MOTION by Plaintiffs Arie S Friedman, Illinois State Rifle Association for leave to file excess pages *(Motion for leave to file brief and statement of material facts in excess of local rule limitation)* (Vogts, James) (Entered: 06/30/2014) |
| 03/26/2014 | 38 | ORDER Entered by the Honorable John W. Darrah on 3/26/2014: Status hearing held. Parties will disclose supplemental experts by 5/2/14. Discovery ordered closed on 6/6/14. Cross motions for summary judgment to be filed by 6/30/14, responses by 7/21/14. No replies needed. Status hearing/ruling is set for 9/29/14 at 9:30 a.m. Pretrial conference set for 10/23/14 at 1:30 p.m. Jury trial set for 10/27/14 at 9:00 a.m. Mailed notice (tlm) (Entered: 03/27/2014) |
| 03/24/2014 | 37 | MINUTE entry before the Honorable John W. Darrah: Docket entry #36 is amended as follows: Status hearing held and continued to 3/26/14 at 9:30 a.m. for scheduling. Mailed notice(maf) (Entered: 03/24/2014) |
| 03/20/2014 | 36 | MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 3/20/14 at 9:30 a.m. for scheduling. Mailed notice(maf) (Entered: 03/20/2014) |
| 03/19/2014 | 35 | ATTORNEY Appearance for Defendant City of Highland Park by Christopher B. Wilson (Wilson, Christopher) (Entered: 03/19/2014) |
| 02/27/2014 | 34 | MINUTE entry before the Honorable John W. Darrah: To assist the Court, the preliminary injunction hearing commenced on February 27, 2014, is hereby consolidated with trial, pursuant to Fed. R. Civ. Pro. 65(a)(2). Status hearing set for March 20, 2014, at 9:30 a.m. for scheduling. Mailed notice(maf) (Entered: 03/14/2014) |
| 02/27/2014 | 33 | MINUTE entry before the Honorable John W. Darrah: Preliminary injunction hearing set for 2/27/14 at 1:30 p.m. is re-set to 2/27/14 at 2:00 p.m. Mailed notice(maf) (Entered: 02/27/2014) |
| 02/26/2014 | 32 | NOTICE by Brady Center to Prevent Gun Violence re response in opposition to motion 31 (Marks, Alexander) (Entered: 02/26/2014) |
| 02/26/2014 | 31 | RESPONSE by Brady Center to Prevent Gun Violencein Opposition to MOTION by Plaintiff Arie S Friedman to strike memorandum in opposition to motion 24 29 (Marks, Alexander) (Entered: 02/26/2014) |

