

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Thomas G. Bruton
CLERK

Office of the Clerk 312-435-5670

October 30, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

**RE: Friedman, et. al. v. City of Highland Park**

U.S.D.C. DOCKET NO.   13cv9073
U.S.C.A. DOCKET NO.   14-03091

U.S.C.A. – 7th Circuit
R E C E I V E D
OCT 3 0 2014   NR
GINO J. AGNELLO
CLERK

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME OF PLEADING(S): 1 Loose Pleading
EXHIBITS:   1 DVD, Document #46, Exhibit E of Exhibit 3
OTHER (SPECIFY):  Original Record transmitted 10/09/2014.

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,
**Thomas G. Bruton, Clerk**

By:   *s/ Thelma Murry-Sykes*
Deputy Clerk

cc: Counsel of Record

# United States of America
# Northern District of Illinois
# Eastern Division

I, **Thomas G. Bruton**, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on.

OCT -9 2014

U.S.C.A. – 7th Circuit
R E C E I V E D

RE: Friedman, et. al. v. City of Highland Park

OCT 30 2014  NR

U.S.D.C. DOCKET NO.   13 C 9073

GINO J. AGNELLO
CLERK

U.S.C.A. DOCKET NO.   14-3091

| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 10/20/2014 | 79 | Order dated 10/30/14 by Judge Darrah granting motion to supplement the record on appeal. |
| 06/30/2014 | 46 | 1 DVD-Exhibit E of Exhibit 3 (video demonstration) |

**IN TESTIMONY WHEREOF**, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois this 30th day of October, 2014.

**Thomas G. Bruton, Clerk**

By: /s/ *Thelma Murry-Sykes,*
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ THELMA MURRY-SYKES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

October 30, 2014