# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

April 27, 2015

Before:    FRANK H. EASTERBROOK, Circuit Judge
           DANIEL A. MANION, Circuit Judge
           ANN CLAIRE WILLIAMS, Circuit Judge

| No. 14-3091 | ARIE S. FRIEDMAN, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CITY OF HIGHLAND PARK,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-09073<br>Northern District of Illinois, Eastern Division<br>District Judge John W. Darrah ||

The judgment of the District Court is **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)