| | | |
|---|---|---|
| 02/24/2014 | 30 | NOTICE of Motion by James Brian Vogts for presentment of motion to strike, motion for relief 29 before Honorable John W. Darrah on 2/27/2014 at 01:30 PM. (Vogts, James) (Entered: 02/24/2014) |
| 02/24/2014 | 29 | MOTION by Plaintiff Arie S Friedman to strike memorandum in opposition to motion 24 (Vogts, James) (Entered: 02/24/2014) |
| 02/24/2014 | 28 | MINUTE entry before the Honorable John W. Darrah: Preliminary injunction hearing set for 2/27/14 at 10:30 a.m. is re-set to 2/27/14 at 1:30 p.m. Mailed notice(maf) (Entered: 02/24/2014) |
| 02/21/2014 | 27 | NOTICE by All Plaintiffs re reply to response to motion, 26 *Exhibit 12 (complete version)* (Attachments: # 1 Exhibit 12 (complete version))(Vogts, James) (Entered: 02/21/2014) |
| 02/20/2014 | 26 | REPLY by Arie S Friedman to MOTION by Plaintiff Arie S Friedman for preliminary injunction 9 , memorandum in support of motion, 10 (Attachments: # 1 Table of Contents for Exhibits, # 2 Exhibit 8, # 3 Exhibit 9, # 4 Exhibit 10, # 5 Exhibit 11 (part 1 of 5), # 6 Exhibit 11 (part 2 of 5), # 7 Exhibit 11 (part 3 of 5), # 8 Exhibit 11 (part 4 of 5), # 9 Exhibit 11 (part 5 of 5), # 10 Exhibit 12, # 11 Exhibit 13, # 12 Exhibit 14)(Vogts, James) (Entered: 02/20/2014) |
| 02/12/2014 | 25 | NOTICE by Brady Center to Prevent Gun Violence re memorandum in opposition to motion 24 (Marks, Alexander) (Entered: 02/12/2014) |
| 02/12/2014 | 24 | MEMORANDUM by Brady Center to Prevent Gun Violence in Opposition to motion for preliminary injunction 9 (Marks, Alexander) (Entered: 02/12/2014) |
| 02/12/2014 | 23 | ORDER Entered by the Honorable John W. Darrah on 2/12/2014: The Brady Center to Prevent Gun Violence's Motion for Leave to File Brief as Amicus Curiae in Support of Defendant 20 is granted. Mailed notice (tlm) (Entered: 02/12/2014) |
| 02/07/2014 | 22 | RESPONSE by City of Highland Park to MOTION by Plaintiff Arie S Friedman for preliminary injunction 9 (Attachments: # 1 Exhibit Exhs. A-D, # 2 Exhibit Exh. E, # 3 Exhibit Exh. F, # 4 Exhibit Exhs. G-H)(Murdoch, Christopher) (Entered: 02/07/2014) |
| 02/07/2014 | 21 | NOTICE of Motion by Alexander David Marks for presentment of motion for leave to file 20 before Honorable John W. Darrah on 2/20/2014 at 09:30 AM. (Marks, Alexander) (Entered: 02/07/2014) |
| 02/07/2014 | 20 | MOTION by Amicus Brady Center to Prevent Gun Violence for leave to file *brief as amicus curiae in support of Defendant* (Attachments: # 1 Exhibit A- Proposed Brief, # 2 Exhibit B- Proposed Order)(Marks, Alexander) (Entered: 02/07/2014) |
| 02/07/2014 | 19 | ATTORNEY Appearance for Amicus Brady Center to Prevent Gun Violence by Alexander David Marks (Marks, Alexander) (Entered: 02/07/2014) |
| 01/10/2014 | 18 | MINUTE entry before the Honorable John W. Darrah: Preliminary injunction hearing set for 3/5/14 is re-set to 2/27/14 at 10:30 a.m. Mailed notice(maf) (Entered: 01/10/2014) |
| 01/08/2014 | 17 | ORDER Entered by the Honorable John W. Darrah on 1/8/2014: In court hearing held. Plaintiff's motion for a preliminary injunction 9 is entered and briefed as follows: response by 2/7/14, reply by 2/21/14. Preliminary injunction set for 3/4/14, stated on the record, is re-set to 3/5/14 at 1:30 p.m. Discovery is authorized. |

| | | |
|---|---|---|
| | | Defendant's answer filed on 1/7/14 will be deemed as timely filed. Mailed notice (tlm) (Entered: 01/09/2014) |
| 01/07/2014 | 16 | ANSWER to Complaint *for Declaratory Judgment and Injunctive Relief* by City of Highland Park(Murdoch, Christopher) (Entered: 01/07/2014) |
| 01/06/2014 | 15 | ATTORNEY Appearance for Plaintiff Arie S Friedman by Brett Michael Henne (Attachments: # 1 Notice of Filing)(Henne, Brett) (Entered: 01/06/2014) |
| 01/02/2014 | 14 | NOTICE of Motion by James Brian Vogts for presentment of motion for preliminary injunction 9 before Honorable John W. Darrah on 1/8/2014 at 09:30 AM. (Vogts, James) (Entered: 01/02/2014) |
| 12/31/2013 | 13 | EXECUTIVE COMMITTEE ORDER: Case reassigned by lot to the Honorable John W. Darrah pursuant to the provisions of 28 USC 294(b) for all further proceedings. Signed by Executive Committee on 12/31/13. (tlm) (Entered: 01/02/2014) |
| 12/24/2013 | 12 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by All Plaintiffs (Vogts, James) (Entered: 12/24/2013) |
| 12/24/2013 | 11 | NOTICE of Motion by James Brian Vogts for presentment of motion for preliminary injunction 9 before Honorable James F. Holderman on 1/7/2014 at 09:00 AM. (Vogts, James) (Entered: 12/24/2013) |
| 12/24/2013 | 10 | MEMORANDUM by Arie S Friedman in support of motion for preliminary injunction 9 (Attachments: # 1 Exhibit 1 -- Ordinance, # 2 Exhibit 2 -- Verified Compl., # 3 Exhibit 3 -- Lombardo Aff., # 4 Exhibit 4 -- Curcuruto Aff., # 5 Exhibit 5 -- Roberts Aff., # 6 Exhibit 6 -- Supica Aff., # 7 Exhibit 7 -- Kleck Aff.)(Vogts, James) (Entered: 12/24/2013) |
| 12/24/2013 | 9 | MOTION by Plaintiff Arie S Friedman for preliminary injunction (Vogts, James) (Entered: 12/24/2013) |
| 12/24/2013 | 8 | ATTORNEY Appearance for Plaintiff Arie S Friedman by Andrew Arthur Lothson (Lothson, Andrew) (Entered: 12/24/2013) |
| 12/24/2013 | 7 | ATTORNEY Appearance for Plaintiff Arie S Friedman by James Brian Vogts (Vogts, James) (Entered: 12/24/2013) |
| 12/23/2013 | 6 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable James F. Holderman for all further proceedings. Signed by Executive Committee on 12/23/2013. (td, ) (Entered: 12/23/2013) |
| 12/20/2013 | | MAILED Rule 77d Notice of Removal letter to James B. Vogts and Brett M. Henne. (tlm) (Entered: 12/20/2013) |
| 12/20/2013 | 5 | ATTORNEY Appearance for Defendant City of Highland Park by Hart M. Passman (Passman, Hart) (Entered: 12/20/2013) |
| 12/20/2013 | 4 | ATTORNEY Appearance for Defendant City of Highland Park by Steven M. Elrod (Elrod, Steven) (Entered: 12/20/2013) |
| 12/19/2013 | 🔒 | (Court only) *** (tlm, ) (Entered: 02/18/2014) |
| 12/19/2013 | | CASE ASSIGNED to the Honorable Elaine E. Bucklo. Designated as Magistrate Judge the Honorable Geraldine Soat Brown. (daj, ) (Entered: 12/19/2013) |

| 12/19/2013 | 3 | ATTORNEY Appearance for Defendant City of Highland Park by Christopher James Murdoch (Murdoch, Christopher) (Entered: 12/19/2013) |
|---|---|---|
| 12/19/2013 | 2 | CIVIL Cover Sheet (Murdoch, Christopher) (Entered: 12/19/2013) |
| 12/19/2013 | 1 | NOTICE of Removal from Circuit Court of the Nineteenth Judicial Circuit, Lake County, case number (13 Ch 3414) filed by City of Highland Park Filing fee $ 400, receipt number 0752-9043379. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Murdoch, Christopher) (Entered: 12/19/2013) |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Arie S Friedman et al | ) | Case No: 13 C 9073 |
|  | ) |  |
| v. | ) | Judge: John W. Darrah |
|  | ) |  |
| City of Highland Park | ) |  |
|  | ) |  |

## ORDER

Plaintiffs' motion to supplement the record on appeal is granted [78]. The clerk shall supplement the record by including the DVD, document #46, Exhibit E of Exhibit 3 (video demonstration) to plaintiff's Rule 56.1 statement of facts, forthwith.

Date: 10/30/14                                                  /s/ Judge John W. Darrah

2014 OCT 30 AM 6:46